# EXHIBIT A

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 03/23/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002494 | 26444 | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 26.000 | 10.800 | 0.000 | 1,585.0000000 | 17,118.00 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 03/24/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered



SCA

| SALES AMOUNT | 17,118.00 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |

U0p16.67h8.5v0s0b0T

Packing Slip

Page: 1
Pack Slip# 11068



SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 3/24/07 | I002494 | 26444 | PREPAID/L | 7,200.00 | 360 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 2 | 035429 | K | 26.000 | 10.800 |
| | USMERCHANTS-VTECH 6789 | | | |

C/I: 162991±VTECH 6789

CAPTURADO
FECHA

# CTNS  360    PCS/CTN.  30    TOTAL PIECES  10,800

THIS SHIPPING ORDER must be legibly filled in, in Ink, Indelible Pencil, or in Carbon, and retained by the Agent.

B/L No.: 4059

Pro Number: 585353

Carrier: SANLBOTENA

Date: 03/07/07 Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Shipper:

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee:
US MERCHANTS
2076 141 AVE EAST
STE. D,
SUMMER, WA 98390
USA

Invoices:
US MERCHANTS
8737 WILTSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions:
SCA product to be top load only.
Do not stack in transit.

19 PALLETS OF PLASTIC ARTICLES
585353 HOUSE NO.

Freight Charge Terms: (freight charges
are collect unless marked otherwise)
Prepaid: _____X_____  Third Party: _____

| # | Pkgs | Pkg Type | Package Description References | NMF# | Weight (LBS) | Rate | Order # Ref | Customer PO # |
|---|------|----------|-------------------------------|------|--------------|------|-------------|---------------|
| 1 | 3660 | CTN | VIECH-6789 1100SE | 156060 | 7,200.000 | | 0002494 | 26040 |
| 2 | 96 | CTN | 1750mL 1100V | 156020 | 10.00 | | 0002494 | 26040 OP |

Receipt Of Container
Subject To Count & Inspection

06/07

# Packages: 956
Total Weight: 7,200.000 LBS

Total Charges: 10.000

Per:
Signature:

Date: ___ / ___ / ___

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

If — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ffect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse o
the consignor, the consignor shall sign the followin
statement: The carrier may decline to make deliver
of this shipment without payment of freight and a
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12601
PAGE 1
DATE 03/26/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|--------------|-------------------|------------|----------------|
| 1 | 27.600 | 6.400 | 16.160 | 1,726.12000 | 11,047.17 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382
     Description: USMERCH-176090-PNSNC TG1034 XL
             U/M: K
   Date Shipped: 03/26/07
** Packing Slip: 11083
       ** BOL #: 4046
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | | |
|---|---|---|
| SALES AMOUNT | | 11,047.17 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 11,047.17 |



ISO 9001
Registered



Page:     1
Pack Slip#    11083



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3824 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ick Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|----------|---------|---------|----------|--------|--------|
| 1/26/07 | DO85846 | 26040 OP | PREPAIDTL | 4,480.00 | 256 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| | DO85862 | K | 27,600 | 6,400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS  256   PCS/CTN  25   TOTAL PIECES  6400

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DUp16. 7h8.5v0s0b0T

DO/BOL: 4046 ,                              Date: 03/26/07    Page: 1 of 1
Pro Number: SA5357
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

Invoicee
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 15 PALLETS OF PLASTIC ARTICLES
| SA5357 TRUCK NO.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___X___    Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|------|----------|-------------------------------|------|-------------|------|-------------|-------------|
| 1 | 72 | CTN | 176090 11082 | 156600 | 1,512.00 | | D035846 | 26040 OP |
| 2 | 256 | CTN | 176090 11083 | 156600 | 4,480.00 | | D035846 | 26040 OP |
| 3 | 12 | CTN | VTECH 6789 11084 | 156600 | 240.00 | | I002511 | 26547 |

# Packages: 340                          | Total Charges:                0.00
Total Weight:    6,232.00 LBS

Carrier
Signature:

Date: 03 / 26 / 07    D . G . B

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
a shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C.,-Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO I06 73671

PAGE 1

DATE 03/27/07

SALESMAN **FILIPCHUK, GARET**

**INVOICE REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 27.600 | 9.600 | 6.560 | 1,726.12000 | 16,570.75 |

```
         CI: 176090-PNSNC TG1034 XL
       Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 03/27/07
** Packing Slip: 11095
    ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 16,570.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **16,570.75** |




Packing Slip

Page:            1
Pack Slip#       11095

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /27/07 | D035846 | 26040 OP | PREPAIDTL | 6,720 | 384 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036382 | K | 27.600 | 9.600 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS   384    PCS/CTN   25    TOTAL PIECES   9,600



Packing Slip

Page:        1
Pack Slip#    11096

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /27/07 | I002517 | 26626 | PREPAIDTL | 1,973.76 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 034078A | K | 3,500 | 2,880 |
|  | USMERCH-143255 VTECH 6889/6896 4PK | | | |

   C/I: 143255 VTECH 6889/6896 4PK

# CTNS  _96_     PCS/CTN  _30_     TOTAL PIECES  _2,880_

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

J0p16:67h8.5v0s0b0T
DO/BOL: 4051                              Date: 03/27/07   Page: 1 of 1
Pro Number:
Carrier: SCA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
TOP LOAD ONLY - DO NOT REFRIGERATE

nsignor
|Consignee
**SCA Consumer Packaging, Inc.** | US MERCHANTS
Paseo Cucapah #5290 | 3324 142 AVE EAST
Parque Industrial El Lago | STE C
Tijuana, B.C., MX 22550 | SUMNER WA 98390
| USA
SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

voicee                          | Special Instructions
S MERCHANTS                     | SCA product to be top load only.
737 WILSHIRE BLVD               | Do not stack in transit.
EVERLY HILLS CA 90211           |
SA                              | 20 PALLETS OF PLASTIC ARTICLES

ight Charge Terms: (Freight charges
 collect unless marked otherwise)
paid:  X          Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 384 | CTNS | 176090 11095 | 156600 | 6,720.00 | | D035846 | 26040 OP |
| 96 | CTNS | 143255 11096 | 156600 | 1,973.76 | | I002517 | 26626 |

# Packages: 480                    |Total Charges:          0.00
total Weight:   8,693.76 LBS       |

ier
nature:

Date: 03/-27/07          D.W.B.

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ar's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
horty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract a meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
r, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
 on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he  is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions  at hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**B
I
L
L

T
O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S
H
I
P

T
O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002517 | 26626 |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 3.500 | 2.880 | 0.620 | 1,585.00000 | 4,564.80 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 03/27/07
** Packing Slip: 11096
** BOL #: 4051

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





**MEMBER**
PMMI
USA

**ISO 9001
Registered**

| SALES AMOUNT |  | 4,564.80 |
|--------------|--|----------|
| MISC CHG |  | 0.00 |
| FREIGHT |  | 0.00 |
| SALES TAX |  | 0.00 |
| PREPAID |  |  |
| **TOTAL** |  | 4,564.80 |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12656
PAGE 1
DATE 03/28/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D013846 | 28090 OH | | | 0.00 | | NET |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27,600 | 6,575 | 0.000 | 1,726.12000 | 11,349.24 |

C1 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: E
Date Shipped: 03/28/07
** Packing Slip: 11108
** BOL #: 4056

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 11,349.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,349.24** |



Packing Slip

Page: 1

Pack Slip# 11108

SCA Consumer Packaging, Inc.
Paseo Cucapah #6290
Parque Industrial El Lago
Tijuana, B.C. MX. 22550
Tel. 011-52-664-647-3531
Fax: 011-52-664-685-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-8187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-9209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-315-0267

**JUNCOS P.R. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: 80013116
US MERCHANTS
9787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /03/07 | 00140846 | 26040 OP | PREPAID1 | 4,836.00 | 263 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| | USMERCH-176030-PNSNC TG1034 XL | K | 271500 | 6,575 |
| | C/I: 176030-PNSNC TG1034 XL | | | |

# CTNS 263    PCS/CTN 25    TOTAL PIECES 6,575

U0p16.67h8.5v0s0b01

Page: 1

Pack Slip #: 11109



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5230
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**   SPARTANBURG, SC 29302
**DEKALB, IL 60115**   Tel: (864) 582-1000
Tel: (815) 756-1441   Fax: (864) 583-5982
Fax: (815) 756-5187

**BRANFORD, CT 06405**   **NOGALES, SONORA CP 8405**
Tel: (203) 483-8305   Tel: (011) 52-631-320-0268
Fax: (203) 483-5200   Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-3382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9797 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Our Contact: CHRIS ORIZORI

| Ord Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
|          | 1002517 | 26626   | PREPAID14 | 431 00 | 21 |

| Sie/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
|         | USMEROD 143256 VTECH 6889/6896 4PK | K | 1022 | 0.620 |

C/1: 143256 VTECH 6889/6896 4PK

# CTNS  21  PCS/CTN  70  TOTAL PIECES  1630

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

UQp16.67h8.5v0s0b0T
DO7BOL: 4066
PFo Number: JRS03                                    Date: 03/28/07    Page: 1 of 1
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

voicee
JS MERCHANTS
737 WILSHIRE BLVD
iEVERLY HILLS CA 90211
iSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

12 PALLETS OF PLASTIC ARTICLES
JRS03 TRUCK NO.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: __X__    Third Party: _____

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|---|
| 1 | 263 | CTN | 176090 11108 | 156600 | 4,536.00 | | D035846 | 26040 OP |
| 2 | 21 | CTN | 143255 11109 | 156600 | 431.00 | | I002517 | 26626 |

# Packages: 284                                    Total Charges:          0.00
otal Weight:    4,967.00 LBS

rier
inature:

Date: 28/07/0?

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.

ne shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

:– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any ct, said property over all or any portion of said route to destination and ss to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse .
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make deliver
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

1

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12069
PAGE 1
DATE 03/28/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

6

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002517 | 26626 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 3.500 | 0.630 | 0.000 | 1,585.00000 | 998.55 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 03/28/07
** Packing Slip: 11109
** BOL #: 4056

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA


ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 998.55 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **998.55** |

# SCA Consumer Packaging, Inc.

SALESMAN **FILIPCHUK, GARET**

**INVOICE REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| | | | | 0.00 | | NET 30 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40,000 | 15,120 | 24,880 | 1,585.00000 | 23,965.20 |

CI: 174932-RZ6053, SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 11167
** BOL #: 4070



| | |
|---|---|
| SALES AMOUNT | 23,965.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **23,965.20** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12734

PAGE 1

DATE 03/30/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1003354 | 26697 QP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22,500 | 3,600 | 18,900 | 1,666.13000 | 5,998.03 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 11168
    ** BOL #: 4070

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 5,998.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,998.03** |

Page: 1
Pack Slip# 11167



SCA Consumer Packaging, Inc.
Paseo Cucapah #3500
Parque Industrial El Bago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: 011-52-631-120-0268
Fax: 011-52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9347 WELSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3524 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GRIZORT

| Order Date | Order # | Cust PO | Ship Via | Weight Pkgs # |
|---|---|---|---|---|
| 7/30/07 | 1002513 | 26846 OP | PREPAID TL | 8,979.20  504 |

| Line/Rel | Item | UOM | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035369 | X | 40.000 | 15,120 |
|  | USMERCHANTS-RX6083 SET |  |  |  |

C/I: 171932-RX6083 SET

# CTNS _504_  PCS/CTN _30_  TOTAL PIECES _15,120_

Page: 1
Pack Slip# 11168



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, BCN MX 22550
Tel: 011-52-664-627-8621
Fax: 011-52-664-625-8317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-8487

**BRANFORD, CT 06405**
Tel: (203) 483-8905
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: 011-52-631-320-0268
Fax: 011-52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C014115
US MERCHANTS
9757 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Our Contact: CHRIS GHIZONI

| Ch Date | Order # | Cust PO | Ship Via | Weight | Pkgs |
|---------|---------|---------|----------|--------|------|
| 7/30/07 | 1022584 | 24887 GR | PREPAID3L | 1608.00 | 120 |

| ln#/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 230011 | | 22.500 | 3.600 |
| | USMRCH VTECH NEW BOX SET | | | |

CT7: 1/0633-PNSNC 8074 PHONE WB

# CTNS **120**    PCS/CTN **30**    TOTAL PIECES **3,600**

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4070

Pro Number:

Carrier: SCA

Date: 03/30/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

nvoice
JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
ISA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|---|
| 1 | 504 | CTNS | RZ6053 11167 | 156600 | 9,979.20 | | I002513 | 26546 OP |
| 2 | 120 | CTNS | VTECH 174633 11168 | 156600 | 2,508.00 | | I002554 | 26697 OP |

---

# Packages: 624
otal Weight:    12,487.20 LBS

Total Charges:    0.00

---

rier
gnature:

Date:    /    /

1

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

pper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

: – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) is Official, Southern, Western and Illinois freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12743
PAGE 1
DATE 04/02/07

SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40,000 | 23,350 | 15,520 | 1,585.00000 | 14,835.60 |

CT# 1749321-RX6051 SET
Item 031359
Description: USMERCHANTS-RX6051 SET
U/M K
Date Shipped: 04/02/07
** Packing Slip: 11180
*** BOL #: 4078

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





MEMBER

ISO 9001
Registered

| | |
|---|---|
| **SALES AMOUNT** | 14,835.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 14,835.60 |

Page:      1
Pack Slip#    11180



SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana B.C. MX 22550
Tel: 011-52-664-627-3581
Fax: 011-52-664-626-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-8982

**NOGALES, SONORA CP 84054**
Tel: 011-52-631-320-0268
Fax: 011-52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8586

Bill To:  C018318
US MERCHANTS
9347 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To:  (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Sold Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | NRDS # |
|----------|---------|---------|----------|--------|--------|
| 70276 | P002013 | 25846 UP | PREPAID LL | 6,890.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty Shipped |
|----------|------|-----|-------------|-------------|
|  | USMERCHANTS-RX6053 SET | EA | 149,000 | 149,000 |
|  | CTI: 47499E-RX6053 SET |  |  |  |

# CTNS  312     PCS/CTN  30     TOTAL PIECES  9360

Page: 1
Pack Slip# 11181

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-383-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C018118
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

SCA Contact: CHRIS GHIZONI

| Ord Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 02/05/07 | 1002584 | 26597 UP | PREPAID TL | 7,202.00 | 312 |

| Ln/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 095891 | EA | 28,800 | 9,360 |
| | USMERCH-VTECH NEW BOX SET | | | |

CAT: 178683-PHONC 6074 PHONE WB

# CTNS  312   PCS/CTN  30   TOTAL PIECES  9360

U0P16.67N8.SV0S0D0T   LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: A078                          Date: 04/02/07    Page:  1 of 1
Pro Number:
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

    **SCA Consumer Packaging, Inc.**
    Paseo Cucapah #5290
    Parque Industrial El Lago
    Tijuana, B.C., MX 22550

    SCA CONSUMER PACKAGING, INC., REQUESTS A
    COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
            YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

nvoicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26  PALLETS OF PLASTICS ARTICLES
| SAS354          T RUCK NO

eight Charge/Terms: (Freight charges
e collect unless marked otherwise)
epaid: _X_         Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|--------|-------------|------|-------------|---------------|
| 1 | 312 | CTN | 174932 11180 | 156600 | 6,890.00 | | I002513 | 26546 OP |
| 2 | 312 | CTN | 174633 11181 | 156600 | 7,202.00 | | I002554 | 26697 OP |

# Packages: 624
otal Weight:    14,092.00 LBS

| Total Charges:              0.00

rrier
nature:

Date:   /     /

1

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of ept. of Transportation.

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

ppers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

: – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12746
PAGE 1
DATE 04/02/07
SALESMAN **FILIPCHUK, GARET**
INVOICE REGULAR INVOICE

1 0

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| | | | | | | |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | | 15,594.88 |

Item: 035351
Description: USMERCH VTECH NET BOX SET
U/M: K
Date Shipped: 04/02/07
** Packing Slip: 11131
BOL #: 4078

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 15,594.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **15,594.88** |



MEMBER
PMMI
USA

ISO 9001
Registered