# EXHIBIT A - 1

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/03/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

//

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 11.520 | 4.000 | 1,585.00000 | 18,259.20 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 04/03/07
** Packing Slip: 11190
** BOL #: 4084



ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 18,259.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **18,259.20** |



Pack Slip# 11190

SCA Consumer Packaging, Inc.
Paseo Cucapan #5249
Parque Industrial Pacifico
Juarez, Chihuahua 32320
Tel: 011-52-656-629-3000
Fax: 011-52-656-629-3001

MAIN PLANT
DEKALB, IL 60115
Tel: (815) 756-8881
Fax: (815) 756-5187

SPARTANBURG, SC 29302
Tel: (864) 584-1000
Fax: (864) 585-8982

BRANFORD, CT 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

NOGALES SONORA CP 8400
Tel: (011) 52-631-3100-088
Fax: (011) 52-631-313-0267

JUNCOS, PR 00777
Tel: (787) 734-8500
Fax: (787) 734-8580

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD.
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 1/03/07 | 1002513 | 25646 OP | PREPAIDTL | 8,480.00 | 384 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 026859 | K | 10,080 | 11,520 |
|  | USMERCHANTS-RZ6053 SET |  |  |  |

C/I: 174932-RX6053 SET

# CTNS 384   PCS/CTN. 30   TOTAL PIECES 11520

SCA 2401 Rv 02/06

ACCOUNTING COPY

Pack Slip# 11191



SCA Consumer Packaging, Inc.

**MAIN PLANT**
DEKALB, IL 60115
Tel: (815) 756-8431
Fax: (815) 756-8487

**BRANFORD, CT 06405**
Tel: (203) 483-8300
Fax: (203) 483-5200

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-313-16-88
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-6382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ock Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 1/03/07 | 1002554 | 20697 OP | PREPAIDTL | 5,540.00 | 240 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 030361 USMERCH-VTECH NEW BOX SET | X | 22,500. | 7,200 |

C/I: 174633-PNSNC 6074 PHONE WB

# CTNS **240** PCS/CTN **30** TOTAL PIECES **7200**

**ACCOUNTING COPY**

DO/BOL: 4084
Pro Number: SA5350                    Date: 04/03/07    Page:  1 of  1
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE  C
| SUMNER WA 98390
| USA

nvoicee
JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26  PALLETS OF PLASTICS ARTICLES
| SA5350  TRUCK NO.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____      Third Party: _____

| l | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 384 | CTN | 174932 11190 | 156600 | 8,480.00 | | I002513 | 26546 OP |
| 2 | 240 | CTN | 174633 11191 | 156600 | 5,540.00 | | I002554 | 26697 OP |

# Packages: 624                          |Total Charges:            0.00
Total Weight:    14,020.00 LBS

rrier
gnature:

Date: 04/03/07  D. G. B

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
_agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___

:EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
properly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12757
PAGE 1
DATE 04/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*12*

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.500 | 7.200 | 2.340 | 1,666.12000 | 11,996.06 |

```
            CI: 174633-PNSNC 6074 PHONE WB
          Item: 035351
   Description: USMERCH-VTECH NEW BOX SET
           U/M: K
  Date Shipped: 04/03/07
** Packing Slip: 11191
      ** BOL #: 4084
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,996.06** |

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

DATE 04/05/07
**SALESMAN FILIPCHUK, GARET**
**INVOICE REGULAR INVOICE**

*/3*

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I003513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 3.930 | 0.070 | 1,585.00000 | 6,229.05 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RX6053 SET
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11230
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,229.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,229.05** |

SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/05/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*14*

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.500 | 2.370 | 0.000 | 1,666.12000 | 3,948.70 |

```
              CI: 174633-PNSNC 6074 PHONE WB
            Item: 035351
     Description: USMERCH-VTECH NEW BOX SET
             U/M: K
    Date Shipped: 04/05/07
 **  Packing Slip: 11231
        **  BOL #: 4103
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 3,948.70 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 3,948.70 |

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

15

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 1002555 | 028696 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 21.000 | 7.200 | 13.800 | 1,726.12000 | 12,428.06 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11232
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 12,428.06 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,428.06 |



MEMBER
PMMI
USA

ISO 9001
Registered

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

16

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002556 | 26698 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.200 | 5.220 | 0.000 | 1,666.12000 | 8,697.15 |

CI: 180347-PNSNC TG6053
Item: 035754
Description: USMERCH-180347-TG6053
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11229
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA


MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 8,697.15 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 8,697.15 |

Page:        1
Pack Slip#      11229



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: CQ13116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:   CHRIS GHIZORI

| ck Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|---------|---------|---------|---|----------|---|--------|--------|
| /06/07 | 1002556 | 26698 OP | | PREPAIDTL | | 3,480.00 | 174 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|--------|------|---|-----|-------------|-------------|
| L | 035754 | | K | 6,200 | 5,220 |
| | USMERCH-180347-TG6053 | | | | |

C/I: 180347-PNSNC TG6053

| # CTNS | 174 | PCS/CTN. | 30 | TOTAL PIECES | 5220 |

Page: 1
Pack Slip# 11230

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /06/07 | 1002613 | 26646 OP | PREPAIDTL | 2,620.00 | 131 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| l | 086869 | K | 40.000 | 8.000 |
|  | USMERCHANTS-RZ6063 SET | | | |
|  | C/L: 174932-RX6063 SET | | | |

# CTNS 131   PCS/CTN 30   TOTAL PIECES 3930



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116                   Ship To: (9)
S MERCHANTS                       US MERCHANTS
737 WILSHIRE BLVD                 3324 142 AVE EAST
EVERLY HILLS CA 90211             STE C
SA                                SUMNER WA 98390
                                  USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /05/07 | 1002654 | 26697 OP | PREPAIDTL | 1,659.00 | 79 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 085061 | K | 22,500 | 2,370 |
|   | USMERCH-VTECH NEW BOX SET |   |   |   |

C/1: 174633-PNSNC 6074 PHONE WB

# CTNS  79    PCS/CTN.  30    TOTAL PIECES  2370

Page:      1
Pack Slip#    11232



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-319-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3824 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /06/07  | 1002655 | 026696 UP | PREPAIDTL | 8,040.00 | 240 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 038383 | K | 21.000 | 7.000 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS  240    PCS/CTN  30    TOTAL PIECES  7200

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
J0p16.67h8.5v0s0b0T

. DO/BOL: 4103                        Date: 04/05/07   Page:  1 of  1

. Pro Number: SA5357
      Carrier: SANCHOTENA        DELIVERING CARRIER INSTRUCTIONS:
                                      DO NOT BREAK DOWN PALLETS.
                                      DO NOT DOUBLE STACK
                                 TOP LOAD ONLY - DO NOT REFRIGERATE

---

nsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA
|
|

---

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26  PALLETS OF PLASTICS ARTICLES
| SA5357  TRUCK NO.
|
|
|

---

eight Charge Terms: (Freight charges     |
 e collect unless marked otherwise)       |
epaid: _____        Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 174  | CTN      | 180347 11229                  | 156600 | 3,480.00  |      | I002556     | 26698 OP      |
| 131  | CTN      | 174932 11230                  | 156600 | 2,620.00  |      | I002513     | 26546 OP      |
| 79   | CTN      | 174633 11231                  | 156600 | 1,659.00  |      | I002554     | 26697 OP      |
| 240  | CTN      | 176090 11232                  | 156600 | 5,040.00  |      | I002555     | 026696 OP     |

---

# Packages: 624                          |Total Charges:          0.00
otal Weight:    12,799.00 LBS            |

---

rier
nature:

Date: 05/04/07            N̄S̄NO

1

---

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

a shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

treed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any carrier or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
r hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
r said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/10/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL      SPARTANBURG, SC
BRANFORD, CT     JUNCOS, PR
TIJUANA, MX      NOGALES, MX

*17*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002555 | 026696.OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 21.000 | 13.800 | 0.000 | 1,726.12000 | 23,820.46 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: R
Date Shipped: 04/10/07
** Packing Slip: 11260
** BOL #: 4115

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 23,820.46 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 23,820.46 |



MEMBER
PMMI
USA

ISO 9001
Registered

Page: 1
Pack Slip# 11260



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
ill To: C013116              Ship To: (9)
S MERCHANTS                  US MERCHANTS
737 WILSHIRE BLVD            3324 142 AVE EAST
EVERLY HILLS CA 90211        STE C
SA                           SUMNER WA 98390
                             USA
```

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs. # |
|---------|---------|---------|----------|--------|---------|
| /10/07 | I002655 | 026696 OP | PREPAIDTL | 9,600.00 | 460 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036382 | K | 21,000 | 13,800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS **460** PCS/CTN. **30** TOTAL PIECES **13,800**



SCA

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| :K Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /10/07 | 1002679 | 26836 OP | PREPAIDTL | 3,484.00 | 164 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035382 | K | 12,990 | 12,990 |
| | USMERCH#176090-PNSNC TG1034 XL | | | 4,130 |
| | C/1: 1/6090-PNSNC TG1034 XL | | | |

# CTNS  164   PCS/CTN  30   TOTAL PIECES  4,920

A 2401 Rv 09/06

SCA Consumer Packaging, Inc. NOT NEGOTIABLE

1115                                           Date: 04/10/07   Page: 1 of 1

Pro Nu     : SA5349 c
    Carrier: SANCHOTENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

nsignor                                    |Consignee
                                           | US MERCHANTS
    **SCA Consumer Packaging, Inc.**        | 3324 142 AVE EAST
    Paseo Cucapah #5290                    | STE C
    Parque Industrial El Lago              | SUMNER WA 98390
    Tijuana, B.C., MX 22550                | USA
                                           |
    SCA CONSUMER PACKAGING, INC., REQUESTS A |
  COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
        YOUR FREIGHT BILL AND OR INVOICE   |

voicee                                     | Special Instructions
S MERCHANTS                                | SCA product to be top load only.
737 WILSHIRE BLVD                          | Do not stack in transit.
EVERLY HILLS CA 90211                      |
SA                                         | 26 PALLETS OF PLASTIC ARTICLES
                                           | SA5349
                                           |
                                           |

eight Charge Terms: (Freight charges      |
 collect unless marked otherwise)          |
epaid:  X        Third Party: _____       |

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|-------|-------------|------|-------------|---------------|
| 460  | CTN      | 176090 11260                  | 156600 | 9,660.00   |      | I002555     | 026696 OP     |
| 164  | CTN      | 176090 11261                  | 156600 | 4,744.00   |      | I002579     | 26836 OP      |

# Packages: 624                            |Total Charges:          0.00
otal Weight:    14,404.00                  |

rier
nature:                        SABW

  Date:      /    /

1

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

 shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
1 on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
 said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor '
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/10/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*18*

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002579 | 26836 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 12.000 | 4.920 | 7.080 | 1,666.12000 | 8,197.31 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 04/10/07
** Packing Slip: 0
** BOL #:





MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 8,197.31 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **8,197.31** |

SCA Consumer Packaging, Inc.

DATE 04/13/07

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

SALESMAN **FLIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

/7

| | |
|---|---|
| **B I L L T O** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA |
| **S H I P T O** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 0.060 | 0.010 | 1,585.00000 | 95.10 |

```
            CI: 174932-RX6053 SET
          Item: 035359
   Description: USMERCHANTS-RZ6053 SET
          U/M: K
 Date Shipped: 04/13/07
** Packing Slip: 11333
      **  BOL #: 4143
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
UBA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 95.10 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| **TOTAL** | | 95.10 |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/13/07  20
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I003578 | 26835 QP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 29.000 | 11.520 | 17.480 | 1,666.12000 | 19,193.70 |

```
           CI: 174633-PNSNC 6074 PHONE WB
         Item: 035351
  Description: USMERCH-VTECH NEW BOX SET
          U/M: K
 Date Shipped: 04/13/07
** Packing Slip: 11332
     ** BOL #: 4143
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| | |
|--|--|
| SALES AMOUNT | 19,193.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 19,193.70 |

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/13/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL　　　　SPARTANBURG, SC
BRANFORD, CT　　 JUNCOS, PR
TIJUANA, MX　　　 NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002579 | 26836 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 12.000 | 7.110 | 0.000 | 1,726.12000 | 12,272.71 |

```
         CI: 176090-PNSNC TG1034 XL
       Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 04/13/07
**  Packing Slip: 0
     **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| SALES AMOUNT | 12,272.71 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **12,272.71** |

Pack Slip# 11261



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5390
Parque Industrial El Lago
Tijuana, BC., Mexico 2210
Tel: 011-52-664-627-8521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-3451
Fax: (815) 756-5187

**BRANFORD, CT 06405**
Tel: (203) 488-8305
Fax: (203) 488-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5082

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUNNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs. # |
|---|---|---|---|---|---|
| /10/07 | I002679 | 26836 OP | PREPAIDTL | 5497 | 237 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 085982 | K | 12.000 | 12.000 |
| | USMERCH-176090-PNSNC TG1034 XL | | | 7110 |

C/I: 176090-PNSNC TG1034 XL

# CTNS 237   PCS/CTN 30   TOTAL PIECES 7110

SCA 2401 Rv 02/06                    ACCOUNTING COPY

Pack Slip#    11332



SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana BCN MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-627-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 758-5187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5269

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-5806

Bill To: C013118
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

·der Contact: CHRIS GHIZORI

| ·ok Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 1/13/07 | 1002578 | 26835 OP | PREPAIDTL | 8,896.00 | 384 |

| ·ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 036351 | K | 29.000 | 11.520 |
|   | USMERCH-VTECH NEW BOX SET | | | |
|   | C/I: 174633-PNSNC 6074 PHONE WB | | | |

# CTNS 384    PCS/CTN 30    TOTAL PIECES 11520

SCA 2401 Rv 02/06                ACCOUNTING COPY

Pack Slip# 11333



SCA Consumer Packaging, Inc.

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-8189

**BRANFORD, CT 06405**
Tel: (203) 488-8305
Fax: (203) 483-8209

**SPARTANBURG, SC 29302**
Tel: (864) 582-4000
Fax: (864) 582-5392

**NOGALES, SONORA CP 340**
Tel: (011) 52-631-314-0568
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8582
Fax: (787) 734-8585

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 1/13/04 | 1002813 | 26646 OP | PREPAID TL | 40.00 | 2 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 005659 | K | #02.000 | 0.000 |
| | USMERCHANTS-RZ6063 SET | | | |
| | C/I: 174932-RX6063 SET | | | |

# CTNS **2**     PCS/CTN **30**     TOTAL PIECES **60**

SCA 2401 Rv 02/00

**ACCOUNTING COPY**

PO/BOL: 4143                                    Date: 04/13/07    Page: 1 of 1
Pro Number: SA5317
Carrier: SANCHOTENA          **DELIVERING CARRIER INSTRUCTIONS:**
                             **DO NOT BREAK DOWN PALLETS.**
                             **DO NOT DOUBLE STACK**
                             TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor                                   | Consignee
                                           |  US MERCHANTS
   **SCA Consumer Packaging, Inc.**        |  3324 142 AVE EAST
   Paseo Cucapah #5290                     |  STE C
   Parque Industrial El Lago               |  SUMNER WA 98390
   Tijuana, B.C., MX 22550                 |  USA

   SCA CONSUMER PACKAGING, INC., REQUESTS A
   COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
      YOUR FREIGHT BILL AND OR INVOICE

nvoicee                                    |  Special Instructions
US MERCHANTS                               |  SCA product to be top load only.
8737 WILSHIRE BLVD                         |  Do not stack in transit.
BEVERLY HILLS CA 90211                     |
USA                                        |  26  PALLETS OF PLASTICS ARTICLES
                                           |  SA5317   TRUCK NO.
                                           |

eight Charge Terms: (Freight charges       |
e collect unless marked otherwise)         |
epaid: ___          Third Party: _____   |

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|---|
| 1 | 384 | CTN | 174633 11332 | 156600 | 8,656.00 | | I002578 | 26835 OP |
| 2 | 237 | CTN | 176090 11261 | 156600 | 5,477.00 | | I002579 | 26836 OP |
| 3 | 2 | CTN | 174932 11333 | 156600 | 40.00 | | I002513 | 26546 OP |

   # Packages: 623                         | Total Charges:        0.00
Total Weight:    14,173.00 LBS             |

rier
gnature:

   Date: 13 /04/07

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and a
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

SCA Consumer Packaging, Inc.

PAGE 1    2-2

DATE 04/18/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002578 | 26835 QP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 29.000 | 10.080 | 7.400 | 1,666.12000 | 16,794.49 |

```
            CI: 174633-PNSNC 6074 PHONE WB
         Item: 035351
  Description: USMERCH-VTECH NEW BOX SET
         U/M: K
 Date Shipped: 04/18/07
**  Packing Slip: 11378
     **  BOL #: 4162
```

MEMBER
PRIMI
USA

ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 16,794.49 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 16,794.49 |



Page: 1
Pack Slip # 11379

SCA Consumer Packaging, Inc.
Parque Jacapan #5230
Parque Industrial El Lago
Tijuana, BC MX 22550
Tel: 011-52-664-607-8521
Fax: 011-52-664-607-8517

MAIN PLANT
DEKALB, IL 60115
Tel: (815) 756-8154
Fax: (815) 756-5304

BRANFORD, CT 06405
Tel: (203) 483-8905
Fax: (203) 483-9209

SPARTANBURG, SC 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA, CP 84055
Tel: (011) 52-631-320-0261
Fax: (011) 52-631-313-0287

JUNCOS, PR 00777
Tel: (787) 734-8380
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE B
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZONI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/18/07 | 1002586 | 26980 OP | PREPAID | 2,467.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| | US487PA | K | 22.160 | 3,600 |
| | USMERCH-143256 VTECH 6889/6896 4PK | | | |
| | C/I: 143256 VTECH 6889/6896 4PK | | | |

# CTNS __120__   PCS/CTN. __30__   TOTAL PIECES __3,600__

SCA 2401 Rv 02/06

ACCOUNTING COPY



Pack Slip# 11377

SCA Consumer Packaging, Inc.

| MAIN PLANT | SPARTANBURG, SC 29302 |
|---|---|
| DEKALB IL 60115 | Tel: (864) 582-1000 |
| Tel: (815) 756-8451 | Fax: (864) 582-5932 |
| Fax: (815) 4905187 | |
| | NOGALES SONORA CP 8405 |
| BRANFORD CT 06405 | Tel: (011) 52-631-4200265 |
| Tel: (203) 483-8305 | Fax: (011) 52-631-313-0267 |
| Fax: (203) 483-8209 | |
| | JUNCOS, PR. 00777 |
| | Tel: (787) 734-8582 |
| | Fax: (787) 734-8386 |

Bill To: 0013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/18/07 | I002587 | 26881 OP | PREPAIDTL | 3,360.00 | 168 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035429 | K | 3,300 | 3,300 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/I: 162991-VTECH 6789 | | | |
| 2 | 035429 | K | 15,500 | 1,740 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/I: 162991-VTECH 6789 | | | |

# CTNS  168   PCS/CTN  30   TOTAL PIECES  5,040

SCA 2401 Rv 02/06

ACCOUNTING COPY

Page 1



SCA Consumer Packaging, Inc.

Pack Slip#    11473

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-4455
Fax: (815) 756-4387

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-4007
Fax: (864) 582-5982

**NOGALES, SONORA CP 840**
Tel: (011) 52-631-311-0208
Fax: (011) 52-631-311-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3924 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS CHIZORI

| ock Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 4/16/07 | I002878 | 26866 DP | PREPAID IL | 6,675.00 | 336 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| | 034351 | K | 29,000 | 10,080 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 1/4633-PNSNC 6074 PHONE WB

# CTNS  336    PCS/CTN.  30    TOTAL PIECES  10,080

SCA 2401 Rv 02/06    ACCOUNTING COPY

308p16.6718r5vvsv0u0r
- . .·00/BOL: 4162                                Date: 04/18/07    Page:  1 of  1
   Pro Number: SA5357
      Carrier: SANCHOTENA          DELIVERING CARRIER INSTRUCTIONS:
                                      DO NOT BREAK DOWN PALLETS.
                                        DO NOT DOUBLE STACK
                                   TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor                              | Consignee
    **SCA Consumer Packaging, Inc.**   | US MERCHANTS
       Paseo Cucapah #5290             | 3324 142 AVE EAST
       Parque Industrial El Lago       | STE C
       Tijuana, B.C., MX 22550         | SUMNER WA 98390
                                       | USA
    SCA CONSUMER PACKAGING, INC., REQUESTS A  |  ৠ
 COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
        YOUR FREIGHT BILL AND OR INVOICE |

---

nvoicee                               | Special Instructions
US MERCHANTS                          | SCA product to be top load only.
9737 WILSHIRE BLVD                    | Do not stack in transit.
BEVERLY HILLS CA 90211                |
JSA                                   | 26PALLETS OF PLASTIC ARTICLES
                                      | SA5357

---

reight Charge Terms: (Freight charges       |
re collect unless marked otherwise)          |
repaid: ___X___    Third Party: _____       |

---

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|---|
| 1 | 120 | CTN | 143255 11374 | 156600 | 2,717.00 | | I002586 | 26880 OP |
| 2 | 110 | CTN | 162991 11377 | 156600 | 2,550.00 | | I002587 | 26881 OP |
| 3 | 58 | CTN | 162991 11377 | 156600 | 1,160.00 | | I002587 | 26881 OP |
| 4 | 336 | CTN | 174633 11378 | 156600 | 7,575.00 | | I002578 | 26835 OP |

   # Packages: 624                    | Total Charges:            0.00
Total Weight:     14,002.00           |

---

rrier
gnature:

   Date: 04/18/07              D. G. B

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
 agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry as its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ter on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and ...
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/18/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

23

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 3.600 | 18.550 | 1,585.00000 | 5,706.00 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11374
** BOL #: 4162

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





MEMBER
**PMMI**
**USA**

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 5,706.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,706.00** |

# SCA Consumer Packaging, Inc.

SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*2 4*

| | |
|---|---|
| **B I L L  T O** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA |
| **S H I P  T O** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.300 | 3.300 | 0.000 | 1,585.00000 | 5,230.50 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11377
    ** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 5,230.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,230.50** |