# EXHIBIT A - 2

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13050
PAGE 1
DATE 04/18/07     25

SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 1.740 | 13.760 | 1,585.00000 | 2,757.90 |

```
             CI: 162991-VTECH 6789
           Item: 035429
    Description: USMERCHANTS-VTECH 6789
           U/M: K
   Date Shipped: 04/18/07
 ** Packing Slip: 11377
         **  BOL #:
```


MEMBER
PMMI USA

ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

| | |
|---|---|
| SALES AMOUNT | 2,757.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,757.90 |

EXPORT



SCA

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

Page:         1
Pack Slip#    11377

MAIN PLANT
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 4/18/07 | I002587 | 26881 OP | PREPAIDTL | 3,360.00 | 168 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035429 | K | 3.300 | 3.300 |
|   | USMERCHANTS-VTECH 6789 | | | |
|   | R2378 | | | |
|   | C/I: 162991-VTECH 6789 | | | |
| 2 | 035429 | K | 15.500 | 1.740 |
|   | USMERCHANTS-VTECH 6789 | | | |
|   | R2370 | | | |
|   | C/I: 162991-VTECH 6789 | | | |

CAPTURADO 4/18
FECHA_____

# CTNS __168__ PCS/CTN. __30__ TOTAL PIECES __5,040__

THIS SHIPPING ORDER, must be legibly filled in, in ink, Indelible Pencil, or in Carbon, and retained by the Agent.

B/L or BOL: 4182                               Date: 04/16/07     Page: 1 of 1
Pro Number: SAB35.
Carrier: SANTHULNG

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor
**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
6737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Invoicee
US MERCHANTS
6737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special instructions
SCA product to be top load only.
Do not stock in transit.

25 PALLETS OF PLASTIC ARTICLES
SAB352

Freight charge Terms: (Freight charges
are collect, unless marked otherwise)
Prepaid: ___X___       Third Party: _____

| # | Pkgs | Pkg Type | Package Description / References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 120 | CTN | 143258 / 11374 | 156600 | 2,717.00 | | 1002686 | 26880 OP |
| 2 | 110 | CTN | 162991 / 11377 | 156600 | 2,506.00 | | 1002687 | 26881 OP |
| 3 | 58 | CTN | 162991 / 11377 | 156600 | 1,160.00 | | 1002687 | 26881 OP |
| 4 | 336 | CTN | 174633 / 11378 | 156600 | 7,675.00 | | 1002578 | 26835 OP |

# Packages: 624                    Total Charges:        0.00
Total Weight:   14,092.00

Carrier
Signature:

Date:      /      /

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's Imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13106
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*26*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 4.800 | 0.200 | 1,666.12000 | 7,997.38 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-184487-PNSNC 1035
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 11456
** BOL #:



SCA

MEMBER


ISO 9001
Registered

| SALES AMOUNT | 7,997.38 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,997.38 |

p16.6/n8.5v0s0b0l



**SCA**

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

Reprint Packing Slip
Page:          1
Pack Slip#    11410

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ll To: C013116
  MERCHANTS
37 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:  CHRIS GHIZORI

| Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|------|---------|---------|----------|--------|--------|
| 9/07 | I002578 | 26835 OP | PREPAIDTL | 4,910.00 | 240 |
| 21/07 | | | | | |

| /Rel | Item | U/M | Qty Ordered | Qty To Pack |
|------|------|-----|-------------|-------------|
| | 035351 | K | 29.000 | 7.200 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB



CAPTURADO
FECHA  84 21 07

cancelled
CAPTURADO  7-10
FECHA

# CTNS ___240___  PCS/CTN ___30___  TOTAL PIECES ___7200___

.2401 Rv 02/06

**TRAFFIC PACKING LIST**

0p16.67h8.5v0s0b0T



## SCA

**Packing Slip**

Page: 1
Pack Slip# 11411

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ll To: C013116
MERCHANTS
37 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:  CHRIS GHIZORI

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| 19/07 21/07 | I002587 | 26881 OP | PREPAIDTL | 4,730.00 | 214 24 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035429 USMERCHANTS-VTECH 6789 | K | 15.600 | ~~6 480~~ 720 |
| | C/I: 162991-VTECH 6789 | | | |

CAPTURADO
FECHA  04/21/07

CAPTURADO
FECHA
cancelled
4-19

2378
A 2401 Rv 02/06

# CTNS 214    PCS/CTN. 30    TOTAL PIECES 6420

TRAFFIC PACKING LIST

0p16.67h8.5v0s0b0T



## SCA

**Packing Slip**

Page:          1

Pack Slip#    11421

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
5 MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
5A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

ler Contact: CHRIS GHIZORI

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| 19/07 '21/07 | I002586 | 26880 OP | PREPAIDTL | 3,392.40 | 165 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 034875A USMERCH-143255 VTECH 6889/6896 4PK | K | 22.150 | 4.950 |

C/I: 143255 VTECH 6889/6896 4PK

CAPTURADO 9|07
FECHA

R2374

# CTNS   165   PCS/CTN.   30   TOTAL PIECES   4950

Packing Slip

Page: 1
Pack Slip# 11456

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX, 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84065**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 4/21/07 | D036804 | 26924 OP | PREPAIDTL | 4,224.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036262 | K | 5.000 | 4.800 |
| | USMERCH-184487-PNSNC 1035 | | | |

C/I: 184487-PNSNC 1035

# CTNS **192** PCS/CTN **25** TOTAL PIECES **4.800**

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

J0p16.67h8.5v0s0b0T

. &    PO/BOL: 4172                          Date: 04/19/07    Page:  1 of  1

Pro Number: TRUCK 5354

Carrier: SCA (SANCHOTENA) **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

| onsignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.** | US MERCHANTS |
| Paseo Cucapah #5290 | 3324 142 AVE EAST |
| Parque Industrial El Lago | STE C |
| Tijuana, B.C., MX 22550 | SUMNER WA 98390 |
| | USA |
| SCA CONSUMER PACKAGING, INC., REQUESTS A | |
| COPY OF THEIR BILL OF LADING BE SUBMITTED WITH | |
| YOUR FREIGHT BILL AND OR INVOICE | |

---

| voicee | Special Instructions |
|---|---|
| JS MERCHANTS | SCA product to be top load only. |
| 1737 WILSHIRE BLVD | Do not stack in transit. |
| EVERLY HILLS CA 90211 | |
| ISA | 26 PALLETS OF PLASTIC ARTICLES |

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ____ X ____      Third Party: _____

| |Pkg| Pkg<br>Type | Package Description<br>References | NMFC | Weight(LB) | Rate | Order #<br>Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 165 | CTNS | 143255<br>11421 | 156600 | 3,742.40 | | I002586 | 1 | 26880 OP | |
| 2 | 240 | CTNS | 174633 V TECH NEW BO<br>11410 | 156600 | 5,410.00 | | I002578 | 1 | 26835 OP | |
| 3 | 24 | CTNS | V TECH 6789<br>11411 | 156600 | 530.00 | | I002587 | 2 | 26881 OP | |
| 4 | 192 | CTN | 184487<br>11456 | 156600 | 4,624.00 | | D036804 | 1 | 26924 OP | |

| # Packages: 621 | |Total Charges: | 0.00 |
|---|---|---|---|
| Total Weight:    14,306.40 LBS | | |

rrier
gnature:

Date: 4 / 21 / 07        NINO

be fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hippers imprint is in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

:EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said verty, that every service to be performed hereunder shall be subject: to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the follov statement: The carrier may decline to make deli of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13124
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE REGULAR INVOICE

2 7

| B I L L T O | C013116 US MERCHANTS 8737 WILSHIRE BLVD BEVERLY HILLS CA 90211 USA | S H I P T O | 9 US MERCHANTS 3324 142 AVE EAST STE C SUMNER WA 98390 USA |
|---|---|---|---|

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 29.000 | 7.200 | 0.200 | 1,666.12000 | 11,996.06 |

```
          CI: 174633-PNSNG 6074 PHONE WB
        Item: 035351
 Description: USMERCH-VTECH NEW BOX SET
         U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
    ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI

ISO 9001
Registered

| SALES AMOUNT | 11,996.06 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,996.06** |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13125
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*28*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|--------------|-------------------|------------|----------------|
| 1 | 22.150 | 4.950 | 13.600 | 1,585.00000 | 7,845.75 |

        CI: 143255 VTECH 6889/6896 4PK
      Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
      U/M: K
Date Shipped: 04/21/07
**  Packing Slip: 0
    **  BOL #:



REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 7,845.75 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 7,845.75 |

MEMBER
PMMI
ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13126
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*29*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 0.720 | 13.040 | 1,585.00000 | 1,141.20 |

```
          CI: 162991-VTECH 6789
        Item: 035429
 Description: USMERCHANTS-VTECH 6789
        U/M: K
Date Shipped: 04/21/07
**  Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 1,141.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **1,141.20** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL                SPARTANBURG, SC
BRANFORD, CT              JUNCOS, PR
TIJUANA, MX               NOGALES, MX

INVOICE NO tiju 13166
PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*30*

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.150 | 10.800 | 2.800 | 1,585.00000 | 17,118.00 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/24/07
** Packing Slip: 11477
** BOL #: 4197

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| SALES AMOUNT | 17,118.00 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13167
PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*31*

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED. | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|---------------|-------------------|------------|----------------|
| 1 | 44.900 | 7.920 | 36.980 | 1,585.00000 | 12,553.20 |

```
              CI: 174932-RZ6053 SET
            Item: 035359
     Description: USMERCHANTS - 174932-RZ6053 SET
             U/M: K
    Date Shipped: 04/24/07
**   Packing Slip: 11478
        **  BOL #: 4197
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 12,553.20 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 12,553.20 |



Packing Slip

Page: 1
Pack Slip# 11477

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 9890
Parque Industrial El Lago
Tijuana BC (MX) 22550
Tel 011-52-664-627-3921
Fax 011-52-664-62-65317

**MAIN PLANT**
**DEKALB, IL, 60115**
Tel: (815) 756-8461
Fax: (815) 756-5187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 583-8982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013110
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Cust Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/24/07 | 1002686 | 26880 OP | PREPAIDTL | 7,401.80 | 360 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 0049788A | K | 12,150 | 10,800 |
|   | USMERCH-143265 VTECH 6889/6896 4PK | | | |

C/I: 143265 VTECH 6889/6896 4PK

# CTNS  360   PCS/CTN  30   TOTAL PIECES  10,800

Packing Slip

Page:         1
Pack Slip #   11478




SCA Consumer Packaging, Inc.
Paseo Ducanah # 5200
Parque Industrial El Lago
Nogales, Sonora, CP. 83280
Tel. 011-52-664-625-3521
Fax 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel. (815) 756-8451
Fax (815) 756-9187

**BRANFORD, CT. 06405**
Tel. (203) 483-8305
Fax (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel. (864) 582-4000
Fax (864) 582-5982

**NOGALES SONORA CP 8440**
Tel. (011) 52-631-320-0268
Fax (011) 52-631-313-0267

**JUNGOS, PR. 00777**
Tel. (787) 734-8282
Fax (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 1A2 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZURI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 4/24/07 | 1002888 | 026883 OP | PREPAIDTL | 5,280.00 | 264 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 005869 | K | 44,900 | 7,920 |

USMERCHANTS- 174932-RZ6063 SET

C/I: 174932-RZ6063 SET

# CTNS  264    PCS/CTN.  30    TOTAL PIECES  7,920

SCA 0404 R. 00/00

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.67h8.5v0s0b0T

DO/BOL: 4197                                  Date: 04/24/07    Page: 1 of 1
Pro Number: SA5329
Carrier: SANCHOTENA              DELIVERING CARRIER INSTRUCTIONS:
                                      DO NOT BREAK DOWN PALLETS.
                                        DO NOT DOUBLE STACK
                                  TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

nvoicee

JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5329

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ___X___     Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|--------|------------|------|-------------|----|-----------|----------|
| 1 | 360 CTN | 143255 | 156600 | 8,151.60 | | I002586 | 1 | 26880 0P | 11477 |
| 2 | 264 CTN | 174932 | 156600 | 5,830.00 | | I002588 | 1 | 026883 0P | 11478 |

# Packages: 624
Total Weight:    13,981.60                         Total Charges:              0.00

rrier
gnature:

Date:      /      /

1

e fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are property classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

'E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ghout this contract its meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, it on its route, otherwise to deliver to another er on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications lect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13216
PAGE 1
DATE 04/26/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

32

**B I L L T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 1002586 | 26880 OP | | | 0.00 | | NET |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.150 | 2.820 | 0.000 | 1.585300000 | 4,469.70 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255-VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/26/07
** Packing Slip: 11535
** BOL #: 4209

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 4,469.70 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,469.70 |

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13217
PAGE 1
DATE 04/26/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*33*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002588 | 026883 OP | | | 0.00 | | NET 30 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 15.840 | 21.140 | 1,585.00000 | 25,106.40 |

```
           CI: 174932-RZ6053 SET
         Item: 035359
  Description: USMERCHANTS- 174932-RZ6053 SET
         U/M: K
Date Shipped: 04/26/07
** Packing Slip: 11536
     ** BOL #: 4209
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| SALES AMOUNT | 25,106.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 25,106.40 |



Packing Slip

Page: 1
Pack Slip# 11536

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5201
Parque Industrial El Lago
Tijuana, B.C., MX 22560
Tel. 011-52-664-627-2021
Fax 011-52-664-629-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel. (815) 756-8451
Fax (815) 756-8167

**BRADFORD, CT 06405**
Tel. (203) 483-8305
Fax (203) 483-5209

**SPARTANBURG, SC 29302**
Tel. (864) 582-1800
Fax (864) 582-5082

**NOGALES, SONORA 12, 5485**
Tel. (011) 52-631-320-0037
Fax (011) 52-631-313-0287

**JUNCOS, PR. 00777**
Tel. (787) 734-8382
Fax (787) 734-8336

Bill To: C013116
US MERCHANTS
9797 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
9324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Contact: CHRIS GHIZORI

| Bk Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /26/07 | IO02686 | 26880 OP | PREPAID TL | 1,982.64 | 94 |

| Ina/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 068878A | K | 223160 | 2,820 |

USMERCH-143265 VTECH 6889/6896 4PK

C/I: 143265 VTECH 6889/6896 4PK

# CTNS  94   PCS/CTN  30   TOTAL PIECES  2820

SCA 2401 Rv 02/06                    ACCOUNTING COPY

Reprint Packing Slip

Page: 1

Pack Slip # 11536



SCA Consumer Packaging, Inc.
Paseo Cucapah # 2330
Parque Industrial El Lago
Tijuana, B. C. MX 22550
Tel: (01)-52-664-627-5821
Fax: (01)-52-664-625-3317

MAIN PLANT
DEKALB, IL 60115
Tel: (815) 768-8451
Fax: (815) 756-5186

BRANFORD, CT 06405
Tel: (203) 483-8305
Fax: (203) 483-5269

SPARTANBURG, SC 29302
Tel: (864) 582-3001
Fax: (864) 582-8002

NOGALES, SONORA CP 840
Tel: (01) 52-631-313-0228
Fax: (01) 52-631-313-0267

JUNCOS, PR 00777
Tel: (787) 734-8352
Fax: (787) 734-8388

Bill To: CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3824 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| SCR Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 8/26/07 | I002588 | 026883 OP | PREPAIDTL | 10,560.00 | 528 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035869 | K | 44,900 | 15,840 |
|  | USMERCHANTS- 174932-RZ6053 SET |  |  |  |

C/I: 174932-RZ6053 SET

# CTNS 528  PCS/CTN 30  TOTAL PIECES 15,840

SCA 2401 Rv 02/06

ACCOUNTING COPY

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.67h8.5v0s0b0T

DO/BOL: 4209                         Date: 04/26/07    Page:  1 of  1

Pro Number: JRS03

Carrier: SANCHOTENA JRS03 **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

nvoicee
JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| JRS03

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

| |Pkg| Pkg | Package Description | NMFC | Weight(LB) |Rate| Order # | Ln| Cust PO # | Pck Slip |
| | | Type | References | | | | Ref | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1| 94|CTN |143255 |156600 | 1,932.64 | |I002586 | 1|26880 OP | 11535 |
| 2|528|CTN |174932 |156600 |10,560.00 | |I002588 | 1|026883 OP | 11536 |

 # Packages: 622                    |Total Charges:           0.00
Total Weight:    12,492.64 LBS

rrier
gnature:

Date: 26 / 04 / 07

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

 **agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ughout this contract (as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another ier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said route to destination and as to each party at any time interested in all or any of said perty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13229
PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**
*34*

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 0.200 | 0.000 | 1,666.12000 | 333.22 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-184487-PNSNC 1035
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | | |
|---|---|---|
| SALES AMOUNT | | 333.22 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 333.22 |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13230    35
PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 8.640 | 51.360 | 1,578.00000 | 13,633.92 |

```
            CI: 184452-VTECH 5884 PHONE WB
          Item: 036094
   Description: USMERCH-184452 VTECH 5884 PHONE WB
           U/M: K
  Date Shipped: 04/28/07
 **  Packing Slip: 0
        **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 13,633.92 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **13,633.92** |



ISO 9001
Registered

00p16 67h8 6v0s0b0T

Packing Slip

Page: 1

Pack Slip# 11552



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8205
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
9324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/0/ | 0036073 | 25876 01 | PREPAIDTL | 5,904.00 | 288 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 010004 | | 262,080 | 8,640 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS  288   PCS/CTN  30   TOTAL PIECES  8,640

copib.6/h8.sv0g0b01.



**Packing Slip**

Page:    1
Pack Slip#    11553

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5230
Parque Industrial El Lago
Tijuana, B.C., MX, 22550
Tel: 011-52-664-627-3621
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**SPARTANBURG, SC, 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**BRANFORD, CT. 06405**
Tel: (203) 483-5305
Fax: (203) 483-5209

**NOGALES, SONORA CP. 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (S)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS CHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | 1002868 | 026063 OP | PREPAIDTL | 3,340.00 | 312 |

| he/Rel | Item | U/M | Qty Ordered | Qty Shipped |
|--------|------|-----|-------------|-------------|
| | USMERCHANTS- 174932-RZ6063 SET | | | |

QTY: 174932-RZ6063 SET

# CTNS  312    PCS/CTN  30    TOTAL PIECES  9360

Job16.67h8.5v0e0b01

Packing Slip

Page:                    i
Pack Slip#    11554

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ok Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | 003880A | 26924 OP | PREPAIDTL | 1200.00 | 8 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | USMERCH-184487-PNSNC 1036 | | 0.000 | 200.000 |
| | O/I: 184487-PNSNC 1036 | | | |

# CTNS  8    PCS/CTN  25    TOTAL PIECES  200

10p16.67h8.5v0s6bu1/

Packing Slip

Page: 1
Pack Slip# 11566

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-825-3337

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD CT. 06405**
Tel: (203) 483-8505
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Ask For: CHRIS GHIZONI

| Ack Date | Order # | Cust PO | Ship Via | Origin | Route # |
|----------|---------|---------|----------|--------|---------|
| /28/07 | 1002570 | 26035 OP | PREPAID1C | | |

| te/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | USMERCH-VTECH NEW BOX SET | | | |
| | C/N 178633-PNSN: 6074 PHONE WB | | | |

# CTNS  6    PCS/CTN  30    TOTAL PIECES  180

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

l0p16.67h8.5v0s0b0T

DQ/BOL: 4218                          Date: 04/28/07    Page: 1 of 1
Pro Number: SA5341
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

nsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

|Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5341

---

ight Charge Terms: (Freight charges
e collect unless marked otherwise)
paid: __X__      Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 288 | CTN | 184452 11552 | 156600 | 6,504.00 | | D036879 | 1 | 26876 OP | 11552 |
| 312 | CTN | 174932 11553 | 156600 | 6,890.00 | | I002588 | 1 | 026883 OP | 11553 |
| 8 | CTN | 184487 11554 | 156600 | 226.00 | | D036804 | 1 | 26924 OP | 11554 |
| 6 | CTN | 174633 11555 | 156600 | 122.76 | | I002578 | 1 | 26835 OP | 11555 |

---

# Packages: 614                              |Total Charges:              0.00
otal Weight:    13,742.76              |

rier
nature:          _Goggo Silo_

  Date:      /    /

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.
- shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ier's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
iout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and its assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico