# EXHIBIT A - 3

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13244
PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

3C

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 29.000 | 0.180 | 0.020 | 1,666.12000 | 299.90 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
**PMMI**
**USA**

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 299.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 299.90 |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13245
PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*3₹*

**B I L L T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | · | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 9.360 | 11.780 | 1,585.00000 | 14,835.60 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 14,835.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **14,835.60** |


**Tegrant**

INVOICE NO tiju 13295
PAGE 1
DATE 05/02/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

*38*

**BILL TO.**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 10.800 | 40.560 | 1,578.00000 | 17,042.40 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 05/02/07
** Packing Slip: 11588
    ** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 17,042.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,042.40 |



**Tegrant**

INVOICE NO tiju 13304
PAGE 1
DATE 05/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*3 9*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 7.920 | 3.860 | 1,585.00000 | 12,553.20 |

    CI: 174932-RZ6053 SET
    Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
    U/M: K
Date Shipped: 05/02/07
** Packing Slip: 11587
    ** BOL #: 4232

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 12,553.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **12,553.20** |

Packing Slip

Page: 1
Pack Slip# 11587

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8905
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|-----------|---------|---------|----------|--------|--------|
| 5/02/07 | I002888 | 026883 OP | PREPAIDTL | 5,280.00 | 264 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035353 | K | 44.900 | 7.920 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

# CTNS 264    PCS/CTN 30    TOTAL PIECES 7920

Packing Slip

Page          1
Pack Slip#    11588

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C015116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| /02/07 | DO36879 | 26876 UP | PREPAIDTL | 7,387.20 | 360 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 036094 | EA | 60,000 | 10,000 |
| | USMERCH-184462 VTECH 5884 PHONE WB | | | |
| | C/I: 184462-VTECH 5884 PHONE WB | | | |

# CTNS  360    PCS/CTN  30    TOTAL PIECES  10X00

THIS SHIPPING ORDER   must be legibly filled in, in ink, indelible Pencil, or in
Carbon, and retained by the Agent.

.DO/BOL: 4232                          Date: 05/02/07    Page: 1 of 1
Pro Number: SA5335
Carrier: SCA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor                                | Consignee
                                        | US MERCHANTS
**Tegrant Corporation, Alloyd Brands**  | 3324 142 AVE EAST
Paseo Cucapah #5290                     | STE C
Parque Industrial El Lago               | SUMNER WA 98390
Tijuana, B.C., MX 22550                 | USA

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

nvoicee                                 | Special Instructions
JS MERCHANTS                            | Alloyd product to be top load only.
3737 WILSHIRE BLVD                      | Do not stack in transit.
3EVERLY HILLS CA 90211                  |
JSA                                     | 26 PALLETS OF PLASTIC ARTICLES
                                        | SA5335

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|
| 1 264 | CTN | 174932-RZ6063 11587 | 156600 | 5,280.00 | 1002588 | 1 | 026883 OP | |
| 2 369 | CTN | 184452-VTECH 11588 | 156600 | 7,387.20 | 0036879 | 1 | 26876 OP | |

# Packages: 633
Total Weight:   12,667.20 LBS          | Total Charges:        0.00

rrier
gnature:

Date: 02/05/07          _____

2

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
as is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
**agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**
EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ighout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico


**Tegrant**

INVOICE NO tiju 13340
PAGE 1
DATE 05/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

40

**Tegrant Corporation**      Facilities
**Alloyd Brands**           DeKalb, IL      Spartanburg, SC
1401 Pleasant Street        Branford, CT    Juncos, PR
DeKalb, Illinois 60115      Tijuana, MX     Nogales, MX

**B I L L  T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 10.080 | 30.480 | 1,578.00000 | 15,906.24 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 05/04/07
** Packing Slip: 11625
** BOL #: 4246

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 15,906.24 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **15,906.24** |



**Tegrant**

INVOICE NO tiju 13341
PAGE 1
DATE 05/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

41

**Tegrant Corporation**
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036901 | 27015 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 8.000 | 7.200 | 0.800 | 1,666.12000 | 11,996.06 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-184971-PNSNC 3034
U/M: K
Date Shipped: 05/04/07
** Packing Slip: 11626
** BOL #: 4246



MCMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 11,996.06 |

XXp1b2b/h8.5%0s0b0i

Packing Slip

Page: 1
Pack Slip#  11626

**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

ler Contact:

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| 04/07 | 0036879 | 26876 OP | PREPAIDTL | 6,888.00 | 336 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 036094 | K | 60.000 | 10.000 |
| | USMERCH-184462 VTECH 5884 PHONE WB | | | |
| | C/I: 184462-VTECH 5884 PHONE WB | | | |

221      2in   TOTAL   1b.0%0

W4p16.67h8.5y0s0b0T

**Tegrant**

Packing Slip
Page:        1
Pack Slip #      11626

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

ief Contact:

| Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|------|---------|---------|----------|--------|--------|
| /04/07 | D036901 | 27016 OP | PREPAIDTL | 0.00 | 268 |
| | | | | 5374.08 | |

| ie/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 035762 | K | 8.000 | 7.200 |
| | USMERCH-184971-PNSNC 3034 | | | |
| | C/I: 184971-PNSNC 3034 | | | |

288    25    TOTAL    7200

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

0p16.57h8.5v0s0b0T

30/BOL: 4246                        Date: 05/04/07    Page:  1 of  1
Pro Number: SA5355
    Carrier: EXPRESS SERVICE I  DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                            TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

   **Tegrant Corporation, Alloyd Brands**
   *Paseo Cucapah #5290*
   *Parque Industrial El Lago*
   *Tijuana, B.C., MX 22550*

   **Tegrant Corporation, Alloyd Brands,** REQUESTS A
   COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
            YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

Invoicee
MERCHANTS
37 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5355

---

ight Charge Terms: (Freight charges
(Collect) unless marked otherwise)
paid: _____    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 336 | CTN | 184452 | 156600 | 6,888.00 | | D036879 | 1 | 26876 OP | 11625 |
| 288 | CTN | 184971 | 156600 | 5,374.08 | | D036901 | 1 | 27015 OP | 11626 |

---

# Packages: 624
tal Weight:    12,262.08 LBS

Total Charges:           0.00

---

ier
ature:

Date:      /     /        *Scorgio*

re boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

to certify that; the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

r's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

D, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

ly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
t this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official. Southern, Western and Illinois Freight Classifications
n the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
all terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*

**Tegrant**

INVOICE NO tju 15557
PAGE 1
DATE 05/07/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

42

| Tegrant Corporation | Facilities | |
|---|---|---|
| Alloyd Brands | DeKalb, IL | Spartanburg, SC |
| 1401 Pleasant Street | Branford, CT | Juncos, PR |
| DeKalb, Illinois 60115 | Tijuana, MX | Nogales, MX |

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS  CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036900 | 27014 QP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 16.000 | 1.200 | 14.800 | 1,666.12000 | 1,999.34 |

          CI: 184971-PNSNC 3034
        Item: 035752
   Description: USMERCH-184971-PNSNC 3034
        U/M: K
   Date Shipped: 05/07/07
  ** Packing Slip: 11655
     ** BOL #: 4257

**REMIT TO:**
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 1,999.34 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **1,999.34** |



**Tegrant**

INVOICE NO tiju 13368
PAGE 1
DATE 05/07/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation — Facilities
Alloyd Brands — DeKalb, IL — Spartanburg, SC
1401 Pleasant Street — Branford, CT — Juncos, PR
DeKalb, Illinois 60115 — Tijuana, MX — Nogales, MX

*43*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 17.280 | 13.200 | 1,578.00000 | 27,267.84 |

        CI: 184452-VTECH 5884 PHONE WB
     Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
        U/M: K
Date Shipped: 05/07/07
  ** Packing Slip: 11654
     ** BOL #: 4257

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 27,267.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 27,267.84 |

Packing Slip
Page: 1
Pack Slip# 11655



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /07/07 | D036900 | 27014 OP | PREPAIDTL | 896.60 | 48 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036752 | K | 15.000 | 1.200 |
| | USMERCH-184971-PNSNC 3034 | | | |
| | C/I: 184971-PNSNC 3034 | | | |

# CTNS ___48___    PCS/CTN ___25___    TOTAL PIECES ___1200___

Packing Slip

Page: 1
Pack Slip# 11654



**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /07/07 | 0036879 | 25876 OP | PREPAIDTL | 11,808.00 | 576 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 60.000 | 17,280 |
| | USMERCH-184452 VTECH 6884 PHONE WB | | | |

C/1: 184452-VTECH 6884 PHONE WB

# CTNS 576   PCS/CTN 30   TOTAL PIECES 17,280

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4257                          Date: 05/07/07    Page:  1 of  1
Pro Number: SA5322
    Carrier:                    DELIVERING CARRIER INSTRUCTIONS:
                                     DO NOT BREAK DOWN PALLETS.
                                        DO NOT DOUBLE STACK
                                 TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor                              |Consignee
                                      | US MERCHANTS
    **Tegrant Corporation, Alloyd Brands**    | 3324 142 AVE EAST
    Paseo Cucapah #5290               | STE C
    Parque Industrial El Lago         | SUMNER WA 98390
    Tijuana, B.C., MX 22550           | USA
                                      |
    **Tegrant Corporation, Alloyd Brands,** REQUESTS A  |
  COPY OF THEIR BILL OF LADING BE SUBMITTED WITH  |
        YOUR FREIGHT BILL AND OR INVOICE      |

voicee                                | Special Instructions
S MERCHANTS                           | Alloyd product to be top load only.
737 WILSHIRE BLVD                     | Do not stack in transit.
EVERLY HILLS CA 90211                 |
SA                                    | 26 PALLETS OF PLASTIC ARTICLES
                                      | SA5322
                                      |

eight Charge Terms: (Freight charges  |
e (collect) unless marked otherwise)  |
epaid:              Third Party: _____  |

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 576 | CTN | 184452 | 156600 | 11,808.00 | | D036879 | 1 | 26876 OP | 11654 |
| 48 | CTN | 184971 | 156600 | 895.60 | | D036900 | 1 | 27014 OP | 11655 |

 # Packages: 624                      |Total Charges:        0.00
otal Weight:    12,703.60 LBS         |

rier
nature:

    Date: 07/05/07

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ot of Transportation
- shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject  to all terms and conditions of this Uniform domestic Straight Bill of Lading set forth (1) in Official  Southern, Western and Illinois Freight Classification
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without-recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation
Alloyd Brands**
Tijuana, B.C., Mexico



**Tegrant**

INVOICE NO tiju 13369
PAGE 1
DATE 05/07/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*44*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036900 | 27014 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 16.000 | 12.400 | 2.400 | 1,666.12000 | 20,659.89 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-184971-PNSNC 3034
U/M: K
Date Shipped: 05/07/07
** Packing Slip: 11653
** BOL #: 4256

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 20,659.89 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 20,659.89 |

l0p15.6768.5v0s0b01

**Tegrant**

Packing Slip
Page:          1
Pack Slip#    11663

**Tegrant Corporation**
**Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*
*(t) 619-946-1240*
*(f) 619-946-1243*

*MAIN PLANT*
*1401 Pleasant Street*
*DeKalb, Illinois 60115*
*(t) 815-756-8451*
*(f) 815-756-5187*

*Spartanburg, SC. 29302*
*(t) 864-582-1000*
*(f) 864-582-5982*

*Juncos, PR. 00777*
*(t) 787-734-8382*
*(f) 787-734-8386*

*Branford, CT. 06405*
*(t) 203-483-8305*
*(f) 203-483-5209*

*Nogales, Sonora CP 84055*
*(t) 011-52-631-320-0265*
*(f) 011-52-631-320-0267*

ill for C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Contact:

| Date | Order # | Cust.PO | Ship Via | Weight | Pkgs # |
|------|---------|---------|----------|--------|--------|
| /07/07 | D086900 | 2/014 UP | PREPAID1L | 94255.86 | 496 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 038782 | K | 16.000 | 12,400 |
| | USMERCH-184971-PNSNC 3034 | | | |
| | C/1: 184971-PNSNC 3034 | | | |

# CTNS___49.6    PCS/CTN.   25    TOTAL PIECES   12,400

# Tegrant

INVOICE NO tiju 13370
PAGE 1
DATE 05/07/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

45

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL.        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036901 | 27015 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 8.000 | 0.800 | 0.000 | 1,666.12000 | 1,332.90 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-184971-PNSNC 3034
U/M: K
Date Shipped: 05/07/07
** Packing Slip: 11652
** BOL #: 4256

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 1,332.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,332.90 |



ISO 9001
Registered

Packing Slip
Page: 1
Pack Slip# 11652

**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| 7/07/07 | D036901 | 27015 OP | PREPAIDTL | 597.12 | 32 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| 035/52 | USMERCH-184971-PNSNC 3034 | K | 8,000 | 0.800 |
| | C/L: 184971-PNSNC 3034 | | | |

# CTNS ___32___  PCS/CTN ___25___  TOTAL PIECES ___800___

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4266
Pro Number: SA5350
Carrier:

Date: 05/07/07   Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

nsignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

|Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
3A

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5350

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____   Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|----|-----------|----------|
| 96 | CTN | 174932 | 156600 | 1,920.00 | | I002588 | 1 | 026883 0P | 11651 |
| 32 | CTN | 184971 | 156600 | 597.12 | | D036901 | 1 | 27015 0P | 11652 |
| 496 | CTN | 184971 | 156600 | 9,255.36 | | D036900 | 1 | 27014 0P | 11653 |

 # Packages: 624
otal Weight:   11,772.48 LBS

|Total Charges:        0.00

rier
nature:

Date: 07 / 05 / 07

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ot. of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
por's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
read or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
Tijuana, B.C., Mexico

1



**Tegrant**

INVOICE NO tiju 13382
PAGE 1
DATE 05/07/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*46*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**B I L L T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**S H I P T O**

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 2.880 | 0.980 | 1,585.00000 | 4,554.80 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 05/07/07
** Packing Slip: 11651
** BOL #: 4256

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,564.80 |

Packin

**Tegrant**

Page: 1
Pack Slip# 11651

*Tegrant Corporation*
*Allied Brands*
*Paseo Cucapah #3290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22350*
*(t) 619-946-1240*
*(f) 619-946-1243*

*MAIN PLANT*
*1401 Peasant Street*
*DeKalb, Illinois 60115*
*(t) 815-756-8451*
*(f) 815-756-5187*

*Spartanburg, SC, 29302*
*(t) 864-582-1000*
*(f) 864-582-5982*

*Juncos, PR, 00777*
*(t) 787-734-8382*
*(f) 787-734-8386*

*Branford, CT, 06405*
*(t) 203-483-3905*
*(f) 203-483-8209*

*Nogales Sonora CR 84065*
*(t) 011-52-631-320-0265*
*(f) 011-52-631-320-0267*

Bill To: CO13116
US MERCHANTS
9887 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 3/07/07 | 1002688 | 028883 OP | PREPAIDTL | 1,920.00 | 96 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 008359 | K | 44.900 | 2.880 |
| | USMERCHANTS- 174932-RZ6063 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

# CTNS  96    PCS/CTN  30    TOTAL PIECES  2880

TEG 2401 Rv 04/07                    ACCOUNTING COPY

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

PO /BOL: 4256                          Date: 05/07/07    Page:  1 of  1
Pro Number: SA5350
   Carrier:

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

Invoicee
IS MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5350

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

---

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 96 CTN | 174932 | 156600 | 1,920.00 | | I002588 | 1 | 026883 OP | 11651 |
| 2 | 32 CTN | 184971 | 156600 | 597.12 | | D036901 | 1 | 27015 OP | 11652 |
| 3 | 496 CTN | 184971 | 156600 | 9,255.36 | | D036900 | 1 | 27014 OP | 11653 |

# Packages: 624
Total Weight:    11,772.48 LBS

| Total Charges:                0.00

Carrier
Signature:

Date: 07/05/07        _____

1

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
: – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, it on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions on the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, If this shipment is
be delivered to the consignee without recourse o
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and a
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

**Tegrant**

INVOICE NO tiju 13411
PAGE 1
DATE 05/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

47

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 12.240 | 0.960 | 1,578.00000 | 19,314.72 |

```
                  CI: 184452-VTECH 5884 PHONE WB
                Item: 036094
         Description: USMERCH-184452 VTECH 5884 PHONE WB
                U/M: K
        Date Shipped: 05/09/07
    **  Packing Slip: 11679
          **  BOL #: 4270
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,314.72 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 19,314.72 |

MEMBER
PMMI
USA

ISO 9001
Registered

# Tegrant

INVOICE NO tiju 13412
PAGE 1
DATE 05/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*48*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036900 | 27014 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 16.000 | 2.400 | 0.000 | 1,666.12000 | 3,998.69 |

```
                CI: 184971-PNSNC 3034
              Item: 035752
       Description: USMERCH-184971-PNSNC 3034
               U/M: K
     Date Shipped: 05/09/07
  **  Packing Slip: 11680
         **  BOL #: 4270
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MCMDEA
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 3,998.69 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 3,998.69 |

Packing Slip

Page: 1
Pack Slip# 11679

**Tegrant**

Tegrant Corporation
Alloyd Brands
7905 Carpenter 8260
Parque Industrial El Lago
Tijuana, B.C. MX 22550
(t) 619-746-1240
(f) 619-946-1273

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-758-5187

Spartanburg, SC. 29302
140 Pleasant Street
(t) 864-582-1000
(f) 864-582-3392

Juncos, PR 00777
(t) 787-734-3382
(f) 787-734-8386

Branford, CT 06405
(t) 203-483-8805
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0285
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/09/07 | D036879 | 26876 OP | PREPAIDTL | 8,364.00 | 408 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 50.000 | 12,240 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS ___408___ PCS/CTN ___30___ TOTAL PIECES ___12,240___

Packing Slip

Page: 1
Pack Slip# 11680



| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5582 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116                     Ship To: (9)
US MERCHANTS                         US MERCHANTS
8787 WILSHIRE BLVD                   3324 142 AVE EAST
BEVERLY HILLS CA 90211               STE C
USA                                  SUMNER WA 98390
                                     USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/09/07 | 0036900 | 27014 UP | PREPAIDTL | 1,791.36 | 96 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 038762 | K | 16,000 | 2,400 |
| | USMERCH-184971-PNSNC 3034 | | | |

    C/I: 184971-PNSNC 3034

# CTNS  96   PCS/CTN  25   TOTAL PIECES  2400

Packing Slip

Page # 1
Pack Slip# 11681

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(t) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5932

Juncos, PR 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT 06405
(t) 203-483-8805
(f) 203-483-5209

Nogales, Sonora CP 84065
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 5/09/07 | 1002626 | 2/16B OP | ALLOYD PAYS | 2,820.00 | 120 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 038351 | K | 13,841 | 3,600 |
|   | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

# CTNS 170.    PCS/CTN 30    TOTAL PIECES 3600

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.67h8.5v0s0b0T

DO/BOL: 4270                                                    Date: 05/09/07    Page: 1 of 1
Pro Number:
Carrier:                              **DELIVERING CARRIER INSTRUCTIONS:**
                                        **DO NOT BREAK DOWN PALLETS.**
                                        **DO NOT DOUBLE STACK**
                                    **TOP LOAD ONLY - DO NOT REFRIGERATE**

---

onsignor                                    |Consignee
                                            | US MERCHANTS
    **Tegrant Corporation, Alloyd Brands**  | 3324 142 AVE EAST
    Paseo Cucapah #5290                     | STE C
    Parque Industrial El Lago               | SUMNER WA 98390
    Tijuana, B.C., MX 22550                 | USA

    **Tegrant Corporation, Alloyd Brands,** REQUESTS A |
   COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
        YOUR FREIGHT BILL AND OR INVOICE   |

---

nvoicee                                     | Special Instructions
JS MERCHANTS                                | Alloyd product to be top load only.
3737 WILSHIRE BLVD                          | Do not stack in transit.
BEVERLY HILLS CA 90211                      |
JSA                                         | 26 PALLETS OF PLASTIC ARTICLES
                                            |
                                            |

eight Charge Terms: (Freight charges |
e collect unless marked otherwise) |
epaid: _____    Third Party: _____ |

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1| 408 |CTN | 184452 | 156600 | 8,364.00 | | D036879 | 1 | 26876 0P | 11679 |
| 2| 96 |CTN | 184971 | 156600 | 1,791.36 | | D036900 | 1 | 27014 0P | 11680 |
| 3| 120 |CTN | 174633 | 156600 | 2,520.00 | | I002628 | 1 | 27165 0P | 11681 |

  # Packages: 624                          |Total Charges:              0.00
Total Weight:    12,675.36 LBS             |

rrier
gnature:                                    *Alan Mendez*

    Date: 09/05/07  (signature)            E-S-T 9-5-07

1

e fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. or Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

**Tegrant**

INVOICE NO tiju 13422
PAGE 1
DATE 05/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

49

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002628 | 27165 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.841 | 3.600 | 10.241 | 1,666.12000 | 5,998.03 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 05/09/07
** Packing Slip: 11681
** BOL #: 4270

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 5,998.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,998.03 |

MEMBER
PMMI
USA

ISO 9001
Registered


**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL   Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 0.960 | 0.000 | 1,578.00000 | 1,514.88 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11755
** BOL #: 4293

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 1,514.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,514.88 |

Packing Slip
Page: 1
Pack Slip# 11755

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-758-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| CK Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | 0036879 | 26876 OP | PREPAIDTL | 656.00 | 32 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036094 | K | 60.000 | 0.000 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |
| | C/I: 184452-VTECH 5884 PHONE WB | | | |

TOTAL 32 30 960

INVOICE NO tiju 13490
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE


**Tegrant**

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 1002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 0.990 | 0.000 | 1,585.00000 | 1,569.15 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11741
** BOL #: 4286


MEMBER
DMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 1,569.15 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,569.15 |

Packing Slip
Page:        1
Pack Slip#    11741



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| der Contact: CHRIS GHIZOKI | | Ship Via | Weight | Pkgs. # |
|---|---|---|---|---|
| ick Date Order # Cust PO | | PREPAIDTL | 660.00 | 33 |
| /11/07 1002688 026883 OP | | | | |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035369 | K | 44.900 | 0.990 |
| | USMERCHANTS- 174932-RZ6063 SET | | | |
| | C/I: 174932-RZ6063 SET | | | |

TOTAL    0.90



INVOICE NO tiju 13494
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002627 | 27164 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.400 | 0.600 | 4.800 | 1,666.12000 | 999.67 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-PNSNC 1035
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11757
** BOL #: 4293

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 999.67 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 999.67 |



MEMBER
PMMI

ISO 9001
Registered

*Tegrant*

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07  | 1002627 | 27164 UP | PREPAIDTL | 528.00 | 24 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036262 | K | 5.400 | 0.000 |
|  | USMERCH-PNSNC 1035 |  |  |  |

C/I: 184487-PNSNC 1035

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
op16.67h8.5vos0b0T
    DD/BOL: 4293                      Date: 06/11/07   Page:  1 of 1
  Pro Number:              DELIVERING CARRIER INSTRUCTIONS:
    Carrier: SANCHOTENA       DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                         TOP LOAD ONLY - DO NOT REFRIGERATE
```

| Consignor | Consignee |
|---|---|
| *Tegrant Corporation, Alloyd Brands*<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>*Tegrant Corporation, Alloyd Brands*, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

```
·voicee
IS MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
ISA
```

```
Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5331
```

```
·eight Charge Terms: (Freight charges
·e collect unless marked otherwise)
·epaid: _____    Third Party: _____
```

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 32 CTN | 184452 | 156600 | 656.00 | | D036879 | 1 | 26876 OP | 11755 |
| 2 | 204 CTN | 162991 | 156600 | 4,080.00 | | I002587 | 2 | 26881 OP | 11756 |
| 3 | 8 CTN | 174633 | 156600 | 168.00 | | I002628 | 1 | 27165 OP | 11758 |
| 4 | 340 CTN | 174932 | 156600 | 6,800.00 | | I002588 | 2 | 026883 OP | 11759 |
| 5 | 24 CTN | 184487 | 156600 | 528.00 | | I002627 | 1 | 27164 OP | 11757 |

```
# Packages: 608                      Total Charges:            0.00
Total Weight:    12,232.00 LBS
```

```
·rrier
gnature:  Geraldo Orduño

   Date:      /    /
```

1

·he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification

·his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

·he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers' weight."

·hippers imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

·TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

·he agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

·EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
·nsively described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
·oughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
·er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
·erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) In Official, Southern, Western and Illinois Freight Classifications
·fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments, If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*



INVOICE NO tiju 13495
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT  Juncos, PR
Tijuana, MX   Nogales, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002628 | 27165 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.841 | 10.320 | 0.000 | 1,666.12000 | 17,194.36 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 0
** BOL #:

*Packing Slip: 11743*
*11758*

*BOL: 4293*
*4286*

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
ISO 9001
Registered

| SALES AMOUNT | 17,194.36 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,194.36 |



dcp16.67h8.5v0s0b0T

Packing Slip
Page:       1
Pack Slip#    11768

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/11/07 | I002628 | 27165 UP | ALLOYD PAYS | 168.00 | 8 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036351 | K | 13.841 | 0.240 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |

00p16.6/08.5v0s2b07


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI
==========================================================================
ck Date  Order #  Cust.PO                Ship Via                   Weight Pkgs. #
--------------------------------------------------------------------------
/11/07  1002628  27165 OP               ALLOYD PAYS               7,056.00  336

==========================================================================
ne/Rel  Item                          U/M      Qty Ordered  Qty To Pack
--------------------------------------------------------------------------
1       035361                        K          13.841       10.080
        USMERCH-VTECH NEW BOX SET

        C/1: 174633-PNSNC 6074 PHONE WB

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
Jopt6.67h8.5v0s0b0T
DO/BOL: 4286
Pro Number: SA5341                    Date: 05/11/07   Page:  1 of 1
Carrier: SANCHOTENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

Tegrant Corporation, Alloyd Brands
Paseo Cucopah #5290
Parque Industrial El Lago
Tijuana, B C., MX 22550

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5341

Freight Charge Terms: (Freight charges
collect unless marked otherwise)
epaid       Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 134 CTN | 180347 | 156600 | 2,680.00 | | I002629 | 1 | 27166 OP | 11740 |
| 2 | 33 CTN | 174932 | 156600 | 680.00 | | I002588 | 1 | 026883 OP | 11741 |
| 3 | 87 CTN | 174932 | 156600 | 1,740.00 | | I002588 | 2 | 026883 OP | 11742 |
| 4 | 336 CTN | 174633 | 156600 | 7,056.00 | | I002628 | 1 | 27165 OP | 11743 |

# Packages: 590                        Total Charges:        0.00
Total Weight:   12,136.00 LBS

rier
gnature: *Omar Sánchez*

Date: 11/03/07            *Sanchotena Express*

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

It is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation



**Tegrant**

INVOICE NO tiju 13496
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**B I L L  T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002629 | 27166 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 4.000 | 4.020 | 0.000 | 1,666.12000 | 6,697.80 |

CI: 180347-PNSNC TG6053
Item: 035754
Description: USMERCH-180347-TG6053
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11740
** BOL #: 4286



MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,697.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 6,697.80 |

U0p16.6/08.5v0s0b0t


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAiN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZZORI

| ick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 1/11/07 | 1002629 | 27166 OP | PREPAIDTL | 2,680.00 | 134 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035754 | K | 4.000 | 4.020 |
|  | USMERCH-180347-T66063 |  |  |  |

C/I: 180347-PNSNC T66053