# EXHIBIT A - 4



INVOICE NO tiju 13504
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 6.120 | 6.920 | 1,585.00000 | 9,700.20 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11756
** BOL #: 4293



MEMBER
ISO 9001

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 9,700.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,700.20 |



Packing Slip

Page: 1
PACK SLIP # 11756

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | 1002587 | 26881 OP | PREPAIDTL | 4,080.00 | 204 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 035429 USMERCHANTS-VTECH 6789 | K | 15.500 | 6.120 |

C/I: 162991-VTECH 6789



**INVOICE NO tiju 13505**
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*56*

Tegrant Corporation     Facilities
Alloyd Brands          DeKalb, IL      Spartanburg, SC
1401 Pleasant Street   Branford, CT    Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 12.810 | 12.690 | 1,585.00000 | 20,303.85 |

```
              CI: 174932-RZ6053 SET
            Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
            U/M: K
   Date Shipped: 05/11/07
 **  Packing Slip: 0
       **  BOL #:
```

*PAckriy Slp 11759*
*11742*

*BOL    4293*
*4286*

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| SALES AMOUNT | 20,303.85 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 20,303.85 |

U0p16.CJR2.Gv0S0b0l



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /11/07 | 1002588 | 026883 OP | PREPAIDTL | 1,740.00 | 87 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 2 | 036969 | USMERCHANTS- 174932-RZ6063 SET | K | 26.800 | 2.610 |
| | C/I: 174932-RZ6063 SET | | | | |

2610



V0p16167h8.5V0s0b0T

Packing Slip
Page: 1
Pack Slip# 11759

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/11/07 | I002688 | 026883 OP | PREPAIDTL | 6,800.00 | 340 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 2 | 035369 | K | 25,500 | 10,200 |
| | USMERCHANTS- 174932-RZ6063 SET | | | |

C/1: 1/4932-RZ6063 SET


**Tegrant**

INVOICE NO tiju 13511
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*    Facilities
*Alloyd Brands*    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 7.920 | 88.710 | 1,726.12000 | 13,670.87 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/14/07
** Packing Slip: 11777
** BOL #: 4304


MEMBER
PMMI
USA
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,670.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,670.87 |



300p16.67h8.6v0s0b0T

Packing Slip

Page: 1
Pack Slip# 11779

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3924 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/14/07 | 1002586 | 026883 OP | PREPAIDTL | 3,360.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035359 | K | 25.500 | 5.040 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Reprint Packing Slip
Page:           1
Pack Slip#    11778

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/14/07 | 1002627 | 27164 OP | PREPAID TL | 4,224.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036262 USMERCH-PNSNC 1036 | K | 5,400 | 4,800 |

C/I: 184487-PNSNC 1036

Tegrant

Packing Slip
Page: 1
Pack Slip# 11727

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/14/07 | D037078 | 27163 OP | PREPAIDLTL | 5,544.00 | 264 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 96.630 | 7.920 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

UUp16.67h8,5V0S0b0T
DO/BOL: 4304                          Date: 05/14/07    Page: 1 of 1
Prb Number:
    Carrier: SCA ( SANCHOTENA)  DELIVERING CARRIER INSTRUCTIONS:
                                 DO NOT BREAK DOWN PALLETS.
                                 DO NOT DOUBLE STACK
                             TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsigner

| **Tegrant Corporation, Alloyd Brands**
| Paseo Cucapah #5290
| Parque Industrial El Lago
| Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

nvoice

JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____        Third Party: _____

| | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 264 | CTNS | 176090 | 156600 | 5,544.00 | | I0037078 | 1 | 27163 OP | 11777 |
| 2 | 192 | CTN | PNSNC 1035 | 156600 | 4,224.00 | | I002627 | 1 | 27164 OP | 11778 |
| 3 | 168 | CTNS | 174932-RZ6053 | 156600 | 3,360.00 | | I002588 | 2 | 026883 OP | 11779 |

# Packages: 624
Total Weight:    13,128.00 LBS

| Total Charges:
|                    0.00

rrier Sanchotena Ex.
gnature: Robe to Hoeia
    Date: 05/14/07

---

hat the boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

nd is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dert. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

IT – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

ared or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
p, erty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
g, nout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party, at any time interested in all or any of said
arrty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**


**Tegrant**

INVOICE NO tiju 13519
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL          Spartanburg, SC
1401 Pleasant Street          Branford, CT          Juncos, PR
DeKalb, Illinois 60115          Tijuana, MX          Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002627 | 27164 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.400 | 4.800 | 0.000 | 1,666.12000 | 7,997.38 |

CT: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-PNSNC 1035
U/M: K
Date Shipped: 05/14/07
** Packing Slip: 11778
** BOL #: 4304

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 7,997.38 |
| MISC. CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,997.38 |


**Tegrant**

INVOICE NO tiju 13526
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*    Facilities
*Alloyd Brands*    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 5.040 | 7.650 | 1,585.00000 | 7,988.40 |

```
                    CI: 174932-RZ6053 SET
                  Item: 035359
           Description: USMERCHANTS- 174932-RZ6053 SET
                  U/M: K
         Date Shipped: 05/14/07
    **  Packing Slip: 11779
          **  BOL #: 4304
```


MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,988.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,988.40 |



INVOICE NO tiju 13542
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 3.600 | 85.110 | 1,726.12000 | 6,214.03 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/15/07
** Packing Slip: 11790
** BOL #: 4308

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI

ISO 9001

| SALES AMOUNT | 6,214.03 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,214.03 |

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(t) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (T9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/15/07 | 1002587 | 26881 OP | PREPAIDTL | 4,620.00 | 231 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 2 | 035429 | K | 15.600 | 6.930 |
| | USMERCHANTS-VTECH 6789 | | | |

C/I: 162991-VTECH 6789

3U0p16.67h3.5v0s0b0T

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR  00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Packing Slip
Page:        1
Pack Slip#   11789

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211          STE C
USA                             SUMNER WA 98390
                                USA
```

Order Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/16/07 | I002888 | 026883 OP | PREPAIDTL | 7,680.00 | 256 |

| ge/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 035359 | K | 25.600 | 7.680 |
|  | USMERCHANTS- 174932-RZ6083 SET |  |  |  |

   C/I: 174932-RZ6083 SET

3U0P16,b/hB.5v0s0b01

**Tegrant**

Packing Slip

Page:         1
Pack Slip#    11790

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 6/15/07 | 0037076 | 27163 OP | PREPAIDLTL | 2,520.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 96.630 | 3.600 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
aboop16.67n8.5voao601
    . Dr/BOL: 4308                                    Date: 05/15/07    Page:  1 of 1
  Pro Number: SA5329
  Carrier: SANCHOTENA            DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                      DO NOT DOUBLE STACK
                                 TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor                              | Consignee
                                       | US MERCHANTS
    Tegrant Corporation, Alloyd Brands | 3324 142 AVE EAST
    Paseo Cucapah #5290                | STE C
    Parque Industrial El Lago          | SUMNER WA 98390
    Tijuana, B.C., MX 22550            | USA
                                       |
    Tegrant Corporation, Alloyd Brands, REQUESTS A
    COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
          YOUR FREIGHT BILL AND OR INVOICE

---

Invoicee                               | Special Instructions
US MERCHANTS                           | Alloyd product to be top load only.
8737 WILSHIRE BLVD                     | Do not stack in transit.
BEVERLY HILLS CA 90211                 |
USA                                    | 26  PALLETS OF PLASTICS ARTICLES
                                       | SA532  TRUCK NO.
                                       |
                                       |

---

Freight Charge Terms: (Freight charges |
are collect unless marked otherwise)   |
Prepaid: _____   Third Party: _____  |

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|----|-----------|----------|
| 1 | 231 | CTN | 162991 | 156600 | 4,620.00 | | I002587 | 2 | 26881 0P | 11788 |
| 2 | 256 | CTN | 174932 11789 | 156600 | 7,680.00 | | I002588 | 2 | 026883 0P | 11789 |
| 3 | 120 | CTN | 176090 | 156600 | 2,520.00 | | D037078 | 1 | 27163 0P | 11790 |

    # Packages: 607                          |Total Charges:         0.00
Total Weight:   14,820.00 LBS                |

Carrier
Signature: _Gaytano Carriu_

    Date: _15 / 05 / 07_

---

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands



INVOICE NO Iiju 13551
PAGE 1                      ᴜ
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands      DeKalb, IL     Spartanburg, SC
1401 Pleasant Street   Branford, CT    Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 6.930 | 0.000 | 1,585.00000 | 10,984.05 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 05/15/07
** Packing Slip: 11788
** BOL #: 4308



ISO 9001

| SALES AMOUNT | 10,984.05 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |



INVOICE NO tiju 13552
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL    Spartanburg, SC
1401 Pleasant Street   Branford, CT  Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 7.680 | 0.000 | 1,585.00000 | 12,172.80 |

       CI: 174932-RZ6053 SET
     Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
     U/M: K
Date Shipped: 05/15/07
** Packing Slip: 11789
   ** BOL #: 4308



MEMBER
[ ISO 9001 ]

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 12,172.80 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |



INVOICE NO tiju 13578
PAGE 1
DATE 05/16/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 11.520 | 73.590 | 1,726.12000 | 19,884.90 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/16/07
** Packing Slip: 11802
** BOL #: 4313



MEMBER
ISO 9001

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,884.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
332A 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|----------|---------|---------|----------|--------|--------|
| 6/16/07 | D03707B | 27163 OP | PREPAIDLTL | 6,720.00 | 384 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A USMERCH-176090-PNSNC TG1034 XL | K | 96,630 | 11,520 |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

зUСp16.67h8.5vоsоbоTоUСp16.67h8.5vоsоbоT

DO/BOL:#4313                          Date: 05/16/07    Page: 1 of 1
Pro Number: TRUCK #SA5325    DELIVERING CARRIER INSTRUCTIONS:
     Carrier: SCA (SANCHOTENA)    DO NOT BREAK DOWN PALLETS.
                                  DO NOT DOUBLE STACK
                          TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| Tegrant Corporation, Alloyd Brands<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>Tegrant Corporation, Alloyd Brands, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ☒          Third Party: _____

| / | Pkg | Pkg<br>Type | Package Description<br>References | NMFC | Weight(LB) | Rate | Order #<br>Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 384 | CTN | 176090-PNSNC | 156600 | 6,720.00 | | D037078 | 1 | 27163 OP | 11802 |
| 2 | 240 | CTN | 143255 V TECH | 156600 | 4,934.20 | | I002586 | 2 | 26880 OP | 11803 |

# Packages: 624                              | Total Charges:        0.00
Total Weight:    11,654.20 LBS

Carrier
Signature:

    Date: 16/05/07

1. the boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
this is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ighout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands


**Tegrant**

INVOICE NO tiju 13585
PAGE 1
DATE 05/16/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 12.000 | 7.200 | 4.800 | 1,585.00000 | 11,412.00 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 05/16/07
** Packing Slip: 11803
  ** BOL #: 4313

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,412.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,412.00 |


MEMBER
PMMI

ISO 9001


**Tegrant**

INVOICE NO tiju 13622
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

65

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 13.680 | 59.910 | 1,726.12000 | 23,613.32 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/18/07
** Packing Slip: 11852
** BOL #: 4325

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER

ISO 9001

| | |
|---|---|
| SALES AMOUNT | 23,613.32 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,613.32 |

800p16.671A.5v0s0b01

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/18/07 | D037078 | 27163 OP | PREPAIDLTL | 9,676.00 | 456 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036382A | K | 96.630 | 13,680 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

00p16 C7R3.5v0s0b0r



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP.84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Packing Slip
Page:        1
Pack Slip#    11853

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3824 142 AVE EAST
STE C
SUMNER, WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/18/07 | I002586 | 26880 OP | PREPAIDIL | 3,289.60 | 160 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 2 | 034876A | K | 12.000 | 4.800 |
|  | USMERCH-143255 VTECH 6889/6896 4PK | | | |
|  | C/I: 143255 VTECH 6889/6896 4PK | | | |

STRAIGHT BILL OF LADING – SHORT FORM -- ORIGINAL -- NOT NEGOTIABLE

DO/BOL: 4325                  Date: 05/18/07    Page: 1 of 1
Pro Number: TRUCK #
Carrier: SCA ( SANCHOTENA )DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.<br>DO NOT DOUBLE STACK<br>TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550*<br><br>**Tegrant Corporation, Alloyd Brands,** REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ✕        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 160 | CTNS | 034875A<br>143255 VTECH | 156600 | 3,289.60 | | I002586 | 2 | 26880 OP | 11853 |
| 2 | 456 | CTN | 035382A<br>176090-PNSNC | 156600 | 9,576.00 | | D037078 | 1 | 27163 OP | 11852 |

   # Packages: 616                   | Total Charges:            0.00
Total Weight:     12,865.60

Carrier
Signature: *Garyelo+aua Express* (signature)

Date: 19 / 5 / 07

The rate boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rate 41, of the Consolidated Freight Classification

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
a Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

OTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

...property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
rrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
operty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Officia., Southern, Western and Illinois Freight Classifications
affect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading...

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow-
statement: The carrier may decline to make deliv-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**



INVOICE NO tiju 13637
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

ᕙᕦ

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 12.000 | 4.800 | 0.000 | 1,585.00000 | 7,608.00 |

```
            CI: 143255 VTECH 6889/6896 4PK
         Item: 034875A
  Description: USMERCH-143255 VTECH 6889/6896 4PK
          U/M: K
 Date Shipped: 05/18/07
** Packing Slip: 11853
     ** BOL #: 4325
```



MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 7,608.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,608.00 |



INVOICE NO tiju 13649
PAGE 1
DATE 05/21/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 18.720 | 41.190 | 1,726.12000 | 32,312.97 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/21/07
** Packing Slip: 11877
   ** BOL #: 4335



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 32,312.97 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 32,312.97 |

Reprint Packing Slip
Page:        1
Pack Slip#    11877

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 6/21/07 | D037078 | 27153 OP | PREPAIDLTL | 14,404.00 | 624 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036382A | K | 96.630 | 18.720 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4335                              Date: 05/21/07   Page:  1 of  1
Pro Number: SA5329
Carrier: SANCHOTENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY. DO NOT REFRIGERATE

Consignor

    Tegrant Corporation, Alloyd Brands
    Paseo Cucapah #5290
    Parque Industrial El Lago
    Tijuana, B.C., MX 22550

   Tegrant Corporation, Alloyd Brands, REQUESTS A
  COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
      YOUR FREIGHT BILL AND OR INVOICE

| Consignee |
| US MERCHANTS |
| 3324 142 AVE EAST |
| STE C |
| SUMNER WA 98390 |
| USA |

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions |
| Alloyd product to be top load only. |
| Do not stack in transit. |
| |
| 26  PALLETS OF PLASTICS ARTICLES |
| SA5329       TRUCK NO. |

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 624 | CTN | 176090 | 156600 | 14,404.00 | | 0037078 | 1 | 27163 0P | 11877 |

# Packages: 624
Total Weight:      14,404.00 LBS

Total Charges:              0.00

Carrier
Signature:   *Abraham B.*

Date: 21 / 05 / 07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described herein in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands


**Tegrant**

INVOICE NO tiju 13728
PAGE 1
DATE 05/24/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 16.380 | 24.810 | 1,726.12000 | 28,273.85 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/24/07
** Packing Slip: 11941
** BOL #: 4353

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 28,273.85 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |


MEMBER
PMMI
ISO 9001



INVOICE NO tiju 13741
PAGE 1
DATE 05/25/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

$6^9$

Tegrant Corporation  Facilities
Alloyd Brands  DeKalb, IL  Spartanburg, SC
1401 Pleasant Street  Branford, CT  Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX  Nogales, MX

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 15.600 | 9.210 | 1,726.12000 | 26,927.47 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/25/07
** Packing Slip: 11958
** BOL #: 4356



M E M B E R
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL 60673-1210

| | |
|---|---|
| SALES AMOUNT | 26,927.47 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 26,927.47 |

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013118
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE
SUMNER WA 98390
USA

Order Contact:

| ck Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|---------|---------|---------|---|----------|--------|--------|
| /26/07 | 003/078 | 27163 UP | | PREPAIDLTL | 10,920.00 | 624 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|--------|------|---|-----|-------------|-------------|
| | 036382A | | K | 96.630 | 16.600 |
| | USMERCH~176090-PNSNC TG1034 XL | | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
Jopi6.67h8 ¿5v0s0b0T
· 00/BOL: 4356                          Date: 05/25/07    Page:  1 of  1
Pro Number: TRUCK #
    Carrier: SCA (SANCHOTENA) DELIVERING CARRIER INSTRUCTIONS.
                        DO NOT BREAK DOWN PALLETS.
                        DO NOT DOUBLE STACK
                TOP LOAD ONLY · DO NOT REFRIGERATE

| nsignor | Consignee |
|---|---|
| | US MERCHANTS |
| Tegrant Corporation, Alloyd Brands | 3324 142 AVE EAST |
| Paseo Cucapah #5290 | STE C |
| Parque Industrial El Lago | SUMNER WA 98390 |
| Tijuana, B.C., MX 22550 | USA |
| | |
| Tegrant Corporation, Alloyd Brands, REQUESTS A | |
| COPY OF THEIR BILL OF LADING BE SUBMITTED WITH | |
| YOUR FREIGHT BILL AND OR INVOICE | |

| voicee | Special Instructions |
|---|---|
| G MERCHANTS | Alloyd product to be top load only. |
| 737 WILSHIRE BLVD | Do not stack in transit. |
| EVERLY HILLS CA 90211 | |
| SA | 26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ____✕____       Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 624 | CTNS | 035382A 176090-PNSNC | 156600 | 10,920.00 | | D037078 | 1 | 27163 OP | 11958 |

# Packages: 624                                    | Total Charges:              0.00
otal Weight:     10,920.00

rier
gnature:

   Date:     /     /

                    Omar Semche
                    25~05~07                                         1

e fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ipper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
o igreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____
IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this bill of lading.
operty described herein in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
_____

For Freight Collect Shipments. If the shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor


**Tegrant**

INVOICE NO tiju 13773
PAGE 1
DATE 05/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 9.225 | 0.000 | 1,726.12000 | 15,923.46 |

        CI: 176090-PNSNC TG1034 XL
        Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
   Date Shipped: 05/29/07
**   Packing Slip: 11980
    **   BOL #: 4366


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,923.46 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,923.46 |

Packing Slip
Page:        1
Pack Slip#    11980

**Tegrant**

Tegrant Corporation        MAIN PLANT                Spartanburg, SC. 29302      Branford, CT. 06405
Alloyd Brands              1401 Pleasant Street       (t) 864-582-1000           (t) 203-483-6305
Paseo Cucapah #5290        DeKalb, Illinois 60115     (f) 864-582-5982           (f) 203-483-5209
Parque Industrial El Lago  (t) 815-756-8451
Tijuana, B.C., MX 22550    (f) 815-756-5187           Juncos, PR. 00777          Nogales, Sonora CP 84055
(t) 619-946-1240                                      (t) 787-734-8382           (t) 011-52-631-320-0265
(f) 619-946-1243                                      (f) 787-734-8386           (f) 011-52-631-320-0267


Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA


Order Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/29/07  | D037078 | 27163 OP | PREPAIDLTL | 6,457.50 | 369 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 036382A | K | 96.630 | 9.225 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

Packing Slip
Page: 1
Pack Slip# 11981

**Tegrant**

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/29/07 | I002692 | 27413 QP | PREPAIDTL | 4,462.50 | 255 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 053382A | K | 27,696 | 6,375 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

ouop16.67h8.5vosobot
   DG/BOL: 4366
 Pro Number: TRUCK # SA5318                    Date: 05/29/07   Page:  1 of  1
       Carrier: SCA (SANCHOTENA)    DELIVERING CARRIER INSTRUCTIONS:
                                      DO NOT BREAK DOWN PALLETS.
                                       DO NOT DOUBLE STACK
                                  TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor
        Tegrant Corporation, Alloyd Brands
        Paseo Cucapah #5290
        Parque Industrial El Lago
        Tijuana, B.C., MX 22550

        Tegrant Corporation, Alloyd Brands, REQUESTS A
     COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
                YOUR FREIGHT BILL AND OR INVOICE

Consignee
 US MERCHANTS
 3324 142 AVE EAST
 STE C
 SUMNER WA 98390
 USA

---

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____      Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 255 | CTNS | 035382A 176090-PNSNC | 156600 | 4,462.50 | | I002692 | 1 | 27413 OP | 11981 |
| 2 | 369 | CTN | 035382A 176090-PNSNC | 156600 | 6,457.50 | | D037078 | 1 | 27163 OP | 11980 |

---

 # Packages: 624
 Total Weight:    10,920.00 LBS

Total Charges:
                      0.00

rrier  Sanchotena,
gnature: Omar Sanchez

    Date: 29 / 05 / 07

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
N – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
...ly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
... this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
...t on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and to each party at any time interested in all or any of said
...erty that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
...ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
...ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands



INVOICE NO tiju 13778
PAGE 1
DATE 05/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

71

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.596 | 6.375 | 21.221 | 1,726.12000 | 11,004.02 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382A
     Description: USMERCH-176090-PNSNC TG1034 XL
             U/M: K
   Date Shipped: 05/29/07
 **  Packing Slip: 11981
      **  BOL #: 4366
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMMOUNT | 11,004.02 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,004.02 |



**Tegrant**

INVOICE NO tiju 13844
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*  
*Alloyd Brands*  
1401 Pleasant Street  
DeKalb, Illinois 60115

Facilities  
DeKalb, IL    Spartanburg, SC  
Branford, CT   Juncos, PR  
Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.596 | 13.900 | 7.321 | 1,726.12000 | 23,993.07 |

```
                 CI: 176090-PNSNC TG1034 XL
               Item: 035382A
        Description: USMERCH-176090-PNSNC TG1034 XL
                U/M: K
      Date Shipped: 05/31/07
   **  Packing Slip: 11998
         **  BOL #: 4377
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 23,993.07 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | |



MEMBER  
PMMI  
ISO 9001  
Registered

 **Tegrant**

INVOICE NO tiju 13868
PAGE 1
DATE 06/01/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL　Spartanburg, SC
Branford, CT　Juncos, PR
Tijuana, MX　Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 27.596 | 7.000 | 0.321 | 1,726.12000 | 12,082.84 |

　　　　　CI: 176090-PNSNC TG1034 XL
　　　　　Item: 035382A
　　　Description: USMERCH-176090-PNSNC TG1034 XL
　　　　　U/M: K
　　Date Shipped: 06/01/07
** Packing Slip: 12054
　　** BOL #: 4392

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
ISO 9001

| | |
|---|---|
| SALES AMOUNT | 12,082.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,082.84 |



**Tegrant**

INVOICE NO tiju 13869
PAGE 1
DATE 06/01/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*     Facilities
1401 Pleasant Street    DeKalb, IL      Spartanburg, SC
DeKalb, Illinois 60115    Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002693 | 27414 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 18.400 | 7.200 | 11.200 | 1,666.12000 | 11,996.06 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 06/01/07
** Packing Slip: 12055
** BOL #: 4392

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,996.06 |

MEMBER
PMMI

ISO 9001
Registered



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-6305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Packing Slip
Page:       1
Pack Slip#   12064

Bill To: C019116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS UNIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/01/07 | 1002692 | 27413 OP | PREPAIDTL | 6,020.00 | 280 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 005382R | K | 27.698 | 7.000 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | | | | |
|   | C/I: 176090-PNSNC TG1034 XL | | | |



Packing Slip

Page:          1
Pack Slip#    12065

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B. C., MX 22550
(t) 819-946-1240
(f) 819-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8362
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CO13116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GUIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/01/07 | 1002693 | 27414 UP | PREPAIDTL | 4,984.40 | 240 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036361 | K | 18.400 | 7.200 |
| | USMERCH VTECH NEW BOX SET | | | |
| | C/L: 178533-PNSRL 60/4 PHONE WS | | | |

..AIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

- DO/BOL: 4392                          Date: 06/01/07    Page:  1 of  1
Pro Number: TRUCK # SA5322
    Carrier: SCA (SANCHOTENA)    DELIVERING CARRIER INSTRUCTIONS:
                                        DO NOT BREAK DOWN PALLETS.
                                          DO NOT DOUBLE STACK
                                    TOP LOAD ONLY - DO NOT REFRIGERATE

---

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> *Paseo Cucapah #5290* <br> *Parque Industrial El Lago* <br> *Tijuana, B.C., MX 22550* <br><br> **Tegrant Corporation, Alloyd Brands, REQUESTS A** <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

---

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS <br> 8737 WILSHIRE BLVD <br> BEVERLY HILLS CA 90211 <br> USA | Alloyd product to be top-load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

---

reight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid:  __X__        Third Party: _____

---

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 280 | CTNS | 035382A <br> 176090-PNSNC | 156600 | 6,020.00 | | 1002692 | 1 | 27413 OP | 12054 |
| 2 | 241 | CTNS | 035351 <br> 174633-PNSNC | 156600 | 4,934.40 | | 1002693 | 1 | 27414 OP | 12055 |

---

 # Packages: 521                        | Total Charges:
Total Weight:     10,954.40 LBS         |                          0.00

rrier
gnature: *Abraham B.*

  Date:  1 / 06 / 07

---

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
without this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
perty, that every service so be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*



INVOICE NO tiju 13892
PAGE 1
DATE 06/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands          DeKalb, IL    Spartanburg, SC
1401 Pleasant Street   Branford, CT  Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 4.500 | 4.200 | 0.300 | 1,666.12000 | 6,997.70 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-PNSNC 1035
U/M: K
Date Shipped: 06/04/07
** Packing Slip:
** BOL #:


MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,997.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,997.70 |


**Tegrant**

INVOICE NO tiju 13893
PAGE 1
DATE 06/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*26*

*Tegrant Corporation*    Facilities
*Alloyd Brands*    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002693 | 27414 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 18.400 | 11.220 | 0.000 | 1,666.12000 | 18,693.87 |

         CI: 174633-PNSNC 6074 PHONE WB
         Item: 035351
    Description: USMERCH-VTECH NEW BOX SET
         U/M: K
  Date Shipped: 06/04/07
  ** Packing Slip: 12064
    ** BOL #: 4397


MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 18,693.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,693.87 |

oUOp16.67b8.5v0s6b0T

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Packing Slip
Page:        1
Pack Slip#   12064

Bill To: CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3924 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GATZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/04/07 | T002693 | 27414 OP | PREPAIOTL | 7,652.00 | 974 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035851 | K | 18.400 | 11.220 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

TOTAL   11,220



**Packing Slip**
Page: 1
Pack Slip# 12065

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/04/07 | 1002892 | 27413 OP | PREPAIDTL | 3,896.00 | 168 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035262 USMERCH-PNSNC 1035 | EA | 4,500 | 4,200 |

C/I: 184487-PNSNC 1035

4,200

STRAIGHT·BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

0U0p16.67h8.5v0s0b0T

VO/BOL: 4397                                    Date: 06/04/07    Page:  1 of  1

. Pro Number: TRUCK #

· Carrier: SCA ( SANCHOTENA )DELIVERING CARRIER INSTRUCTIONS:
                             DO NOT BREAK DOWN PALLETS.
                             DO NOT DOUBLE STACK
                      TOP LOAD ONLY - DO NOT REFRIGERATE

---

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550*<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

---

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

---

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
Prepaid:  ___✕___     Third Party: _____

---

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 374 | CTNS | 035351<br>174633-PNSNC | 156600 | 7,652.00 | | I002693 | 1 | 27414 OP | 12064 |
| 2 | 168 | CTNS | 036262<br>184487-PNSNC | 156600 | 3,696.00 | | I002692 | 2 | 27413 OP | 12065 |

---

# Packages: 542                                    | Total Charges:        0.00
Total Weight:    11,348.00 LBS

Carrier
Signature:

    Date: 4 / Jun 07   Edward Cortes

---

le fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation:
this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
   roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
irty, that every service to be performed hereunder that is subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followir
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*

INVOICE NO tiju 14241
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

77

*Tegrant Corporation*          Facilities
*Alloyd Brands*       DeKalb, IL     Spartanburg, SC
1401 Pleasant Street   Branford, CT    Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX     Nogales, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002745 | 027786 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.824 | 5.825 | 0.000 | 1,666.12000 | 9,705.15 |

CI: 180347-PNSNC TG6053
Item: 035754
Description: USMERCH-180347-TG6053
U/M: K
Date Shipped: 06/26/07
** Packing Slip: 12349
** BOL #: 4494

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 9,705.15 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,705.15 |


MEMBER
PMMI

ISO 9001
Registered

INVOICE NO tiju 14242
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*78*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002746 | 027790 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 5.010 | 0.000 | 1,585.00000 | 7,940.85 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 06/26/07
** Packing Slip: 12348
** BOL #: 4494

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,940.85 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,940.85 |



MEMBER
PMMI

ISO 9001
Registered

U0p16.67h8.6v9s0b0T



Packing Slip
Page:        1
Pack Slip#    12348

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Uer Contact: CHRIS GHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /26/07 | 1002746 | 027790 OP | PREPAIDTL | 3,340.00 | 167 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| | 036429 | K | 5,000 | 5,010 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/P: 102991-VTECH 6789 | | | |

Copie:0/118:5yos0001



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(i) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR  00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 7/26/07 | 1002745 | 027786 OB | PREPAID TL | 44,420.01 | 289 |

| ng/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035764 | N | 5,824 | 5,825 |
|   | USMERCH-180347-TG6053 | | | |
|   | C/I: 180347-PNSNC TG6053 | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
U0p16.67h8.5v0s0b0T'

.. DO/BOL: 4494                              Date: 06/26/07    Page: 1 of 1
Pro Number:
    Carrier: TEGRANT (SANCHOTE DELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor                              |Consignee
                                      | US MERCHANTS
    Tegrant Corporation, Alloyd Brands | 3324 142 AVE EAST
    Paseo Cucapah #5290               | STE C
    Parque Industrial El Lago         | SUMNER WA 98390
    Tijuana, B.C., MX 22550           | USA
                                      |
    Tegrant Corporation, Alloyd Brands, REQUESTS A  |
  COPY OF THEIR BILL OF LADING BE SUBMITTED WITH    |
     YOUR FREIGHT BILL AND OR INVOICE   |

ivoicee                               | Special Instructions
S MERCHANTS                           | Alloyd product to be top load only.
737 WILSHIRE BLVD                     | Do not stack in transit.
EVERLY HILLS CA 90211                 |
SA                                    | 17 PALLETS OF PLASTIC ARTICLES
                                      |

ight Charge Terms: (Freight charges  |
a collect unless marked otherwise)    |
epaid: _X_        Third Party: _____  |

| |Pkg| Pkg  | Package Description | NMFC  | Weight(LB) |Rate| Order # | Ln| Cust PO # | Pck Slip |
| |   | Type | References          |       |            |    | Ref     |   |           |          |
|-|---|------|---------------------|-------|------------|----|---------|---|-----------|----------|
|1|167|CTNS  | 035429              |156600 | 3,340.00   |    | I002746 | 1 |027790 OP  | 12348    |
| |   |      | VTECH 6789          |       |            |    |         |   |           |          |
|2|233|CTNS  | 035754              |156600 | 44,420.00  |    | I002745 | 1 |027786 OP  | 12349    |
| |   |      | 180347-TG6053       |       |            |    |         |   |           |          |

  # Packages: 400                     |Total Charges:            0.00
otal Weight:   47,760.00 LBS

rier:  _Gayl Fano Camino_

   Date: 26 / 06 / 07

                                                                          1

Here boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
.. is to certify that the above named articles are property classified, described, packaged, marked and labelled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.
.e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
.k shipments is lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
.)here the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
).reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading
.perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
.hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
. on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
.ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignee shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation



INVOICE NO tiju 14265
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

79

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX



CC13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 9.360 | 3.805 | 1,666.12000 | 15,594.88 |

```
                CI: 174633-PNSNC 6074 PHONE WB
            Item: 035351
     Description: USMERCH-VTECH NEW BOX SET
            U/M: K
   Date Shipped: 06/27/07
 **  Packing Slip: 12371
      **  BOL #: 4502
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,594.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 15,594.88 |



INVOICE NO tiju 14266
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation     Facilities
Alloyd Brands     DeKalb, IL     Spartanburg, SC
1401 Pleasant Street     Branford, CT     Juncos, PR
DeKalb, Illinois 60115     Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 9.360 | 21.640 | 1,585.00000 | 14,835.60 |

     CI: 174932-RZ6053 SET
     Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
     U/M: K
     Date Shipped: 06/27/07
   ** Packing Slip: 12372
     ** BOL #: 4502

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 14,835.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 14,835.60 |

op16.67/08.5v0s0001

Reprint Packing Slip
Page:        1
Pack Slip#    12371


**Tegrant**

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /27/07 | I002748 | 027786 OP | PREPAIDTL | 6,383.52 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035351 | K | 13.165 | 9.360 |
| | USMERCH-VTECH NEW BOX SET | | | |

   C/I: 174633-PNSNC 6074 PHONE WB

J0p16.67n8.5v0s0b0l0u0p16.67n8.5v0s0hni

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

ill To: C013116                    Ship To: (9)
S MERCHANTS                        US MERCHANTS
737 WILSHIRE BLVD,                 3324 142 AVE EAST
EVERLY HILLS CA 90211              STE C
SA                                 SUMNER WA 98390
                                   USA

Cer Contact:  CHRIS GHIZORI

| er Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /27/07 | I002760 | 27789 OP | PREPAIDTL | 6,240.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 038389 | K | 31.000 | 9.360 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Top16.6/hg_sv0s0001
    BOL/BL: 4902                    Date: 06/27/07    Page: 1 of 1
Pro Number: TRUCK # SA5320
    Carrier: SCA ( SANCHOTENA )DELIVERING CARRIER INSTRUCTIONS:
                          DO NOT BREAK DOWN PALLETS.
                          DO NOT DOUBLE STACK
                          TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                         | Consignee
                                  | US MERCHANTS
  Tegrant Corporation, Alloyd Brands | 3324 142 AVE EAST
  Paseo Cucapah #5290             | STE C
  Parque Industrial El Lago       | SUMNER WA 98390
  Tijuana, B.C., MX 22550         | USA
                                  |
  Tegrant Corporation, Alloyd Brands, REQUESTS A |
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
    YOUR FREIGHT BILL AND OR INVOICE |

Invoicee                          | Special Instructions
S MERCHANTS                       | Alloyd product to be top load only.
737 WILSHIRE BLVD                 | Do not stack in transit.
BEVERLY HILLS CA 90211            |
SA                                | 26 PALLETS OF PLASTIC ARTICLES
                                  |
                                  |
                                  |

Freight Charge Terms: (Freight charges |
e collect unless marked otherwise) |
epaid: _____    Third Party: _____ |

| |Pkg | Pkg  | Package Description | NMFC  | Weight(LB) | Rate | Order # | Ln | Cust PO # | Pck Slip |
| | | Type | References | | | | Ref | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTN  | 035351 | 156600 | 6,383.52 | | I002748 | 1 | 027785 OP | 12371 |
| | | | 174633-PNSNC | | | | | | | |
| 2 | 312 | CTNS | 035359 | 156600 | 6,240.00 | | I002750 | 1 | 27789 OP | 12372 |
| | | | 174932-RZ6053 | | | | | | | |

    # Packages: 624              |Total Charges:           0.00
otal Weight:    12,623.52 LBS    |

rrier
nature: GUSTAVO.G

   Date: 06 / 27 / 07

ntribe boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ppers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
  – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
  agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement. The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation

1