# EXHIBIT A - 5



INVOICE NO tiju 14306
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*8/*

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 3.600 | 0.205 | 1,666.12000 | 5,998.03 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 06/28/07
** Packing Slip: 12411
** BOL #: 4514



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 5,998.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,998.03 |


**Tegrant**

INVOICE NO tiju 14307
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

8 2

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA



| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 8.640 | 13.000 | 1,585.00000 | 13,694.40 |

```
              CI: 174932-RZ6053 SET
            Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
            U/M: K
   Date Shipped: 06/28/07
**  Packing Slip: 12412
      **  BOL #: 4514
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,694.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **13,694.40** |


MEMBER
PMMI
USA

ISO 9001
Registered

Tegrant

Packing Slip.
Page: 1
Pack Slip# 1241m

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasent Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date Order # | Cust PO | Ship Via | Weight Pkge # |
|---|---|---|---|
| /29/07 1002747 27784 OP | | PREPATDTL | 437.60 216 |

| ne/Rel Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|
| 1 039382A | KX | 66.001 | 8.000 |
| USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

U0p16.67h8.5v0s0b0i

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Cust Contact: CHRIS BHIZORI

| CK Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | T002746 | 027786 00 | PREPAID | 613.80 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Ship |
|----------|------|-----|-------------|-------------|
| 1 | 033881 | K | 13.055 | 3.600 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

Packing Slip
Page:            1
Pack Slip#      12412

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9732 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07  | 1002750 | 27789 00 | PREPAID/TL | 6,000.00 | 288 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1      | 000350 | EA | 23,000 | 8,640 |
|        | USMERCHANTS 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.     5v0s0b0T0U0p16,67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T

PKL: 4514                                Date: 06/28/07    Page: 1 of 1
Pro    Br: PICK UP # SA5322
       Carrier: TEGRANT(SANCHOTEN DELIVERING CARRIER INSTRUCTIONS:
                                  DO NOT BREAK DOWN PALLETS.
                                  DO NOT DOUBLE STACK
                       TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

   Tegrant Corporation, Alloyd Brands
   Paseo Cucapah #5290
   Parque Industrial El Lago
   Tijuana, B.C., MX 22550

  Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
    YOUR FREIGHT BILL AND OR INVOICE

Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

Invoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLTES OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __X__      Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 216 | CTN | 035382A 176090-PNSNC | 156600 | 437.50 | | I002747 | 1 | 27784 OP | 12410 |
| 2 120 | CTNS | 035351 VTECH | 156600 | 613.80 | | I002748 | 1 | 027785 OP | 12411 |
| 3 288 | CTNS | 035359 174932 | 156600 | 6,000.00 | | I002750 | 1 | 27789 OP | 12412 |

  # Packages: 624                          |Total Charges:          0.00
Total Weight:    7,051.30 LBS

Carrier
Signature: *Cayetano Cantu*

  Date: 06/28/07

That the packages used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

If it is certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission

· · Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation


**Tegrant**

INVOICE NO Iiju 14340
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*8 3*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 10.080 | 2.920 | 1,585.00000 | 15,976.80 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 06/29/07
** Packing Slip: 12445
** BOL #: 4540


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,976.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,976.80 |

00p16.67h8.5v0s0b0

Reprint Packing Slip
Page:          1
Pack Slip#    12445

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013118
US MERCHANTS.
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 7/29/07 | 1002750 | 27789 OF | PREPAID1L | 800.00 | 336 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035359 | K | 31.000 | 10.080 |
| | USMERCHANTS+ 174932-RZ6069 SET | | | |
| C/1: 174932-RZ6053 SET | | | | |

JOp1b.6/h8.5v0sgd0|

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /29/07 | 1002747 | 27784 OP | PREPAIDTL | 537.60 | 288 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 0953824 | K | 86,601 | 7,200 |
|  | USMERCH-176090-PNSNC TG1034 XL |  |  |  |
|  | C/I: 176090-PNSNC TG1034 XL |  |  |  |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uopi8.87h8.5v0s0b0TUUCp18.87h8.5v0s0b0T

DU/BOL: 4540                                    Date: 06/29/07    Page: 1 of 1

Pro Number: PICK UP # SA5353

Carrier: TEGRANT (SANCHOTED) **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands,** REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| PS MERCHANTS<br>737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>SA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ✗    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 336 | CTNS | 035359<br>174932-RZ6053 SET | 156600 | 600.00 | | I002750 | 1 | 27789 OP | 12445 |
| 288 | CTNS | 035382A<br>176090-PNSNC | 156600 | 537.50 | | I002747 | 1 | 27784 OP | 12446 |

# Packages: 624
Total Weight:    1,137.50 LBS

Total Charges:    0.00

Carrier
Signature:

Date: 29 / 06 / 07                              MEZA

Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
xt of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

TR is subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
ably described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
w the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*


**Tegrant**

INVOICE NO tiju 14368    *93*
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**        Facilities
**Alloyd Brands**        DeKalb, IL        Spartanburg, SC
1401 Pleasant Street        Branford, CT        Juncos, PR
DeKalb, Illinois 60115        Tijuana, MX        Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 35.201 | 1,726.12000 | 13,463.74 |

```
             CI: 176090-PNSNC TG1034 XL
           Item: 035382A
    Description: USMERCH-176090-PNSNC TG1034 XL
            U/M: K
   Date Shipped: 07/02/07
**   Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |



**Tegrant**

INVOICE NO tiju 14369
PAGE 1                    85
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*     Facilities
*Alloyd Brands*      DeKalb, IL      Spartanburg, SC
1401 Pleasant Street      Branford, CT      Juncos, PR
DeKalb, Illinois 60115      Tijuana, MX      Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 13.165 | 0.210 | 0.000 | 1,666.12000 | 349.89 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 07/02/07
** Packing Slip: 12490
** BOL #: 4546

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
ISO 9001
Registered

| | | |
|--|--|--|
| SALES AMOUNT | | 349.89 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 349.89 |

I00030000.5002.5100N

**Tegrant**

Packing Slip
Page: 1
Pack Slip# 12487

Tegrant Corporation
Alloyd Brands
Pasco Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /02/07 | I002750 | 27789 OP | PREPAIDTL | 1,920.00 | 96 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 038859 | K | 31.000 | 2.880 |
|  | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

U0p16.6758.5v0s0b01



Reprint Packing Slip
Page:            1
Pack Slip#    12488

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Oer Contact:  CHRIS GHIZORI

| R Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| /02/07 | I002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 9 | 035382A | K | 55,601 | 7,800 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | C/1: 176090-PNSNC TG1034 XL | | | |



Packing Slip
Page:            1
Pack Slip#    12489

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| /02/07 | 1002749 | 27788 OP | PREPAID1L | 3,243.68 | 209 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 6.225 |

USMERCH-184452 VTECH 5884 PHONE WB

C/I: 184452-VTECH 5884 PHONE WB

Uop16.67b8.5v0s0b0T



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07 | 1002748 | 027785 OR | PREPAIDTL | 144.00 | 7 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036361 | K | 13.166 | 0.210 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

3op16.67H8.5vo80001
    OO/BOL: 4546                          Date: 07/02/07    Page: 1 of 1
  Pro Number: TRUCK # SA5355
    Carrier: TEGRANT (SANCHOTE) DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                            TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucnpah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| S MERCHANTS<br>737 WILSHIRE BLVD<br>EVERLY HILLS CA 90211<br>SA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____          Third Party: _____

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 96 | CTNS | 035359<br>174932-R26053 SET | 156600 | 1,920.00 | | I002750 | 1 | 27789 OP | 12487 |
| 312 | CTNS | 035382A<br>176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12488 |
| 209 | CTNS | 036094<br>184452-VTECH | 156600 | 3,243.00 | | I002749 | 1 | 27788 OP | 12489 |
| 7 | CTNS | 035351<br>174633-PNSNC | 156600 | 144.00 | | I002748 | 1 | 027785 OP | 12490 |

# Packages: 624                          Total Charges:          0.00
Total Weight:    10,767.00 LBS

Carrier
Signature:
    Date: 2 / 7 / 07

These boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of transportation

Shipment moves between two ports by a carrier by water, the law requires that the Bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
party described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood hout the contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments, Is this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges

Signature of Consignor
Tegrant Corporation



*86*

INVOICE NO tiju 14370
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 5.225 | 29.775 | 1,578.00000 | 8,245.05 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/02/07
** Packing Slip: 12489
** BOL #: 4546

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 8,245.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,245.05 |


**Tegrant**

INVOICE NO tiju 14371
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*87*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 2.880 | 0.040 | 1,585.00000 | 4,564.80 |

```
              CI: 174932-RZ6053 SET
            Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
            U/M: K
   Date Shipped: 07/02/07
 ** Packing Slip: 12487
     ** BOL #: 4546
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,564.80 |


**Tegrant**

INVOICE NO tiju 14382
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*84*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 27.401 | 1,726.12000 | 13,463.74 |

```
              CI: 176090-PNSNC TG1034 XL
         Item: 035382A
  Description: USMERCH-176090-PNSNC TG1034 XL
         U/M: K
Date Shipped: 07/03/07
**  Packing Slip:
    **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


MEMBER
PMMI

ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 14383   *8-9*
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*          Facilities
*Alloyd Brands*          DeKalb, IL      Spartanburg, SC
*1401 Pleasant Street*   Branford, CT    Juncos, PR
*DeKalb, Illinois 60115* Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 7.800 | 21.975 | 1,578.00000 | 12,308.40 |

```
              CI: 184452-VTECH 5884 PHONE WB
            Item: 036094
     Description: USMERCH-184452 VTECH 5884 PHONE WB
            U/M: K
   Date Shipped: 07/03/07
 **  Packing Slip: 12500
        **  BOL #: 4554
```

MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,308.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,308.40 |



30001b.670b.5v050b01

Packing Slip
Page:      1
Pack Slip#   12499

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/03/07 | I002747 | 27784 OP | PREPAIDTL | 6,460.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7,800. |
|  | USMERCH-176090~PNSNC TG1034 XL |  |  |  |

C/I: 176090~PNSNC TG1034 XL

719        25     TOTAL  100



Packing Slip
Page:       1
Pack Slip#   12500

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/03/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 71800 |
|  | USMERCH-184452 VTECH 5884 PHONE WB |  |  |  |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
jUop16.5718.5v0s0b0T
        DU/BOL: 4554                          Date: 07/03/07    Page:  1 of  1
   . Pro Number: PICK UP # SA5343
        Carrier: TEGRANT (SANCHOTENDELIVERING CARRIER INSTRUCTIONS:
                                DO NOT BREAK DOWN PALLETS.
                                DO NOT DOUBLE STACK
                        TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

        **Tegrant Corporation, Alloyd Brands**
        Paseo Cucapah #5290
        Parque Industrial El Lago
        Tijuana, B.C., MX 22550

        **Tegrant Corporation, Alloyd Brands,** REQUESTS A
        COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
                YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
re collect, unless marked otherwise)
Prepaid: X_____        Third Party: _____

| V | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12499 |
| 2 | 312 | CTNS | 036094 184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 OP | 12500 |

 # Packages: 624                              Total Charges:        0.00
Total Weight:    10,302.24 LBS

rrier
gnature:

Date: 03/07/07

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ho perty imported in bye or stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
It - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
.te : or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ieL VEI, subject to the classifications and lawfully filed tariffs in effect on the date ol issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
Tien on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement The carrier may decline to make delivery
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**

PAGINA 1/1

# FACTURA DE EXPORTACION
## PRODUCTO TERMINADO



SCA

6941

| | | |
|---|---|---|
| NO. FACTURA : 6941 | EXPORTADOR : | SCA North America Packaging Division |
| FECHA : 03/Jul/2007 | | S.A. de C.V. Neptuno No. 1917 Col. Satelite |
| TIPO DE CAMBIO : 10.7926 | | Cd. Juarez Chih., Mx. C.P. 32540 |
| NO. ENTRY : | | |
| PEDIMENTO: 3621-7013126 | R.F.C. : | SNA940420GH8 |
| CLAVE REGIMEN : EXD    INCOTERM : FCA | REGISTRO IMMEX : | 3401-2006 |
| DESTINO : Pais Nafta | REG. PED. CONS. : | |
| CLIENTE : SCA North America Packaging Division Intl Inc | DESTINATARIO : | US MERCHANTS |

800 Fifth Ave.
New Brighton PA 15066

3324  142 Ave. East
Suite  C
Summer  WA  98390

R.F.C. :

R.F.C. :

TRANSP. : Juan Graciano Sancholena Medra TRAILER : SA5343        B/L # :                    CHOFER : Julio Mesa

COMENTARIOS              CAAT : 2513

| | |
|---|---|
| APLICA PARA TODAS LAS PARTIDA(S) DEL PEDIMENTO LA REGLA 3.3.28 SEXTO PARRAFO INCISO B , RUBRO 3 (MERCANCIA ORIGINARIA NAFTA) PLACAS CAJA: 4BV9061 / PLACAS TRACTOR: 9D97549 | AGENTE : Agencia Aduanal Jorge Diaz S,C. BLVD. 3RA. OESTE No. 17505 |
| | FRACC. GARITA DE OTAY |
| | R.F.C. : AAJ-970121-EA2 |
| | CURP : |

No. LISTAS INCLUIDAS : 6941

| DESCRIPCION DE LA MERCANCIA MERCHANDISE DESCRIPTION | PESO BRUTO GROSS WEIGHT Kgs. | CANTIDAD QUANTITY | U.M. U.M. | MAT. PRIMA RAW MATERIAL USD | VALOR AGREGADO VALUE ADDED USD | VALOR TOTAL TOTAL VALUE USD |
|---|---|---|---|---|---|---|
| 176090-PNSNC TG1034 XL EMPAQUE MOLDEADO A BASE DE TERMOFORMADO Pais Origen: MX, Fraccion 3923.90.99 PO: 27784 OP | 2,122.848 | 7,800.000 | PZS | 8,008.02 | 5,455.72 | 13,463.74 |
| 184452-VTECH 5864 PHONE WB EMPAQUE MOLDEADO A BASE DE TERMOFORMADO Pais Origen: MX, Fraccion: 3923.90.99 PO: 27788OP | 2,417.687 | 7,800.000 | PZS | 6,094.94 | 6,213.46 | 12,308.40 |
| | 4,540.535 | 15,600.000 | | 14,102.96 | 11,669.18 | 25,772.14 |

TOTAL DE BULTOS

26 TARIMA
26 Bultos

08/07/02


**Tegrant**

INVOICE NO tiju 14424
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*88*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 19.601 | 1,726.12000 | 13,463.74 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 07/05/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


**Tegrant**

INVOICE NO tiju 14425
PAGE 1                    71
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**          Facilities
**Alloyd Brands**          DeKalb, IL          Spartanburg, SC
1401 Pleasant Street          Branford, CT          Juncos, PR
DeKalb, Illinois 60115          Tijuana, MX          Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 7.750 | 14.225 | 1,578.00000 | 12,229.50 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12547
** BOL #: 4566


MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,229.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,229.50 |



**Tegrant**

INVOICE NO tiju 14426    92
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

. Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 0.060 | 0.000 | 1,585.00000 | 95.10 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12551
** BOL #: 4566



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 95.10 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 95.10 |

U0pr6.67h8.5v0s0b0l

Reprint Packing Slip
Page:       1
Pack Slip#    12550

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | I002747 | 27784 UP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7.800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Reprint Packing Slip
Page:
Pack Slip#        1264?

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /07     | 1002749 | 27788 OP | PREPAIDTL | 4,811.20 | 310 |

| To/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1      | 038094<br>USMERCH-184452 VTECH 5884 PHONE WB | K | 35.000 | 7.750 |

C/I: 184452-VTECH 5884 PHONE WB

UØp16.57bg.SvØsØbØl

**Tegrant**

Packing Slip
Page:        1
Pack Slip#    12551

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CØ13116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Contact:  CHRIS GHIZORI

| Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|------|---------|---------|----------|--------|--------|
| 06/07 | IØØ2760 | 27789 OP | PREPAIDTL | 40,000.00 | 2 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | Ø35359 | K | 31.000 | 0.000 |

USMERCHANTS- 174932-RZ6053 SET

C/I: 174932-RZ6053 SET

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
Uop16.67h8.5v0s0b0T
00/BOL:7,4566                              Date: 07/05/07    Page:  1 of  1
Pro Number: PICK UP # SA5319
Carrier: TEGRANT( SANCHOTEN 6 DELIVERING CARRIER INSTRUCTIONS:
                                DO NOT BREAK DOWN PALLETS.
                                DO NOT DOUBLE STACK
                        TOP LOAD ONLY - DO NOT REFRIGERATE

| onsignor | Consignee |
|---|---|
| Tegrant Corporation, Alloyd Brands<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>Tegrant Corporation, Alloyd Brands, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| nvoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>7737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _X_____      Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 312 | CTNS | 035382A<br>176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12560 |
| 310 | CTNS | 036094<br>184452 VTECH 5884 | 156600 | 4,811.20 | | I002749 | 1 | 27788 OP | 12547 |
| 2 | CTNS | 035359<br>174932-RZ6053 SET | 156600 | 40.00 | | I002750 | 1 | 27789 OP | 12551 |

# Packages: 624                          | Total Charges:          0.00
otal Weight:    10,311.20 LBS

rier
nature:   Omar Sanchez
          Sanchoten 6

Date:  5 / 7 / 07

Rue boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t. of Transportation.

shipment moves between two ports by a carrier by water the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

ser's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

 it is subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

by received the in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
r, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official  Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in classification or tariffs which govern

For Freight Collect Shipments  If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

INVOICE NO tiju 14459
PAGE 1
DATE 07/06/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*90*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 11.801 | 1,726.12000 | 13,463.74 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 07/06/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 13,463.74 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |



MEMBER
PMMI

ISO 9001
Registered

INVOICE NO tiju 14460
PAGE 1
DATE 07/06/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

9¢

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | FPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 7.800 | 6.425 | 1,578.00000 | 12,308.40 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/06/07
** Packing Slip: 12569
** BOL #: 4576

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001

| SALES AMOUNT | 12,308.40 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | |

suopib.6/n8.5v0sobet                                    Packing Slip
                                                                  Page:      1
                                                        Pack Slip#    1256R


**Tegrant**

Tegrant Corporation    MAIN PLANT           Spartanburg, SC. 29302    Branford, CT. 06405
Alloyd Brands          1401 Pleasant Street (t) 864-582-1000          (t) 203-483-8305
Paseo Cucapah #5290    DeKalb, Illinois 60115 (f) 864-582-5982        (f) 203-483-5209
Parque Industrial El Lago (t) 815-756-8451
Tijuana, B.C., MX 22550 (f) 815-756-5187    Juncos, PR. 00777         Nogales, Sonora CP 84055
(t) 619-946-1240                            (t) 787-734-8382          (t) 011-52-631-320-0265
(f) 619-946-1243                            (f) 787-734-8386          (f) 011-52-631-320-0267

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/06/07 | I002747 | 27784 UP | PREPAIDTL | 5,460.00 | 312 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7.800 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL


ON HAND 7.800

02578                           712          9          TOTAL  7 800



Page: 1
Pack Slip# 12569

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/06/07 | I002749 | 27788 0P | PREPAIDTL | 4,842.24 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 35.000 | 7.800 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

300p15.67h8.5v0s000f
    QO/BOL: 4576
. Pro Number: PICK UP - SA 5322
    Carrier: TEGRANT (RANCHO TEMPE)

Date: 07/05/07    Page:  1 of  1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

---

.onsignor

Tegrant Corporation, Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

nvoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

reight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid:  X        Third Party:  _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12568 |
| 2 | 312 | CTNS | 036094 184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 OP | 12569 |

# Packages: 624
Total Weight:    10,302.24 LBS

Total Charges:              0.00

---

rrier
gnature:

Date: 06 /07/07 Ernesto B.

he fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

he is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

hippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

)) – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
property described below at apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may and me to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands


**Tegrant**

INVOICE NO tiju 14491
PAGE 1
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

95

*Tegrant Corporation*    Facilities
*Alloyd Brands*     DeKalb, IL      Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 9.200 | 2.601 | 1,726.12000 | 15,880.30 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 07/09/07
** Packing Slip: 12612
** BOL #: 4586

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 15,880.30 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,880.30 |


**Tegrant**

INVOICE NO tiju 14492    *96*
PAGE 1
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 6.175 | 0.250 | 1,578.00000 | 9,744.15 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/09/07
** Packing Slip: 12611
** BOL #: 4586


MEMBER
PMMI

ISO 9001

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 9,744.15 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,744.15 |

000p16.67h8.5v0s0b01



Packing Slip
Page:        1
Pack Slip#   12611

Tegrant Corporation
Alloyd Brands
Paseo Cuepah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 7/09/07 | I002749 | 27788 OP | PREPAID/L | 3,833.49 | 247 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 36.000 | 6.175 |
|  | USMERCH-184452 VTECH 5884 PHONE WB | | | |
|  | C/I: 184452-VTECH 5884 PHONE WB | | | |

TOTAL



Packing Slip
Page:        1
Pack Slip#    12612

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/09/07 | 1002747 | 27784 OP | PREPAID TL | 6,440.00 | 368 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 9.200 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL    9

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

ɔuɔp1ɔ.67ñ8.5vɔsɔbɔT
‹ .00/BOL: 4585                      Date: 07/09/07    Page: 1 of 1
Pro Number: PICK UP # TA 7173
    Carrier: TEGRANT (EST)        DELIVERING CARRIER INSTRUCTIONS:
                                  DO NOT BREAK DOWN PALLETS.
                                  DO NOT DOUBLE STACK
                            TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

*Tegrant Corporation, Alloyd Brands,* REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA
|

---

nvoicee                               | Special Instructions
JS MERCHANTS                          | Alloyd product to be top load only.
3737 WILSHIRE BLVD                    | Do not stack in transit.
BEVERLY HILLS CA 90211                |
JSA                                   | 26 PALLETS OF PLASTIC ARTICLES

---

reight Charge Terms: (Freight charges
e collect unless marked otherwise)
repaid: ☒       Third Party: _____

| |Pkg| Pkg | Package Description | NMFC | Weight(LB) |Rate| Order # | Ln| Cust PO # | Pck Slip |
| | | Type | References | | | | Ref | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |247|CTNS|036094 |156600| 3,833.49 | |I002749 | 1|27788 0P | 12611 |
| | | | 184452 VTECH PHONE | | | | | | | |
| 2 |358|CTNS|035382A |156600| 6,440.00 | |I002747 | 1|27784 0P | 12612 |
| | | | 176090-PNSNC | | | | | | | |

# Packages: 615                              |Total Charges:       0.00
Total Weight:    10,273.49 LBS              |

---

rrier
gnature:

    Date: 9 / 7 / 7

        *Evaca do Roos*



ɔ fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.
ns is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
 the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shippers weight."
: per shippers in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
1 – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____
*property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
arty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official. Southern, Western and Illinois Freight Classifications
ct on the date hereof. If this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse (
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5597951
PAGE 1
DATE 03/23/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*97*

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 36.650 | 14.080 | 16.170 | 1,343.00000 | 18,909.44 |

```
          CI: 176102-PNSNC TG3032 PHONE WB
        Item: 035380
 Description: USMERCH-PNSNC TG3032
        U/M: K
Date Shipped: 03/23/07
** Packing Slip: 90540
      ** BOL #: 68551
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA


MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 18,909.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,909.44 |

Packing Slip



SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI
========================================================================

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/23/07 | D036280 | 26476 | Freight Exch-P | 6,301.00 | 352 |

========================================================================

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 | K | 36.650 | 14.080 |
|   | USMERCH~PNSNC TG3032 | | | |

C/I: 176102~PNSNC TG3032 PHONE WB

U69
22 @16

260

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL: 6005    Date: 03/23/07    Page: 1 of 1

Shipper Number:
Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor:
**SCA Consumer Packaging, Inc.**
1401 Pleasant St. DeKalb, Illinois 60115

Consignee:
US MERCHANTS
3324 142 AVE EAST
STE E
SUMNER WA 98390
USA

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Invoice
US MERCHANTS
8727 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
3427 GREEN

*SCA Pays*
*Frt*

Special Instructions
SCA product to be top load only
Do not stack in transit

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # | Pkgs | Pkg type | Package Description / References | NMFC | Weight (LB) | Rate | Order # / Ref | Customer PO # |
|---|------|----------|--------------------------------|------|-------------|------|---------------|---------------|
| 1 | 352 | CTNS | 035384 | | 6,301.00 | | 0035380 | 70475 |

# Packages: 352    Total Charges:    0.00
Total Weight:    6,301.00

Driver
Signature

Date 3/23/07   WDR

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598031
PAGE 1
DATE 03/27/07     *98*
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 36.650 | 16.200 | 0.000 | 1,343.00000 | 21,756.60 |

        CI: 176102-PNSNC TG3032 PHONE WB
    Item: 035380
Description: USMERCH-PNSNC TG3032
     U/M: K
Date Shipped: 03/27/07
** Packing Slip: 0
   ** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 21,755.60 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 21,755.60 |

Packing Slip



Page:        1
Pack Slip#     90563

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US.MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/26/07 | D036280 | 26476 | Freight Exch-P | 7,371.00 | 405 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035390 | K | 36.650 | 16.200 |
|   | USMERCH-PNSNC TG3032 | | | |

C/I: 176102-PNSNC TG3032 PHONE WB

THIS MEMORANDUM    is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St , DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Special Instructions
SCA product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X        Third Party:

| Pkg | Pkg Type | Package Description / References | NMFC | Weight (lbs) | Rate | Order # / Ref | Customer PO # |
|-----|----------|----------------------------------|------|--------------|------|----------------|----------------|
| 1   | 405 CTN  | 035380                           |      | 7,371.00     |      | 00567804       | 24476          |

# Packages: 405
Total Weight:    7,371.00        Total Charges:    $ .00

Date  3 / 27 / 07

4

Note Boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

pers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

ced or declared value of the property is hereby specifically stated by the shipper to be not exceeding

WED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
y described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
the carrier as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**

# SCA Consumer Packaging, Inc.

DEKALB, JL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598074
PAGE 1
DATE 03/29/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*99*



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 16.640 | 13.360 | 1,343.00000 | 22,347.52 |

```
              CI: 175134 VTECH RZ6043 PHONE WB
            Item: 035365
     Description: USMERCH-175134 VTECH RZ6043 SET
             U/M: K
   Date Shipped: 03/29/07
**  Packing Slip: 90714
       **  BOL #: 68619
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 22,347.52 |



MEMBER
PMMI

ISO 9001
Registered

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

*SCA PAYS*
*Frt.*

JEFF GREEN

Special Instructions
SCA product to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ____/____     Third Party: _____

| Pkgs | Pkg Type | Package Description / Reference # | NMFC | Weight (lbs) | Rate | Order # / Ref | Customer PO # |
|------|----------|----------------------------------|------|--------------|------|---------------|---------------|
| 416 | CTNS | 075305 | | 7,684.00 | | 00363369 | 26575 |

# Packages: 416
otal Weight:     7,684.00

Total Charges:     0.00

Date   3 /29 /07

hose boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of t. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

hers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
word the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
in the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
d that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consigner
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*100*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 30.000 | 5.120 | 8.240 | 1,343.00000 | 6,876.16 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 03/29/07
** Packing Slip: 0
** BOL #:

---

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 6,876.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,876.16 |



MEMBER
PMMI
USA

ISO 9001
Registered

Pack Slip#    90622



SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-6451
FAX (815) 756-5187

SCA

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 4,550.00 | 350 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 2 | 035363 | K | 10.000 | 10.000 |

USMERCH-175118 VTECH 5865 MED SET

C/I: 175118 VTECH 5865 PHONE WB

U70 15 8/6
K 15 8/6
1 2 10

# CTNS  250    PCS/CTN  40    TOTAL PIECES  10.000

Page: 1
Pack Slip# 90672



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8336

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 2355 | 128 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035365 | K | 30.000 | 5120 |
|  | USMERCH-175134 VTECH RZ6043 SET |  |  |  |

C/I: 175134 VTECH RZ6043 PHONE WB

K 8210

# CTNS _128_  PCS/CTN _40_  TOTAL PIECES _5120_

THIS MEMORANDUM ... a copy or duplicate, covering the property named herein, and is intended solely for filing of record.

B/L/BOL: CRILL                                    Date: 03/28/0...

Pro Number:
Carrier: FREIGHT CUSTOMER      DELIVERING CARRIER INSTRUCTIONS:
                               DO NOT BREAK DOWN PALLETS.
                               DO NOT DOUBLE STACK
                               TOP LOAD ONLY - DO NOT REFRIGERATE

Shipper:                                 Consignee:
   **SCA Consumer Packaging, Inc.**          UPC MERCHANTS
   1401 Pleasant St., DeKalb, Illinois 60115  7424 142 AVE EAST
                                             CITY C
                                             TURNER WA 98003
   SCA CONSUMER PACKAGING, INC., REQUESTS A  USA
   COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
        YOUR FREIGHT BILL AND OR INVOICE

Customer:   SCA pays freight            Special Instructions:
 MERCHANTS                               SCA product to be top load only
 707 WILSHIRE BLVD                       Do not stack in transit
 BEVERLY HILLS CA 90017
 CA
 ELK GREEN

Freight charge Terms: (Freight charges
 are collect unless marked otherwise)
 Prepaid: X         Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (lb) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 250 CTNS | 0036363 |  | 4,550.00 |  | D0036380 | 26570 |
| 2 | 160 CTNS 128 | 0036365 |  | 2,880.00 2355 |  | D0036380 | 26570 |

# Packages: 410  378
Total Weight: 6905#

Total Charges:    0.00

Carrier
Signature:

Date: 03 / 28 / 07



Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

I hereby certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois