# EXHIBIT A - 6

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*101*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 10.000 | 10.000 | 0.000 | 1,343.00000 | 13,430.00 |

CI: 175118 VTECH 5865 PHONE WB
Item: 035363
Description: USMERCH-175118 VTECH 5865 MED SET
U/M: K
Date Shipped: 03/29/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 13,430.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,430.00 |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dckb 5598196
PAGE 1
DATE 03/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

102

**BILL TO**

CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 8.240 | 0.000 | 1,343.00000 | 11,066.32 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 03/30/07
**  Packing Slip: 0
  **  BOL #:



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 11,066.32 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,066.32 |

Packing Slip



Page: 1
Pack Slip# 90753

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84065
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/30/07 | D036522 | 26699 DP | Freight Exch-P | 3,494.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 7,650 | 7,680 |

C/I: 176108-PNSNC TG3032 PHONE WB

UT K REG

#CTNS  192    40 PCS/CTN    TOTAL PIECES  7686

Reprint Packing Slip

Page:          1
Pack Slip#    90715



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/29/07 | D036380 | 26570 | Freight Exch-P | 7,202.00  3706# | 174  206 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 | K | 30.000 | 6.960  8240 |
|   | USMERCH-175134 VTECH RZ6043 SET | | | |
|   | C/I: 175134 VTECH RZ6043 PHONE WB | | | |

U71
K  12@16
1@14

206        40  TOTAL 8240

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/Bo - Number

B/L Number:

Customer PO/Date (Number)                    Date:

### DELIVERING CARRIER INSTRUCTIONS:
### DO NOT BREAK DOWN PALLETS.
### DO NOT DOUBLE STACK
### TOP LOAD ONLY - DO NOT REFRIGERATE

onsigner

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee

US MERCHANT.
3324 HIL AVE EAST
STE L
COMMERCE CA  90940
USA

### SCA CONSUMER PACKAGING, INC., REQUESTS A
### COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
### YOUR FREIGHT BILL AND OR INVOICE

Invoice
US MERCHANTS
730 WILSHIRE BLVD
BEVERLY HILLS CA 90210
CA
JEFF GREEN

*Signat Cup*
*Will Brand*
*(Luxury S.R)*
*Pays freight*

Special Instructions
SCA products to be top load only.
Do not stack in transit.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: X        Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 192 | CTNS | 035360 | | 3,494.00 | | 0036520 | 26695 0B |
| 2 | 206 | CTNS | 035365 | | 3,790.00 | | 0038320 | 26670 |

# Packages: 398

otal Weight:    7,284.00

Total Charges:        0.00

ile:
natures:

Date: 3 /24/07



Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

ota's imperins in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
rerly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried be ing understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certified that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598201
PAGE 1
DATE 03/30/07     10 ℥
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036522 | 26695 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 7.650 | 7.680 | 0.000 | 1,343.00000 | 10,314.24 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 90753
** BOL #: 68644

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 10,314.24 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 10,314.24 |



**Tegrant**

INVOICE NO dckb 5598821
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

10 4

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT  Juncos, PR
Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 23.000 | 6.360 | 0.000 | 1,343.00000 | 8,541.48 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 04/19/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 8,541.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,541.48 |

Packing Slip



Page:
Pack Slip#    9137

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 8405
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 04/19/07 | D036688 | 26834 OP | Freight Exch-P | 2,321.00 | 159 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 23.000 | 6.360 |

C/I: 176102-PNSNC TG3032 PHONE WB

9 @ 16
1 @ 15

# CTNS___159___ PCS/CTN___40___ TOTAL PIECES___6360___

THIS MEMORANDUM
Bill/Bol: 68891
Pro Number:
Carrier: FREIGHT EXCHANGE

is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor:

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
PC MERCHANTS
1231 TAK AVE EAST
STE C
SUMNER WA 98390
USA

Invoice:
ELGRANT CORP.
ALLOYD BRANDS (FORMERLY SCA)
1401 PLEASANT ST
DEKALB IL 60115
USA

Special Instructions:
SCA product to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____     Third Party: _____

| # | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Lnl | Cust PO # | Pck Slp |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|---------|
| 1 | 169 | CTNS | 005580 | | 2,321.00 | | 0036688 | 1 | 20858 00 | 91322 |

# Packages: 169
Total Weight:        2,321.00

Total Charges:        0.00

Driver:

Date: ___ / ___ / ___

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

We certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598837
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*105*

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 23.000 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 04/19/07
** Packing Slip: 91376
** BOL #: 68892



SCA



MEMBER
PMMI
DBA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |


**Tegrant**

PAGE 1
DATE 05/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

10⁴

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 16.640 | 25.785 | 1,343.00000 | 22,347.52 |

          CI: 176102-PNSNC 3032
         Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
         U/M: K
  Date Shipped: 05/09/07
  ** Packing Slip: 92005
    ** BOL #: 69172

7


ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

Packing Slip



Page:
Pack Slip#     9200



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1600
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 08/09/07 | D037102 | 27162 OP | Freight Exch-P | 7,280.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035300A USMERCH-176102-PNSNC TG3032 | K | 42.425 | 16.640 |

C/I: 176102-PNSNC 3032

U78
26@10

# CTNS ___416___  PCS/CTN. ___40___  TOTAL PIECES ___16,640___

EG 9315 Rv 04/07

ACCOUNTING COPY

a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL, COPY?
Date: 26/04/07    Page: 1 of 1
prd Number:

Carrier: FREIGHT EXCHANGE **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor:

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee:
US MERCHANTS
9324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*Tegrant/Alloyd pays freight.*

Special Instructions:
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # |Pkg | Pkg<br>Type | Package Description<br>References | NMFC | Weight(LB) | Rate | Order #<br>Ref | lin | Cust PO # | Pck Slip |
|---|----|------|-----|------|------|------|------|----|------|------|
| 1 | 416 | CTNS | 0463500 | | 7,280.00 | | R0032102 | 1 | 27102 OE | 32800 |

8 Packages Ar.
Total Weight    7,280.00

Total Charge    0.00

Ship
Signature

KLC
X R. EAMINSKI
Date: 05/05/07

4

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below; which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (*) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) if this applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5599564
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*/o⁷*

*Tegrant Corporation*          Facilities
*Alloyd Brands*          DeKalb, IL          Spartanburg, SC
1401 Pleasant Street          Branford, CT          Juncos, PR
DeKalb, Illinois 60115          Tijuana, MX          Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | FPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 12.800 | 27.200 | 1,343.00000 | 17,190.40 |

```
              CI: 185244-VTECH 6768 PHONE
            Item: 036330
     Description: USMERCH-185244-VTECH 6768 PHONE
             U/M: K
   Date Shipped: 05/11/07
  **  Packing Slip: 92090
        **  BOL #: 69215
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 17,190.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,190.40 |

MEMBER
PMMI
USA

ISO 9001
Registered


**Tegrant**

INVOICE NO dekb 5599565
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*108*

Tegrant Corporation
Alloyd Brands                    Facilities
1401 Pleasant Street    DeKalb, IL.      Spartanburg, SC
DeKalb, Illinois 60115   Branford, CT    Juncos, PR
                         Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 3.360 | 22.425 | 1,343.00000 | 4,512.48 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 0
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,512.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,512.48 |

Packing Slip

Page:
Pack Slip#    9201



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC, 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR, 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/10/07 | D037102 | 27162 OP | PREPAIDTL | 1,470.00 | 84 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 43.425 | 3.380 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

5e16
1e4

# CTNS  84  PCS/CTN.  40  TOTAL PIECES  3360

TEG 9315 Rv 04/07

ACCOUNTING COPY

Packing Slip



Page:
Pack Slip#    9209

Tegrant Corporation       Spartanburg, SC. 29302     Juncos, P.R. 00777       Tijuana, B.C., MX 22550
Alloyd Brands             (t) 864-582-1000           (t) 787-734-8382         (t) 619-946-1240
MAIN PLANT                (f) 864-582-5982           (f) 787-734-8386         (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115    Branford, CT. 06405                                 Nogales, Sonora CP 84055
(t) 815-756-8451          (t) 203-483-8305                                    (t) 011-52-631-320-0265
(f) 815-756-5187          (f) 203-483-5209                                    (f) 011-52-631-320-0267

```
Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA
```

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight Pkgs # |
|-----------|---------|---------|----------|---------------|
| 05/11/07 | D037052 | 27036 OP | Freight Exch-P | 0.00   320 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 40.000 | 12.800 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |
| | C/I: 185244-VTECH 6768 PHONE | | | |

UPS
20E4

# CTNS  320    PCS/CTN.  40    TOTAL PIECES  12.800

TEG U315 Rv 04/07                    ACCOUNTING COPY

...the property named herein, and is intended solely for filing or record.

BO/BOL: 54215
Pro Number:
Carrier: FREIGHT EXCHANGE

Date: 05/11/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor:

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
3524 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice:                    *TEGRANT ALLOYD BRANDS*
US MERCHANTS              *PHYS FAT*
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

*MUST*
*DELIVER MON. 5/14/07*

Freight Charge Terms (Freight charges
re collect unless marked otherwise)
Prepaid: ___X___    Third Party:

| # | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | To | Cust PO # | Pck Qty |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|---------|
| 1 | 320 | CTNS | 036330 | | 3,850.00 | | 00317067 | | 12702? 0P | 32000 |
| 2 | 84 | CTNS | 035986 | | 1,470.00 | | 00317067 | | 12702? 01 | 32001 |

Total Packages: 404
Total Weight: 5,320.00                    Total Charges: 0.00

Signature:                    *Kazimier Silka*

If the boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois

4.


**Tegrant**

INVOICE NO dekb 5599618
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*  Facilities
*Alloyd Brands*  DeKalb, IL    Spartanburg, SC
1401 Pleasant Street  Branford, CT    Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX    Nogales, MX

10⁹

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 16.160 | 11.040 | 1,343.00000 | 21,702.88 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 05/14/07
** Packing Slip: 0
** BOL #:


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 21,702.88 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,702.88 |



Packing Slip

Page:        1
Pack Slip#    92134

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CD13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/14/07 | D037052 | 27036 OP | Freight Exch-P | 7,363.00 | 416 |
| | | | | | 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 USMERCH-185244-VTECH 6768 PHONE | K | 40.000 | 16,640 |
| | C/I: 185244-VTECH 6768 PHONE | | | 16,160 pcs |

U75
K 11,616
164

U76
14814

# CTNS 404    PCS/CTN 40    TOTAL PIECES 16,160

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

*Tegrant Corporation, Alloyd Brands,* **REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Invoice:
TEGRANT-ALLOYD BRANDS
1401 PLEASANT ST
DEKALB IL 60115

Special Instructions:
Alloyd product to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:     Third Party:

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(lb) | (Rate) | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|-----------|--------|---------------|----|-----------|----------|
| 1 | 404 | CTNS | 036330 | | 7,363.00 | | 0037052 | 1 | 27036 OF | 93134 |

# Packages: 404
Total Weight:    7,363.00          Total Charges:

Shipper
Signature:     Date: 05/14/07

boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
shippers imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications on the date hereof. If this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*

4



**Tegrant**

INVOICE NO dekb 5599671
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

*//o*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 11.040 | 0.000 | 1,343.00000 | 14,826.72 |

```
          CI: 185244-VTECH 6768 PHONE
        Item: 036330
 Description: USMERCH-185244-VTECH 6768 PHONE
        U/M: K
Date Shipped: 05/15/07
** Packing Slip: 92158
      ** BOL #: 69267
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 14,826.72 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **14,826.72** |

**Tegrant**

Packing Slip   69267   Page:        1
                       Pack Slip#   92158

Tegrant Corporation    Spartanburg, SC. 29302    Juncos, PR. 00777    Tijuana, B.C., MX 22550
Alloyd Brands          (t) 864-582-1000          (t) 787-734-8382     (t) 619-946-1240
MAIN PLANT             (f) 864-582-5982          (f) 787-734-8386     (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115 Branford, CT. 06405                            Nogales, Sonora CP 84055
(t) 815-756-8451       (t) 203-483-8305                               (t) 011-52-631-320-0265
(f) 815-756-5187       (f) 203-483-5209                               (f) 011-52-631-320-0267

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact: CHRIS GHIZORI
================================================================================
Pack Date  Order #   Cust PO           Ship Via                  Weight  Pkgs #
---------  -------   -------           --------                  ------  ------
05/15/07   D037052   27036 OP          Freight Exch-P            4,830.00  276
================================================================================
Line/Rel   Item                        U/M        Qty Ordered      Qty To Pack
--------   ----                        ---        -----------      -----------
   1       036330                       K            40.000          11,040
           USMERCH-185244-VTECH 6768 PHONE

           C/I: 185244-VTECH 6768 PHONE

# CTNS 276   PCS/CTN 40   TOTAL PIECES 11,040

Packing Slip

Page:      
Pack Slip#   92170



| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

================================================================================
| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
| --------- | ------- | ------- | --- | -------- | --- | ------ | ------ |
| 05/15/07 | D037102 | 27162 OP | | PREPAIDTL | | ~~0.00~~ 17 2240 | ~~0~~ 128 |
================================================================================
| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
| -------- | ---- | --- | --- | ----------- | ----------- |
| 1 | 035380A | | K | 42.425 | ~~PLTS~~ 5120 |
| | USMERCH-176102-PNSNC TG3032 | | | | |
| | C/I: 176102-PNSNC 3032 | | | | |

U77
8@16 = 128

# CTNS ___128___   PCS/CTN ___40___   TOTAL PIECES ___5120___

THIS MEMORANDUM    is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
US MERCHANTS

TEGRANT  ALLOYD  BRANDS
PAYS  FRT.

Special Instruction
Alloyd product to be top load only.
Do not stack or double.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
Prepaid: ____    Third Party: ____

| # [Pkg] | Pkg Type | Package Description / References | NMFC | Weight(lb) | Rate | Order # Ref | cn | Cust PO # | Pck size |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 276 CTNS | 036-330 | | 4,850.00 | | DO37095J | 1 | 27036 DP | 5215B |
| 2 | 128 CTNS | 045300A | | 2240 | | DO37107 | 1 | 27162 DP | |

# Packages: ~~404~~  404
Total Weight: ~~7,090.00~~  7070

Signature: ____

Date: ____

4

The space boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property, described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property, over all or any portion or said route to destination and as to each party in any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois



**Tegrant**

INVOICE NO dekb 5599673
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

*///*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 5.120 | 17.305 | 1,343.00000 | 6,876.16 |

```
            CI: 176102-PNSNC 3032
          Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
          U/M: K
 Date Shipped: 05/15/07
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



PMMI USA
MEMBER

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,876.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,876.16 |


**Tegrant**

INVOICE NO dekb 5599733
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

//2

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 17.280 | 0.000 | 1,343.00000 | 23,207.04 |

```
              CI: 176102-PNSNC 3032
           Item: 035380A
    Description: USMERCH-176102-PNSNC TG3032
           U/M: K
  Date Shipped: 05/17/07
**  Packing Slip:
      **  BOL #:
```

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 23,207.04 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,207.04 |



Packing Slip

Page:         1
Pack Slip#    92254

Tegrant Corporation       Spartanburg, SC. 29302       Juncos, PR. 00777      Tijuana, B.C., MX 22550
Alloyd Brands             (t) 864-582-1000             (t) 787-734-8382        (t) 619-946-1240
MAIN PLANT                (f) 864-582-5982             (f) 787-734-8386        (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115    Branford, CT. 06405                                 Nogales, Sonora CP 84055
(t) 815-756-8451          (t) 203-483-8305                                    (t) 011-52-631-320-0265
(f) 815-756-5187          (f) 203-483-5209                                    (f) 011-52-631-320-0267

Bill To: C013116                        Ship To: (9)
US MERCHANTS                            US MERCHANTS
8737 WILSHIRE BLVD                      3324 142 AVE EAST
BEVERLY HILLS CA 90211                  STE C
USA                                     SUMNER WA 98390
                                        USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/17/07 | D037102 | 27162 DP | Freight Exch-P | 7,603.00 | 432 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035360A<br>USMERCH-176102-PNSNC TG3032 | K | 42.435 | 22.400 |

C/I: 176102-PNSNC 3032

OTT 16e16
K 11e16

17,280

432          46        TOTAL 22.400
# CTNS_____   PCS/CTN_____   PIECES_____

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BOL#: 65250
Pro Number:
Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3474 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
8731 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*Alloyd pays freight* (handwritten)

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order #/Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 432 | CTN3  0353000A | | 7,603.00 | | 0037102 | 1 | 27162 GR | 90274 |

# Packages: 432
Total Weight: 7,603.00

Total Charges: 0.00

Carrier
Signature:
Date:

Where boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification. ...

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois

4

## Guida Bryon

From:      Anderson Angela
Sent:      Thursday, May 17, 2007 10:24 PM
To:        Sellers John; Renehan Theresa
Cc:        Combs Paula; Erickson Brad; Guida Bryon; Butzke Joy
Subject:   Incorrect Packing Slip

US Merchants
Sales Order # D037102 Line 1 – Die # 35380A

Packing Slip Shows 432 ctns @ 40 ppc. = 22,400 Packing Slip # 92254

Should be 432 @ 40 = 17,280

 **Tegrant**

INVOICE NO dekb 5599902
PAGE 1
DATE 05/23/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*113*

*Tegrant Corporation*     Facilities
*Alloyd Brands*     DeKalb, IL     Spartanburg, SC
1401 Pleasant Street     Branford, CT     Juncos, PR
DeKalb, Illinois 60115     Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036737 | 26882 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.000 | 3.000 | 0.000 | 1,343.00000 | 4,029.00 |

   CI: 175134 VTECH RZ6043 PHONE WB
  Item: 035365
 Description: USMERCH-175134 VTECH RZ6043 SET
    U/M: K
  Date Shipped: 05/23/07
**  Packing Slip:
  ** BOL #:

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 4,029.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 4,029.00 |

Packing Slip

Page:        1
Pack Slip#   92406



**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/03/07 | D036737 | 26882 OP | SERVICE BY AT-P | 1,298.00 | 75 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | W038985 | K | 3,000 | 3,000 |

USMERCH-175134 VTECH RZ6043 SET

C/I: 175134 VTECH RZ6043 PHONE WB

074 D yer
1 ell

# CTNS ___75___   PCS/CTN ___40___   TOTAL PIECES ___3000___

Service By Air

Page 1 of 2

**SERVICE BY AIR**
WORLDWIDE AIR/GROUND NETWORK
*Since 1982*

www.servicebyair.com

| Corporate Headquarters | SERVICE BY AIR TRACKING NUMBER |
| Directory Information | **W194183** |
| Domestic / International | |
| 800-243-5545 | ORIGIN   TRANSFER   DEST. |
| P/U Date:23-May-07 | **ORD** |

| CUSTOMER NUMBER | SHIPPER | CUSTOMER NUMBER | RECEIVER |
| **93649** | **SCA CONSUMER PACKAGING** | | **US MERCHANTS** |

| STREET ADDRESS | STREET ADDRESS |
| **1401 PLEASANT ST** | **3324 142 AVE. EAST, SUITE C** |

| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE |
| **DEKALB, IL 60115** | **SUMNER, WA 98390** |

| PRINT NAME / DEPT | PRINT NAME / DEPT |
| **THERESA RENEHAN** | **CHRIS GHIZORI** |

| TEL | REFERENCE # | TEL | Reference # |
| **8157568451** | **D36737** | **253-863-7711** | 26882 OP |

| BILL TO: | DECLARED VALUE: | AUTHORIZATION # | DECLARED VALUE CHARGE |
| ☑ SHIPPER ☐ RECEIVER ☐ 3RD PARTY | ☐ YES ☑ NO  VALUE: $0.00 | | |

| | COMPANY | |
| BILLING TO | **SCA CONSUMER PACKAGING** | VIP / SPECIAL |
| CUSTOMER NUMBER | STREET ADDRESS | NEXT DAY |
| **93649** | **1401 PLEASANT ST** | |
| CITY, STATE AND ZIP CODE | | 2ND DAY |   X |
| **DEKALB, IL 60115** | | |
| NAME / DEPARTMENT   TELEPHONE NUMBER   REFERENCE NUMBER | | ECONOMY |
| | | NEXT DAY AM |

| PIECES | DESCRIPTION | WEIGHT | DIMENSIONS LENGTH  WIDTH  HEIGHT | INTERNATIONAL ☐ PRIORITY ☐ STANDARD | |
| 75 | PLASTIC ARTICLES | 1298 | Dims -   See Page 2 | Shippers C.O.D. Indicate Amount | $0.00 |
| | | | | C.O.D. FEE / FCCOD | |
| | | | | TOTAL CHARGES | |

SPECIAL INSTRUCTIONS
PLEASE DELIVER BY NOON ON 5/25 UNLESS OTHER ARRANGEMENTS MADE  READY: NOW CLOSE: 6PM
REQ. DELIVERY DATE: 05/25/07
CONTROLLED BY: 93649 - SCA CONSUMER PACKAGING  1401 PLEASANT ST, DEKALB, IL 60115

The USPPI hereby authorizes the above named forwarder to act as forwarding agent for export control and customs purposes and forward this shipment in accordance with the conditions of carriage and the tariffs of the carriers employed. Shipper agrees and acknowledges that SBA will determine the method of transportation, routing, and choice of agent(s) to provide service requested. When shipment is transported by air, shipper must be in full compliance with all SBA and Transportation Security Administration (TSA) requirements. Our Limit of Liability is $0.50 per pound unless excess value is declared and applicable charges paid. Service By Air, Inc. / SBA Consolidators, Inc. Corporate Headquarters 1-800-243-5545.
CONDITIONS OF CONTRACT AVAILABLE AT http://www.servicebyair.com       Shipper Signature: X _Renehan_

| RECEIVED BY SBA DRIVER/AGENT | ☐ KNOWN SHIPPER ☐ UNKNOWN SHIPPER | 1st personal ID reviewed: |
| ☐ Known Shipper ☐ UnKnown Shipper | | |
| | IAC employee or authorized representative (driver/agent) must request valid form(s) of ID from each individual tendering freight for transport. | # appearing on ID: |
| DRIVER SIGNATURE: | | 04528106 3288 |
| | Valid ID: | Matched photo on ID? ☑ YES ☐ NO |
| PRINT NAME: X _____ 75 | 1) A photo ID issued by a government authority. | |
| | 2) 2 other forms of ID, at least one of which must be issued by a government authority. | 2nd personal ID reviewed: |
| DATE 5/23/07 TIME: 14:40 | | # appearing on ID: |
| | | |
| Non Negotiable Airbill   1 - Shipper Copy | | Matched photo on ID? ☐ YES ☐ NO |

http://www.servicebyair.com/outgoing/shipping/mail/W194183.html

5/23/2007


Tegrant

INVOICE NO dekb 5600167
PAGE 1
DATE 05/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*1/4*

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 37.720 | 1,343.00000 | 22,347.52 |

```
            CI: 176102-PNSNC 3032
          Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
           U/M: X
 Date Shipped: 05/30/07
**  Packing Slip: 92632
      **  BOL #: 69425
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

M·C·I·A·D·E·R
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 22,347.52 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **22,347.52** |


**Tegrant**

INVOICE NO dekb 5600197
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation            Facilities
Alloyd Brands           DeKalb, IL        Spartanburg, SC
1401 Pleasant Street    Branford, CT      Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX       Nogales, MX

/15

**B I L L   T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 16.280 | 21.440 | 1,343.00000 | 21,864.04 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/31/07
** Packing Slip: 92654
** BOL #: 69450


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,864.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,864.04 |



Packing Slip

Page:          1
Pack Slip#     92654

**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/31/07 | D037409 | 37412 OP | Freight Exch-P | 7,163.00 | 407 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035300A<br>USMERCH--176102-PNSNC TG3032 | K | 54.360 | 16.280 |

C/I: 176102-PNSNC 3032

U 79
9 X c.c

U 80
16 16 c.c
1 c 7

# CTNS _____ 407    PCS/CTN _____ 40    TOTAL PIECES 16,280

THIS MEMORANDUM ... is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignee:

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
**COPY OF THEIR BILL OF LADING AND OR INVOICE WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Invoice
C MERCHANTS
237 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
LEE GREEN

Special Instructions
Alloyd product to be top load only
Do not stack in transit.

Freight Charge terms: (freight charges
are collect unless marked otherwise)
Prepaid: _____  Third Party: _____

| #Pkg | Pkg Type | Package Description / Reference | HMCT | Weight(LB) | Rate | Order # / Ref | In | Cust PO # | Pck Slip |
|------|----------|-------------------------------|------|-----------|------|---------------|----|-----------|----------|
| 407 | CTNS | W35360A | | 7,163.00 | | 6637409 | 1 | 22412 OP | 92654 |

# Packages: 407
Total Weight: 7,163.00

Total Charges: 0.00

Shipper: _____ Emm Waugh Order 6515

Date: 5/9/1/07

4

The boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

to certify that the above named articles are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of of Transportation

Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

It's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IS, subject to the classifications and lawfully filed Tariffs in effect on the date of issue of this Bill of Lading...

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois

 **Tegrant**

INVOICE NO dekb 5601003
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

```
            CI: 176102-PNSNC 3032
          Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
           U/M: K
  Date Shipped: 06/29/07
**  Packing Slip:
       **  BOL #:
```

invoice #5600365 shipped 6/6/07 with
wrong quantity. Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

Reprint Packing Slip

Page: 1
Pack Slip# 92841



**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/07/07 | D037409 | 27412 CP | Freight Exch-P | 7,488.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 54.360 | 4.000 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

# CTNS _____   PCS/CTN. 40   TOTAL PIECES 4000

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 69515
Pro Number:
Carrier: FREIGHT EXCHANGE
Date: 06/06/07   Page: 1 of 1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**Consignor**

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

**Consignee**

US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Invoice**

TEGRANT CORP
ALLOYD BRANDS
1401 PLEASANT ST
DEKALB IL 60115
USA

**Special Instructions**

Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ____    Third Party: ____

| LN | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|----|-----|----------|-------------------------------|------|-----------|------|-------------|----|-----------|----------|
| 1 | 416 | CTNS | 035380A | | 7,488.00 | | D037409 | 1 | 27412 OP | 92641 |

# Packages: 416
Total Weight:    7,488.00
Total Charges:    0.00

Carrier Signature:

Date:    /    /

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5601023
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
*1401 Pleasant Street*
*DeKalb, Illinois 60115*

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS. | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 61.000 | 16.640 | 44.360 | 1,343.00000 | 22,347.52 |

    CI: 185244-VTECH 6768 PHONE
    Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
    U/M: K
Date Shipped: 06/26/07
** Packing Slip:
    ** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

# THE MERCHANT OF TENNIS

8737 Wilshire Blvd. • Beverly Hills CA 90211
(310) 228-4000    Fax (310) 652-9905

## Purchase Order

| | |
|---|---|
| Page No. | 1 of 1 |
| Purchase Order | 27791  OP |
| Date | 6/21/2007 |
| Branch/Plant | 200 |
| Ordered Date | 6/19/2007 |
| Requested Date | 6/27/2007 |
| Freight | |

**Sold To:**
Tegrant Corporation
Alloyd Brands
21035 Network Place
Chicago IL 60673-1210

**Ship To:**
Washington Warehouse
3324 142nd Avenue East, Ste C
Sumner WA 98390

| Line No./Rev | Item Number | Description | Ordered | UOM | Unit Price | UOM | Extended Price | Request Date | Order No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.000   0 | 185244 | Pla: VTech 6768 Phone WB | 61,000 | EA | 1.3430 | EA | 81,923.00 | 6/27/2007 | 00002565 | OR |
| | | | | | Sub Total: | | 81,923.00 | | | |

Authorized By: Justin Butler

JUN 2 1 2007

Purchasing Manager
(310) 228-4000 Ext. 1041

RERUN
Project Coordinator: Emily Wong
Size: Custom medium
Gauge: 24 RPET

| | |
|---|---|
| Terms: | Net 75 Days |
| Tax Rate: | *NA* |

| | |
|---|---|
| Sales Tax: | .00 |
| Order Total: | 81,923.00 |

☞ *IMPORTANT!*
Purchase Order number must appear on all packing slips, packages and invoices.
Shipments and prices must conform to Qty ordered.


Tegrant

INVOICE NO dekb 5601085
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

//B

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 61.000 | 16.640 | 27.720 | 1,343.00000 | 22,347.52 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 06/27/07
** Packing Slip:
    ** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI

ISO 9001
Registered

| SALES AMOUNT | 22,347.52 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



Page:
Pack Slip#    9348:

**Tegrant**

Tegrant Corporation
Alloyd Brands -
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C. MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE D
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/27/07 | 0037764 | 27791 OP | Freight Exch-P | 7,332.00 | 416 |

| Line/Rel. | Item | U/M | Qty Ordered | Qty To Pack |
|-----------|------|-----|-------------|-------------|
| 1 | 036390 | K | 61.0000 | 16.640 |
|   | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

26@16

# CTNS  416  PCS/CTN.  40    TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 68722

Pro Number:

Carrier: FREIGHT EXCHANGE DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Date: 06/27/07    Page: 1 of 1

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X_____    Third Party: _____

| N | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 416 | CTNS | 036330 | | 7,322.00 | | 0037764 | 1 | 27791 OP | 93481 |

# Packages: 416
Total Weight:    7,322.00

| Total Charges: | 0.00 |

Carrier
Signature:

Date:

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood, throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor

**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois