# EXHIBIT A - 7



INVOICE NO dekb 5601174
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*/ 9*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 11.560 | 16.160 | 1,343.00000 | 15,525.08 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 06/29/07
** Packing Slip:
** BOL #:

MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,525.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **15,525.08** |



Page:
Pack Slip#    9354

**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/28/07 | D037409 | 87412 DP | Freight Exch-P | 2,100.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A<br>USMERCH-176102-PNSNC TG3032 | K | 54,360 | 4,800 |

C/I: 176102-PNSNC 3032

invoice #5600365 shipped 6/6/07 with
wrong quantity. Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

U79
K    7C4
IC8

# CTNS 120    PCS/CTN 40    TOTAL PIECES 4800



Page:
Pack Slip#    9357

Tegrant Corporation   Spartanburg, SC. 29302   Juncos, PR. 00777   Tijuana, B.C., MX 22550
Alloyd Brands        (t) 864-582-1000         (t) 787-734-8382     (t) 619-946-1240
MAIN PLANT           (f) 864-582-5982         (f) 787-734-8386     (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115   Branford, CT. 06405                        Nogales, Sonora CP 84055
(t) 815-756-8451     (t) 203-483-8305                              (t) 011-52-631-320-0265
(f) 815-756-5187     (f) 203-483-5209                              (f) 011-52-631-320-0267

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 5,173.00 | 289 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 61.000 | 11,560 |
|   | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

U82  5@16
      1@4

U84  6@16
      1@12

U83  6@16

# CTNS 289   PCS/CTN. 40   TOTAL PIECES 11,560

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 89806
Pro Number:
Carrier: FREIGHT EXCHANGE

Date: 06/29/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice
US MERCHANTS
8727 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:              Third Party:

| # | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust. PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 120 | CTNS | 035380A | | 2,100.00 | | 0037409 | 1 | 27412 0P | 93841 |
| 2 | 289 | CTNS | 036330 | | 5,173.00 | | 0037764 | 1 | 27791 0P | 93573 |

# Packages: 409
Total Weight:    7,273.00

Total Charges:    0.00

Carrier
Signature:

Date: 6/29/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
It is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
* — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
: — The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois



**Tegrant**

INVOICE NO dekb 5601193
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 4.800 | 0.000 | 1,343.00000 | 6,446.40 |

```
              CI: 176102-PNSNC 3032
           Item: 035380A
    Description: USMERCH-176102-PNSNC TG3032
            U/M: K
   Date Shipped: 06/29/07
** Packing Slip: 93541
      ** BOL #: 69806
```

invoice #5600365 shipped 6/6/07 with
wrong quantity. Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,446.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,446.40 |


**Tegrant**

INVOICE NO dekb 5601204
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

*| 2 |*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 61.000 | 16.160 | 0.000 | 1,343.00000 | 21,702.88 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 06/29/07
**  Packing Slip: 93571
   **  BOL #: 69807

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 21,702.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,702.88 |

Packing Slip

Page: 1
Pack Slip# 93571

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAiN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 7,030.00 | 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 61.000 | 16,160 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

U83
25e16
K   1 e 4

# CTNS 404   PCS/CTN 40   TOTAL PIECES 16,160

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

PO/BOL: 69807
PO Number:                                          Date: 06/29/07   Page:   1 of  1

Carrier  FREIGHT EXCHANGE  **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignee

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
3324 182 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Invoice
US MERCHANTS                *Tegrant pay freight*
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
CA
JFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X          Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 404 | CTNS | 036330 | | 7,030.00 | | 0037764 | 1 | 27791 OP | 93571 |

# Packages: 404
Total Weight:      7,030.00                          Total Charges:           0.00

Shipper
Signature:

Date: 6 /29/07

those boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
I. I certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.
- Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight".
where shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
hereby described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
over this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

4

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5601477
PAGE 1
DATE 07/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 46.287 | 16.640 | 29.647 | 1,343.00000 | 22,347.52 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 07/11/07
** Packing Slip: 93864
** BOL #: 69928

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


MEMBER
PMMI
USA
ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



Packing Slip                          Page:        1
                              Pack Slip#    93864

Tegrant Corporation      Spartanburg, SC. 29302    Juncos, PR. 00777    Tijuana, B.C., MX 22550
Alloyd Brands            (t) 864-582-1000          (t) 787-734-8382     (t) 619-946-1240
MAIN PLANT               (f) 864-582-5982          (f) 787-734-8386     (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115   Branford, CT. 06405                            Nogales, Sonora CP 84055
(t) 815-756-8451         (t) 203-483-8305                               (t) 011-52-631-320-0265
(f) 815-756-5187         (f) 203-483-5209                               (f) 011-52-631-320-0267

Bill To: CO13116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/10/07 | 0037765 | 27787 QP | Freight Exch-P | 7,238.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A USMERCH-176102-PNSNC TG3032 | K | 46.287 | 16.640 |

C/I: 176102-PNSNC 3032

U85
D + G12+ 26@16

# CTNS  416   PCS/CTN.  40   TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DOT/BOL: 63928
Pro Number:
Carrier: FREIGHT EXCHANGE

Date: 07/11/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98300
USA

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(lB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 416 | CTNS | 035300A | | 7,238.00 | | D037765 | 1 | 27787 OF | 93864 |

# Packages: 416
Total Weight:    7,238.00

Total Charges:    0.00

Carrier
Signature:

Date: 7/11/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two parts by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject, to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail-or-a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5601515
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*123*

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 46.287 | 16.120 | 13.527 | 1,343.00000 | 21,649.16 |

       CI: 176102-PNSNC 3032
      Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
      U/M: K
 Date Shipped: 07/12/07
** Packing Slip: 93871
   ** BOL #: 69929

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 21,649.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,649.16 |

Packing Slip



Page:
Pack Slip#    9387



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/11/07 | D037785 | 27787 OP | Freight Exch-P | 7,012.00 | 403 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 46.287 | 16.120 |
|  | USMERCH-176102-PNSNC TG3032 |  |  |  |

C/I: 176102-PNSNC 3032

U86
15 e16

U85
10 e16
1e3

# CTNS  403   PCS/CTN  40   TOTAL PIECES  16,120

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor
a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DK/BOL: 699279
BOS Number:                                                                Date: 07/11/07    Page:   1 of   1
Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____        Third Party: _____

| V | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|--------------|-----|-----------|----------|
| 1 | 403 | CTNS | 035380A | | 7,012.00 | | 0037765 | 1 | 27767 GP | 93871 |

# Packages: 403
Total Weight:    7,012.00

Total Charges:    0.00

Shipper
Signature:

Date:    /    /

4

The fibre boxes used for this shipment conforms to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
oughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of sa d route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow-
statement: The carrier may decline to make deliv-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois



INVOICE NO dekb 5601528
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 46.287 | 13.560 | 0.000 | 1,343.00000 | 18,211.08 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 07/12/07
**   Packing Slip: 93923
**   BOL #: 69954



REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 18,211.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,211.08 |

Packing Slip  *69954*

Page:

Pack Slip#    9392



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|---|----------|---|--------|--------|
| 07/12/07 | D037765 | 27787 OP | | PREPAIDTL | | 5,865.00 | 339 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035300A | K | 46.287 | 13.560 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

K- 2/e/6
1e 5

# CTNS _339_ PCS/CTN _40_   TOTAL PIECES _13560_

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BO1: 66954
Pro Number:
Carrier: FRT EXCHANGE

Date: 07/12/07  Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
1324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*TEGRANT ALLOYD BRANDS*
*PAY FRT*

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: ___X___    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | In | Cust PO # | Pck Slip |
|-----|----------|------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 339 | CTNS | 035380A | | 5,865.00 | | D037765 | 1 | 27787 02 | 93523 |

# Packages: 339
Total Weight:    5,865.00

Total Charges:    0.00

rrier
gnature:

Date:    /    /

4

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below as in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is
to be delivered to the consignee without recourse
to the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


**Tegrant**

INVOICE NO Iiju 14882
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*125*

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL     Spartanburg, SC
1401 Pleasant Street      Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX     Nogales, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 0.225 | 0.025 | 1,578.00000 | 355.05 |

```
              CI: 184452-VTECH 5884 PHONE WB
            Item: 036094
     Description: USMERCH-184452 VTECH 5884 PHONE WB
            U/M: K
   Date Shipped: 07/30/07
**   Packing Slip: 12993
        **  BOL #: 4694
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 355.05 |
|--------------|--------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 355.05 |

UUpic.6/h8.5v086061



Packing Slip

Page:          1
Pack Slip#     12993

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8827 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:   CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /30/07 | I002749 | 27788 OP | PREPAIDTL | 139.68 | 9 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 0.225 |
| | USMERCH-184462 VTECH 5884 PHONE WB | | | |

C/I: 184462-VTECH 5884 PHONE WB

# CTNS  9      PCS/CTN. 25      TOTAL PIECES  225

Packing Slip
Page:     1
Pack Slip#   12994



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  DOUG FARRELL

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /30/07 | 1002817 | 28171 0P | | 264.00 | |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| L     030262 | USMERCH-PNSNC 1035 | K | 0.300 | 0.300 |

        C/I: 184487-PNSNC 1035

# CTNS  12    PCS/CTN  25    TOTAL PIECES  300

Packing Slip

Page: 1
Pack Slip# 12995



Tegrant

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Our Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /30/07 | 1002747 | 27784 OP | PREPAIDTL | 1,640.00 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 036382A | K | 2.801 | 2.400 |
|  | USMERCH-176090-PNSNC TG1034 XL |  |  |  |

C/1: 176090-PNSNC TG1034 XL

# CTNS 96     PCS/CTN 25     TOTAL PIECES 2,400

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Sopic.syhs.sv0s0b0i
   08/BOL: 4694                    Date: 07/30/07    Page:  1 of 1
   Pro Number: PICK UP # 234632
   Carrier: TEGRANT ( EST)    DELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                         TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING TO BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3326 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

6 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___X___    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9 CTNS | 036094 184452 VTECH 5848 | 156600 | 139.68 | | I002749 | 1 | 27788 OP | 12993 |
| 2 | 12 CTNS | 036262 PNSC 1035 | 156600 | 264.00 | | I002817 | 1 | 28171 OP | 12994 |
| 3 | 96 CTNS | 038382A 176090-PNSC TG1034 X | 156600 | 1,640.00 | | I002747 | 2 | 27784 OP | 12995 |

# Packages: 117
Total Weight:    2,043.68 LBS

Total Charges:    0.00

Carrier
Signature:

Date: 7-30-07   RAFAEL AVLA

1

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico


**Tegrant**

INVOICE NO tiju 14887
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*          Facilities
*Alloyd Brands*          DeKalb, IL      Spartanburg, SC
1401 Pleasant Street     Branford, CT    Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX     Nogales, MX

*126*

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002817 | 28171 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 0.300 | 0.300 | 0.000 | 1,666.12000 | 499.84 |

```
            CI: 184487-PNSNC 1035
          Item: 036262
   Description: USMERCH-PNSNC 1035
          U/M: K
 Date Shipped: 07/30/07
** Packing Slip: 12994
      **  BOL #: 4694
```

REVISED QUANTITY DUE TO CUSTOMER REQUEST
FOR US TO SHIP OUT THE PARTS WE HAVE IN
INVENTORY vs SETTING UP THE TOOL AGAIN
AND RUNNING ANY MORE PARTS.
NS 7/30/07

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 499.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **499.84** |



Tegrant

INVOICE NO tiju 14889
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

| Tegrant Corporation | Facilities | |
|---|---|---|
| Alloyd Brands | DeKalb, IL | Spartanburg, SC |
| 1401 Pleasant Street | Branford, CT | Juncos, PR |
| DeKalb, Illinois 60115 | Tijuana, MX | Nogales, MX |

127

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 2.601 | 2.400 | 0.201 | 1,726.12000 | 4,142.69 |

```
           CI: 176090-PNSNC TG1034 XL
         Item: 035382A
  Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
Date Shipped: 07/30/07
** Packing Slip: 12995
    ** BOL #: 4694
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,142.69 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,142.69 |


**Tegrant**

INVOICE NO tiju 15082
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

*128*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 14.000 | 12.540 | 1.460 | 1,585.00000 | 19,875.90 |

```
            CI: 143255 VTECH 6889/6896 4PK
          Item: 034875A
   Description: USMERCH-143255 VTECH 6889/6896 4PK
          U/M: K
 Date Shipped: 08/10/07
**  Packing Slip: 13191
       **  BOL #: 4742
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 19,875.90 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **19,875.90** |



**Tegrant Corporation**
Alloyd Brands
Pasco Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

| # CTNS | PCS/CTN | TOTAL PIECES |
|--------|---------|--------------|
| 200 | 25 | 5,000 |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Ship to: consignee
   06/20?; 9:40
  *Pro number: PICK UP # 535363
   Carrier: LYANS;CARRLDUR    DELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

consignor

| Consignee

*Tegrant Corporation, Alloyd Brands*
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

US MERCHANTS
3329 142 AVE EAST
STE G
SUMMER WA 98390
USA

Invoice
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 28 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___X___    Third Party: _____

| Pkg| Pkg  | Package Description | NMFC   | Weight(LB) | Rate| Order # | Ln| Cust PO #| Pck Slip |
|    | Type | References         |        |            |     | Ref     |   |          |          |
| 1| 418|CTNS | 034875A            | 156600 | 3,594.08   |     | 1002824 | 1 | 873228 UP| 13191    |
|   |     |     | 143255 VTECH 6889 |        |            |     |         |   |          |          |
| 2| 200|CTNS | 035752            | 156600 | 3,732.00   |     | 1002854 | 1 | 28295    | 13192    |
|   |     |     | T63034            |        |            |     |         |   |          |          |

# Packages: 618                                    |Total Charges:                0.00
Total Weight:     12,328.08 LBS

Carrier    Exprolocuo. Express
Signature:          Altamirano

   Date:  10 / 8 / 07

1

Wire boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
spt. of Transportation.
e shipment moves between two parts by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ppers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
by, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail-or-rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: if this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*Tijuana, B.C., Mexico*



INVOICE NO tiju 15087
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*12 9*

Tegrant Corporation    Facilities
Alloyd Brands          DeKalb, IL    Spartanburg, SC
1401 Pleasant Street   Branford, CT  Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002854 | 28295 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 5.000 | 0.000 | 1,666.12000 | 8,330.60 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-TG3034
U/M: K
Date Shipped: 08/10/07
** Packing Slip: 13192
    ** BOL #: 4742



MEMBER
PMMI
USA
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 8,330.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,330.60 |


**Tegrant**

INVOICE NO tiju 15132
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

*130*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 19.020 | 6.480 | 0.000 | 1,585.00000 | 10,270.80 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 08/14/07
** Packing Slip: 13223
** BOL #: 4751

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 10,270.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 10,270.80 |


**Tegrant**

INVOICE NO tiju 15133
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*/3/*

Tegrant Corporation        Facilities
Alloyd Brands          DeKalb, IL      Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 34.000 | 7.920 | 26.080 | 1,585.00000 | 12,553.20 |

```
              CI: 174932-RZ6053 SET
            Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
             U/M: K
    Date Shipped: 08/14/07
 **  Packing Slip: 13224
       **  BOL #: 4751
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


MEMORE
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 12,553.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,553.20 |

Packing Slip
Page:         1
Pack Slip#    13222

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t)864-582-1000
(f)864-582-5982

Juncos, PR. 00777
(t)787-734-8382
(f)787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t)011-52-631-320-0265
(f)011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /14/07 | I002832 | 28272 OP | PREPAIDTL | 2,680.00 | 134 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035429 USMERCHANTS-VTECH 6789 | K | 4.000 | 4.020 |

C/I: 162991-VTECH 6789

# CTNS 134   PCS/CTN 30   TOTAL PIECES 4,020

Job16.b/08.5v0s0001



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
1787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /14/07 | I002824 | 026228 OP | PREPAIDTL | 4,440.96 | 216 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 034875A | K | 14.000 | 6.480 |
| | USMERCH-143266 VTECH 6889/6896 4PK | | | |

C/I: 143266 VTECH 6889/6896 4PK

# CTNS 2 | 6    PCS/CTN 30    TOTAL PIECES 6,480



uopis.b7n8.bv0s0b0i

Packing Slip
Page:        1
Pack Slip#   13224

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116            Ship To: (9)
JS MERCHANTS              US MERCHANTS
3737 WILSHIRE BLVD        3324 142 AVE EAST
BEVERLY HILLS CA 90211    STE C
USA                       SUMNER WA 98390
                          USA

der Contact:  CHRIS GHIZORI

| ck Date Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|
| /14/07  1002826 | 028229 .0P | PREPAIDTL | 5,280.00 | 264 |

| Re/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036369 | K | 34.000 | 7.920 |
|   | USMERCHANTS- 174932-R26063 SET | | | |
|   | C/L: 174932-R26063 SET | | | |

# CTNS  264    PCS/CTN  30    TOTAL PIECES  7,920

Dop16.62b8.5v0s0b0f

**Tegrant**

Packing Slip
Page:        1
Pack Slip#    13220

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /14/07 | 1002825 | 028229 UP | PREPAIDTL | 5,280.00 | 264 |

| No/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 035959 | K | 34.000 | 7.920 |
| | USMERCHANTS- 174932-RZ6063 SET | | | |

C/1: 174932-RZ6063 SET

# CTNS  264    PCS/CTN  30    TOTAL PIECES  7,920

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

OopiB.6/08.6v0sobOT
· ,  ··DO/BOL: .4751                    Date: 08/14/07   Page:  1 of  1
Pro Number: PICK UP# SAS319
Carrier: TEGRANT (SANCHOTENA)  DELIVERING CARRIER INSTRUCTIONS:
                                DO NOT BREAK DOWN PALLETS.
                                DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE

| onsignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> Paseo Cucapah #5290 <br> Parque Industrial El Lago <br> Tijuana, B.C., MX 22550 <br><br> **Tegrant Corporation, Alloyd Brands**, REQUESTS A <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| voicee <br> S MERCHANTS <br> 737 WILSHIRE BLVD <br> EVERLY HILLS CA 90211 <br> SA | Special Instructions <br> Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |
|---|---|

eight Charge Terms: (Freight charges
 collect unless marked otherwise)
epaid:  X____      Third Party: _____

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 134 | CTNS | 035429 <br> VTECH 6789 | 156600 | 2,680.00 | | I002832 | 1 | 28272 OP | 13222 |
| 216 | CTNS | 034875A <br> 143265 VTECH 6889 | 156600 | 4,440.96 | | I002824 | 1 | 028228 OP | 13223 |
| 264 | CTNS | 035359 <br> 174932-RZ 6053 SET | 156600 | 5,280.00 | | I002825 | 1 | 028229 OP | 13224 |

 # Packages: 614
otal Weight:   12,400.96 LBS                    Total Charges:        0.00

rier    Sancho tena   Express
nature:      Altamirano

Date:   14 / 8 / 07

... eaves used for this shipment conforms to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
... is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of ... it. of Transportation.
... shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
... ura imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
· Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
... reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
... erly described herein in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
... put this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
... the carrier to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
... mol every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
... on the case hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
... hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to
be delivered to the consignee without-recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico


**Tegrant**

INVOICE NO tiju 15135
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*    Facilities
Alloyd Brands     DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

/32

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS, CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002832 | 28272 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 4.000 | 4.020 | 0.000 | 1,585.00000 | 6,371.70 |

         CI: 162991-VTECH 6789
         Item: 035429
   Description: USMERCHANTS-VTECH 6789
         U/M: K
   Date Shipped: 08/14/07
  ** Packing Slip: 13222
     ** BOL #: 4751

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,371.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 6,371.70 |


**Tegrant**

INVOICE NO tiju 15195
PAGE 1
DATE 08/17/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

/33

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**B I L L  T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 34.000 | 8.760 | 17.320 | 1,585.00000 | 13,884.60 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 08/17/07
** Packing Slip: 13291
** BOL #: 4772

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,884.60 |
| MISC C-IG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,884.60 |



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZONI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 8/17/07 | 1002825 | 028229 OP | PREPAIDTL | 6,840.00 | 292 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | .030369 | K | 34.000 | 8.760 |
|  | USMERCHANTS- 174932-RZ6053 SET |  |  |  |
|  | C/I: 174932-RZ6053 SET |  |  |  |

# CTNS 292    PCS/CTN 30    TOTAL PIECES 8,760

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
0000p18.5/18.5v0s0b0T
  DOC/BOL: 4772
  Pro Number: PICK UP # 4GA4486       Date: 08/17/07   Page: 1 of 1
  Carrier: TEGRANT (EST)

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

    **Tegrant Corporation, Alloyd Brands**
    Paseo Cucapah #5290
    Parque Industrial El Lago
    Tijuana, B.C., MX 22550

    **Tegrant Corporation, Alloyd Brands,** REQUESTS A
    COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
        YOUR FREIGHT BILL AND OR INVOICE

Consignee
  US MERCHANTS
  3324 142 AVE EAST
  STE C
  SUMNER WA 98390
  USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

13 PALLETS OF PALLETS ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __N__       Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 292 | CTNS | 035359 174932-R26053SET | 156600 | 5,840.00 | | I002825 | 1 | 028229 OP | 13291 |

# Packages: 292
Total Weight:    5,840.00 LBS

Total Charges:          0.00

Carrier
Signature:

Date: 17 / 8 / 07        HELIO HOEZ

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico