# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

TEGRANT ALLOYD BRANDS, INC.,
        Plaintiff,
v.
U.S. MERCHANTS, INC. and THE
MERCHANT OF TENNIS, INC.

Case Number:

**08 C 50041**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEGRANT ALLOYD BRANDS, INC.

*FILED*
*MAR 14 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

| | |
|---|---|
| NAME (Type or print) <br> Brian P. Roche | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brian P. Roche | |
| FIRM <br> Seyfarth Shaw LLP | |
| STREET ADDRESS <br> 131 South Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270507 | TELEPHONE NUMBER <br> 312-460-5556 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |