# United States District Court for the Northern District of Illinois

Case Number: 08-50041             Assigned/Issued By: PL

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____

**FILED**
MAR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Paid: _____          Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**
☒ Summons                    ☐ Alias Summons
☐ Third Party Summons        ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
       (Type of Writ)

2 Original and ___— ___ copies on  3/14/08  as to  Defendants
                                    (Date)

C:\wpwin80\docket\feeinfo.frm   01/01