## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50041 | **DATE** | 3/14/2008 |
| **CASE TITLE** | Tegrant Alloyd, Brands, Inc vs. U.S. Merchants, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff has filed this action premised on the Court's diversity of citizenship jurisdiction. 28 U.S.C. §1332(a)(1). Plaintiff fails to properly allege subject matter jurisdiction. Plaintiff has alleged that defendants U.S. Merchants, Inc, and The Merchant of Tennis, Inc. are foreign corporations with principal places of business in Los Angeles, California. However, corporations are citizens of both the state of their incorporation and the state that is their principal place of business for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1). The jurisdictional allegations must allege both. Plaintiff does not allege the state of incorporation of defendant corporations. Plaintiff shall file amended allegations of subject matter jurisdiction by 4/1/08 or this case will be dismissed for lack of proper subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|