# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Tegrant Alloyd Brands, Inc.
                Plaintiff,

v.                                      Case No.: 3:08−cv−50041
                                               Honorable Frederick J. Kapala

U.S. Merchants, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable Frederick J. Kapala:Plaintiff's motion to voluntarily dismiss without prejudice U.S. Merchants, Inc. and to file amended complaint [9] is granted. Amended complaint to be filed by April 10, 2008. Electronic/Mailed notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.