# EXHIBIT A

# SCA Consumer Packaging, Inc.

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

PAGE
DATE 03/23/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002494 | 26444 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 26.000 | 10.800 | 0.000 | 1,585.00000 | 17,118.00 |

```
           CI: 162991-VTECH 6789
         Item: 035429
  Description: USMERCHANTS-VTECH 6789
         U/M: K
Date Shipped: 03/24/07
** Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 17,118.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |



MEMBER
PMMI
USA

ISO 9001
Registered



## SCA

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Page:          1
Pack Slip#    11068

```
Bill To: C013116            Ship To: (9)
US MERCHANTS               US MERCHANTS
8737 WILSHIRE BLVD         3324 142 AVE EAST
BEVERLY HILLS CA 90211     STE C
USA                        SUMNER WA 98390
                           USA


Order Contact:  CHRIS GHIZORI
=============================================================================
Pack Date  Order #    Cust PO              Ship Via            Weight Pkgs  #
--------   -------    ---------------      ----------------    ------- -----
3/24/07    I002494    26444                PREPAIDTL           7,200.00  360

=============================================================================
Line/Rel   Item                           U/M     Qty Ordered    Qty To Pack
--------   --------------------------     ---     -----------    -----------
  2        035429                         K          26.000          10.800
           USMERCHANTS-VTECH 6789

           C/I: 162991-VTECH 6789
```

CAPTURADO
FECHA

# CTNS __360__   PCS/CTN __30__   TOTAL PIECES __10,800__

B/L No:
Pro Number: SA5353
Carrier: SA5J07EVA

Date: 03/14/07    Page: 1 of 1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Shipper:

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
US MERCHANTS
3304 141 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice:
US MERCHANTS
8752 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions:
Sca product to be top load only.
Do not stack in transit.

3 PALLETS OF PLASTIC ARTICLES
SA5353 PRICE NO.

Freight Charge Terms: (Freight charges
are collect, unless marked otherwise)
Prepaid: _____ X _____    Third Party: _____

| # | Pkge | Pkg Type | Package Description / References | NMFC | Weight (LB) | Rate | Order # / Ref | Customer PO # |
|---|------|----------|--------------------------------|------|-------------|------|---------------|---------------|
| 1 | 360 | CTN | VTEC8-6789 11082 | 156894 | 7,200.000 | | 0002494 | 26444 |
| 2 | 96 | CTN | 176890 11094 | 156894 | 0.00 | | 0035846 | 26040 DP |

*Receipt Of Container Subject To Count & Inspection*

3 Packages: 456
Total Weight: 7,200.000 LBS

Total Charges:    0.00

Driver
Signature:

Date:    /    /

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

shipper's imprints in lieu of stamp, not a part of Bill of Lading Approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
properly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
roughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) is Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

2

# SCA Consumer Packaging, Inc.

DEKALB, IL      SPARTANBURG, SC
BRANFORD, CT     JUNCOS, PR
TIJUANA, MX      NOGALES, MX

INVOICE NO. HU-1260L
PAGE 1
DATE 03/26/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

| | |
|---|---|
| **B I L L T O** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA |
| **S H I P T O** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.600 | 6.400 | 16.160 | 1,726.12000 | 11,047.17 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 03/26/07
** Packing Slip: 11083
** BOL #: 4046

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



| SALES AMOUNT | 11,047.17 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 11,047.17 |



MEMBER
PMMI
USA

ISO 9001
Registered

Pack Slip#    11083



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
Bill To: C013116                 Ship To: (9)
US MERCHANTS                     US MERCHANTS
3737 WILSHIRE BLVD               3824 142 AVE EAST
BEVERLY HILLS CA 90211           STE C
USA                              SUMNER WA 98390
                                 USA
```

der Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /26/07 | D035846 | 26040 OP | PREPAIDTL | 4,480.00 | 256 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 035382 | K | 27.600 | 6.400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS ___256___   PCS/CTN ___25___   TOTAL PIECES ___6400___

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uniform No. 118.5 v88005

DO/BOL: 4046

Pro Number: SA5357

Carrier: SANCHOTENA

Date: 03/26/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| Consignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>SCA CONSUMER PACKAGING, INC., REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | SCA product to be top load only.<br>Do not stack in transit.<br><br>15 PALLETS OF PLASTIC ARTICLES<br>SA5357 TRUCK NO. |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ✗    Third Party: _____

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|---|
| 1 | 72 | CTN | 176090<br>11082 | 156600 | 1,512.00 | | D035846 | 26040 OP |
| 2 | 256 | CTN | 176090<br>11083 | 156600 | 4,480.00 | | D035846 | 26040 OP |
| 3 | 12 | CTN | VTECH 6789<br>11084 | 156600 | 240.00 | | I002511 | 26547 |

# Packages: 340
Total Weight: 6,232.00 LBS

Total Charges: 0.00

Carrier
Signature:

Date: 03/26/07    D. G. B.

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.

is shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**

**IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading** operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is t be delivered to the consignee without recourse o the consignor, the consignor shall sign the followir statement: The carrier may decline to make deliver of this shipment without payment of freight and a other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL     SPARTANBURG, SC
BRANFORD, CT    JUNCOS, PR
TIJUANA, MX     NOGALES, MX

INVOICE NO tju 12011
DATE 03/27/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

| **B I L L  T O** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS  CA 90211<br>USA | **S H I P  T O** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER  WA 98390<br>USA |
|---|---|---|---|

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.600 | 9.600 | 6.560 | 1,726.12000 | 16,570.75 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382
     Description: USMERCH-176090-PNSNC TG1034 XL
            U/M: K
   Date Shipped: 03/27/07
** Packing Slip: 11095
     ** BOL #:
```

REMIT TO:

SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 16,570.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **16,570.75** |

MEMBER
**PMMI**
**USA**

ISO 9001
Registered



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**SCA**

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Packing Slip

Page: 1
Pack Slip# 11095

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|--|----------|--|--------|--------|
| /27/07 | D038846 | 26040 OP | | PREPAIDTL | | 6,720 | 384 |

| Line/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|----------|------|--|-----|-------------|-------------|
| 1 | 035382 | | K | 27.600 | 9.600 |
| | USMERCH-176090-PNSNC TG1034 XL | | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | | |

# CTNS 384    PCS/CTN 25    TOTAL PIECES 9,600



Packing Slip

Pack Slip # 11096

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**SCA**

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To:  C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /27/07  | 1002517 | 26626   | PREPAIDTL | 1,973.76 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 034878A | K | 3.500 | 2.880 |
|   | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS  96   PCS/CTN  30   TOTAL PIECES  2,880

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

JOB16.67H8.SVOSOBER

DO/BOL: 4051                                    Date: 03/27/07      Page: 1 of 1
Pro Number:
Carrier: SCA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

Invoicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 20 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: ____X____      Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 384  | CTNS     | 176090 11095                  | 156600 | 6,720.00  |      | D035846     | 26040 OP      |
| 96   | CTNS     | 143255 11096                  | 156600 | 1,973.76  |      | I002517     | 26626         |

\# Packages: 480
Total Weight:    8,693.76 LBS

| Total Charges:              0.00

rier
nature:

Date: 03/27/07              D.G.B.

1

ibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t of Transportation.

shipment moves between two ports by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

er's imprints is lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
erty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
r, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
, on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12622

DATE 03/27/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002517 | 26626 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.500 | 2.880 | 0.620 | 1,585.00000 | 4,564.80 |

        CI: 143255 VTECH 6889/6896 4PK
     Item: 034875A
  Description: USMERCH-143255 VTECH 6889/6896 4PK
        U/M: K
 Date Shipped: 03/27/07
  ** Packing Slip: 11096
     ** BOL #: 4051

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 4,564.80 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **4,564.80** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12656
PAGE 1
DATE 03/28/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

| | |
|---|---|
| **BILL TO** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA |
| **SHIP TO** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 27.600 | 6.575 | 0.000 | 1,726.12000 | 11,349.24 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 03/28/07
** Packing Slip: 11108
    ** BOL #: 4056

---

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 11,349.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,349.24** |

Packing Slip

Pack Slip #   11108

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-625-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/28/07 | 0035846 | 26040 OP | PREPAIDTL | 4,536.00 | 263 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382 | K | 27,600 | 6,575 |
|  | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS   263      PCS/CTN.   25      TOTAL PIECES   6,575

U0p16.6/h8.5v0s0b01                                    Reprint Packing Slip
                                                       Page:                    1
                                                       Pack Slip #:    11408

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX  22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL  60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT  06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC  29302
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR  00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
3737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact:  CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/25/07 | 1002617 | 26626 | PREPAID/TL | 431.00 | 21 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034878A | K | 3.500 | 0.630 |

USMERCH-143258 VTECH 6889/6896 4PK

C/I: 143258 VTECH 6889/6896 4PK

# CTNS  21        PCS/CTN  30        TOTAL PIECES  630

DO/BOL: 4056                                              Date: 03/28/07    Page: 1 of 1
Pro Number: JRS03
    Carrier: SANCHOTENA          DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                      DO NOT DOUBLE STACK
                                  TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor                                    | Consignee
                                            |
   **SCA Consumer Packaging, Inc.**         | US MERCHANTS
   Paseo Cucapah #5290                      | 3324 142 AVE EAST
   Parque Industrial El Lago               | STE C
   Tijuana, B.C., MX 22550                 | SUMNER WA 98390
                                            | USA
**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**        |

---

nvoicee                                     | Special Instructions
JS MERCHANTS                                | SCA product to be top load only.
737 WILSHIRE BLVD                          | Do not stack in transit.
EVERLY HILLS CA 90211                      |
ISA                                         | 12 PALLETS OF PLASTIC ARTICLES
                                            | JRS03 TRUCK NO.
                                            |

---

eight Charge Terms: (Freight charges       |
e collect unless marked otherwise)         |
epaid:  __X__      Third Party: _____      |

---

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|------|----------|-------------------------------|--------|-------------|------|-------------|-------------|
| 1 | 263 | CTN | 176090 11108 | 156600 | 4,536.00 | | D035846 | 26040 OP |
| 2 | 21 | CTN | 143255 11109 | 156600 | 431.00 | | I002517 | 26626 |

# Packages: 284                            | Total Charges:              0.00
Total Weight:    4,967.00 LBS              |

---

rrier
gnature:

Date: 28/ 03 / 0_

1

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
: = Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
pper terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

_____
Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12669
DATE 03/28/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

6

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002517 | 26626 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 3.500 | 0.630 | 0.000 | 1,585.00000 | 998.55 |

```
        CI: 143255 VTECH 6889/6896 4PK
      Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
       U/M: K
Date Shipped: 03/28/07
  **  Packing Slip: 11109
       **  BOL #: 4056
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 998.55 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 998.55 |



MEMBER
**PMMI**
**USA**

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tju 12733

DATE 03/30/07

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 15.120 | 24.880 | 1,585.00000 | 23,965.20 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 11167
** BOL #: 4070

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 23,965.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **23,965.20** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12734

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

DATE 03/30/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

| | |
|---|---|
| **BILL TO** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA |
| **SHIP TO** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.500 | 3.600 | 18.900 | 1,666.12000 | 5,998.03 |

```
            CI: 174633-PNSNC 6074 PHONE WB
          Item: 035351
   Description: USMERCH-VTECH NEW BOX SET
           U/M: K
  Date Shipped: 03/30/07
** Packing Slip: 11168
   ** BOL #: 4070
```



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 5,998.03 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,998.03** |



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 8/30/07 | T002513 | 26546 DP | PREPAIDTL | 9,979.20 | 504 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035369 | K | 40.000 | 15.120 |
| | USMERCHANTS-RZ6053 SET | | | |

C/I: 174932-RX6053 SET

# CTNS 504   PCS/CTN 30   TOTAL PIECES 15,120



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana B.C. MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3817

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/30/07 | 1002554 | 26697 OP | PREPAIDTL | 2,608.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 4 | 03538I | K | 22.500 | 3.600 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 170633-PNSNC 6074 PHONE WB

# CTNS _120_   PCS/CTN. _30_   TOTAL PIECES _3,600_

DO/BOL: 4070   Date: 03/30/07   Page: 1 of 1

Pro Number:

Carrier: SCA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __X__   Third Party: _____

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|------|----------|-------------------------------|------|-------------|------|-------------|-------------|
| 1 | 504 | CTNS | RZ6053 11167 | 156600 | 9,979.20 | | I002513 | 26546 OP |
| 2 | 120 | CTNS | VTECH 174633 11168 | 156600 | 2,508.00 | | I002554 | 26697 OP |

# Packages: 624
Total Weight:   12,487.20 LBS

Total Charges:                 0.00

Carrier
Signature:

Date:   /   /

That fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.
Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

1

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12743
PAGE 1
DATE 04/02/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO:**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO:**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 1002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 9.360 | 15.520 | 1,585.00000 | 14,835.60 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 04/02/07
** Packing Slip: 11180
** BOL #: 4078

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 14,835.60 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **14,835.60** |



MEMBER
PMMI
USA

ISO 9001
Registered



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-628-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|---|
| /02/07 | 1002613 | 26546 OP | | PREPAIDTL | | 6,890.00 | 312 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 1 | 036359 | | K | 40,000 | 9,360 |
| | USMERCHANTS-RZ6053 SET | | | | |
| | C/I: 1/4332-RX6053 SET | | | | |

# CTNS   312      PCS/CTN   30      TOTAL PIECES   9360



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C018116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 1/02/07 | 1002584 | 28697 OP | PREPAIDTL | 7,202.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 038351 | K | 22,500 | 9,360 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

# CTNS  312    PCS/CTN  30    TOTAL PIECES  9360

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.67h8.5v0supo1

DO/BOL: 4078

Pro Number:                                              Date: 04/02/07    Page: 1 of 1

Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| onsignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| voicee | Special Instructions |
|---|---|
| S MERCHANTS<br>737 WILSHIRE BLVD<br>EVERLY HILLS CA 90211<br>SA | SCA product to be top load only.<br>Do not stack in transit.<br><br>26  PALLETS OF PLASTICS ARTICLES<br>SAS354        T RUCK NO |

eight Charge/Terms: (Freight charges
e collect unless marked otherwise)
epaid: X        Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|
| 1| 312 | CTN | 174932<br>11180 | 156600 | 6,890.00 | | I002513 | 26546 OP |
| 2| 312 | CTN | 174633<br>11181 | 156600 | 7,202.00 | | I002554 | 26697 OP |

# Packages: 624                      Total Charges:                0.00
otal Weight:    14,092.00 LBS

rier
gnature:

Date:    /    /

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12746

DATE 04/02/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

I O

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.500 | 9.360 | 9.540 | 1,666.12000 | 15,594.88 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/02/07
** Packing Slip: 11181
** BOL #: 4078

MEMBER
PMMI
USA



ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 15,594.88 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **15,594.88** |