# EXHIBIT A - 1

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

//

BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 11.520 | 4.000 | 1,585.00000 | 18,259.20 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 04/03/07
** Packing Slip: 11190
** BOL #: 4084

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 18,259.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,259.20 |

MEMBER
PMMI
USA

ISO 9001
Registered



Pack Slip # 11190

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

MAIN PLANT
DEKALB, IL 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 8405
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/03/07 | I002513 | 26646 OP | PREPAIDTL | 8,480.00 | 384 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036359<br>USMERCHANTS-RZ6053 SET<br><br>C/I: 174932-RX6053 SET | K | 40,000 | 11,520 |

\# CTNS 384 PCS/CTN. 30 TOTAL PIECES 11520

SCA 2401 Rv 02/06

ACCOUNTING COPY



Pack Slip# 11191

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

MAIN PLANT
DEKALB, IL 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 8405
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/03/07 | I002554 | 26697 OP | PREPAIDTL | 5,540.00 | 240 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035351<br>USMERCH-VTECH NEW BOX SET<br><br>C/I: 174633-PNSNC 6074 PHONE WB | K | 22,600 | 7,200 |

# CTNS 240 PCS/CTN. 30 TOTAL PIECES 7200

SCA 2401 Rv 02/06

ACCOUNTING COPY

DO/BOL: 4084 Date: 04/03/07
Pro Number: SA5350
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

ıvoicee
JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTICS ARTICLES
SA5350 TRUCK NO.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ____ Third Party: ____

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|---|
| 1 | 384 | CTN | 174932 11190 | 156600 | 8,480.00 | | I002513 | 26546 OP |
| 2 | 240 | CTN | 174633 11191 | 156600 | 5,540.00 | | I002554 | 26697 OP |

# Packages: 624
Total Weight: 14,020.00 LBS

Total Charges: 0.00

rrier
gnature:

Date: 04/03/07 D. G. B.

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

:EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment. the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the followi statement: The carrier may decline to make delive of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12757
PAGE 1
DATE 04/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

12

BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.500 | 7.200 | 2.340 | 1,666.12000 | 11,996.06 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/03/07
** Packing Slip: 11191
** BOL #: 4084

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,996.06 |

MEMBER PMMI USA

ISO 9001 Registered

PAGE 1

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

DATE 04/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

13

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 3.930 | 0.070 | 1,585.00000 | 6,229.05 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11230
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 6,229.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,229.05 |

MEMBER
PMMI
USA

ISO 9001 Registered

SCA Consumer Packaging, Inc.

DEKALB, IL SPARTANBURG, SC
BRANFORD, CT JUNCOS, PR
TIJUANA, MX NOGALES, MX

PAGE 1
DATE 04/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

14

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.500 | 2.370 | 0.000 | 1,666.12000 | 3,948.70 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11231
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 3,948.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 3,948.70 |

MEMBER
PMMI
USA

ISO 9001
Registered

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

15

BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002555 | 026696 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 21.000 | 7.200 | 13.800 | 1,726.12000 | 12,428.06 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11232
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| SALES AMOUNT | 12,428.06 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,428.06 |

MEMBER
PMMI
USA

ISO 9001 Registered

SCA Consumer Packaging, Inc.

DEKALB, IL SPARTANBURG, SC
BRANFORD, CT JUNCOS, PR
TIJUANA, MX NOGALES, MX

PAGE 1
DATE 04/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

16

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002556 | 26698 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.200 | 5.220 | 0.000 | 1,666.12000 | 8,697.15 |

CI: 180347-PNSNC TG6053
Item: 035754
Description: USMERCH-180347-TG6053
U/M: K
Date Shipped: 04/05/07
** Packing Slip: 11229
** BOL #: 4103

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 8,697.15 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,697.15 |

ISO 9001
Registered




Page: 1
Pack Slip# 11229

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, P.R. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | I002556 | 26698 OP | PREPAIDTL | 3,480.00 | 174 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| L | 035764<br>USMERCH-180347-TG6053<br><br>C/I: 180347-PNSNC TG6053 | K | 6.200 | 6.220 |

4/5

# CTNS 174 PCS/CTN. 30 TOTAL PIECES 5220



Page: 1
Pack Slip# 11230

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /06/07 | I002513 | 26546 OP | PREPAIDTL | 2,620.00 | 131 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036369<br>USMERCHANTS-RZ6053 SET<br><br>C/I: 174932-RX6053 SET | K | 40.000 | 3.930 |

4/5

# CTNS 131 PCS/CTN 30 TOTAL PIECES 3930

ACCOUNTING COPY




Page: 1

11231

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ek Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | I002554 | 26697 OP | PREPAIDIL | 1,659.00 | 79 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036361<br>USMERCH-VTECH NEW BOX SET<br><br>C/I: 174633-PNSNC 6074 PHONE WB | K | 22,600 | 2,370 |

4/5

# CTNS 79 PCS/CTN. 30 TOTAL PIECES 2370



Page: 1
Pack Slip# 11232

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | 1002655 | 026696 OP | PREPAIDTL | 6,040.00 | 240 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382<br>USMERCH-176090-PNSNC TG1034 XL<br><br>C/I: 176090-PNSNC TG1034 XL | K | 21,000 | 7,200 |

4/5

# CTNS 240 PCS/CTN. 30 TOTAL PIECES 7200

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

J0p16.67h8.5v0s0b0T

PO/BOL: 4103

Pro Number: SA5357

Carrier: SANCHOTENA

Date: 04/05/07 Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

nsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTICS ARTICLES
SA5357 TRUCK NO.

eight Charge Terms: (Freight charges e collect unless marked otherwise)
epaid: X Third Party: ________

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|---|
| 1 | 174 | CTN | 180347<br>11229 | 156600 | 3,480.00 | | I002556 | 26698 OP |
| 2 | 131 | CTN | 174932<br>11230 | 156600 | 2,620.00 | | I002513 | 26546 OP |
| 3 | 79 | CTN | 174633<br>11231 | 156600 | 1,659.00 | | I002554 | 26697 OP |
| 4 | 240 | CTN | 176090<br>11232 | 156600 | 5,040.00 | | I002555 | 026696 OP |

# Packages: 624
otal Weight: 12,799.00 LBS

Total Charges: 0.00

rier
nature:

Date: 05/04/07 NIÑO

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of ept. of Transportation.

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ________

**VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.**
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12871
PAGE 1
DATE 04/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

17

BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002555 | 026696 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 21.000 | 13.800 | 0.000 | 1,726.12000 | 23,820.46 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 04/10/07
** Packing Slip: 11260
** BOL #: 4115

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| SALES AMOUNT | 23,820.46 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,820.46 |

MEMBER PMMI UBA

ISO 9001 Registered

Page: 1
11260

SCA

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /10/07 | I002555 | 026696 OP | PREPAIDTL | 9,660.00 | 460 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036382<br>USMERCH-176090-PNSNC TG1034 XL<br><br>C/I: 176090-PNSNC TG1034 XL | K | 21.000 | 13.800 |

# CTNS 460 PCS/CTN. 30 TOTAL PIECES 13.800

CA 2401 Rv 03/06
ACCOUNTING COPY



Pack Slip# 11201

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

MAIN PLANT
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust Po | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /10/07 | I002579 | 26836 OP | PREPAIDTL | 3,444.00 | 164 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| | 035382<br>USMERCH-176090-PNSNC TG1034 XL<br><br>C/I: 176090-PNSNC TG1034 XL | K | ~~12,000~~ | ~~12,000~~ 4,920 |

# CTNS 164 PCS/CTN. 30 TOTAL PIECES 4,920

CA 2401 Rv 02/06

ACCOUNTING COPY

s0b0T0U0p16.67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T

1115 Date: 04/10/07 Page: 1 of 1

Pro Num : SA5349

Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

nsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5349

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: X Third Party: ______

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|
| 460 | CTN | 176090<br>11260 | 156600 | 9,660.00 | | I002555 | 026696 OP |
| 164 | CTN | 176090<br>11261 | 156600 | 4,744.00 | | I002579 | 26836 OP |

# Packages: 624
otal Weight: 14,404.00

Total Charges: 0.00

rier
nature:

Date: / /

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.

: shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______

**VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.**
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ner hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

18

BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002579 | 26836 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 12.000 | 4.920 | 7.080 | 1,666.12000 | 8,197.31 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 04/10/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 8,197.31 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,197.31 |

MEMBER
PMMI
USA

ISO 9001 Registered

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/13/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

17

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 0.060 | 0.010 | 1,585.00000 | 95.10 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 04/13/07
** Packing Slip: 11333
** BOL #: 4143

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| SALES AMOUNT | 95.10 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 95.10 |

MEMBER
PMMI

ISO 9001 Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/13/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 29.000 | 11.520 | 17.480 | 1,666.12000 | 19,193.70 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/13/07
** Packing Slip: 11332
** BOL #: 4143

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 19,193.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 19,193.70 |

MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/13/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

21

BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002579 | 26836 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 12.000 | 7.110 | 0.000 | 1,726.12000 | 12,272.71 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 04/13/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 12,272.71 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,272.71 |

MEMBER
PMMI
USA

ISO 9001 Registered



Pack Slip# 11261

SCA

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /10/07 | I002579 | 26836 OP | PREPAIDTL | ~~3,444.00~~ 5477 | ~~164~~ 237 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382<br>USMERCH-176090-PNSNC TG1034 XL | K | 12.000 | ~~12.000~~ 7110 |

C/I: 176090-PNSNC TG1034 XL

# CTNS 237 PCS/CTN. 30 TOTAL PIECES 7110

SCA 2401 Rv 02/06

ACCOUNTING COPY



Pack Slip # 11332

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

MAIN PLANT
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84059
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/13/07 | I002578 | 26835 OP | PREPAIDTL | 8,656.00 | 384 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036351<br>USMERCH-VTECH NEW BOX SET<br><br>C/I: 174633-PNSNC 6074 PHONE WB | K | 29,000 | 11,520 |

# CTNS 384 PCS/CTN. 30 TOTAL PIECES 11520

SCA 2401 Rv 02/06

ACCOUNTING COPY



Page: 1
Pack Slip # 11333

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

MAIN PLANT
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 8405
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/13/07 | I002813 | 26546 OP | PREPAIDTL | 40.00 | 2 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035369<br>USMERCHANTS-RZ6053 SET<br><br>C/I: 174932-RX6053 SET | K | 40.000 | 0.060 |

# CTNS 2 PCS/CTN. 30 TOTAL PIECES 60

SCA 2401 Rv 02/06

ACCOUNTING COPY

DO/BOL: 4143 Date: 04/13/07 Page: 1 of 1
Pro Number: SA5317
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

ıvoicee
JS MERCHANTS
3737 WILSHIRE BLVD
3EVERLY HILLS CA 90211
JSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTICS ARTICLES
SA5317 TRUCK NO.

·eight Charge Terms: (Freight charges
·e collect unless marked otherwise)
·epaid: ______ Third Party: ______

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|---|
| 1 | 384 | CTN | 174633 11332 | 156600 | 8,656.00 | | I002578 | 26835 OP |
| 2 | 237 | CTN | 176090 11261 | 156600 | 5,477.00 | | I002579 | 26836 OP |
| 3 | 2 | CTN | 174932 11333 | 156600 | 40.00 | | I002513 | 26546 OP |

\# Packages: 623
Total Weight: 14,173.00 LBS

Total Charges: 0.00

·rier
ȷnature:

Date: 13/04/07

1

ıe fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

ıis is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______

**EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.**
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, ıe said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the followi statement: The carrier may decline to make delive of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1 32
DATE 04/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 29.000 | 10.080 | 7.400 | 1,666.12000 | 16,794.49 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11378
** BOL #: 4162

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 16,794.49 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 16,794.49 |

ISO 9001
Registered

Pack Slip# 11374

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/18/07 | 1002686 | 26880 OP | PREPAIDIC | 2,467.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 034876A<br>USMERCH-143266 VTECH 6889/6896 4PK | K | 22,160 | 3,600 |

C/I: 143266 VTECH 6889/6896 4PK

# CTNS 120 PCS/CTN. 30 TOTAL PIECES 3,600

SCA 2401 Rv 02/06

ACCOUNTING COPY



Page: 1

Pack Slip # 11377

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/18/07 | I002587 | 26881 OP | PREPAIDTL | 3,360.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035429<br>USMERCHANTS-VTECH 6789<br><br>C/I: 162991-VTECH 6789 | K | 3.300 | 3.300 |
| 2 | 035429<br>USMERCHANTS-VTECH 6789<br><br>C/I: 162991-VTECH 6789 | K | 15.500 | 1.740 |

# CTNS 168 PCS/CTN. 30 TOTAL PIECES 5,040

SCA 2401 Rv 02/06

ACCOUNTING COPY

Page: 1

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 840**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/18/07 | 1002578 | 26836 OP | PREPAIDIL | 6,876.00 | 336 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035361<br>USMERCH-VTECH NEW BOX SET<br>C/I: 174633-PNSNC 6074 PHONE WB | K | 29,000 | 10,080 |

# CTNS 336 PCS/CTN. 30 TOTAL PIECES 10,080

SCA 2401 Rv 02/06

ACCOUNTING COPY

000p16.67118¢5V0S0D01

DO/BOL: 4[illegible] Date: 04/18/07 Page: 1 of 1
Pro Number: SA5357
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

nvoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26PALLETS OF PLASTIC ARTICLES
SA5357

reight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: X Third Party: ______

| | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|---|
| 1 | 120 | CTN | 143255<br>11374 | 156600 | 2,717.00 | | I002586 | 26880 OP |
| 2 | 110 | CTN | 162991<br>11377 | 156600 | 2,550.00 | | I002587 | 26881 OP |
| 3 | 58 | CTN | 162991<br>11377 | 156600 | 1,160.00 | | I002587 | 26881 OP |
| 4 | 336 | CTN | 174633<br>11378 | 156600 | 7,575.00 | | I002578 | 26835 OP |

# Packages: 624
Total Weight: 14,002.00

Total Charges: 0.00

rrier
gnature:

Date: 04/18/07 D. G. R.

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______

**EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.**
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the followi statement: The carrier may decline to make delive of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

23

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 3.600 | 18.550 | 1,585.00000 | 5,706.00 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11374
** BOL #: 4162

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| SALES AMOUNT | 5,706.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,706.00 |

MEMBER
PMMI
USA

ISO 9001 Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

PAGE 1
DATE 04/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

24

BILL TO
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.300 | 3.300 | 0.000 | 1,585.00000 | 5,230.50 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11377
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 5,230.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,230.50 |

MEMBER
PMMI
USA

ISO 9001
Registered