# EXHIBIT A - 2

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO. HU 13050
PAGE 1
DATE 04/18/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

25

| | | |
|---|---|---|
| **B I L L T O** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | **S H I P T O** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 1.740 | 13.760 | 1,585.00000 | 2,757.90 |

```
            CI: 162991-VTECH 6789
          Item: 035429
   Description: USMERCHANTS-VTECH 6789
          U/M: K
 Date Shipped: 04/18/07
** Packing Slip: 11377
      ** BOL #:
```



REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
USA

ISO 9001
Registered

SCA

| SALES AMOUNT | 2,757.90 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,757.90** |



EXPORT

| | Page: | 1 |
| --- | --- | --- |
| Pack Slip# | | 11377 |

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
| --- | --- | --- | --- | --- | --- |
| 4/18/07 | I002587 | 26881 0P | PREPAIDTL | 3,360.00 | 168 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
| --- | --- | --- | --- | --- |
| 1 | 035429<br>USMERCHANTS-VTECH 6789<br>R2378<br>C/I: 162991-VTECH 6789 | K | 3.300 | 3.300 |
| 2 | 035429<br>USMERCHANTS-VTECH 6789<br>R2376<br>C/I: 162991-VTECH 6789 | K | 15.500 | 1.740 |

CAPTURADO 4/18
FECHA_____

# CTNS  168   PCS/CTN.  30   TOTAL PIECES  5,040

THIS SHIPPING ORDER (must be legibly filled in, in ink, Indelible Pencil, or in Carbon, and retained by the Agent.)

Ship to: A-73845-40680181

B.OO/BOL: 4152                                          Date: 04/16/07    Page: 1 of 1

Pro Number: SAV35.

Carrier: SARB HULINA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**Consignor**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

**Consignee**
US MERCHANTS
17674 143 ROAD EAST
STE 1
SHAKOPEE MN 55340
USA

**Invoicee**
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**Special Instructions**
SCA product to be top load only.
Do not stock in transit.

26PALLETS OF PLASTIC ARTICLES
SAV357

Freight Charge Terms: (freight charges
are collect unless marked otherwise)
Prepaid: __X__    Third Party: _____

| # | Pkgs | Pkg Type | Package Description References | NMFC | Weight (lB) | Rate | Order # Ref | Customer PO |
|---|------|----------|-------------------------------|------|-------------|------|-------------|-------------|
| 1 | 120 | CTN | 143255 11274 | 156600 | 2,717.00 | | 1002586 | 26880 OP |
| 2 | 110 | CTN | 162993 11377 | 156600 | 2,598.00 | | 1002587 | 26881 OP |
| 3 | 58 | CTN | 167991 11377 | 156600 | 1,160.00 | | 1002587 | 26881 OP |
| 4 | 336 | CTN | 174633 11378 | 156600 | 7,575.00 | | 1002578 | 26835 OP |

Agility Logistics

4/20/07

# Packages: 624
Total Weight: 14,092.00                              Total Charges:    0.00

Carrier
Signature:

Date:    /    /

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

It is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's Imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

2

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tju 73106
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*26*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 4.800 | 0.200 | 1,666.12000 | 7,997.38 |

```
              CI: 184487-PNSNC 1035
            Item: 036262
     Description: USMERCH-184487-PNSNC 1035
             U/M: K
   Date Shipped: 04/21/07
** Packing Slip: 11456
      ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 7,997.38 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **7,997.38** |



MEMBER
PMMI
U.S.A.

ISO 9001
Registered



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

## SCA

```
il To: C013116                  Ship To: (9)
   MERCHANTS                    US MERCHANTS
37 WILSHIRE BLVD                3324 142 AVE EAST
VERLY HILLS CA 90211            STE C
A                               SUMNER WA 98390
                                USA
```

```
er Contact:  CHRIS GHIZORI
```

| Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|------|---------|---------|----------|--------|--------|
| 19/07 | I002578 | 26835 OP | PREPAIDTL | 4,910.00 | 240 |
| 21/07 | | | | | |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035351 | K | 29.000 | 7.200 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |



CAPTURADO 84/21/07
FECHA

CAPTURADO 4-10  *cancelled*
FECHA

```
# CTNS  240    PCS/CTN  30    TOTAL PIECES  7200
```

Packing Slip

Page:              1

Pack Slip# 11411

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ll To: C013116
 MERCHANTS
37 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:   CHRIS GHIZORI

| k Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|--------|---------|---------|--|----------|--|--------|--------|
| 19/07 21/07 | I002587 | 26881 OP | | PREPAIDTL | | 4,730.00 | 214 24 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035429 USMERCHANTS-VTECH 6789 | K | 15.500 | ~~6,420~~ 720 |
| | C/I: 162991-VTECH 6789 | | | |

CAPTURADO
FECHA 09/29/07

CAPTURADO
FECHA 4-19    cancelled

A 2401 Rv 02/06                              TRAFFIC PACKING LIST

# CTNS 214     PCS/CTN. 30     TOTAL PIECES 6420

Page:       1
Pack Slip#   11421



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**SCA**

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:  CHRIS GHIZORI

| k Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|--------|---------|---------|---|----------|---|--------|--------|
| 19/07 | I002586 | 26880 OP | | PREPAIDTL | | 3,392.40 | 165 |
| 21/07 | | | | | | | |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 034875A | K | 22.150 | 4.950 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

CAPTURADO
FECHA  09/21/07

R2374

| # CTNS | 165 | PCS/CTN. | 30 | TOTAL PIECES | 4950 |

A 2401 Rv 02/06                          TRAFFIC PACKING LIST

04/23/2007 08:23  #729 P.004/013                          PURE JDR #9 11



**SCA**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX, 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Packing Slip
Page#: 1
Pack Slip# 11456

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 4/21/07 | D036804 | 26924 OP | PREPAIDTL | 4,224.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036262 / USMERCH-184487-PNSNC 1035 | K | 5.000 | 4.800 |

C/I: 184487-PNSNC 1035

# CTNS 192   PCS/CTN. 25   TOTAL PIECES 4.800

J0p16x67h8.5v0s0b0T

SO/BOL: 4172                                    Date: 04/19/07    Page: 1 of 1
Pro Number: TRUCK 5354
Carrier: SCA (SANCHOTENA)    **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY – DO NOT REFRIGERATE**

---

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

nvoicee
JS MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X        Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 165 CTNS | 143255 11421 | 156600 | 3,742.40 | | I002586 | 1 | 26880 OP | |
| 2 | 240 CTNS | 174633 V TECH NEW BO 11410 | 156600 | 5,410.00 | | I002578 | 1 | 26835 OP | |
| 3 | 24 CTNS | V TECH 6789 11411 | 156600 | 530.00 | | I002587 | 2 | 26881 OP | |
| 4 | 192 CTN | 184487 11456 | 156600 | 4,624.00 | | D036804 | 1 | 26924 OP | |

# Packages: 621                        Total Charges:              0.00
Total Weight:    14,306.40 LBS

rrier
gnature:

Date: 4/21/07            NINO

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deli
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO. 1I002578I24
PAGE 1
DATE 04/21/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL        SPARTANBURG, SC
BRANFORD, CT      JUNCOS, PR
TIJUANA, MX       NOGALES, MX

27

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 29.000 | 7.200 | 0.200 | 1,666.12000 | 11,996.06 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
   ** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 11,996.06 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,996.06 |



MEMBER
PMMI

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13125
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*28*

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 4.950 | 13.600 | 1,585.00000 | 7,845.75 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| **SALES AMOUNT** | 7,845.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 7,845.75 |


MEMBER
PMMI

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13126
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*29*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 0.720 | 13.040 | 1,585.00000 | 1,141.20 |

```
        CI: 162991-VTECH 6789
      Item: 035429
Description: USMERCHANTS-VTECH 6789
       U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
      ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 1,141.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,141.20 |



MEMBER
PMMI

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO. 4314
PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*30*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 10.800 | 2.800 | 1,585.00000 | 17,118.00 |

```
        CI: 143255 VTECH 6889/6896 4PK
      Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
       U/M: K
Date Shipped: 04/24/07
 ** Packing Slip: 11477
      ** BOL #: 4197
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 17,118.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO 051367
PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*31*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 7.920 | 36.980 | 1,585.00000 | 12,553.20 |

```
                CI: 174932-RZ6053 SET
              Item: 035359
       Description: USMERCHANTS- 174932-RZ6053 SET
              U/M: K
     Date Shipped: 04/24/07
  **  Packing Slip: 11478
       **  BOL #: 4197
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 12,553.20 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,553.20 |



MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Pack Slip#    11477



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/24/07 | I002686 | 26880 OP | PREPAIDTL | 7,401.60 | 360 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034876A | K | 22.150 | 10.800 |
|   | USMERCH-143266 VTECH 6889/6896 4PK | | | |

C/I: 143266 VTECH 6889/6896 4PK

# CTNS  360    PCS/CTN  30    TOTAL PIECES  10,800

SCA 2401 Rv 02/06

Packing Slip



Pack Slip#   11478



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**SCA**

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/24/07 | 1002688 | 026883 OP | PREPAIDTL | 5,280.00 | 264 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 005359 | K | 44.900 | 7.920 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

# CTNS  264   PCS/CTN.  30   TOTAL PIECES  7,920

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4197                          Date: 04/24/07    Page: 1 of 1
Pro Number: SA5329
Carrier: SANCHOTENA        DELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                           TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor

**SCA Consumer Packaging, Inc.**
    Paseo Cucapah #5290
    Parque Industrial El Lago
    Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
    YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

nvoicee
JS MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5329

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ☒                 Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 360 | CTN | 143255 | 156600 | 8,151.60 | | I002586 | 1 | 26880 OP | 11477 |
| 2 264 | CTN | 174932 | 156600 | 5,830.00 | | I002588 | 1 | 026883 OP | 11478 |

# Packages: 624
Total Weight:    13,981.60                | Total Charges:                 0.00

rrier
gnature:

    Date:    /    /

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are property classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO BLI13296
PAGE 1
DATE 04/26/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*32*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 2.820 | 0.000 | 1,585.00000 | 4,469.70 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/26/07
** Packing Slip: 11535
** BOL #: 4209

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 4,469.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,469.70 |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE Page 1
PAGE 1
DATE 04/26/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

33

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 15.840 | 21.140 | 1,585.00000 | 25,106.40 |

```
          CI: 174932-RZ6053 SET
        Item: 035359
 Description: USMERCHANTS- 174932-RZ6053 SET
        U/M: K
Date Shipped: 04/26/07
 ** Packing Slip: 11536
     ** BOL #: 4209
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

| | | |
|---|---|---|
| SALES AMOUNT | | 25,106.40 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| **TOTAL** | | **25,106.40** |


MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Pack Slip# 11536



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/26/07 | I002686 | 26880 QP | PREPAIDTL | 1,932.64 | 94 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034875A | K | 22,150 | 2,820 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |
| | C/I: 143255 VTECH 6889/6896 4PK | | | |

# CTNS  94   PCS/CTN. 30   TOTAL PIECES 2820

SCA 2401 Rv 02/06   ACCOUNTING COPY

Reprint Packing Slip    1

Pack Slip# 11636



**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel. 011-52-664-627-3521
Fax. 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 840**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/26/07 | I002688 | 026883 OP | PREPAIDTL | 10,860.00 | 528 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 44.900 | 16.840 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

# CTNS 528   PCS/CTN 30   TOTAL PIECES 15,840

SCA 2401 Rev 02/06    ACCOUNTING COPY

DO/BOL: 4209                                    Date: 04/26/07    Page: 1 of 1
Pro Number: JRS03
Carrier: SANCHOTENA JRS03 **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee

US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

Invoicee

US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
JRS03

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

---

| | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 94 | CTN | 143255 | 156600 | 1,932.64 | | I002586 | 1 | 26880 OP | 11535 |
| 2 | 528 | CTN | 174932 | 156600 | 10,560.00 | | I002588 | 1 | 026883 OP | 11536 |

---

# Packages: 622                    Total Charges:            0.00
Total Weight:    12,492.64 LBS

---

Carrier
Signature:

Date: 26 / 04 / 07                    MIKO

1

the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*34*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 0.200 | 0.000 | 1,666.12000 | 333.22 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-184487-PNSNC 1035
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001 Registered

| | |
|---|---|
| SALES AMOUNT | 333.22 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 333.22 |

# SCA Consumer Packaging, Inc.

INVOICE NO. B1-13230    35

PAGE 1

DATE 04/30/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS  CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 8.640 | 51.360 | 1,578.00000 | 13,633.92 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 13,633.92 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **13,633.92** |



MEMBER
PMMI
USA

ISO 9001
Registered



**SCA**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

Page: 1
Pack Slip# 11552

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/26/07 | D036879 | 26876 OP | PREPAIDTL | 5,904.00 | 288 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 USMERCH-184452 VTECH 5884 PHONE WB | K | 60.000 | 8,640 |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS ___288___   PCS/CTN ___30___   TOTAL PIECES   8,640



Page: 1

Pack Slip# 11553

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC, 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /28/07 | I002588 | 026883 OP | PREPAIDTL | 6,240.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 030550 | K | 44,900 | 9,360 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

# CTNS  312   PCS/CTN  30   TOTAL PIECES  9,360



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
ill To: C013116                    Ship To: (9)
S MERCHANTS                        US MERCHANTS
737 WILSHIRE BLVD                  3324 142 AVE EAST
EVERLY HILLS CA 90211              STE C
SA                                 SUMNER WA 98390
                                   USA
```

```
der Contact:
==============================================================
ck Date Order #  Cust PO              Ship Via          Weight Pkgs #
/28/07  D03680A  26924 OP            PREPATDTL          176.00    8
==============================================================
ne/Rel  Item                  U/M        Qty Ordered   Qty To Pack
        035262                 K          8.000         0.200
        USMERCH-184487-PNSNC 1036

        C/I: 184487-PNSNC 1036
```

# CTNS　8　PCS/CTN　25　TOTAL PIECES　200



**SCA**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Page:  1
Pack Slip# 11555

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | 1002878 | 26835 DP | PREPAIDTL | 122./6 | 6 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| i | 0353B1 | K | 29.000 | 0.180 |

USMERCH-VTECH NEW BOX SET

C/I: 174633-PNSNC 6074 PHONE WB

# CTNS  6    PCS/CTN.  30    TOTAL PIECES  180

Op16.67h8.5v0s0b0T
DQ/BOL: 4218
Pro Number: SA5341                    Date: 04/28/07    Page: 1 of 1
Carrier: SANCHOTENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

nsignor
**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| SCA product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES
| SA5341

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X        Third Party: _____

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 288 | CTN | 184452 / 11552 | 156600 | 6,504.00 | | D036879 | 1 | 26876 OP | 11552 |
| 312 | CTN | 174932 / 11553 | 156600 | 6,890.00 | | I002588 | 1 | 026883 OP | 11553 |
| 8 | CTN | 184487 / 11554 | 156600 | 226.00 | | D036804 | 1 | 26924 OP | 11554 |
| 6 | CTN | 174633 / 11555 | 156600 | 122.76 | | I002578 | 1 | 26835 OP | 11555 |

# Packages: 614
otal Weight:    13,742.76

| Total Charges:    0.00

rier
nature:    _Gorgio Silo_

Date:    /    /

1

ibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico