# EXHIBIT A - 3

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO. Elin 13244
PAGE 1
DATE 04/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

36

<table>
<tr><td>
B<br>I<br>L<br>L<br><br>T<br>O
</td><td>
C013116<br>
US MERCHANTS<br>
8737 WILSHIRE BLVD<br>
BEVERLY HILLS CA 90211<br>
USA
</td><td>
S<br>H<br>I<br>P<br><br>T<br>O
</td><td>
9<br>
US MERCHANTS<br>
3324 142 AVE EAST<br>
STE C<br>
SUMNER WA 98390<br>
USA
</td></tr>
</table>

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 29.000 | 0.180 | 0.020 | 1,666.12000 | 299.90 |

```
          CI: 174633-PNSNC 6074 PHONE WB
        Item: 035351
 Description: USMERCH-VTECH NEW BOX SET
         U/M: K
Date Shipped: 04/28/07
**  Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 299.90 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 299.90 |

MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX



37

| | | |
|---|---|---|
| **B I L L T O** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | **S H I P T O** 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | - | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 9.360 | 11.780 | 1,585.00000 | 14,835.60 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 04/28/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 14,835.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 14,835.60 |



MEMBER
PMMI
USA

ISO 9001
Registered



**Tegrant**

INVOICE NO. INT 13295

PAGE 1

DATE 05/02/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

38

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**B I L L  T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 10.800 | 40.560 | 1,578.00000 | 17,042.40 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 05/02/07
** Packing Slip: 11588
** BOL #:

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 17,042.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,042.40** |

**Tegrant**

INVOICE NO UJJP13501
PAGE 1
DATE 05/02/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*39*

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 7.920 | 3.860 | 1,585.00000 | 12,553.20 |

```
         CI: 174932-RZ6053 SET
      Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
      U/M: K
Date Shipped: 05/02/07
**  Packing Slip: 11587
     ** BOL #: 4232
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,553.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 12,553.20 |

MEMBER
PMMI
USA

ISO 9001
Registered

Page: 1
Pack Slip# 11587

## Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116                 Ship To: (9)
US MERCHANTS                     US MERCHANTS
8737 WILSHIRE BLVD               3324 142 AVE EAST
BEVERLY HILLS CA 90211           STE C
USA                              SUMNER WA 98390
                                 USA
```

```
Order Contact:  CHRIS GHIZONI
==========================================================================
Pack Date Order #    Cust PO              Ship Via              Weight Pkgs #
---------------------------------------------------------------------------
3/02/07  I002588   026883 OP           PREPAIDTL             5,280.00  264

==========================================================================
Line/Rel  Item                         U/M      Qty Ordered   Qty To Pack
---------------------------------------------------------------------------
1         035369                        K          44.900          7.920
          USMERCHANTS- 174932-RZ6053 SET

          C/I: 174932-RZ6053 SET
```

# CTNS 264   PCS/CTN 30   TOTAL PIECES 7920



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/02/07 | D036879 | 26876 OP | PREPAIDTL | 7,387.20 | 360 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 60,000 | 10,800 |
|   | USMERCH-184452 VTECH 5884 PHONE WB | | | |
|   | C/I: 184452-VTECH 5884 PHONE WB | | | |

# CTNS  360    PCS/CTN  30    TOTAL PIECES  10,800

UOp16.67h8.5v0s0b0T
DO/BOL: 4232                                    Date: 05/02/07    Page: 1 of 1
Bro Number: SA5335
Carrier: SCA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

nvoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5335

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|------|------|------|------|------|------|------|------|
| | | | | 1 2444 | 6 | | | | |
| 1 | 264 | CTN | 174932-RZ6053 11587 | 156600 | 5,280.00 | I002588 | 1 | 026883 OP | |
| 2 | 369 | CTN | 184452-VTECH 11588 | 156600 | 7,387.20 | D036879 | 1 | 26876 OP | |

# Packages: 633                          Total Charges:              0.00
Total Weight:  12,667.20 LBS

rier
gnature:

Date: 02/05/07

2

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
Tijuana, B.C., Mexico

# Tegrant

INVOICE NO IJU43340
PAGE 1
DATE 05/04/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*40*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**B I L L   T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 10.080 | 30.480 | 1,578.00000 | 15,906.24 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 05/04/07
** Packing Slip: 11625
** BOL #: 4246

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,906.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **15,906.24** |

MEMBER
PMMI
USA

ISO 9001
Registered

# Tegrant

INVOICE NO tjd 13341
PAGE 1
DATE 05/04/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*41*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036901 | 27015 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 8.000 | 7.200 | 0.800 | 1,666.12000 | 11,996.06 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-184971-PNSNC 3034
U/M: K
Date Shipped: 05/04/07
** Packing Slip: 11626
** BOL #: 4246

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,996.06** |



MCMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Page: 1
Pack Slip# 11626

# Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /04/07 | D036879 | 26876 OP | PREPAIDTL | 6,888.00 | 336 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 036094 | K | 60.000 | 10,080 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

336                    336    TOTAL    10,080

Packing Slip

Page:        1

Pack Slip#      11626

# Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:

| k Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|--------|---------|---------|---|----------|---|--------|--------|
| '04/07 | D036901 | 27015 OP | | PREPAIDTL | | 0.00 | 288 |

537408

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035762 | K | 8.000 | 7,200 |
| | USMERCH-184971-PNSNC 3034 | | | |
| | C/I: 184971-PNSNC 3034 | | | |

#CTNS  288    PCS/CTN   25    TOTAL PIECES   7200

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Øp16.57h8.5v0s0b0t

SO/BOL: 4246                                              Date: 05/04/07    Page:  1 of 1

,Pro Number: SA5355

Carrier: EXPRESS SERVICE TR  DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

---

| nsignor | | Consignee |
|---|---|---|
| **Tegrant Corporation, Alloyd Brands** | | US MERCHANTS |
| Paseo Cucapah #5290 | | 3324 142 AVE EAST |
| Parque Industrial El Lago | | STE C |
| Tijuana, B.C., MX 22550 | | SUMNER WA 98390 |
| | | USA |

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

---

voicee                                      | Special Instructions
 MERCHANTS                                  | Alloyd product to be top load only.
37 WILSHIRE BLVD                            | Do not stack in transit.
VERLY HILLS CA 90211                        |
A                                          | 26 PALLETS OF PLASTIC ARTICLES
                                            | SA5355

---

ight Charge Terms: (Freight charges
(Collect) unless marked otherwise)
aid: _____    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 336 | CTN | 184452 | 156600 | 6,888.00 | | D036879 | 1 | 26876 OP | 11625 |
| 288 | CTN | 184971 | 156600 | 5,374.08 | | D036901 | 1 | 27015 OP | 11626 |

---

# Packages: 624                           | Total Charges:              0.00
tal Weight:    12,262.08 LBS              |

---

ier
ature:

Date: _____/_____/_____        ~SERGIO~

1

re boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
 of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

rs imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

here the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**D, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.**
rly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
d this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
 the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
n the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
and terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement; The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**



INVOICE NO tju 13557

DATE 05/07/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

*42*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036900 | 27014 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 16.000 | 1.200 | 14.800 | 1,666.12000 | 1,999.34 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-184971-PNSNC 3034
U/M: K
Date Shipped: 05/07/07
\*\* Packing Slip: 11655
\*\* BOL #: 4257

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 1,999.34 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **1,999.34** |



DATE 05/07/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*43*

**Tegrant Corporation**
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**B
I
L
L

T
O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S
H
I
P

T
O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 17.280 | 13.200 | 1,578.00000 | 27,267.84 |

```
          CI: 184452-VTECH 5884 PHONE WB
        Item: 036094
 Description: USMERCH-184452 VTECH 5884 PHONE WB
         U/M: K
Date Shipped: 05/07/07
** Packing Slip: 11654
      **  BOL #: 4257
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 27,267.84 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **27,267.84** |



ISO 9001
Registered



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /07/07 | D036900 | 27014 OP | PREPAIDTL | 896.60 | 48 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035752 | K | 16.000 | 1.200 |
|  | USMERCH-184971-PNSNC 3034 |  |  |  |

C/I: 184971-PNSNC 3034

# CTNS ___48___    PCS/CTN ___25___    TOTAL PIECES ___1200___

**Tegrant**

Packing Slip

Page: 1
Pack Slip# 11654

| | | |
|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

```
Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
9737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA
```

```
Order Contact:

ck Date  Order #   Cust PO              Ship Via              Weight Pkgs #

/07/07   0036879   26876 OP            PREPAIDTL              11,808.00  576


ne/Rel   Item                    U/M        Qty Ordered    Qty To Pack

1        036094                   K              60.000         17,280
         USMERCH-184452 VTECH 6884 PHONE WB

         C/1: 184452-VTECH 6884 PHONE WB
```

# CTNS 576    PCS/CTN 30    TOTAL PIECES 17,280

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

DO/BOL: 4257                          Date: 05/07/07   Page: 1 of 1
Pro Number: SA5322
Carrier:

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5322

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____   Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|----|-----------|-----------|
| 576 | CTN | 184452 | 156600 | 11,808.00 | | D036879 | 1 | 26876 OP | 11654 |
| 48 | CTN | 184971 | 156600 | 895.60 | | D036900 | 1 | 27014 OP | 11655 |

# Packages: 624
Total Weight: 12,703.60 LBS            Total Charges:        0.00

Carrier
Signature:

Date: 07'05'07

1

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

- Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
- Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described herein in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and so to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without-recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico



INVOICE NUMBER 19060
PAGE 1
DATE 05/07/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*44*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036900 | 27014 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 16.000 | 12.400 | 2.400 | 1,666.12000 | 20,659.89 |

```
              CI: 184971-PNSNC 3034
            Item: 035752
     Description: USMERCH-184971-PNSNC 3034
             U/M: K
   Date Shipped: 05/07/07
**  Packing Slip: 11653
      **  BOL #: 4256
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 20,659.89 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **20,659.89** |

# Tegrant

| | | | |
|---|---|---|---|
| **Tegrant Corporation** **Alloyd Brands** Paseo Cucapah #5290 Parque Industrial El Lago Tijuana, B.C., MX 22550 (t) 619-946-1240 (f) 619-946-1243 | MAIN PLANT 1401 Pleasant Street DeKalb, Illinois 60115 (t) 815-756-8451 (f) 815-756-5187 | Spartanburg, SC. 29302 (t) 864-582-1000 (f) 864-582-5982 Juncos, PR. 00777 (t) 787-734-8382 (f) 787-734-8386 | Branford, CT. 06405 (t) 203-483-8305 (f) 203-483-5209 Nogales, Sonora CP 84055 (t) 011-52-631-320-0265 (f) 011-52-631-320-0267 |

Packing Slip

Page: 1

Pack Slip# 11663

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

18t Contact:

| Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 07/07 | D036900 | 27014 UP | PREPAIDIL | 95255.36 | 496 |

| ie/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| | 035782 USMERCH-184971-PNSNC 3034 | K | 16.000 | 12.400 |
| | C/1: 184971-PNSNC 3034 | | | |



PAGE 1
DATE 05/07/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

45

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036901 | 27015 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 8.000 | 0.800 | 0.000 | 1,666.12000 | 1,332.90 |

```
                CI: 184971-PNSNC 3034
              Item: 035752
       Description: USMERCH-184971-PNSNC 3034
              U/M: K
      Date Shipped: 05/07/07
   **  Packing Slip: 11652
        **  BOL #: 4256
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 1,332.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,332.90 |

MEMBER
PMMI
TEA

ISO 9001
Registered

Page: 1
Pack Slip# 11652

**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:

| ck Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|---|
| /07/07 | D036901 | 27015 OP | | PREPAIDTL | | 597.12 | 32 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| | 036752 | | K | 8.000 | 0.800 |
| | USMERCH-184971-PNSNC 3034 | | | | |
| | C/I: 184971-PNSNC 3034 | | | | |

# CTNS   32   PCS/CTN.   25   TOTAL PIECES   800

# STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

DO/BOL: 4256
Pro Number: SA5350
Carrier:

Date: 05/07/07   Page: 1 of 1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

nsignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5350

ight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 96  | CTN      | 174932                        | 156600 | 1,920.00 |      | I002588     | 1   | 026883 OP | 11651    |
| 32  | CTN      | 184971                        | 156600 | 597.12   |      | D036901     | 1   | 27015 OP  | 11652    |
| 496 | CTN      | 184971                        | 156600 | 9,255.36 |      | D036900     | 1   | 27014 OP  | 11653    |

# Packages: 624
otal Weight:   11,772.48 LBS

Total Charges:        0.00

rier
nature:

Date: 07/05/07

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
xt. of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
er's imprints in lieu of stamp, not a part of Bill of Lading.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico



INVOICE NO tijn 12382
PAGE 1
DATE 05/07/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*46*

**Tegrant Corporation**
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

**Facilities**
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 44.900 | 2.880 | 0.980 | 1,585.00000 | 4,564.80 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 05/07/07
** Packing Slip: 11651
** BOL #: 4256

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,564.80 |



MEMBER
PMMI
USA

ISO 9001
Registered

**Tegrant**

Packin
Page: 1
Pack Slip# 11651

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT 06405
(t) 203-483-8905
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8237 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/07/07 | I002588 | 026883 OP | PREPAIDTL | 1,920.00 | 96 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035359 | K | 44.900 | 2.880 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

# CTNS 96   PCS/CTN. 30   TOTAL PIECES 2880

TEG 2401 Rv 04/07

ACCOUNTING COPY

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

DO/BOL: 4256                          Date: 05/07/07   Page: 1 of 1
Pro Number: SA5350
Carrier:

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5350

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:              Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 96 | CTN | 174932 | 156600 | 1,920.00 | | I002588 | 1 | 026883 OP | 11651 |
| 2 | 32 | CTN | 184971 | 156600 | 597.12 | | D036901 | 1 | 27015 OP | 11652 |
| 3 | 496 | CTN | 184971 | 156600 | 9,255.36 | | D036900 | 1 | 27014 OP | 11653 |

# Packages: 624
Total Weight:    11,772.48 LBS

Total Charges:                    0.00

Carrier
Signature:

Date: 07/05/07

1

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

# *Tegrant*

INVOICE NO. tiju 13411

PAGE 1

DATE 05/09/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

47

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 60.000 | 12.240 | 0.960 | 1,578.00000 | 19,314.72 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 05/09/07
** Packing Slip: 11679
** BOL #: 4270

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,314.72 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 19,314.72 |

MEMBER
PMMI
USA

ISO 9001
Registered



INVOICE NO. iiii 12412
PAGE 1
DATE 05/09/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*48*

| | | Facilities | |
|---|---|---|---|
| Tegrant Corporation | | | |
| Alloyd Brands | DeKalb, IL | Spartanburg, SC | |
| 1401 Pleasant Street | Branford, CT | Juncos, PR | |
| DeKalb, Illinois 60115 | Tijuana, MX | Nogales, MX | |

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036900 | 27014 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 16.000 | 2.400 | 0.000 | 1,666.12000 | 3,998.69 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-184971-PNSNC 3034
U/M: K
Date Shipped: 05/09/07
** Packing Slip: 11680
** BOL #: 4270

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 3,998.69 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 3,998.69 |

MEMBER
PMMI
UEA

ISO 9001
Registered



Packing Slip

Page: 1

Pack Slip# 11679

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR, 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/09/07 | D036879 | 26876 OP | PREPAIDTL | 8,364.00 | 408 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 60,000 | 12,240 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS  408    PCS/CTN  30    TOTAL PIECES  12,240

Packing Slip

Page: 1

Pack Slip# 11680



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-6451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR .00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116                  Ship To: (9)
US MERCHANTS                      US MERCHANTS
8737 WILSHIRE BLVD                3324 142 AVE EAST
BEVERLY HILLS CA 90211            STE C
USA                               SUMNER WA 98390
                                  USA
```

Order Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/09/07 | 0036900 | 27014 OP | PREPAIDTL | 1,791.36 | 96 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035752 | K | 16.000 | 2.400 |
|  | USMERCH-184971-PNSNC 3034 |  |  |  |
|  | C/I: 184971-PNSNC 3034 |  |  |  |

# CTNS  96    PCS/CTN.  25    TOTAL PIECES  2400



Packing Slip

Pack Slip# 11681 1

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116            Ship To: (9)
US MERCHANTS               US MERCHANTS
8737 WILSHIRE BLVD         3324 142 AVE EAST
BEVERLY HILLS CA 90211     STE C
USA                        SUMNER WA 98390
                           USA
```

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 6/09/07 | 1002628 | 2/166 OP | ALLOYD PAYS | 2,520.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036351 | K | 13,841 | 3,600 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

# CTNS  170    PCS/CTN  30    TOTAL PIECES  3600

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4270                                    Date: 05/09/07        Page: 1 of 1

Pro Number:

Carrier:

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____      Third Party: _____

---

| | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|----|-----------|----------|
| 1 | 408 | CTN | 184452 | 156600 | 8,364.00 | | D036879 | 1 | 26876 OP | 11679 |
| 2 | 96 | CTN | 184971 | 156600 | 1,791.36 | | D036900 | 1 | 27014 OP | 11680 |
| 3 | 120 | CTN | 174633 | 156600 | 2,520.00 | | I002628 | 1 | 27165 OP | 11681 |

---

# Packages: 624
Total Weight:    12,675.36 LBS

Total Charges:                0.00

---

Carrier
Signature:

Date: 09/05/07          *(signature)*      Alan Mendez

                                            E-S-T 9-5-07

1

---

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse
on the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv-
ery of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico



DATE 05/09/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*49*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002628 | 27165 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.841 | 3.600 | 10.241 | 1,666.12000 | 5,998.03 |

```
            CI: 174633-PNSNC 6074 PHONE WB
          Item: 035351
   Description: USMERCH-VTECH NEW BOX SET
          U/M: K
 Date Shipped: 05/09/07
** Packing Slip: 11681
       ** BOL #: 4270
```



MEMBER
**PMMI**
**USA**

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 5,998.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,998.03** |

**Tegrant**

INVOICE NO 1JA 13481
PAGE 1
DATE 05/11/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 0.960 | 0.000 | 1,578.00000 | 1,514.88 |

```
          CI: 184452-VTECH 5884 PHONE WB
       Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
        U/M: K
Date Shipped: 05/11/07
 **  Packing Slip: 11755
     **  BOL #: 4293
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 1,514.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,514.88 |

MEMBER
PMMI
USA

ISO 9001
Registered

**Tegrant**

Packing Slip

Page: 1

Pack Slip# 11755

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(t) 011-52-631-320-0267

Bill To: CO13116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| /11/07 | D036879 | 26876 OP | PREPAIDTL | 656.00 | 32 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 60.000 | 0.960 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |
| | C/I: 184452-VTECH 5884 PHONE WB | | | |

32    30    TOTAL    960

INVOICE NO tiju 13490
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE


**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS  CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 0.990 | 0.000 | 1,585.00000 | 1,569.15 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11741
** BOL #: 4286


MEMBER
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 1,569.15 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,569.15 |

Packing Slip

Page:        1
Pack Slip#    11741



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZONI

| ck Date Order # | Cust PO | Ship Via | Weight Pkgs. # |
|---|---|---|---|
| 5/11/07  1002588  026883 OP | | PREPAIDTL | 660.00    33 |

| ne/Rel  Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|
| 1 | K | 44.900 | 0.990 |

035359
USMERCHANTS- 174932-RZ6053 SET

C/I: 174932-RZ6053 SET

TOTAL    990


**Tegrant**

INVOICE NO tiju 13494
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002627 | 27164 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.400 | 0.600 | 4.800 | 1,666.12000 | 999.67 |

        CI: 184487-PNSNC 1035
        Item: 036262
  Description: USMERCH-PNSNC 1035
        U/M: K
  Date Shipped: 05/11/07
**  Packing Slip: 11757
   **  BOL #: 4293

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 999.67 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **999.67** |

MEMBER
PMMI
ISO 9001
Registered

0p16.57h8.5v0s0b0T



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Reprint Packing Slip
Page:        1
Pack Slip#    11757

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | I002627 | 27164 OP | PREPAIDTL | 528.00 | 24 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036262 USMERCH-PNSNC 1035 | K | 5.400 | 0.600 |

C/I: 184487-PNSNC 1035

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Op16.67h8.5v0s0b0T
DD/BOL: 4293                          Date: 05/11/07   Page:  1 of  1
Pro Number:
    Carrier: SANCHOTENA              DELIVERING CARRIER INSTRUCTIONS:
                                        DO NOT BREAK DOWN PALLETS.
                                         DO NOT DOUBLE STACK
                                     TOP LOAD ONLY - DO NOT REFRIGERATE

nsignor                              |Consignee
  *Tegrant Corporation, Alloyd Brands* | US MERCHANTS
    *Paseo Cucapah #5290*             | 3324 142 AVE EAST
    *Parque Industrial El Lago*       | STE C
    *Tijuana, B.C., MX 22550*         | SUMNER WA 98390
                                     | USA
  *Tegrant Corporation, Alloyd Brands,* REQUESTS A |
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH     |
  YOUR FREIGHT BILL AND OR INVOICE    |

nvoicee                              | Special Instructions
JS MERCHANTS                         | Alloyd product to be top load only.
9737 WILSHIRE BLVD                   | Do not stack in transit.
BEVERLY HILLS CA 90211               |
JSA                                  | 26 PALLETS OF PLASTIC ARTICLES
                                     | SA5331

reight Charge Terms: (Freight charges |
re collect unless marked otherwise)   |
repaid: _____    Third Party: _____ |

| |Pkg| Pkg  | Package Description | NMFC  | Weight(LB) |Rate| Order # | Ln | Cust PO # | Pck Slip |
| | |Type | References |  |  |  | Ref |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 32 | CTN | 184452 | 156600 | 656.00 |  | D036879 | 1 | 26876 OP | 11755 |
| 2 | 204 | CTN | 162991 | 156600 | 4,080.00 |  | I002587 | 2 | 26881 OP | 11756 |
| 3 | 8 | CTN | 174633 | 156600 | 168.00 |  | I002628 | 1 | 27165 OP | 11758 |
| 4 | 340 | CTN | 174932 | 15660 | 6,800.00 |  | I002588 | 2 | 026883 OP | 11759 |
| 5 | 24 | CTN | 184487 | 156600 | 528.00 |  | I002627 | 1 | 27164 OP | 11757 |

 # Packages: 608                     |Total Charges:              0.00
Total Weight:   12,232.00 LBS        |

rrier
gnature:  *Geraldo Orduño*

    Date:      /     /

                                                                        1

ne fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are property classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading. ... destined as indicated below, which said carried being understood roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said orty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. ...

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make deliver of this shipment without payment of freight and all other lawful charges

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*



**Tegrant**

INVOICE NO tiju 13495
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002628 | 27165 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 13.841 | 10.320 | 0.000 | 1,666.12000 | 17,194.36 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 0
** BOL #:

*[handwritten:]* Packing Slip! 11743
11758

*[handwritten:]* BOL ! 4293
4286

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 17,194.36 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,194.36 |

MEMBER
PMMI

ISO 9001
Registered



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Packing Slip
Page:          1
Pack Slip#    11758

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | I002628 | 27165 OP | ALLOYD PAYS | 168.00 | 8 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036351 | K | 13.841 | 0.240 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |

U0p16.6/n8.5v0sebot

Packing Slip
Page:          1
Pack Slip#    11/43


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(t) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | 1002628 | 27165 OP | ALLOYD PAYS | 7,056.00 | 336 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035351 | K | 13.841 | 10.080 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 60/4 PHONE WB

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
J6p16.67h8.5v0s0b0T
    DO/BOL: 4286                              Date: 05/11/07    Page:  1 of 1
Pro Number: SA5341
Carrier: SANCHOTENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

Tegrant Corporation, Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5341

Freight Charge Terms: (Freight charges
collect unless marked otherwise)
Prepaid:          Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|--------|------------|------|-------------|-----|-----------|----------|
| 1 | 134 | CTN | 180347 | 156600 | 2,680.00 | | I002629 | 1 | 27166 OP | 11740 |
| 2 | 33 | CTN | 174932 | 156600 | 660.00 | | I002588 | 1 | 026883 OP | 11741 |
| 3 | 87 | CTN | 174932 | 156600 | 1,740.00 | | I002588 | 2 | 026883 OP | 11742 |
| 4 | 336 | CTN | 174633 | 156600 | 7,056.00 | | I002628 | 1 | 27165 OP | 11743 |

# Packages: 590                          Total Charges:              0.00
Total Weight:    12,136.00 LBS

Carrier
Signature:  Omar Sánchez

Date: 11 / 03 / 07          Sanchotena Espress

1

The fibre boxes used for this shipment conform to the specifications set forth in the box makers' certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

When the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
§ – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation


**Tegrant**

INVOICE NO tiju 13496
PAGE 1
DATE 05/11/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation       Facilities
Alloyd Brands         DeKalb, IL        Spartanburg, SC
1401 Pleasant Street    Branford, CT     Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX      Nogales, MX

**B I L L  T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P  T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002629 | 27166 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 4.000 | 4.020 | 0.000 | 1,666.12000 | 6,697.80 |

```
                CI: 180347-PNSNC TG6053
             Item: 035754
      Description: USMERCH-180347-TG6053
              U/M: K
     Date Shipped: 05/11/07
  **  Packing Slip: 11740
        **  BOL #: 4286
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,697.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,697.80** |

U0p16.6/08.5v0s0b0l

Packing Slip

Page:        1

Pack Slip#    11/40


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ick Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
| --- | --- | --- | --- | --- | --- | --- | --- |
| /11/07 | I002629 | 27166 OP | | PREPAIDTL | | 2,680.00 | 134 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
| --- | --- | --- | --- | --- | --- |
| 1 | 035764 | | K | 4.000 | 4.020 |
| | USMERCH-180347-T66053 | | | | |
| | C/I: 180347-PNSNC T66053 | | | | |