# EXHIBIT A - 4


**Tegrant**

INVOICE NO tiju 13504
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 15.500 | 6.120 | 6.920 | 1,585.00000 | 9,700.20 |

      CI: 162991-VTECH 6789
      Item: 035429
  Description: USMERCHANTS-VTECH 6789
       U/M: K
  Date Shipped: 05/11/07
  **  Packing Slip: 11756
     **  BOL #: 4293


MEMBER

ISO 9001

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 9,700.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,700.20 |



Packing Slip

Page:                1
Pack Slip#      11756

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /11/07 | 1002587 | 26881 OP | PREPAIDTL | 4,080.00 | 204 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035429 | K | 15.500 | 6.120 |
|  | USMERCHANTS-VTECH 6789 |  |  |  |
|  | C/I: 162991-VTECH 6789 |  |  |  |



**Tegrant**

INVOICE NO tiju 13505
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*56*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 12.810 | 12.690 | 1,585.00000 | 20,303.85 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 0
** BOL #:

*Packing Slip 11759*
*11742*

*BOL    4293*
*4286*

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 20,303.85 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 20,303.85 |

U0p16.6/88.5v0s0b0T



**Packing Slip**

Page:          1
Pack Slip#    11/42

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

```
Bill To: C013116              Ship To: (9)
US MERCHANTS                  US MERCHANTS
8737 WILSHIRE BLVD            3324 142 AVE EAST
BEVERLY HILLS CA 90211        STE C
USA                           SUMNER WA 98390
                              USA
```

```
der Contact:  CHRIS GHIZORI
==========================================================================
ck Date Order #   Cust PO           Ship Via              Weight Pkgs #
------------------------------------------------------------- ------------
/11/07  1002588   026883 OP         PREPAIDTL              1,740.00    87

ne/Rel  Item                        U/M        Qty Ordered   Qty To Pack
-------------------------------------------------------------------------
 2      036369                      K               25.500        2.610
        USMERCHANTS- 174932-RZ6063 SET

        C/I: 174932-RZ6063 SET
```

2610



**Tegrant**

Packing Slip

Page:           1
Pack Slip#   11759

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/11/07 | 1002588 | 026883 OP | PREPAIDTL | 6,800.00 | 340 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035359 | K | 25.500 | 10.200 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/1: 174932-RZ6053 SET



INVOICE NO tiju 13511
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 7.920 | 88.710 | 1,726.12000 | 13,670.87 |

          CI: 176090-PNSNC TG1034 XL
        Item: 035382A
 Description: USMERCH-176090-PNSNC TG1034 XL
         U/M: K
Date Shipped: 05/14/07
**  Packing Slip: 11777
      **  BOL #: 4304

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 13,670.87 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,670.87 |

MEMBER
PMMI
USA

ISO 9001
Registered



000p16.67h8.6v060b0t

Packing Slip
Page:            1
Pack Slip#    11779

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/14/07 | 1002588 | 026883 OP | PREPAIDTL | 3,360.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 2 | 035359 | K | 25.500 | 6.040 |
|  | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

000p16.6/n8.6v0s0b0:



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/14/07 | 1002627 | 27164 OP | PREPAID FL | 4,224.00 | 192 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036262 | K | 5.400 | 4.800 |
|   | USMERCH-PNSNC 1035 | | | |

C/I: 184487-PNSNC 1035



Packing Slip

Page:                1
Pack Slip#      11747

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | | Ship Via | Weight | Pkgs # |
|----------|---------|---------|--|----------|--------|--------|
| 5/14/07 | D037078 | 27163 OP | | PREPAIDLTL | 5,544.00 | 264 |

| ine/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---------|------|--|-----|-------------|-------------|
| 1 | 035382A | | K | 96.630 | 7.920 |
| | USMERCH-176090-PNSNC TG1034 XL | | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
U0p16.67h8,5v0s0b0T
        DO/BOL: 4304                              Date: 05/14/07    Page: 1 of 1
Prb Number:
    Carrier: SCA ( SANCHOTENA)DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor                                  | Consignee
                                          |
**Tegrant Corporation, Alloyd Brands**    | US MERCHANTS
  Paseo Cucapah #5290                     | 3324 142 AVE EAST
  Parque Industrial El Lago               | STE C
  Tijuana, B.C., MX 22550                 | SUMNER WA 98390
                                          | USA
*Tegrant Corporation, Alloyd Brands*, REQUESTS A |
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
   YOUR FREIGHT BILL AND OR INVOICE       |

nvoicee                                   | Special Instructions
JS MERCHANTS                              | Alloyd product to be top load only.
3737 WILSHIRE BLVD                        | Do not stack in transit.
3EVERLY HILLS CA 90211                    |
JSA                                       | 26 PALLETS OF PLASTIC ARTICLES

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 264 | CTNS | 176090 | 156600 | 5,544.00 | | D037078 | 1 | 27163 OP | 11777 |
| 2 | 192 | CTN | PNSNC 1035 | 156600 | 4,224.00 | | I002627 | 1 | 27164 OP | 11778 |
| 3 | 168 | CTNS | 174932-RZ6053 | 156600 | 3,360.00 | | I002588 | 2 | 026883 OP | 11779 |

# Packages: 624                          | Total Charges:              0.00
Total Weight:    13,128.00 LBS

rrier Sanchoderu Ex.
gnature: Robe to Moelas

   Date: 05/14/07

---

e fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading...

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

_____
Signature of Consignor
Tegrant Corporation
Alloyd Brands

1



**Tegrant**

INVOICE NO tiju 13519
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002627 | 27164 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.400 | 4.800 | 0.000 | 1,666.12000 | 7,997.38 |

```
             CI: 184487-PNSNC 1035
           Item: 036262
    Description: USMERCH-PNSNC 1035
           U/M: K
   Date Shipped: 05/14/07
** Packing Slip: 11778
      ** BOL #: 4304
```



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,997.38 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,997.38 |



*Tegrant*

INVOICE NO tiju 13526
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA



| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 5.040 | 7.650 | 1,585.00000 | 7,988.40 |

```
           CI: 174932-RZ6053 SET
         Item: 035359
  Description: USMERCHANTS- 174932-RZ6053 SET
         U/M: K
Date Shipped: 05/14/07
** Packing Slip: 11779
    ** BOL #: 4304
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 7,988.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,988.40 |


MEMBER
PMMI


ISO 9001
Registered



INVOICE NO tiju 13542
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 3.600 | 85.110 | 1,726.12000 | 6,214.03 |

          CI: 176090-PNSNC TG1034 XL
        Item: 035382A
 Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 05/15/07
  **  Packing Slip: 11790
     **  BOL #: 4308

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,214.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,214.03 |



MEMBER

ISO 9001

Packing Slip

Page:          1
Pack Slip#    11788

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (T9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|---------|---------|---------|----------|--|--------|--------|
| 5/15/07 | I002587 | 26881 OP | PREPAIDTL | | 4,620.00 | 231 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 2 | 035429 | K | 15.500 | 6.930 |
|   | USMERCHANTS-VTECH 6789 | | | |

C/I: 162991-VTECH 6789



Packing Slip
Page:         1
Pack Slip#    11789

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:   CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/16/07 | I002588 | 026883 OP | PREPAIDTL | 7,680.00 | 256 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 2 | 035359 | K | 25.500 | 7,680 |
|   | USMERCHANTS- 174932-RZ6063 SET | | | |
|   | C/I: 174932-RZ6063 SET | | | |

Packing Slip

Page:        1
Pack Slip#    11790



| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
| --- | --- | --- | --- | --- | --- |
| 5/15/07 | D037078 | 27163 OP | PREPAIDLTL | 2,520.00 | 120 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
| --- | --- | --- | --- | --- |
| 1 | 035382A | K | 96.630 | 3.600 |
| | USMERCH--176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

2008B16.67N8.5VOCOBOT

BOL/BOL: 4308                                     Date: 05/15/07    Page:  1 of 1

Pro Number: SA5329

Carrier: SANCHOTENA          DELIVERING CARRIER INSTRUCTIONS:
                             DO NOT BREAK DOWN PALLETS.
                             DO NOT DOUBLE STACK
                             TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** | US MERCHANTS |
| Paseo Cucapah #5290 | 3324 142 AVE EAST |
| Parque Industrial El Lago | STE C |
| Tijuana, B.C., MX 22550 | SUMNER WA 98390 |
| **Tegrant Corporation, Alloyd Brands**, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS | Alloyd product to be top load only. |
| 8737 WILSHIRE BLVD | Do not stack in transit. |
| BEVERLY HILLS CA 90211 | |
| USA | 26  PALLETS OF PLASTICS ARTICLES |
| | SA532  TRUCK NO. |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ____        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 231 | CTN | 162991 | 156600 | 4,620.00 | | I002587 | 2 | 26881 0P | 11788 |
| 2 | 256 | CTN | 174932 11789 | 156600 | 7,680.00 | | I002588 | 2 | 026883 0P | 11789 |
| 3 | 120 | CTN | 176090 | 156600 | 2,520.00 | | D037078 | 1 | 27163 0P | 11790 |

# Packages: 607                         | Total Charges:          0.00
Total Weight:    14,820.00 LBS

Carrier
Signature: _Cayetano Carriu_

Date: 15/05/07

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation
Alloyd Brands**

1


Tegrant

INVOICE NO tiju 13551
PAGE 1                   61
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL      Spartanburg, SC
1401 Pleasant Street   Branford, CT    Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX     Nogales, MX

**B I L L   T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 6.930 | 0.000 | 1,585.00000 | 10,984.05 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 05/15/07
** Packing Slip: 11788
** BOL #: 4308

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 10,984.05 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |

MEMBER
ISO 9001



INVOICE NO tiju 13552
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 25.500 | 7.680 | 0.000 | 1,585.00000 | 12,172.80 |

```
            CI: 174932-RZ6053 SET
          Item: 035359
   Description: USMERCHANTS- 174932-RZ6053 SET
          U/M: K
  Date Shipped: 05/15/07
** Packing Slip: 11789
     ** BOL #: 4308
```


MEMBER
ISO 9001

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 12,172.80 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |


**Tegrant**

INVOICE NO tiju 13578
PAGE 1
DATE 05/16/07
SALESMAN FLIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation     Facilities
Alloyd Brands        DeKalb, IL      Spartanburg, SC
1401 Pleasant Street  Branford, CT    Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 11.520 | 73.590 | 1,726.12000 | 19,884.90 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/16/07
** Packing Slip: 11802
** BOL #: 4313

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 19,884.90 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |


MEMBER
ISO 9001



**Tegrant**

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/16/07 | D03707B | 27163 OP | PREPAIDLTL | 6,720.00 | 384 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 96,630 | 11,520 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

ƏU0p16.67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T

DO/BOL:*4313

Date: 05/16/07    Page: 1 of 1

Pro Number: TRUCK #SA5325    DELIVERING CARRIER INSTRUCTIONS:
Carrier: SCA (SANCHOTENA)    DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor
Tegrant Corporation, Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

nvoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

reight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 384 | CTN | 176090-PNSNC | 156600 | 6,720.00 | | D037078 | 1 | 27163 OP | 11802 |
| 2 | 240 | CTN | 143255 V TECH | 156600 | 4,934.20 | | I002586 | 2 | 26880 OP | 11803 |

# Packages: 624
Total Weight: 11,654.20 LBS

Total Charges:    0.00

rrier
gnature

Date: 16/05/07

boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ader hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof set forth in classification or tariff which governs the transportation of this shipment,

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

 **Tegrant**

INVOICE NO tiju 13585
PAGE 1
DATE 05/16/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*        Facilities
*Alloyd Brands*             DeKalb, IL      Spartanburg, SC
1401 Pleasant Street        Branford, CT    Juncos, PR
DeKalb, Illinois 60115      Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 12.000 | 7.200 | 4.800 | 1,585.00000 | 11,412.00 |

         CI: 143255 VTECH 6889/6896 4PK
       Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
       U/M: K
Date Shipped: 05/16/07
  ** Packing Slip: 11803
    ** BOL #: 4313

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,412.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,412.00 |

MEMBER

PMMI

ISO 9001


Tegrant

INVOICE NO tiju 13622
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

65

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 13.680 | 59.910 | 1,726.12000 | 23,613.32 |

```
        CI: 176090-PNSNC TG1034 XL
      Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
       U/M: K
Date Shipped: 05/18/07
**  Packing Slip: 11852
    **  BOL #: 4325
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 23,613.32 |
| MISC. CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,613.32 |


MEMBER
ISO 9001

**Tegrant**

Packing Slip
Page:                1
Pack Slip#      11852

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/18/07 | D037078 | 27163.0P | PREPAIDLTL | 9,676.00 | 456 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036382A | K | 96.630 | 13,680 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

Packing Slip
Page:        1
Pack Slip#    11853

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/18/07 | I002586 | 26880 OP | PREPAIDIL | 3,289.60 | 160 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 034875A | K | 12.000 | 4.800 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |
| | C/I: 143255 VTECH 6889/6896 4PK | | | |

STRAIGHT BILL OF LADING – SHORT FORM -- ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4325                              Date: 05/18/07   Page:  1 of  1
Pro Number: TRUCK #
Carrier: SCA ( SANCHOTENA)   DELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                  TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| Tegrant Corporation, Alloyd Brands<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ✗____     Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 160 | CTNS | 034875A<br>143255 VTECH | 156600 | 3,289.60 | | I002586 | 2 | 26880 OP | 11853 |
| 2 | 456 | CTN | 035382A<br>176090-PNSNC | 156600 | 9,576.00 | | D037078 | 1 | 27163 OP | 11852 |

# Packages: 616                        | Total Charges:           0.00
Total Weight:  12,865.60

Carrier
Signature: *Garzelio Acua Express*

Date: 19 / 5 / 07

1

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below; which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in classification

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands



INVOICE NO tiju 13637
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

$6^6$

Tegrant Corporation    Facilities
Alloyd Brands          DeKalb, IL       Spartanburg, SC
1401 Pleasant Street   Branford, CT     Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX      Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 12.000 | 4.800 | 0.000 | 1,585.00000 | 7,608.00 |

```
            CI: 143255 VTECH 6889/6896 4PK
          Item: 034875A
   Description: USMERCH-143255 VTECH 6889/6896 4PK
          U/M: K
  Date Shipped: 05/18/07
** Packing Slip: 11853
    ** BOL #: 4325
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,608.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,608.00 |



MEMBER
PMMI

ISO 9001
Registered



**Tegrant**

INVOICE NO tiju 13649
PAGE 1
DATE 05/21/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX





**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 18.720 | 41.190 | 1,726.12000 | 32,312.97 |

```
        CI: 176090-PNSNC TG1034 XL
      Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
      U/M: K
Date Shipped: 05/21/07
** Packing Slip: 11877
    ** BOL #: 4335
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 32,312.97 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 32,312.97 |



MEMBER
PMMI

ISO 9001
Registered



Reprint Packing Slip

Page:        1
Pack Slip#    11877

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/21/07 | D037078 | 27163 OP | PREPAIDLTL | 14,404.00 | 624 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 96,630 | 18,720 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | C/I: 176090-PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
 juup16.07.nb.9v030001
        DO/BOL: 4335                        Date: 05/21/07   Page:  1 of  1
    Pro Number: SA5329
    Carrier: SANCHOTENA
                          DELIVERING CARRIER INSTRUCTIONS:
                            DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                         TOP LOAD ONLY--DO NOT REFRIGERATE
```

onsignor                                   | Consignee
                                           | US MERCHANTS
    **Tegrant Corporation, Alloyd Brands** | 3324 142 AVE EAST
    Paseo Cucapah #5290                    | STE C
    Parque Industrial El Lago              | SUMNER WA 98390
    Tijuana, B.C., MX 22550                | USA

**Tegrant Corporation, Alloyd Brands,** REQUESTS A |
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
        YOUR FREIGHT BILL AND OR INVOICE

nvoicee                                    | Special Instructions
US MERCHANTS                               | Alloyd product to be top load only.
8737 WILSHIRE BLVD                         | Do not stack in transit.
BEVERLY HILLS CA 90211                     |
USA                                        | 26  PALLETS OF PLASTICS ARTICLES
                                           | SA5329        TRUCK NO.

reight Charge Terms: (Freight charges |
re collect unless marked otherwise) |
repaid: _____✗_____    Third Party: _____ |

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 624 | CTN | 176090 | 156600 | 14,404.00 | | D037078 | 1 | 27163 OP | 11877 |

    # Packages: 624                        | Total Charges:              0.00
    Total Weight:   14,404.00 LBS          |

    rrier    *Abraham B.*
    .gnature:

    Date:  21 / 05 / 07

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**

 Tegrant

INVOICE NO tiju 13728
PAGE 1
DATE 05/24/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 16.380 | 24.810 | 1,726.12000 | 28,273.85 |

```
                    CI: 176090-PNSNC TG1034 XL
                  Item: 035382A
           Description: USMERCH-176090-PNSNC TG1034 XL
                  U/M: K
          Date Shipped: 05/24/07
    **  Packing Slip: 11941
        **  BOL #: 4353
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 28,273.85 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |

MEMBER
PMMI

ISO 9001



INVOICE NO tiju 13741
PAGE 1
DATE 05/25/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 15.600 | 9.210 | 1,726.12000 | 26,927.47 |

```
         CI: 176090-PNSNC TG1034 XL
       Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 05/25/07
  **  Packing Slip: 11958
       **  BOL #: 4356
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 26,927.47 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 26,927.47 |

MEMBER
PMMI
ISO 9001
Registered



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, C.T. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE 1
SUMNER WA 98390
USA

der Contact:

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| /25/07 | U03/078 | 27163 OP | PREPAIDLTL | 10,920.00 | 624 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 036382A | K | 96.630 | 16.800 |
| | USMERCH~176090~PNSNC TG1034 XL | | | |
| | C/I: 176090~PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

J0p16.67h8¡5v0s0b0T
· DO/BOL: 4356          Date: 05/25/07   Page:  1 of  1
Pro Number: TRUCK #
Carrier: SCA (SANCHOTENA) DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| onsignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| voice | Special Instructions |
|---|---|
| S MERCHANTS<br>737 WILSHIRE BLVD<br>EVERLY HILLS CA 90211<br>SA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  ✗          Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 624 | CTNS | 035382A<br>176090-PNSNC | 156600 | 10,920.00 | | D037078 | 1 | 27163 OP | 11958 |

# Packages: 624
Total Weight:    10,920.00

Total Charges:                    0.00

rier
gnature:

Date:     /     /

*Omer Sanchez*
*25-05-07*

1

a fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ceIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
why that agree bar to be performed hereunder shall be subject to all terms and conditions of the uniform domestic Straight bill of Lading set forth (1) in Official, Southern, Western and Illinois freight Classifications

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor


**Tegrant**

INVOICE NO tiju 13773
PAGE 1
DATE 05/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation     Facilities
Alloyd Brands      DeKalb, IL    Spartanburg, SC
1401 Pleasant Street   Branford, CT   Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 9.225 | 0.000 | 1,726.12000 | 15,923.46 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/29/07
** Packing Slip: 11980
   ** BOL #: 4366

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 15,923.46 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,923.46 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Page:        1
Pack Slip#      11980

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116              Ship To: (9)
US MERCHANTS                  US MERCHANTS
8737 WILSHIRE BLVD            3324 142 AVE EAST
BEVERLY HILLS CA 90211        STE C
USA                           SUMNER WA 98390
                              USA
```

```
rder Contact:
==================================================================
ack Date  Order #   Cust PO        Ship Via            Weight Pkgs #
-------  -------   -------                           ------- -----
5/29/07  D037078   27163 OP        PREPAIDLTL          6,457.50   369
==================================================================
ine/Rel   Item                     U/M      Qty Ordered   Qty To Pack
-------   -------                  ----     -----------   -----------
  1       035382A                  K           96.630         9.225
          USMERCH-176090-PNSNC TG1034 XL

          C/I: 176090-PNSNC TG1034 XL
```

Packing Slip

Page:        1
Pack Slip#    11981

## Tegrant

| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
|---|---|---|---|
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/29/07 | I002692 | 27413 OP | PREPAIDTL | 4,462.50 | 266 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 27.696 | 6.375 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

ǝuǝp1ɛ.67h8.5vɒsǝbɒT

DO/BOL: 4366                              Date: 05/29/07    Page: 1 of 1
Pro Number: TRUCK # SA5318      DELIVERING CARRIER INSTRUCTIONS:
       Carrier: SCA (SANCHOTENA)      DO NOT BREAK DOWN PALLETS.
                                              DO NOT DOUBLE STACK
                                    TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ____X____    Third Party: _____

---

| N | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|-----------|------|--------------|-----|-----------|----------|
| 1 | 255 | CTNS | 035382A / 176090-PNSNC | 156600 | 4,462.50 | | 1002692 | 1 | 27413 OP | 11981 |
| 2 | 369 | CTN | 035382A / 176090-PNSNC | 156600 | 6,457.50 | | D037078 | 1 | 27163 OP | 11980 |

---

# Packages: 624
Total Weight:    10,920.00 LBS

Total Charges:              0.00

Carrier: Sanchotena,
Signature: Omar Sanchez

Date: 29 / 05 / 07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
†the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
*E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
Agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
the said contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
†erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
†ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
†pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

 **Tegrant**

INVOICE NO tiju 13778
PAGE 1
DATE 05/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

71

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

 **BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

 **SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.596 | 6.375 | 21.221 | 1,726.12000 | 11,004.02 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382A
     Description: USMERCH-176090-PNSNC TG1034 XL
             U/M: K
   Date Shipped: 05/29/07
   **  Packing Slip: 11981
        **  BOL #: 4366
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,004.02 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,004.02 |

 MEMBER PMMI

ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 13844
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA


**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.596 | 13.900 | 7.321 | 1,726.12000 | 23,993.07 |

```
              CI: 176090-PNSNC TG1034 XL
           Item: 035382A
    Description: USMERCH-176090-PNSNC TG1034 XL
           U/M: K
  Date Shipped: 05/31/07
 **  Packing Slip: 11998
     **  BOL #: 4377
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 23,993.07 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,993.07 |

MEMBER
PMMI

ISO 9001
Registered



INVOICE NO tiju 13868
PAGE 1
DATE 06/01/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation       Facilities
Alloyd Brands             DeKalb, IL      Spartanburg, SC
1401 Pleasant Street      Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002692 | 27413 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 27.596 | 7.000 | 0.321 | 1,726.12000 | 12,082.84 |

```
           CI: 176090-PNSNC TG1034 XL
         Item: 035382A
  Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
 Date Shipped: 06/01/07
** Packing Slip: 12054
    ** BOL #: 4392
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,082.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,082.84 |

MEMBER
PMMI
ISO 9001



INVOICE NO tiju 13869
PAGE 1
DATE 06/01/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002693 | 27414 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 18.400 | 7.200 | 11.200 | 1,666.12000 | 11,996.06 |

    CI: 174633-PNSNC 6074 PHONE WB
    Item: 035351
  Description: USMERCH-VTECH NEW BOX SET
    U/M: K
Date Shipped: 06/01/07
** Packing Slip: 12055
    ** BOL #: 4392

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,996.06 |

MEMBER
PMMI

ISO 9001
Registered

0U0p16.67h8.5v0s0b01

Packing Slip

Page:        1
Pack Slip#   12064



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/01/07  | I002692 | 27413 OP | PREPAIDTL | 6,020.00 | 280 |

| ine/Rel | Item | U/m | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 27.596 | 7.000 |
|   | USMERCH-176090-PNSNC T61034 XL | | | |
|   | C/I: 176090-PNSNC T61034 XL | | | |



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/01/07 | 1002693 | 27414 OP | PREPAIDTL | 4,934.40 | 240 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036351 | K | 18.000 | 7.200 |
| | USMERCH VTECH NEW BOX SET | | | |
| | C/I: 178633-PNSNC 6074 PHONE WB | | | |

FRIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4392      Date: 06/01/07    Page: 1 of 1
Pro Number: TRUCK # SA5322
Carrier: SCA (SANCHOTENA)

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands,** REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top-load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X      Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 280 | CTNS | 035382A<br>176090–PNSNC | 156600 | 6,020.00 | | I002692 | 1 | 27413 OP | 12054 |
| 2 | 241 | CTNS | 035351<br>174633–PNSNC | 156600 | 4,934.40 | | I002693 | 1 | 27414 OP | 12055 |

# Packages: 521      Total Charges:     0.00
Total Weight:    10,954.40 LBS

Carrier
Signature: *Abraham B.*

Date: 1 / 06 / 07

1

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse
on the consignor, the consignor shall sign the follow
statement: The carrier may decline to make delivery
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands



INVOICE NO tiju 13892
PAGE 1
DATE 06/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 4.500 | 4.200 | 0.300 | 1,666.12000 | 6,997.70 |

```
          CI: 184487-PNSNC 1035
        Item: 036262
 Description: USMERCH-PNSNC 1035
        U/M: K
Date Shipped: 06/04/07
**  Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,997.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,997.70 |



MEMBER
PMMI

ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 13893
PAGE 1
DATE 06/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002693 | 27414 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 18.400 | 11.220 | 0.000 | 1,666.12000 | 18,693.87 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 06/04/07
** Packing Slip: 12064
** BOL #: 4397

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 18,693.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,693.87 |


MEMBER
PMMI
ISO 9001
Registered

0U0p16.67h8.5v0s0b0T



Packing Slip

Page:          1
Pack Slip#    12064

Tegrant Corporation        MAIN PLANT              Spartanburg, SC. 29302      Branford, CT. 06405
Alloyd Brands              1401 Pleasant Street    (t) 864-582-1000            (t) 203-483-8305
Paseo Cucapah #5290        DeKalb, Illinois 60115  (f) 864-582-5982            (f) 203-483-5209
Parque Industrial El Lago  (t) 815-756-8451
Tijuana, B.C., MX 22550    (f) 815-756-5187        Juncos, PR. 00777           Nogales, Sonora CP 84055
(t) 619-946-1240                                   (t) 787-734-8382            (t) 011-52-631-320-0265
(f) 619-946-1243                                   (f) 787-734-8386            (f) 011-52-631-320-0267

Bill To: CO13116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/04/07 | IO02693 | 27414 OP | PREPAIDTL | 7,652.00 | 374 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035351 | K | 18.400 | 11.220 |
|   | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

# CTNS    384        PCS/QTY    30        TOTAL    11,220

Packing Slip
Page:         1
Pack Slip#    12065



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP. 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/04/07 | 1002892 | 27413 OP | PREPAIDTL | 3,696.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 2 | 038262 | K | 4.500 | 4.200 |
| | USMERCH-PNSNC 1035 | | | |
| | C/I: 184487-PNSNC 1035 | | | |

4,200

STRAIGHT·BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

0U0p16.67h8.5v0s0b0T

DG/BOL: 4397                                    Date: 06/04/07    Page: 1 of 1

. Pro Number: TRUCK #

   Carrier: SCA ( SANCHOTENA)   **DELIVERING CARRIER INSTRUCTIONS:**
                                 **DO NOT BREAK DOWN PALLETS.**
                                 **DO NOT DOUBLE STACK**
                                 **TOP LOAD ONLY - DO NOT REFRIGERATE**

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| **Tegrant Corporation, Alloyd Brands,** REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __X__        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 374 | CTNS | 035351<br>174633–PNSNC | 156600 | 7,652.00 | | I002693 | 1 | 27414 OP | 12064 |
| 2 | 168 | CTNS | 036262<br>184487–PNSNC | 156600 | 3,696.00 | | I002692 | 2 | 27413 OP | 12065 |

# Packages: 542                    Total Charges:              0.00
Total Weight:   11,348.00 LBS

Carrier
Signature:

Date: 4 /Jun/07  *Edward Cortes*

                                                                                                   1

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

INVOICE NO tiju 14241
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

77

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002745 | 027786 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.824 | 5.825 | 0.000 | 1,666.12000 | 9,705.15 |

```
            CI: 180347-PNSNC TG6053
          Item: 035754
   Description: USMERCH-180347-TG6053
           U/M: K
  Date Shipped: 06/26/07
** Packing Slip: 12349
     **  BOL #: 4494
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 9,705.15 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,705.15 |



MEMBER
PMMI

ISO 9001
Registered

INVOICE NO tiju 14242
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*78*

Tegrant Corporation          Facilities
Alloyd Brands           DeKalb, IL        Spartanburg, SC
1401 Pleasant Street    Branford, CT      Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX       Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002746 | 027790 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 5.010 | 0.000 | 1,585.00000 | 7,940.85 |

```
                   CI: 162991-VTECH 6789
                 Item: 035429
          Description: USMERCHANTS-VTECH 6789
                  U/M: K
         Date Shipped: 06/26/07
      **  Packing Slip: 12348
          **   BOL #: 4494
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,940.85 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 7,940.85 |

MEMBER
PMMI
ISO 9001
Registered

U0p16.67/h8.5v060b0T

Packing Slip
Page:         1
Pack Slip#   12348



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /26/07 | I002746 | 027790 OP | PREPAIDTL | 3,340.00 | 167 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 036429 | K | 5.000 | 5.010 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/I: 162991-VTECH 6789 | | | |

Packing Slip

Page:        1
Pack Slip#    12349



**Tegrant**

| | | | |
|---|---|---|---|
| **Tegrant Corporation** | *MAIN PLANT* | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

```
Bill To: C013116              Ship To: (9)
US MERCHANTS                  US MERCHANTS
8787 WILSHIRE BLVD            3324 142 AVE EAST
BEVERLY HILLS CA 90211        STE C
USA                           SUMNER WA 98390
                              USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | PKgs # |
|---|---|---|---|---|---|
| /26/07 | I002745 | 027786 OP | PREPAIDTL | 44,420.01 | 253 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035754 | K | 5,824 | 5,825 |
| | USMERCH-180347-TG6053 | | | |
| | C/I: 180347-PNSNC TG6053 | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
U0p16.67h8.5v0s0b0T'
.. OO/BOL: 4494                        Date: 06/26/07    Page: 1 of 1
Pro Number:
    Carrier: TEGRANT (SANCHOTE DELIVERING CARRIER INSTRUCTIONS:
                            DO NOT BREAK DOWN PALLETS.
                            DO NOT DOUBLE STACK
                        TOP LOAD ONLY - DO NOT REFRIGERATE
-----------------------------------------------------------------------
onsignor                        | Consignee
                                | US MERCHANTS
    Tegrant Corporation, Alloyd Brands  | 3324 142 AVE EAST
       Paseo Cucapah #5290          | STE C
       Parque Industrial El Lago     | SUMNER WA 98390
       Tijuana, B.C., MX 22550       | USA
                                |
    Tegrant Corporation, Alloyd Brands, REQUESTS A |
    COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |
        YOUR FREIGHT BILL AND OR INVOICE   |
-----------------------------------------------------------------------
voicee                          | Special Instructions
S MERCHANTS                     | Alloyd product to be top load only.
737 WILSHIRE BLVD               | Do not stack in transit.
EVERLY HILLS CA 90211           |
SA                              | 17 PALLETS OF PLASTIC ARTICLES
                                |
                                |
                                |
-----------------------------------------------------------------------
eight Charge Terms: (Freight charges |
e collect unless marked otherwise)  |
epaid: _X____    Third Party: _____ |
-----------------------------------------------------------------------

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|------|------|------|------|------|------|------|------|------|------|
| 167 | CTNS | 035429 VTECH 6789 | 156600 | 3,340.00 | | I002746 | 1 | 027790 UP | 12348 |
| 233 | CTNS | 035754 180347-TG6053 | 156600 | 44,420.00 | | I002745 | 1 | 027786 UP | 12349 |

-----------------------------------------------------------------------
# Packages: 400                     | Total Charges:
otal Weight:    47,760.00 LBS       |                    0.00
-----------------------------------------------------------------------
rier
nature: Coyt fano Carrico
    Date: 26 / 06 / 07
-----------------------------------------------------------------------

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
- is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.
- shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
"e shipment is in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
here the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on said route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without-recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation

1



INVOICE NO tiju 14265
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

79

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 9.360 | 3.805 | 1,666.12000 | 15,594.88 |

```
            CI: 174633-PNSNC 6074 PHONE WB
          Item: 035351
   Description: USMERCH-VTECH NEW BOX SET
           U/M: K
  Date Shipped: 06/27/07
** Packing Slip: 12371
     ** BOL #: 4502
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,594.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,594.88 |


*Tegrant*

INVOICE NO tiju 14266
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

**Facilities**
DeKalb, IL         Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 9.360 | 21.640 | 1,585.00000 | 14,835.60 |

        CI: 174932-RZ6053 SET
        Item: 035359
   Description: USMERCHANTS- 174932-RZ6053 SET
        U/M: K
   Date Shipped: 06/27/07
** Packing Slip: 12372
   ** BOL #: 4502

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 14,835.60 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 14,835.60 |

MEMBER
PMMI
ISO 9001
Registered

0p16-67/h8.5v0s0b01

Reprint Packing Slip
Page: 1
Pack Slip# 12371



**Tegrant**

Tegrant Corporation
Alloyd Brands
 Paseo Cucapah #5290
 Parque Industrial El Lago
 Tijuana, B.C., MX 22550
 (t) 619-946-1240
 (f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-026 5
(f) 011-52-631-320-026 7

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /27/07 | 1002748 | 027786 OP | PREPAIDTL | 6,383.52 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035361 | K | 13.165 | 9.360 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

J0p16.67h8.5v0s0b01000p16.67h8.5v0s0w0i

**Tegrant**

Packing Slip
Page:        1
Pack Slip#   12372

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

ill To:  C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /27/07 | I002750 | 27789 OP | PREPAIDTL | 6,240.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 31.000 | 9.360 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Nop16.5/h8.5v0s0b01

BOL/BOL: 4502                              Date: 06/27/07    Page: 1 of 1

Pro Number: TRUCK # SA5320
Carrier: SCA ( SANCHOTENA  DELIVERING CARRIER INSTRUCTIONS:
                          DO NOT BREAK DOWN PALLETS.
                          DO NOT DOUBLE STACK
                          TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

Invoicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 312 | CTN | 035351 174633-PNSNC | 156600 | 6,383.52 | | I002748 | 1 | 027785 OP | 12371 |
| 312 | CTNS | 035359 174932-RZ6053 | 156600 | 6,240.00 | | I002750 | 1 | 27789 OP | 12372 |

# Packages: 624
Total Weight:   12,623.52 LBS

| Total Charges:                0.00

Carrier
Signature: *GUSTAVO.G*

Date: 06 / 27 / 07

...fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

...operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
...it this contract as meaning and carrier (proposition of possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
...on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
...ty; that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
...is to certify that the above named articles are properly classified, described, packaged, marked and fabeled, and are inproper condition for transportation, according to the applicable regulations of
...ept. of Transportation.
...ie shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
...pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
...– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
...greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement. The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*

1