# EXHIBIT A - 5



INVOICE NO tiju 14306
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 3.600 | 0.205 | 1,666.12000 | 5,998.03 |

```
          CI: 174633-PNSNC 6074 PHONE WB
        Item: 035351
 Description: USMERCH-VTECH NEW BOX SET
         U/M: K
Date Shipped: 06/28/07
**  Packing Slip: 12411
     ** BOL #: 4514
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 5,998.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 5,998.03 |



**Tegrant**

INVOICE NO tiju 14307
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

8 λ

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 8.640 | 13.000 | 1,585.00000 | 13,694.40 |

```
              CI: 174932-RZ6053 SET
            Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
            U/M: K
    Date Shipped: 06/28/07
 **  Packing Slip: 12412
     **  BOL #: 4514
```



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|--|--|
| SALES AMOUNT | 13,694.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,694.40 |

U0p16.6Zh8.5v0s0b0l

**Tegrant**

Packing Slip

Page:       1
Pack Slip#    12410

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ack Date Order #   | Cust PO   | Ship Via   | Weight Pkge # |
|--------------------|-----------|------------|---------------|
| /28/07  I002747    | 27784 OP  | PREPAIDTL  | 437.60  216   |

| ne/Rel   Item                     | U/M | Qty Ordered | Qty To Pack |
|-----------------------------------|-----|-------------|-------------|
| 1       035382A                   | K   | 55.001      | 8.400       |
|         USMERCH-176090-PNSNC TG1034 XL |     |             |             |

       C/I: 176090-PNSNC TG1034 XL

U0p16.67h8.5v0s0b0i

**Packing Slip**

Page:         1
Pack Slip#    12411

## Tegrant

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | 1002748 | 027786 OP | PREPAID TL | 613.80 | 120 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035351 | K | 13.185 | 3.600 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |

U0p16.6/h8.5v0s0b0l



Packing Slip

Page: 1

Pack Slip# 12412

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date Order # | Cust PO | Ship Via | Weight Pkgs # |
|---|---|---|---|
| 7/28/07 1002760 | 27789 OP | PREPAIDTL | 6,000.00 288 |

| ne/Rel Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|
| 1 035359 | K | 31.000 | 8.640 |
| USMERCHANTS- 174932-RZ6083 SET | | | |

C/1: 174932-RZ6083 SET

TOTAL

BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.    5v0s0b0T0U0p16,67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T

Pro:    br: PICK UP # SA5322    k: 4514    Date: 06/28/07    Page: 1 of 1

Carrier: TEGRANT(SANCHOTEN DELIVERING CARRIER INSTRUCTIONS:

DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

Invoicee

US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X____    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 216 | CTN | 035382A 176090--PNSNC | 156600 | 437.50 | | I002747 | 1 | 27784 OP | 12410 |
| 2 | 120 | CTNS | 035351 VTECH | 156600 | 613.80 | | I002748 | 1 | 027785 OP | 12411 |
| 3 | 288 | CTNS | 035359 174932 | 156600 | 6,000.00 | | I002750 | 1 | 27789 OP | 12412 |

---

# Packages: 624
Total Weight:    7,051.30 LBS

| Total Charges:    0.00

Carrier

Signature: *Cayetano Carina*

Date: 06/28/07

1

The boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are inproper condition for transportation, according to the applicable regulations of ept. of transportation.

te shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property:

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
shout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading form (1) if Official, Southern, Western and Illinois Freight Classifications
ct on this date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**


**Tegrant**

INVOICE NO tiju 14340
PAGE 1
DATE 06/29/07                 *8 3*
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation        Facilities
Alloyd Brands          DeKalb, IL    Spartanburg, SC
1401 Pleasant Street      Branford, CT   Juncos, PR
DeKalb, Illinois 60115     Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 10.080 | 2.920 | 1,585.00000 | 15,976.80 |

           CI: 174932-RZ6053 SET
         Item: 035359
  Description: USMERCHANTS- 174932-RZ6053 SET
         U/M: K
 Date Shipped: 06/29/07
** Packing Slip: 12445
    ** BOL #: 4540

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 15,976.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,976.80 |

Reprint Packing Slip
Page:        1
Pack Slip#    12445

# Tegrant

| | | | |
|---|---|---|---|
| **Tegrant Corporation** | *MAIN PLANT* | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | *1401 Pleasant Street* | (t) 864-582-1000 | (t) 203-483-8305 |
| *Paseo Cucapah #5290* | *DeKalb, Illinois 60115* | (f) 864-582-5982 | (f) 203-483-5209 |
| *Parque Industrial El Lago* | (t) 815-756-8451 | | |
| *Tijuana, B.C., MX 22550* | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013118
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Cer Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight Pkgs. # |
|---|---|---|---|---|
| 7/29/07 | 1002750 | 27789 OP | PREPAIDTL | 600.00   336 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 31.000 | 10.080 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

JOP15.67H8.5V0s0601                                    Reprint PackingSlip     1
                                                       Pack Slip#     12446

**Tegrant**

Tegrant Corporation          MAIN PLANT              Spartanburg, SC. 29302     Branford, CT. 06405
Alloyd Brands                1401 Pleasant Street    (t) 864-582-1000           (t) 203-483-8305
Paseo Cucapah #5290          DeKalb, Illinois 60115  (f) 864-582-5982           (f) 203-483-5209
Parque Industrial El Lago    (t) 815-756-8451
Tijuana, B.C., MX 22550      (f) 815-756-5187        Juncos, PR. 00777          Nogales, Sonora CP 84055
(t) 619-946-1240                                     (t) 787-734-8382           (t) 011-52-631-320-0265
(f) 619-946-1243                                     (f) 787-734-8386           (f) 011-52-631-320-0267

Bill To: C013116                      Ship To: (9)
US MERCHANTS                          US MERCHANTS
737 WILSHIRE BLVD                     3324 142 AVE EAST
BEVERLY HILLS CA 90211                STE C
USA                                   SUMNER WA 98390
                                      USA

der Contact: CHRIS GHIZORI
=====================================================================
ck Date Order #   Cust PO            Ship Via               Weight Pkgs #
-----   -------   -------            --------               ------ ------
7/29/07 I002747   27784 OP           PREPAIDTL              537.50  288
=====================================================================
ne/Rel  Item                         U/M         Qty Ordered    Qty To Pack
-----   ----                         ---         -----------    -----------
1       005382A                      K              56.601          7.200
        USMERCH-176090-PNSNC TG1034 XL

        C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
UPB18.67H8.5v0s0b0T0UPB18.67H8.5v0s0b0T
DO/BOL: 4540                              Date: 06/29/07    Page:  1 of 1
Pro Number: PICK UP # SA5353
Carrier: TEGRANT (SANCHOTEG)DELIVERING CARRIER INSTRUCTIONS:
                          DO NOT BREAK DOWN PALLETS.
                          DO NOT DOUBLE STACK
                          TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 336 | CTNS | 035359 174932-RZ6053 SET | 156600 | 600.00 | | I002750 | 1 | 27789 OP | 12445 |
| 288 | CTNS | 035382A 176090-PNSNC | 156600 | 537.50 | | I002747 | 1 | 27784 OP | 12446 |

# Packages: 624
Total Weight:  1,137.50 LBS        Total Charges:        0.00

Carrier
Signature:

Date: 29/06/07                                    MEZA

1

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
st. all Transportation.
- shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
pers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
erly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
r, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation

 **Tegrant**

INVOICE NO tiju 14368   93
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 35.201 | 1,726.12000 | 13,463.74 |

```
        CI: 176090-PNSNC TG1034 XL
      Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
       U/M: K
Date Shipped: 07/02/07
**  Packing Slip:
      **  BOL #:
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |



**Tegrant**

INVOICE NO tiju 14369
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

85

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 13.165 | 0.210 | 0.000 | 1,666.12000 | 349.89 |

```
            CI: 174633-PNSNC 6074 PHONE WB
         Item: 035351
  Description: USMERCH-VTECH NEW BOX SET
         U/M: K
Date Shipped: 07/02/07
** Packing Slip: 12490
     ** BOL #: 4546
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 349.89 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 349.89 |



MEMBER
PMMI

ISO 9001
Registered

U0p16.67b8.5v0s0b0T

**Packing Slip**

Page:                    1
Pack Slip#      12487

# Tegrant

Tegrant Corporation
Alloyd Brands
Pasco Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(l) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07  | I002750 | 27789 OP | PREPAIDTL | 1,920.00 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035359 | K | 31.000 | 2,880 |
|   | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

U0p16.6/08.5V0s0b01



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| K Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| /02/07 | 1002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 3 | 035382A | K | 55.601 | 7.800 |
|  | USMERCH-176090-PNSNC IG1034 XL |  |  |  |

C/I: 176090-PNSNC IG1034 XL

U0p16.6/18.5v0s0b0T

Packing Slip

Page:        1
Pack Slip#    12489

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116                         Ship To: (9)
US MERCHANTS                             US MERCHANTS
9737 WILSHIRE BLVD                       3324 142 AVE EAST
BEVERLY HILLS CA 90211                   STE C
USA                                      SUMNER WA 98390
                                         USA

der Contact:  CHRIS GHIZORI

| ck Date Order # | Cust PO | Ship Via | Weight Pkgs # |
|---|---|---|---|
| /02/07  1002749  27788 OP | | PREPAIDTL | 3,243.68  209 |

| ne/Rel Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|
| 036094 | K | 35.000 | 6.225 |
| USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

U0p16.67/h8.5V0s0b0T

Packing Slip

Page: 1

Pack Slip# 12490

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116                        Ship To: (9)
US MERCHANTS                            US MERCHANTS
8737 WILSHIRE BLVD                      3324 142 AVE EAST
BEVERLY HILLS CA 90211                  STE C
USA                                     SUMNER WA 98390
                                        USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /02/07 | 1002748 | 027785 OP | PREPAIDTL | 144.00 | 7 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036351 | K | 13.165 | 0.210 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/1: 174633-PNSNC 6074 PHONE WB

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
~op16.67R8.5v0$0b0T
    DU/BOL: 4546                        Date: 07/02/07    Page:  1 of 1
Pro Number: TRUCK # SA5355
    Carrier: TEGRANT (SANCHOTE DELIVERING CARRIER INSTRUCTIONS:
                        DO NOT BREAK DOWN PALLETS.
                        DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor

**Tegrant Corporation, Alloyd Brands**
    *Paseo Cucapah #5290*
    *Parque Industrial El Lago*
    *Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
        YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

voicee
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES

aight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____      Third Party: _____

| Pkg | Pkg  | Package Description | NMFC   | Weight(LB) | Rate | Order # | Ln | Cust PO # | Pck Slip |
|     | Type | References          |        |            |      | Ref     |    |           |          |
|-----|------|---------------------|--------|------------|------|---------|----|-----------|----------|
| 96  | CTNS | 035359              | 156600 | 1,920.00   |      | I002750 | 1  | 27789 UP  | 12487    |
|     |      | 174932-RZ6053 SET   |        |            |      |         |    |           |          |
| 312 | CTNS | 035382A             | 156600 | 5,460.00   |      | I002747 | 1  | 27784 UP  | 12488    |
|     |      | 176090-PNSNC        |        |            |      |         |    |           |          |
| 209 | CTNS | 036094              | 156600 | 3,243.00   |      | I002749 | 1  | 27788 UP  | 12489    |
|     |      | 184452-VTECH        |        |            |      |         |    |           |          |
| 7   | CTNS | 035351              | 156600 | 144.00     |      | I002748 | 1  | 027785 UP | 12490    |
|     |      | 174633-PNSNC        |        |            |      |         |    |           |          |

# Packages: 624                      | Total Charges:              0.00
otal Weight:    10,767.00 LBS

rier
nature:

Date: 2 / 7 / 07

1

tore boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
~ to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
~t. of transportation

~ Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
y, that every extreme to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
~bout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
l on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**



86

INVOICE NO tiju 14370
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL
Branford, CT
Tijuana, MX

Spartanburg, SC
Juncos, PR
Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 5.225 | 29.775 | 1,578.00000 | 8,245.05 |

```
          CI: 184452-VTECH 5884 PHONE WB
        Item: 036094
 Description: USMERCH-184452 VTECH 5884 PHONE WB
        U/M: K
Date Shipped: 07/02/07
 **  Packing Slip: 12489
     **  BOL #: 4546
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 8,245.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,245.05 |

MEMBER
PMMI

ISO 9001
Registered



INVOICE NO tiju 14371
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*p 7*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 2.880 | 0.040 | 1,585.00000 | 4,564.80 |

      CI: 174932-RZ6053 SET
    Item: 035359
  Description: USMERCHANTS- 174932-RZ6053 SET
      U/M: K
  Date Shipped: 07/02/07
**  Packing Slip: 12487
  ** BOL #: 4546

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,564.80 |



**Tegrant**

INVOICE NO tiju 14382
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*84*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA


**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 27.401 | 1,726.12000 | 13,463.74 |

```
            CI: 176090-PNSNC TG1034 XL
          Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
 Date Shipped: 07/03/07
**   Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


MEMBER
PMMI

ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 14383  *8 9*
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*          Facilities
*Alloyd Brands*          DeKalb, IL        Spartanburg, SC
1401 Pleasant Street     Branford, CT      Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 7.800 | 21.975 | 1,578.00000 | 12,308.40 |

      CI: 184452-VTECH 5884 PHONE WB
   Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
   U/M: K
Date Shipped: 07/03/07
** Packing Slip: 12500
   ** BOL #: 4554


MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,308.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,308.40 |



Packing Slip

Page:        1
Pack Slip#    12499

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013I16
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 7/03/07 | I002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 7.800 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL  1 am

Packing Slip
Page:        1
Pack Slip#    12500



| | | | |
|---|---|---|---|
| **Tegrant Corporation** | **MAIN PLANT** | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| **Alloyd Brands** | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

```
Bill To: C013116              Ship To: (9)
US MERCHANTS                  US MERCHANTS
8737 WILSHIRE BLVD            3324 142 AVE EAST
BEVERLY HILLS CA 90211        STE C
USA                          SUMNER WA 98390
                             USA
```

```
rder Contact:  CHRIS GHIZORI
```

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/03/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 35.000 | 7.800 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

```
    C/I: 184452-VTECH 5884 PHONE WB
```

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
/UOp16.6/J8.5V0s0b0T
          DU/BOL: 4554                      Date: 07/03/07   Page: 1 of 1
. Pro Number: PICK UP # SA5343
   Carrier: TEGRANT(SANCHOTEN
```
DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> *Paseo Cucapah #5290* <br> *Parque Industrial El Lago* <br> *Tijuana, B.C., MX 22550* <br><br> **Tegrant Corporation, Alloyd Brands, REQUESTS A** COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS <br> 8737 WILSHIRE BLVD <br> BEVERLY HILLS CA 90211 <br> USA | Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ✗ _____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTNS | 035382A <br> 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 0P | 12499 |
| 2 | 312 | CTNS | 036094 <br> 184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 0P | 12500 |

# Packages: 624                              Total Charges:              0.00
Total Weight:    10,302.24 LBS

Carrier
Signature:

Date: 03/03/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NB – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow-
statement The carrier may decline to make deliv-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mx

1

PAGINA 1/1



## FACTURA DE EXPORTACION
## PRODUCTO TERMINADO

6941

| | | | |
|---|---|---|---|
| NO. FACTURA : | 6941 | EXPORTADOR : | SCA North America Packaging Division |
| FECHA : | 03/Jul/2007 | | S.A. de C.V. Neptuno No. 1917 Col. Satelite |
| TIPO DE CAMBIO : | 10.7926 | | Cd. Juarez Chih., Mx. C.P. 32540 |
| NO. ENTRY : | | | |
| PEDIMENTO: | 3621-7013126 | R.F.C. : | SNA940420GH8 |
| CLAVE REGIMEN : | EXD    INCOTERM : FCA | REGISTRO IMMEX : | 3401-2006 |
| DESTINO : | Pais Nafta | REG. PED. CONS. : | |
| CLIENTE : | SCA North America Packaging Division Intl Inc | DESTINATARIO : | US MERCHANTS |
| | 800 Fifth Ave. | | 3324 142 Ave. East |
| | New Brighton PA 15066 | | Suite C |
| | | | Summer WA 98390 |
| R.F.C. : | | R.F.C. : | |

| | | | |
|---|---|---|---|
| TRANSP. : Juan Graciano Sanchotena Medra TRAILER : SA5343 | | B/L # : | CHOFER : Julio Mesa |
| COMENTARIOS | CAAT : 2513 | | |

APLICA PARA TODAS LAS PARTIDA(S) DEL PEDIMENTO LA REGLA 3.3.28
SEXTO PARRAFO INCISO B , RUBRO 3 (MERCANCIA ORIGINARIA NAFTA)
PLACAS CAJA: 4BV9061  / PLACAS TRACTOR: 9D97549

AGENTE :   Agencia Aduanal Jorge Diaz S.C.
BLVD. 3RA. OESTE No. 17505

FRACC. GARITA DE OTAY
R.F.C. :   AAJ-970121-EA2
CURP :

No. LISTAS INCLUIDAS :     6941

| DESCRIPCION DE LA MERCANCIA MERCHANDISE DESCRIPTION | PESO BRUTO GROSS WEIGHT Kgs. | CANTIDAD QUANTITY | U.M. U.M. | MAT. PRIMA RAW MATERIAL USD | VALOR AGREGADO VALUE ADDED USD | VALOR TOTAL TOTAL VALUE USD |
|---|---|---|---|---|---|---|
| 176090-PNSNC TG1034 XL EMPAQUE MOLDEADO A BASE DE TERMOFORMADO País Origen: MX, Fracción: 3923.90.99 PO: 27784 OP | 2,122.848 | 7,800.000 | PZS | 8,008.02 | 5,455.72 | 13,463.74 |
| 184452-VTECH 5884 PHONE WB EMPAQUE MOLDEADO A BASE DE TERMOFORMADO País Origen: MX, Fracción: 3923.90.99 PO: 27788OP | 2,417.687 | 7,800.000 | PZS | 6,094.94 | 6,213.46 | 12,308.40 |
| | 4,540.535 | 15,600.000 | | 14,102.96 | 11,669.18 | 25,772.14 |

TOTAL DE BULTOS

26 TARIMA

26 Bultos

03/07/02


Tegrant

INVOICE NO tiju 14424
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*88*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 19.601 | 1,726.12000 | 13,463.74 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 07/05/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | 13,463.74 | |
| MISC CHG | 0.00 | |
| FREIGHT | 0.00 | |
| SALES TAX | 0.00 | |
| PREPAID | | |
| TOTAL | 13,463.74 | |



ISO 9001



INVOICE NO tiju 14425
PAGE 1                    *9l*
DATE 07/05/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation
Alloyd Brands          Facilities
1401 Pleasant Street   DeKalb, IL      Spartanburg, SC
DeKalb, Illinois 60115 Branford, CT    Juncos, PR
                       Tijuana, MX     Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 7.750 | 14.225 | 1,578.00000 | 12,229.50 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12547
** BOL #: 4566

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,229.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,229.50 |

MEMBER
PMMI
ISO 9001
Registered



INVOICE NO tiju 14426      92
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation       Facilities
Alloyd Brands             DeKalb, IL        Spartanburg, SC
1401 Pleasant Street      Branford, CT      Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 0.060 | 0.000 | 1,585.00000 | 95.10 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12551
** BOL #: 4566

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 95.10 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 95.10 |

MEMBER
PMMI
ISO 9001
Registered

Reprint Packing Slip

Page:          1
Pack Slip#     12550

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|---|
| /05/07 | 1002747 | 27784 OP | | PREPAIDTL | | 5,460.00 | 312 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 1 | 035382A | | K | 55.601 | 7.800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | | |

C/I: 176090-PNSNC TG1034 XL



Reprint Packing Slip
Page:        1
Pack Slip#    12547

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

*MAIN PLANT*
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

*Spartanburg, SC. 29302*
(t) 864-582-1000
(f) 864-582-5982

*Juncos, PR. 00777*
(t) 787-734-8382
(f) 787-734-8386

*Branford, CT. 06405*
(t) 203-483-8305
(f) 203-483-5209

*Nogales, Sonora CP 84055*
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
ill To: C013116                 Ship To: (9)
S MERCHANTS                     US MERCHANTS
737 WILSHIRE BLVD               3324 142 AVE EAST
EVERLY HILLS CA 90211           STE C
SA                              SUMNER WA 98390
                                USA
```

```
der Contact:  CHRIS GHIZORI
=============================================================================
ck Date  Order #   Cust PO            Ship Via               Weight Pkgs #
---------------------------------------------------------------------
/06/07   I002749   27788 OP           PREPAIDTL              4,811.20  310
```

```
re/Rel   Item                        U/M      Qty Ordered   Qty To Pack
---------------------------------------------------------------------
L        036094                       K             35.000       7.760
         USMERCH-184452 VTECH 5884 PHONE WB

         C/I: 184452-VTECH 5884 PHONE WB
```

U0p16.6/BB.5V0s0b01

**Tegrant**

Packing Slip
Page:        1
Pack Slip#    12551

Tegrant Corporation
Alloyd Brands
Pasco Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /05/07 | I002760 | 27789 OP | PREPAIDTL | 40,000.00 | 2 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035369 | K | 31.000 | 0.060 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uop16.67H8.5v0s0b0T
OO/BOL:.4566
Pro Number: PICK UP # SA5319                    Date: 07/05/07    Page:  1 of  1
Carrier: TEGRANT( SANCHOTEN4

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

onsignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

nvoicee
JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLETS OF PLASTIC ARTICLES

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: ___X___    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12550 |
| 2 310 | CTNS | 036094 184452 VTECH 5884 | 156600 | 4,811.20 | | I002749 | 1 | 27788 OP | 12547 |
| 3 2 | CTNS | 035359 174932-RZ6053 SET | 156600 | 40.00 | | I002750 | 1 | 27789 OP | 12551 |

# Packages: 624                              | Total Charges:            0.00
otal Weight:    10,311.20 LBS

rier
nature:  *Omar Sanchez*
         *Sanchoten4*

Date:  *5 / 7 / 07*

ibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ot. of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

t lo, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
herly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments, if this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

INVOICE NO tiju 14459
PAGE 1
DATE 07/06/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

90

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 11.801 | 1,726.12000 | 13,463.74 |

          CI: 176090-PNSNC TG1034 XL
       Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 07/06/07
**  Packing Slip:
       **  BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |

MEMBER
PMMI

ISO 9001
Registered

INVOICE NO tiju 14460
PAGE 1          9¢
DATE 07/06/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation          Facilities
Alloyd Brands                DeKalb, IL      Spartanburg, SC
1401 Pleasant Street         Branford, CT    Juncos, PR
DeKalb, Illinois 60115       Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 7.800 | 6.425 | 1,578.00000 | 12,308.40 |

```
            CI: 184452-VTECH 5884 PHONE WB
          Item: 036094
   Description: USMERCH-184452 VTECH 5884 PHONE WB
          U/M: K
  Date Shipped: 07/06/07
**  Packing Slip: 12569
      **  BOL #: 4576
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 12,308.40 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,308.40 |

MEMBER
ISO 9001



**Tegrant**

Packing Slip
Page:        1
Pack Slip#    1256K

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/06/07 | I002747 | 27784 UP | PREPAIDTL | 5,460.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 7.800 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | C/I: 176090-PNSNC TG1034 XL | | | |

ON HAND  7,800

TOTAL  7,800



Page:     1
Pack Slip#     12569

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/06/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 7.800 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

300p16.67h8.5v060b0T
   QO/BOL: 4576                              Date: 07/05/07   Page:  1 of  1
 - Pro Number: PICK UP .. SA 6322
    Carrier: TEGRANT (SANCHUTE...        DELIVERING CARRIER INSTRUCTIONS:
                                            DO NOT BREAK DOWN PALLETS.
                                              DO NOT DOUBLE STACK
                                          TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** | US MERCHANTS |
| *Paseo Cucapah #5290* | 3324 142 AVE EAST |
| *Parque Industrial El Lago* | STE C |
| *Tijuana, B.C., MX 22550* | SUMNER WA 98390 |
|  | USA |
| **Tegrant Corporation, Alloyd Brands, REQUESTS A** |  |
| COPY OF THEIR BILL OF LADING BE SUBMITTED WITH |  |
| YOUR FREIGHT BILL AND OR INVOICE |  |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS | Alloyd product to be top load only. |
| 8737 WILSHIRE BLVD | Do not stack in transit. |
| BEVERLY HILLS CA 90211 |  |
| USA | 26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
Prepaid: _____        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 |  | I002747 | 1 | 27784 OP | 12568 |
| 2 | 312 | CTNS | 036094 184452 VTECH 5884 | 156600 | 4,842.24 |  | I002749 | 1 | 27788 OP | 12569 |

# Packages: 624                        Total Charges:          0.00
Total Weight:   10,302.24 LBS

rrier
gnature:

    Date: 06 10 265  *Ernesto B.*

he fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
TE -- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property:
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands


**Tegrant**

INVOICE NO tiju 14491
PAGE 1        *95*
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation        Facilities
Alloyd Brands        DeKalb, IL        Spartanburg, SC
1401 Pleasant Street        Branford, CT        Juncos, PR
DeKalb, Illinois 60115        Tijuana, MX        Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 9.200 | 2.601 | 1,726.12000 | 15,880.30 |

  CI: 176090-PNSNC TG1034 XL
  Item: 035382A
  Description: USMERCH-176090-PNSNC TG1034 XL
    U/M: K
  Date Shipped: 07/09/07
 **  Packing Slip: 12612
  **  BOL #: 4586

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,880.30 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,880.30 |


MEMBER
PMMI
ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 14492    *96*
PAGE 1
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 6.175 | 0.250 | 1,578.00000 | 9,744.15 |

```
        CI: 184452-VTECH 5884 PHONE WB
      Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
      U/M: K
Date Shipped: 07/09/07
 ** Packing Slip: 12611
    ** BOL #: 4586
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 9,744.15 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,744.15 |


MEMBER
PMMI

ISO 9001

Packing Slip

Page:        1
Pack Slip# 12611


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 7/09/07 | I002749 | 27788 OP | PREPAID\L | 3,833.49 | 247 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 36.000 | 6.175 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

Packing Slip
Page:       1
Pack Slip#    12612



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/09/07 | I002747 | 27784 OP | PREPAID/L | 6,440.00 | 368 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 9.200 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

SHIP.67n8.5v0s0b0T
PO/BOL: 4586                              Date: 07/09/07    Page:  1 of 1
Pro Number: PICK UP # TA 7173    DELIVERING CARRIER INSTRUCTIONS:
Carrier: TEGRANT (EST)               DO NOT BREAK DOWN PALLETS.
                                          DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> Paseo Cucapah #5290 <br> Parque Industrial El Lago <br> Tijuana, B.C., MX 22550 <br><br> **Tegrant Corporation, Alloyd Brands, REQUESTS A** <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS <br> 8737 WILSHIRE BLVD <br> BEVERLY HILLS CA 90211 <br> USA | Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: [X]        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 247 | CTNS | 036094 <br> 184452 VTECH PHONE | 156600 | 3,833.49 | | I002749 | 1 | 27788 OP | 12611 |
| 2 | 368 | CTNS | 035382A <br> 176090-PNSNC | 156600 | 6,440.00 | | I002747 | 1 | 27784 OP | 12612 |

# Packages: 615
Total Weight:     10,273.49 LBS

Total Charges:                0.00

Carrier
Signature:

    Date:  9 7 7

        Fernando Rios

                                                              1

the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5597951
PAGE 1
DATE 03/23/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*97*

**B
I
L
L

T
O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S
H
I
P

T
O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 36.650 | 14.080 | 16.170 | 1,343.00000 | 18,909.44 |

         CI: 176102-PNSNC TG3032 PHONE WB
      Item: 035380
  Description: USMERCH-PNSNC TG3032
        U/M: K
  Date Shipped: 03/23/07
** Packing Slip: 90540
    ** BOL #: 68551

MEMBER


ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

| | |
|---|---|
| SALES AMOUNT | 18,909.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,909.44 |

Packing Slip

Page:       1
Pack Slip#     90540



## SCA

SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/23/07 | D036280 | 26476 | Freight Exch-P | 6,301.00 | 352 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 36.650 | 14.080 |

C/I: 176102-PNSNC TG3032 PHONE WB

U69
22 @ 16

262

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL# 6856    Date: 03/23/07    Page: 1 of 1

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor
**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
1524 142 AVE EAST
STE C
SUMNER WA 98390
USA

**SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE**

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*SCA PAYS FRT*

Special Instructions
SCA product to be top load only
Do not stack in transit

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid: ✓    Third Party:

| # | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PU # |
|---|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 352 | CTNS | G35380 | | 6,301.00 | | 0030790 | 76476 |

# Packages: 352    Total Charges:    0.00
Total Weight: 6,301.00

Carrier
Signature

Date: 3/23/07  HDR

For Freight Collect Shipments. If this shipment is t. be delivered to the consignee without recourse o. the consignor, the consignor shall sign the followi. statement: The carrier may decline to make delive. of this shipment without payment of freight and a. other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of t. Dept. of Transportation.
This shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dckb 5598031
PAGE 1
DATE 03/27/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 36.650 | 16.200 | 0.000 | 1,343.00000 | 21,756.60 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 03/27/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



**SCA**



MEMBER
PMMI

ISO 9001
Registered

| SALES AMOUNT | 21,756.60 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,756.60 |

Packing Slip

Page:          1
Pack Slip#      90563



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 19302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

## SCA

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/26/07 | D036280 | 26476 | Freight Exch-P | 7,371.00 | 405 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 | K | 36.650 | 16.200 |
|   | USMERCH-PNSNC TG3032 | | | |

C/I: 176102-PNSNC TG3032 PHONE WB

THIS MEMORANDUM  is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Special Instructions
SCA product to be top load only.
Do not stack in transit.

| Pkg | Pkg Type | Package Description References | NMFC | Weight (lB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|
| 405 | CTNS | 035986 | | 7,371.00 | | 0035786 | 26476 |

# Packages: 405
Total Weight:        7,371.00

Total Charges:            $.00

Date: 3 /27 /07

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is specifically stated by the shipper to be not exceeding
Veh, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
rly classified below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood that this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said b, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications r on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.

# SCA Consumer Packaging, Inc.

DEKALB, IL  
BRANFORD, CT  
TIJUANA, MX  

SPARTANBURG, SC  
JUNCOS, PR  
NOGALES, MX  

INVOICE NO dekb 5598074  
PAGE 1  
DATE 03/29/07  
SALESMAN FILIPCHUK, GARET  
INVOICE REGULAR INVOICE  



**BILL TO**

C013116  
US MERCHANTS  
8737 WILSHIRE BLVD  
BEVERLY HILLS CA 90211  
USA  

**SHIP TO**

9  
US MERCHANTS  
3324 142 AVE EAST  
STE C  
SUMNER WA 98390  
USA  

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 30.000 | 16.640 | 13.360 | 1,343.00000 | 22,347.52 |

```
           CI: 175134 VTECH RZ6043 PHONE WB
         Item: 035365
  Description: USMERCH-175134 VTECH RZ6043 SET
          U/M: K
Date Shipped: 03/29/07
**  Packing Slip: 90714
    **  BOL #: 68619
```



MEMBER  
PMMI  

ISO 9001  
Registered  

REMIT TO:  
SCA Consumer Packaging, Inc.  
21035 NETWORK PLACE  
CHICAGO, IL. 60673-1210  

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 22,347.52 |

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

**SCA Consumer Packaging, Inc.**
1401 Pleasant St , DeKalb, Illinois 60115

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee:
DL MERCHANTS
4524 142 AVE EAST
SUMNER WA 98390
USA

Shipper:
DL MERCHANTS
747 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JEFF GREEN

SCA PAYS FRT.

Special Instructions
SCA product to be top load only,
do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X    Third Party:

| Pkgs | Pkg Type | Package Description Reference | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|------------------------------|------|-------------|------|-------------|---------------|
| 416  | CTNS     | 079988                       |      | 7,654.083   |      | 0e363R6     | 285.70        |

# Packages: 416
Total Weight: 7,654.083      Total Charges: 0.00

Name: _[signature]_

Date: 3/29/07

4

Fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of nt. of Transportation.

There moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

ner's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood at this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another n the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said it that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_[signature]_
Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*100*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 30.000 | 5.120 | 8.240 | 1,343.00000 | 6,876.16 |

```
          CI: 175134 VTECH RZ6043 PHONE WB
        Item: 035365
 Description: USMERCH-175134 VTECH RZ6043 SET
        U/M: K
Date Shipped: 03/29/07
**  Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 6,876.16 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,876.16 |


MEMBER
PMMI
USA

ISO 9001
Registered

Pack Slip# 90622


SCA

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 4,550.00 | 250 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 2 | 035363 | K | 10.000 | 10.000 |

USMERCH-175118 VTECH 5865 MED SET

C/I: 175118 VTECH 5865 PHONE WB

UTO 15ea
K 15ea
1e 10

# CTNS ___250___  PCS/CTN ___40___  TOTAL PIECES ___10,000___

Page:
Pack Slip#    90692



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 2,800.00  2365 | 150  128 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 | K | 30.000 | 5,400  5120 |
| | USMERCH-175134 VTECH RZ6043 SET | | | |

C/I: 175134 VTECH RZ6043 PHONE WB

U7I
K 8E16

# CTNS  128    PCS/CTN  40    TOTAL PIECES  5120

THIS MEMORANDUM a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

*SCA pays freight*

Special Instructions
SCA product to be top load only
Do not stack in transit

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X          Third Party:

| Pkgs | Pkg Type | Package Description References | NMF | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|-----|-------------|------|-------------|---------------|
| 1 250 | CTNS | 035363 | | 4,560.00 | | 0036380 | 26570 |
| 2 160 128 | CTNS | 035366 | | 2,880.00 2355 | | 0036380 | 26570 |

# Packages: 410 378
tal Weight: 6905#

Total Charges: 0.00

Date: 03/08/07

4

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois