# EXHIBIT A - 6

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

101

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 10.000 | 10.000 | 0.000 | 1,343.00000 | 13,430.00 |

```
        CI: 175118 VTECH 5865 PHONE WB
      Item: 035363
Description: USMERCH-175118 VTECH 5865 MED SET
       U/M: K
Date Shipped: 03/29/07
** Packing Slip: 0
     ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 13,430.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,430.00 |

MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO deKD 5596196

PAGE 1
DATE 03/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*102*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 8.240 | 0.000 | 1,343.00000 | 11,066.32 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 11,066.32 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,066.32** |

Packing Slip

Page:        1
Pack Slip#    90753



SCA

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/30/07 | D036522 | 26695 OP | Freight Exch-P | 3,494.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 | K | 7,650 | 7,680 |
|  | USMERCH-PNSNC TG3032 | | | |

C/I: 176102-PNSNC TG3032 PHONE WB

072 K 18016

192        40        TOTAL 7686
# CTNS        PGS/CTN        TOTAL PIECES

Reprint Packing Slip

Page: 1
Pack Slip# 90715



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/29/07 | D036380 | 26570 | Freight Exch-P | ~~3,242.00~~ 390# | ~~174~~ 206 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 USMERCH-175134 VTECH RZ6043 SET | K | 30.000 | ~~8.960~~ 8.240 |

C/I: 175134 VTECH RZ6043 PHONE WB

U71
K 12@16
1@14

206        40   TOTAL  8240

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 25049
PRO Number:
Carrier: FORWARD EXCHANGE

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3374 142 AVE EAST
STE 1
SUMNER WA 98390
USA

Invoice
PC MERCHANTS
9733 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA
EFF GREEN

*Sigant Corp*
*Allapbara*
*(LLLLL S.A)*
*Pays freight*

Special Instructions
SCA product is to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:  X        Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 192 | CTNS | 035386 | | 3,494.00 | | 0038527 | 26695 HP |
| 206 | CTNS | 035365 | | 3,790.00 | | 0038388 | 26570 |

# Packages: 398
Total Weight: 7,284.00                    Total Charges:    0.00

Signature:
Signature:

Date: 3 /29/07

4

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598201
PAGE 1
DATE 03/30/07     10%
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036522 | 26695 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 7.650 | 7.680 | 0.000 | 1,343.00000 | 10,314.24 |

```
              CI: 176102-PNSNC TG3032 PHONE WB
            Item: 035380
     Description: USMERCH-PNSNC TG3032
            U/M: K
    Date Shipped: 03/30/07
 **  Packing Slip: 90753
        **  BOL #: 68644
```

MEMBER
PMMI
USA

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 10,314.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **10,314.24** |



**Tegrant**

INVOICE NO dekb 5598821
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*104*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 23.000 | 6.360 | 0.000 | 1,343.00000 | 8,541.48 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 04/19/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 8,541.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,541.48 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Page:
Pack Slip#    9137



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**SCA**

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864)-582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 8405
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: CQ13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 04/19/07 | D036688 | 26834 OP | Freight Exch-P | 2,321.00 | 159 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 23.000 | 6.360 |

C/I: 176102-PNSNC TG3032 PHONE WB

9@16
1@15

# CTNS 159    PCS/CTN 40    TOTAL PIECES 6360

THIS MEMORANDUM

is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor,

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
TPC MERCHANTS
2324 TAE AVE EAST
STE D
SUMNER WA 98198
USA

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice
TEGRANT CORP.
ALLOYD BRANDS (FORMERLY SCA)
1401 PLEASANT ST
DEKALB IL 60115
USA

Special Instructions
SCA product to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless otherwise marked)
Prepaid:                Third Party:

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Inl Cost PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|--------------|--------------|----------|
| 1 | 169 | CTNS | 005380 | | 2,321.00 | | 0036088 | 1 20884 OP | 91272 |

# Packages: 169
Total Weight:    2,321.00

Total Charges:    0.00

Prior
Net Date:

Date:    /    /

the boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

* — Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598837
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

105



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 23.000 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

          CI: 176102-PNSNC TG3032 PHONE WB
        Item: 035380
  Description: USMERCH-PNSNC TG3032
        U/M: K
  Date Shipped: 04/19/07
**  Packing Slip: 91376
    ** BOL #: 68892

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER

ISO 9001
Registered

| SALES AMOUNT | 22,347.52 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



PAGE 1
DATE 05/09/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 16.640 | 25.785 | 1,343.00000 | 22,347.52 |

        CI: 176102-PNSNC 3032
      Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
       U/M: K
  Date Shipped: 05/09/07
  ** Packing Slip: 92005
    ** BOL #: 69172

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 22,347.52 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 22,347.52 |

Packing Slip



**Tegrant**

Page:
Pack Slip#    9200

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC, 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT, 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR, 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/09/07 | D037102 | 27162 OP | Freight Exch-P | 7,280.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 42.425 | 16.640 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

U78
26@16

# CTNS    416    PCS/CTN.    40    TOTAL PIECES    16,640

a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL 60177                                          Date: 05/09/07    Page: 1 of 1
PRO Number:

**Carrier:** FREIGHT EXCHANGE   **DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:                                           Consignee:
**Tegrant Corporation, Alloyd Brands**              US MERCHANTS
1401 Pleasant St., DeKalb, Illinois 60115           7324 142 AVE EAST
                                                     STE C
                                                     SUMNER WA 98390
                                                     USA

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee                          *Tegrant/Alloyd pays*    Special Instructions
US MERCHANTS                      *freight.*               Alloyd product to be top load only.
8737 WILSHIRE BLVD                                         Do not stack in transit
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X    Third Party:

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Paid | Order # / Ref | in | Cust PO # | Pck Slp |
|---|-----|----------|-------------------------------|------|-----------|------|---------------|-----|-----------|---------|
| 1 | 416 | CTNS | W453380A | | 7,280.00 | | 0037102 | 1 | 77187 QB | 30806 |

9 Packages 416                                      Total Charges
Total Weight:     7,280.00                                           0.00

Rider:            KLC
Signature:        K. EANKOWSKI
Date:  05/09/07

**NOTE** Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding



The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois

4



**Tegrant**

INVOICE NO dekb 5599564
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*107*

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 12.800 | 27.200 | 1,343.00000 | 17,190.40 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 92090
    ** BOL #: 69215

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 17,190.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,190.40 |



INVOICE NO dekb 5599565
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*108*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 3.360 | 22.425 | 1,343.00000 | 4,512.48 |

```
             CI: 176102-PNSNC 3032
           Item: 035380A
    Description: USMERCH-176102-PNSNC TG3032
           U/M: K
   Date Shipped: 05/11/07
** Packing Slip: 0
       ** BOL #:
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,512.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,512.48 |

Packing Slip

Page:
Pack Slip#    9201



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/10/07 | D037102 | 27162 OP | PREPAIDTL | 1,470.00 | 84 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 42.425 | 3.360 |
| | USMERCH-176102-PNSNC T63032 | | | |
| | C/I: 176102-PNSNC 3032 | | | |

5@16
1@4

| # CTNS | PCS/CTN. | TOTAL PIECES |
|--------|----------|--------------|
| 84 | 40 | 3360 |

ACCOUNTING COPY

Packing Slip

Page:
Pack Slip#    9209



Tegrant

| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
|---|---|---|---|
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/11/07 | D037052 | 27036 OP | Freight Exch-P | 0.00 | 320 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 40.000 | 12.800 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |
| | | | | |
| | C/I: 185244-VTECH 6768 PHONE | | | |

U75
20E14

# CTNS  320    PCS/CTN.  40    TOTAL PIECES  12.800

BO/BOL: 64215

Pro Number:                                    Date: 05/11/07    Page: 1 of 1

Carrier: FREIGHT EXCHANGE  **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3624 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice:                        *TEGRANT ALLOYD BRANDS*
US MERCHANTS                    *PAYS FRT*
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
A/P GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

*MUST*

*DELIVER MON. 5/14/07*

Freight Charge Terms (Freight charges
re collect unless marked otherwise)
Prepaid: ___X___   Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ord | Cj | Cust PO # | Pck Ship |
|---|-----|----------|-------------------------------|------|------------|------|-------------|----|-----------|----------|
| 1 | 320 | CTNS | 036330 | | 3,850.00 | | 0037062 | 1 | 27049.00 | 3,000 |
| 2 | 84 | CTNS | 035360A | | 1,470.00 | | 0037162 | 1 | 27162.01 | 1,001 |

# Packages: 404
Total Weight: 5,320.00                      Total Charge: 00.00

Shipper
Signature:                  *Kazimir Ojka*

be fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
lpoints imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
* - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all forms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
Alloyd Brands
DeKalb, Illinois

4


**Tegrant**

INVOICE NO dekb 5599618
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

109

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 16.160 | 11.040 | 1,343.00000 | 21,702.88 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 05/14/07
** Packing Slip: 0
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,702.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,702.88 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Page:          1
Pack Slip#      9213‹



**Tegrant**

| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
|---|---|---|---|
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116                     Ship To: (9)
US MERCHANTS                         US MERCHANTS
8737 WILSHIRE BLVD                   3324 142 AVE EAST
BEVERLY HILLS CA 90211               STE C
USA                                  SUMNER WA 98390
                                     USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/14/07 | D037052 | 27036 OP | Freight Exch-P | 7,363.00 | ~~416~~ 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 40.000 | ~~16,640~~ |
| | USMERCH-185244-VTECH 6768 PHONE | | | 16,160 pcs |
| | C/I: 185244-VTECH 6768 PHONE | | | |

U75
K 11,616
16 4

U76
14,1 4

# CTNS __404__    PCS/CTN __40__    TOTAL PIECES __16,160__

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Date _____ Page ____

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor
*Tegrant Corporation, Alloyd Brands*
1401 Pleasant St., DeKalb, Illinois 60115

*Tegrant Corporation, Alloyd Brands,* REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee

Invoice
TEGRANT-ALLOYD BRANDS
1401 PLEASANT ST
DEKALB IL 60115

Special Instructions
Alloyd product to be top load only
Do not stop in transit.

Freight Charge Terms (Freight charges
are collect unless marked otherwise)
Prepaid:          Third Party:

| Pkg | Pkg Type | Package Description Reference | NMFC | Weight(lb) | Rate | Order # Ref | Lnl | Cusr Po # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 404 | CTNS | 036330 | | 7,363.00 | | D037062 | 1 | 27036 OT | 92134 |

# Packages: 404
Total Weight:    7,363.00          Total Charges:        ...

Shipper
Signature:

Date: 05.14.07

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

A. – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*


**Tegrant**

INVOICE NO dekb 5599671
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

//o

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 11.040 | 0.000 | 1,343.00000 | 14,826.72 |

       CI: 185244-VTECH 6768 PHONE
     Item: 036330
 Description: USMERCH-185244-VTECH 6768 PHONE
      U/M: K
 Date Shipped: 05/15/07
**  Packing Slip: 92158
    **  BOL #: 69267

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 14,826.72 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 14,826.72 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip                      Page:        1
                                        69267        Pack Slip#    92158

# Tegrant

**Tegrant Corporation**
**Alloyd Brands**
**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/15/07 | D037052 | 27036 OP | Freight Exch-P | 4,830.00 | 276 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 40.000 | 11.040 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |
| | C/I: 185244-VTECH 6768 PHONE | | | |

# CTNS  276    PCS/CTN.  40    TOTAL PIECES  11,040

Packing Slip



Page:    3
Pack Slip#    9217ᵒ

| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
|---|---|---|---|
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI
=================================================================

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs. # |
|---|---|---|---|---|---|
| 05/15/07 | D037102 | 27162 OP | PREPAIDTL | ~~0.00~~ 2240 | ~~0~~ 128 |

=================================================================

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A USMERCH-176102-PNSNC T63032 | K | 42.425 | ~~0.000~~ 5120 |
| | C/I: 176102-PNSNC 3032 | | | |

U77
8@16 = 128

# CTNS _128_    PCS/CTN _40_    TOTAL PIECES _5120_

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignee:

*Tegrant Corporation, Alloyd Brands*
*1401 Pleasant St., DeKalb, Illinois 60115*

*Tegrant Corporation, Alloyd Brands*, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Consignee:
US MERCHANTS

SUMNER WA 98340
USA

Invoice:
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
ATTN GREEN

*TEGRANT ALLOYD BRANDS*
*PAYS FRT.*

Special Instruction:
Alloyd product to be top load only.
Do not stack or double.

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid: ___X___     Third Party: _____

| # Pkg | Pkg Type | Package Description / Reference | NMFC | Weight(LB) | Rated | Order # / Ref | In | Cust PO # | Pck Size |
|-------|----------|-------------------------------|------|-----------|-------|---------------|-----|-----------|----------|
| 1 276 | CTNS | 0536330 | | 4,830.00 | | D037052 | 1 | 270350 OP | 90168 |
| 2 128 | CTNS | 0453800A | | 2240 | | D037102 | 1 | 27010? OP | |

# Packages: 404
Total Weight: 7070        Total Charges:

Rider:
Signature:
Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois



INVOICE NO dekb 5599673
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

///



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 5.120 | 17.305 | 1,343.00000 | 6,876.16 |

```
        CI: 176102-PNSNC 3032
      Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
      U/M: K
Date Shipped: 05/15/07
```



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,876.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,876.16** |



INVOICE NO dekb 5599733
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

*112*



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 17.280 | 0.000 | 1,343.00000 | 23,207.04 |

```
              CI: 176102-PNSNC 3032
            Item: 035380A
     Description: USMERCH-176102-PNSNC TG3032
             U/M: K
    Date Shipped: 05/17/07
**    Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 23,207.04 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,207.04 |

MEMBER
PMMI

ISO 9001
Registered

Packing Slip

Page: 1
Pack Slip# 92254

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/17/07 | D037102 | 27162 OP | Freight Exch-P | 7,603.00 | 432 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 42.425 | 22.400 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

17,280

# CTNS 432    PCS/CTN 40    TOTAL PIECES 22.400

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

B O/ P O : 69290                    Date  05/17/07  Page    of
Pro Number :
Carrier: FREIGHT EXCHANGE

### DELIVERING CARRIER INSTRUCTIONS:
### DO NOT BREAK DOWN PALLETS.
### DO NOT DOUBLE STACK
### TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee

US MERCHANTS
3874 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
8731 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*Alloyd Brand
pays freight*

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Ship |
|-------|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 432 | CTNS | 095300A | | 7,603.00 | | D007107 | 1 | 771362 UP | 9225A |

# Packages: 432
Total Weight:  7,603.00

Total Charges       0.00

Carrier
Signature:

Date:      /      /

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
Agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois

## Guida Bryon

| | |
|---|---|
| **From:** | Anderson Angela |
| **Sent:** | Thursday, May 17, 2007 10:24 PM |
| **To:** | Sellers John; Renehan Theresa |
| **Cc:** | Combs Paula; Erickson Brad; Guida Bryon; Butzke Joy |
| **Subject:** | Incorrect Packing Slip |

US Merchants
Sales Order # D037102 Line 1 – Die # 35380A

Packing Slip Shows 432 ctns @ 40 ppc. = 22,400 Packing Slip # 92254

Should be 432 @ 40 = 17,280


**Tegrant**

INVOICE NO dekb 5599902
PAGE 1
DATE 05/23/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

_115_


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036737 | 26882 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 3.000 | 3.000 | 0.000 | 1,343.00000 | 4,029.00 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 05/23/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,029.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,029.00 |

Packing Slip



**Tegrant**

Page:          1
Pack Slip#    9240E

Tegrant Corporation      Spartanburg, SC. 29302    Juncos, PR. 00777     Tijuana, B.C., MX 22550
Alloyd Brands:           (t) 864-582-1000          (t) 787-734-8382       (t) 619-946-1240
MAIN PLANT               (f) 864-582-5982          (f) 787-734-8386       (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115   Branford, CT. 06405                              Nogales, Sonora CP 84055
(t) 815-756-8451         (t) 203-483-8305                                 (t) 011-52-631-320-0265
(f) 815-756-5187         (f) 203-483-5209                                 (f) 011-52-631-320-0267

```
Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE.C
USA                                 SUMNER WA 98390
                                    USA
```

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/23/07 | D036737 | 26882 OP | SERVICE BY AI-P | 1,298.00 | 75 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 | K | 3.000 | 3.000 |
|   | USMERCH-175134 VTECH RZ6043 SET | | | |

C/I: 175134 VTECH RZ6043 PHONE WB

074 D 4ec
iell

# CTNS ___75___    PCS/CTN. ___40___    TOTAL ___3000___
                                        PIECES _____

Service By Air

# SERVICE BY AIR
## WORLDWIDE AIR/GROUND NETWORK

Corporate Headquarters
Directory Information
Domestic / International
800-243-5545
P/U Date:23-May-07

SERVICE BY AIR TRACKING NUMBER

**W194183**

| ORIGIN | TRANSFER | DEST. |
|---|---|---|
| ORD | | |

| CUSTOMER NUMBER | SHIPPER | CUSTOMER NUMBER | RECEIVER |
|---|---|---|---|
| 93649 | SCA CONSUMER PACKAGING | | US MERCHANTS |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| 1401 PLEASANT ST | 3324 142 AVE. EAST,  SUITE C |

| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE |
|---|---|
| DEKALB, IL 60115 | SUMNER, WA 98390 |

| PRINT NAME / DEPT | PRINT NAME / DEPT |
|---|---|
| THERESA RENEHAN | CHRIS GHIZORI |

| TEL | REFERENCE # | TEL | Reference # |
|---|---|---|---|
| 8157568451 | D36737 | 253-863-7711 | 26882 OP |

BILL TO:
[✓] SHIPPER  [ ] RECEIVER  [ ] 3RD PARTY

DECLARED VALUE:
[ ] YES  [✓] NO   VALUE: $0.00

AUTHORIZATION #

DECLARED VALUE CHARGE

| BILLING TO | COMPANY SCA CONSUMER PACKAGING | VIP / SPECIAL | |
|---|---|---|---|
| CUSTOMER NUMBER 93649 | STREET ADDRESS 1401 PLEASANT ST | NEXT DAY | |
| | | 2ND DAY | X |
| CITY, STATE AND ZIP CODE DEKALB, IL 60115 | | ECONOMY | |
| NAME / DEPARTMENT | TELEPHONE NUMBER | REFERENCE NUMBER | NEXT DAY AM |

| PIECES | DESCRIPTION | WEIGHT | DIMENSIONS LENGTH | WIDTH | HEIGHT | | | |
|---|---|---|---|---|---|---|---|---|
| 75 | PLASTIC ARTICLES | 1298 | Dims - | See Page 2 | | INTERNATIONAL [ ] PRIORITY [ ] STANDARD | | |
| | | | | | | Shippers C.O.D. Indicate Amount | $0.00 | |
| | | | | | | C.O.D. FEE / FCCOD | | |
| | | | | | | TOTAL CHARGES | | |

## SPECIAL INSTRUCTIONS

PLEASE DELIVER BY NOON ON 5/25 UNLESS OTHER ARRANGEMENTS MADE   READY: NOW CLOSE: 6PM
REQ. DELIVERY DATE: 05/25/07
CONTROLLED BY: 93649 - SCA CONSUMER PACKAGING  1401 PLEASANT ST, DEKALB, IL  60115

The USPPI hereby authorizes the above named forwarder to act as forwarding agent for export control and customs purposes and forward this shipment in accordance with the conditions of carriage and the tariffs of the carriers employed. Shipper agrees and acknowledges that SBA will determine the method of transportation, routing, and choice of agent(s) to provide service requested. When shipment is transported by air, shipper must be in full compliance with all SBA and Transportation Security Administration (TSA) requirements. Our Limited Liability is $0.50 per pound unless excess value is declared and applicable charges paid. Service By Air, Inc. / SBA Consolidators, Inc. Corporate Headquarters 1-800-243-5545.

CONDITIONS OF CONTRACT AVAILABLE AT http://www.servicebyair.com    Shipper Signature: X _Renehan_

RECEIVED BY SBA DRIVER/AGENT
[ ] KNOWN SHIPPER  [ ] UNKNOWN SHIPPER

[✓] Known Shipper [✓] UnKnown Shipper

DRIVER SIGNATURE

X _Komo ZZ_

PRINT NAME: _Komo ZZ_

X

DATE _5/23/07_ TIME: _14:40_

Non Negotiable Airbill   1 - Shipper Copy

*As employee or authorized representative
(driver/agent) must request valid form(s) of ID from
each individual tendering freight for transport.

Valid ID:
1) A photo ID issued by a government authority.
2) 2 other forms of ID, at least one of which must be
issued by a government authority.

1st personal ID reviewed:
_DL_
* appearing on ID:
_2452810637.88_
Matched photo on ID?   X YES  [ ] NO

2nd personal ID reviewed:

* appearing on ID:

Matched photo on ID?  [ ] YES  [ ] NO


Tegrant

INVOICE NO dekb 5600167
PAGE 1
DATE 05/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*114*

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX


BILL TO

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

SHIP TO

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 37.720 | 1,343.00000 | 22,347.52 |

```
          CI: 176102-PNSNC 3032
        Item: 035380A
 Description: USMERCH-176102-PNSNC TG3032
         U/M: K
Date Shipped: 05/30/07
**  Packing Slip: 92632
     **  BOL #: 69425
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



**Tegrant**

INVOICE NO dekb 5600197
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

/15

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 16.280 | 21.440 | 1,343.00000 | 21,864.04 |

```
            CI: 176102-PNSNC 3032
          Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
          U/M: K
  Date Shipped: 05/31/07
**  Packing Slip: 92654
       **  BOL #: 69450
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 21,864.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,864.04 |

Packing Slip

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/31/07 | D037409 | 27412 OP | Freight Exch-P | 7,163.00 | 407 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 54.360 | 16.280 |
| | USMERCH-176102-PNSNC TG3032 | | | |
| | C/I: 176102-PNSNC 3032 | | | |

U79

9 7c6

U80

1c 16c6

1c 7

# CTNS____ 407    PCS/CTN. 40    TOTAL PIECES 16280

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
1407 147 AVE EAST
STE 1
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Notice:
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____ Third Party: _____

| #Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|------|----------|-------------------------------|------|-----------|------|-----------|----|-----------|----------|
| 407  | CTNS     | 0353000A |  | 7,163.00 |  | 0037409 | 1 | 27412 OR | 92654 |

# Packages: 407
Total Weight: 7,163.00          Total Charges: 0.00

Signature: _Brm Taylr Gordon 6515_

Date: 5/31/07

4

 are boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

D, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
rty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried bing understood it is contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and to each party at any time interested in all or any of said property so performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, nd terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
**DeKalb, Illinois**



INVOICE NO dekb 5601003
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL　　Spartanburg, SC
Branford, CT　　Juncos, PR
Tijuana, MX　　Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

```
         CI: 176102-PNSNC 3032
       Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
        U/M: K
Date Shipped: 06/29/07
**  Packing Slip:
      **  BOL #:
```

```
invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

MEMBER
PMMI

ISO 9001
Registered



Reprint Packing Slip

Page:            1
Pack Slip# 92841

**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/07/07 | D037409 | 27412 OP | Freight Exch-P | 7,488.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 54.360 | 4.000 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

| # CTNS | PCS/CTN | TOTAL PIECES |
|--------|---------|--------------|
| 416 | 40 | 4000 |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 69515                                    Date: 06/06/07    Page: 1 of 1
Pro Number:
Carrier: FREIGHT EXCHANGE DELIVERING CARRIER INSTRUCTIONS:
                                 DO NOT BREAK DOWN PALLETS.
                                 DO NOT DOUBLE STACK
                            TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> 1401 Pleasant St., DeKalb, Illinois 60115 <br><br> **Tegrant Corporation, Alloyd Brands**, REQUESTS A <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| Invoice | Special Instructions |
|---|---|
| TEGRANT CORP <br> ALLOYD BRANDS <br> 1401 PLEASANT ST <br> DEKALB IL 60115 <br> USA | Alloyd product to be top load only. <br> Do not stack in transit. |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| LN | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 416 | CTNS | 035380A | | 7,488.00 | | D037409 | 1 | 27412 OP | 92841 |

# Packages: 416
Total Weight:  7,488.00

Total Charges:                    0.00

Carrier
Signature: _____

Date:     /    /

† The term ubbcx used for this shipment conform in the specifications set forth in the box maker's certificate thereof, and all other requirements of Rule 41, of the Consolidated Freight Classification.
† This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier or shipper's weight."
‡ Shippers imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

1

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*


**Tegrant**

INVOICE NO dekb 5601023
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 16.640 | 44.360 | 1,343.00000 | 22,347.52 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 06/26/07
** Packing Slip:
** BOL #:

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

# THE MERCHANT OF TENNIS

8737 Wilshire Blvd. • Beverly Hills CA 90211
(310) 228-4000      Fax (310) 652-9905

**Purchase Order**

| | |
|---|---|
| Page No.: | 1 of 1 |
| Purchase Order: | 27791 OP |
| Date: | 6/21/2007 |
| Branch/Plant: | 200 |
| Ordered Date: | 6/19/2007 |
| Requested Date: | 6/27/2007 |
| Freight: | . |

Sold To:
**Tegrant Corporation**
Alloyd Brands
21035 Network Place
Chicago IL 60673-1210

Ship To:
**Washington Warehouse**
3324 142nd Avenue East, Ste C
Sumner WA 98390

| Line No./Rev | Item Number | Description | Ordered | U/OM | Unit Price | UOM | Extended Price | Request Date | Order No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.000  0 | 185244 | Pla: VTech 6768 Phone WB | 61,000 | EA | 1.3430 | EA | 81,923.00 | 6/27/2007 | 00002565 | OR |

Authorized By: Justin Butler

JUN 2 1 2007

Purchasing Manager
(310) 228-4000 Ext. 1041

RERUN
Project Coordinator: Emily Wong
Size: Custom medium
Gauge: 24 RPET

Sub Total: 81,923.00

| | |
|---|---|
| Terms: | Net 75 Days |
| Tax Rate: | *NA* |

| | |
|---|---|
| Sales Tax: | .00 |
| Order Total: | 81,923.00 |

☞ **IMPORTANT!**
Purchase Order number must appear on all packing slips, packages and invoices.
Shipments and prices must conform to Qty ordered.



**Tegrant**

INVOICE NO dekb 5601085
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX

*118*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 61.000 | 16.640 | 27.720 | 1,343.00000 | 22,347.52 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 06/27/07
** Packing Slip:
** BOL #:



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



Page:
Pack Slip#    9348

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/27/07 | D037764 | 27791 OP | Freight Exch-P | 7,322.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 61.000 | 16.640 |
|  | USMERCH-185244-VTECH 6768 PHONE | | | |
|  | C/I: 185244-VTECH 6768 PHONE | | | |

26@16

# CTNS  416   PCS/CTN  40   TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

SO/BOL: 89772                                          Date: 06/27/07    Page: 1 of 1

Pro Number:

Carrier: FREIGHT EXCHANGE    DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:                                              | Consignee
                                                        | US MERCHANTS
**Tegrant Corporation, Alloyd Brands**                  | 3324 142 AVE EAST
1401 Pleasant St., DeKalb, Illinois 60115               | STE C
                                                        | SUMNER WA 98390
                                                        | USA
**Tegrant Corporation, Alloyd Brands**, REQUESTS A      |
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH          |
YOUR FREIGHT BILL AND OR INVOICE                        |

Invoicee                                                | Special Instructions
US MERCHANTS                                            | Alloyd product to be top load only.
8737 WILSHIRE BLVD                                      | Do not stack in transit.
BEVERLY HILLS CA 90211                                 |
USA                                                     |
JEFF GREEN                                              |

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
Prepaid: X        Third Party:

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|----|-----------|----------|
| 1 | 416 | CTNS | 036330 | | 7,322.00 | | 0037764 | 1 | 27791 OP | 9348 |

# Packages: 416                                        | Total Charges:              0.00
Total Weight:    7,322.00

rrier
gnature:

Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
**agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood, upon this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, (if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the following
statement. The carrier may decline to make delivery
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois