# EXHIBIT A - 7



INVOICE NO dekb 5601174
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

*1. 9*



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 11.560 | 16.160 | 1,343.00000 | 15,525.08 |

```
          CI: 185244-VTECH 6768 PHONE
        Item: 036330
 Description: USMERCH-185244-VTECH 6768 PHONE
        U/M: K
Date Shipped: 06/29/07
**   Packing Slip:
      **  BOL #:
```

**REMIT TO:**
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 15,525.08 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 15,525.08 |



Page:
Pack Slip#　9354

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/28/07 | D037409 | 27412 OP | Freight Exch-P | 2,100.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A
USMERCH-176102-PNSNC TG3032 | K | 54.360 | 4.800 |

C/I: 176102-PNSNC 3032

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

# CTNS ___120___　PCS/CTN.___40___　TOTAL PIECES ___480___

Page:
Pack Slip#    9357

 **Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: C013116                 Ship To: (9)
US MERCHANTS                     US MERCHANTS
8737 WILSHIRE BLVD               3324 142 AVE EAST
BEVERLY HILLS CA 90211           STE C
USA                              SUMNER WA 98390
                                 USA
```

```
Order Contact:  CHRIS GHIZORI

Pack Date  Order #   Cust PO                  Ship Via                Weight Pkgs #

06/29/07   D037764   27791 OP                 Freight Exch-P          5,173.00  289

Line/Rel   Item                               U/M        Qty Ordered  Qty To Pack

   1       036330                             K            61.000       7,720
           USMERCH-185244-VTECH 6768 PHONE                            11,560

           C/I: 185244-VTECH 6768 PHONE
```

U82  5 e16
        1 e 4

U84  6 e16
       1 @ 12

U83  6 e16

# CTNS  289    PCS/CTN  40    TOTAL PIECES  11,560

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 69806
Pro Number:
Carrier: FREIGHT EXCHANGE

Date: 06/29/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid:          Third Party:

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|-----|------|------|------|------|------|------|------|------|------|
| 1 | 120 | CTNS | 035380A | | 2,100.00 | | D037409 | 1 | 27412 OP | 93541 |
| 2 | 289 | CTNS | 036330 | | 5,173.00 | | D037764 | 1 | 27791 OP | 93573 |

# Packages: 409
Total Weight:    7,273.00

Total Charges:    0.00

rier
nature:

Date: 6/29/07

4

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
operly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and desined as indicated below, which said carried being understood ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said n, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications set on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the follow statement: The carrier may decline to make deliv of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois



INVOICE NO dekb 5601193
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 4.800 | 0.000 | 1,343.00000 | 6,446.40 |

```
            CI: 176102-PNSNC 3032
          Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
           U/M: K
  Date Shipped: 06/29/07
** Packing Slip: 93541
     ** BOL #: 69806
```

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,446.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,446.40 |

MEMBER
PMMI
USA

ISO 9001
Registered



INVOICE NO dckb 5601204
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

/2/



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 61.000 | 16.160 | 0.000 | 1,343.00000 | 21,702.88 |

```
              CI: 185244-VTECH 6768 PHONE
            Item: 036330
     Description: USMERCH-185244-VTECH 6768 PHONE
            U/M: K
    Date Shipped: 06/29/07
  **  Packing Slip: 93571
       ** BOL #: 69807
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 21,702.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,702.88 |

Packing Slip

Page:        1
Pack Slip#   93571

*Tegrant*

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: C013116                  Ship To: (9)
US MERCHANTS                      US MERCHANTS
8737 WILSHIRE BLVD                3324 142 AVE EAST
BEVERLY HILLS CA 90211            STE C
USA                               SUMNER WA 98390
                                  USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 7,030.00 | 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 61.000 | 16.160 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

U83
25e16
K    1e4

# CTNS  404    PCS/CTN  40    TOTAL PIECES  16,160

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BOL/BOL: 69807

Pkg Number:                                          Date: 06/29/07    Page: 1 of 1

Carrier FREIGHT EXCHANGE    DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                              Consignee

**Tegrant Corporation, Alloyd Brands**      US MERCHANTS
1401 Pleasant St., DeKalb, Illinois 60115    3324 142 AVE EAST
STE C
SUMNER WA 98390
**Tegrant Corporation, Alloyd Brands**, REQUESTS A    USA
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee            *Tegart pay freight*       Special Instructions
US MERCHANTS                                 Alloyd product to be top load only.
737 WILSHIRE BLVD                            Do not stack in transit.
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___✓___         Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|------|------|------|------|------|------|------|------|
| 404 | CTNS | 036330 | | 7,030.00 | | 0037764 | 1 | 27791 UP | 93571 |

# Packages: 404                          Total Charges:            0.00
Total Weight:    7,030.00

Carrier
Signature:

Date: 6/29/07

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

* Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
* Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
* Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Received, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois



INVOICE NO dekb 5601477
PAGE 1
DATE 07/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 46.287 | 16.640 | 29.647 | 1,343.00000 | 22,347.52 |

      CI: 176102-PNSNC 3032
    Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
     U/M: K
 Date Shipped: 07/11/07
** Packing Slip: 93864
  ** BOL #: 69928

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **22,347.52** |

Packing Slip 

Page:      1

Pack Slip#    93864


**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/10/07 | D037765 | 27787 OP | Freight Exch-P | 7,238.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | Q35380A USMERCH-176102-PNSNC TG3032 | K | 46.287 | 16.640 |

C/I: 176102-PNSNC 3032

U85

D & G12F 26@16

# CTNS  416      PCS/CTN  40      TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DOT/BOL: 63928

Pro Number:                                                          Date: 07/11/07    Page:  1 of  1

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE**

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid:              Third Party

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 416 | CTNS | 035360A | | 7,238.00 | | D037765 | 1 | 27787 0P | 93864 |

# Packages: 416
Total Weight:    7,238.00

Total Charges:                   0.00

Carrier
Signature:

Date:  7/11/07

4

the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

(t) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois


*Tegrant*

INVOICE NO dekb 5601515
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

123

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 46.287 | 16.120 | 13.527 | 1,343.00000 | 21,649.16 |

      CI: 176102-PNSNC 3032
     Item: 035380A
 Description: USMERCH-176102-PNSNC TG3032
      U/M: K
Date Shipped: 07/12/07
  ** Packing Slip: 93871
    ** BOL #: 69929


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,649.16 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,649.16 |

Packing Slip

Page:
Pack Slip#    9387



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/11/07 | D037765 | 27787 OP | Freight Exch-P | 7,012.00 | 403 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 46.287 | 16.120 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

U86
15 e 16

U85
10 e 16
1 e 3

# CTNS 463   PCS/CTN 40   TOTAL PIECES 16,120

THIS MEMORANDUM   is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor
                  a copy or duplicate, covering the property named herein, and is intended solely for filing or record.
PRO/BOL: 69929

BOL Number:                                     Date: 07/11/97     Page:   1 of  1

Carrier: FREIGHT EXCHANGE

### DELIVERING CARRIER INSTRUCTIONS:
### DO NOT BREAK DOWN PALLETS.
### DO NOT DOUBLE STACK
### TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                                     | Consignee
                                              | US MERCHANTS
**Tegrant Corporation, Alloyd Brands**        | 3324 142 AVE EAST
1401 Pleasant St., DeKalb, Illinois 60115     | STE C
                                              | SUMNER WA 98390
                                              | USA
**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee                                      | Special Instructions
US MERCHANTS                                  | Alloyd product to be top load only.
8737 WILSHIRE BLVD                            | Do not stack in transit.
BEVERLY HILLS CA 90211
USA
JEFF GREEN

_Tegrant plus freight_

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 403 | CTNS | 035380A | | 7,012.00 | | 0037765 | 1 | 27787 GP | 93871 |

\# Packages: 403                              | Total Charges:              0.00
Total Weight:  7,012.00

Prier
Signature: _Carrol Busby_

Date: _____/_____/_____

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said party, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignee shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
_Tegrant Corporation_
**Alloyd Brands**
DeKalb, Illinois

4

 **Tegrant**

INVOICE NO dekb 5601528
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

12 ✓

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 46.287 | 13.560 | 0.000 | 1,343.00000 | 18,211.08 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 07/12/07
** Packing Slip: 93923
** BOL #: 69954

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 18,211.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,211.08 |

 MEMBER PMMI USA

ISO 9001
Registered

Packing Slip    69954

Page:

Pack Slip#    9392

**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 07/12/07 | D037765 | 27787 OP | PREPAIDTL | 5,865.00 | 339 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 46.287 | 13.560 |
|  | USMERCH-176102-PNSNC TG3032 |  |  |  |

C/I: 176102-PNSNC 3032

K- 2/E16
1 e 3

# CTNS  339  PCS/CTN  40  TOTAL PIECES  13560

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 65954                                    Date: 07/12/07    Page:  1 of  1
Pro Number:
Carrier: FRT EXCHANGE

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3824 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*TEGRANT ALLOYD BRANDS*
*PAY FRT*

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:          Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | in | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 339 | CTNS | 036380A | | 5,865.00 | | 0037765 | 1 | 27787 OP | 93923 |

# Packages: 339
Total Weight:     5,865.00

Total Charges:                    0.00

Carrier
Signature:

Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
DeKalb, Illinois



INVOICE NO 1iju 14882
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*125*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 0.225 | 0.025 | 1,578.00000 | 355.05 |

```
           CI: 184452-VTECH 5884 PHONE WB
         Item: 036094
  Description: USMERCH-184452 VTECH 5884 PHONE WB
         U/M: K
Date Shipped: 07/30/07
** Packing Slip: 12993
      ** BOL #: 4694
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 355.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 355.05 |



MEMBER
PMMI
USA

ISO 9001
Registered



Packing Slip
Page:           1
Pack Slip#     12993

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t)864-582-1000
(f)864-582-5982

Juncos, PR. 00777
(t)787-734-8382
(f)787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t)011-52-631-320-0265
(f)011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /30/07  | I002749 | 27788 OP | PREPAIDTL | 139.68 | 9 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35,000 | 0.226 |
|   | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS  9    PCS/CTN.  25    TOTAL PIECES  225

Packing Slip

Page:     1
Pack Slip#    12994



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  DOUG FARRELL

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /30/07 | 1002817 | 28171 OP | | 264.00 | 12 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| L | 036262 USMERCH-PNSNC 1035 | K | 0.300 | 0.300 |

C/I: 184487-PNSNC 1035

# CTNS  12     PCS/CTN  35     TOTAL PIECES  300



Merchant Packing Slip
Page:      1
Pack Slip#   12996

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 730/07 | I002747 | 27784 OP | PREPAIDTL | 1,640.00 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 035382A | K | 2.601 | 2.400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/1: 176090-PNSNC TG1034 XL | | | |



# CTNS  96    PCS/CTN  25    TOTAL PIECES  2,400

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Ship18.4Yh8.5v0s0b0T
DC/BOL: 4694                          Date: 07/30/07    Page:  1 of  1
Pro Number: PICK UP # 234632
Carrier: TEGRANT ( EST)

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

6 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___V___    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 9 | CTNS | 036094 184452 VTECH 5848 | 156600 | 139.68 | I002749 | 1 | 27788 OP | 12993 |
| 2 | 12 | CTNS | 036262 PNSC 1035 | 156600 | 264.00 | I002817 | 1 | 28171 OP | 12994 |
| 3 | 96 | CTNS | 035382A 176090-PNSC TG1034 X | 156600 | 1,640.00 | I002747 | 2 | 27784 OP | 12995 |

# Packages: 117
Total Weight:    2,043.68 LBS

Total Charges:                0.00

Carrier
Signature:

Date: 7 30 07    RAFAEL  Aoka

The boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

When this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

1



INVOICE NO tiju 14887
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*126*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002817 | 28171 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 0.300 | 0.300 | 0.000 | 1,666.12000 | 499.84 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-PNSNC 1035
U/M: K
Date Shipped: 07/30/07
** Packing Slip: 12994
** BOL #: 4694

REVISED QUANTITY DUE TO CUSTOMER REQUEST
FOR US TO SHIP OUT THE PARTS WE HAVE IN
INVENTORY vs SETTING UP THE TOOL AGAIN
AND RUNNING ANY MORE PARTS.
NS 7/30/07

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 499.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 499.84 |


**Tegrant**

INVOICE NO tiju 14889
PAGE 1
DATE 07/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

*127*


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|--------------|-------------------|------------|----------------|
| 2 | 2.601 | 2.400 | 0.201 | 1,726.12000 | 4,142.69 |

            CI: 176090-PNSNC TG1034 XL
          Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
   Date Shipped: 07/30/07
 ** Packing Slip: 12995
     **. BOL #: 4694


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,142.69 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 4,142.69 |


**Tegrant**

INVOICE NO tiju 15082
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

*128*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 14.000 | 12.540 | 1.460 | 1,585.00000 | 19,875.90 |

    CI: 143255 VTECH 6889/6896 4PK
    Item: 034875A
    Description: USMERCH-143255 VTECH 6889/6896 4PK
    U/M: K
    Date Shipped: 08/10/07
**    Packing Slip: 13191
    **  BOL #: 4742

MEMBER
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,875.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **19,875.90** |



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

# CTNS  418    PCS/CTN  30    TOTAL PIECES  12,540


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

# CTNS _____  PCS/CTN. _____  TOTAL PIECES _____

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Dept. to/whse/customer

_00/000/ 0740_

'ro Number: PICK UP # 5615-00

Carrier: OTRANS(CARRIER)

Date: 00/00/00    Page:

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> Paseo Cucapah #5290 <br> Parque Industrial El Lago <br> Tijuana, B.C., MX 22550 <br><br> **Tegrant Corporation, Alloyd Brands**, REQUESTS A <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE. EAST <br> STE 1 <br> SUMNER WA 98390 <br> USA |

| nvoice | Special Instructions |
|---|---|
| US MERCHANTS <br> 9737 WILSHIRE BLVD <br> BEVERLY HILLS CA 90211 <br> USA | Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: X_____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 418 | CTNS | 034875A <br> 143255 VTECH 6889 | 156600 | 8,594.08 | | 1002824 | 1 | 928228 UP | 13191 |
| 2 | 200 | CTNS | 035752 <br> TG3034 | 156600 | 3,732.00 | | 1002854 | 1 | 28295 | 13192 |

| # Packages: 618 | Total Charges: | 0.00 |
|---|---|---|
| Total Weight:    12,326.08 LBS | | |

rier    _Saykotcno Express_

nature:    _Altamirano_

Date:    _10 / 8 / 07_

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.
e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
pper's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
hout that contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
ty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments  if this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

1



**Tegrant**

INVOICE NO tiju 15087
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

*129*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002854 | 28295 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 5.000 | 5.000 | 0.000 | 1,666.12000 | 8,330.60 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-TG3034
U/M: K
Date Shipped: 08/10/07
** Packing Slip: 13192
** BOL #: 4742

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 8,330.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,330.60 |

MEMBER
PMMI
USA

ISO 9001
Registered



INVOICE NO tiju 15132
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

130



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 19.020 | 6.480 | 0.000 | 1,585.00000 | 10,270.80 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 08/14/07
** Packing Slip: 13223
** BOL #: 4751

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 10,270.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 10,270.80 |

MEMBER
PMMI
USA

ISO 9001
Registered



**Tegrant**

INVOICE NO tiju 15133
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT  Juncos, PR
Tijuana, MX   Nogales, MX

*/ 3 /*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 34.000 | 7.920 | 26.080 | 1,585.00000 | 12,553.20 |

```
          CI: 174932-RZ6053 SET
        Item: 035359
 Description: USMERCHANTS- 174932-RZ6053 SET
        U/M: K
Date Shipped: 08/14/07
   **  Packing Slip: 13224
      **  BOL #: 4751
```

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 12,553.20 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **12,553.20** |

Packing Slip

Page:        1
Pack Slip#    13222

# Tegrant

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 2/14/07 | I002832 | 28272 OP | PREPAIDTL | 2,680.00 | 134 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035429 | K | 4.000 | 4.020 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/I: 162991-VTECH 6789 | | | |

# CTNS  134    PCS/CTN  30    TOTAL PIECES  4,020

Packing Slip



Page:          1
Pack Slip#      13223

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /14/07 | I002824 | 028228 OP | PREPAIDTL | 4,440.96 | 216 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 034875A | K | 14.000 | 6.480 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS 216      PCS/CTN. 30      TOTAL PIECES 6,480

Packing Slip

Page:        1
Pack Slip#   13224

**Tegrant**

Tegrant Corporation        MAIN PLANT            Spartanburg, SC. 29302    Branford, CT. 06405
Alloyd Brands             1401 Pleasant Street     (t) 864-582-1000         (t) 203-483-8305
Paseo Cucapah #5290        DeKalb, Illinois 60115   (f) 864-582-5982         (f) 203-483-5209
Parque Industrial El Lago   (t) 815-756-8451
Tijuana, B.C., MX 22550    (f) 815-756-5187         Juncos, PR. 00777         Nogales, Sonora CP 84055
(t) 619-946-1240                                    (t) 787-734-8382          (t) 011-52-631-320-0265
(f) 619-946-1243                                    (f) 787-734-8386          (f) 011-52-631-320-0267

Bill To: C013116                      Ship To: (9)
US MERCHANTS                          US MERCHANTS
8737 WILSHIRE BLVD                    3324 142 AVE EAST
BEVERLY HILLS CA 90211               STE C
USA                                   SUMNER WA 98390
                                      USA

Order Contact:  CHRIS GHIZONI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /14/07 | I002826 | 026229 OP | PREPAIDTL | 5,280.00 | 264 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036369 | K | 34.000 | 7.920 |
|  | USMERCHANTS- 174932-RZ6063 SET |  |  |  |

C/1: 174932-RZ6063 SET

# CTNS 264    PCS/CTN 30    TOTAL PIECES 7,920

Packing Slip

Page: 1
Pack Slip# 13224

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | | Ship Via | Weight | Pkge # |
|---------|---------|---------|---|----------|--------|--------|
| /14/07  | 1002825 | 028229 OP | | PREPAIDTL | 5,280.00 | 264 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035359 | K | 34.000 | 7.920 |
| | USMERCHANTS-- 174932-RZ6053 SET | | | |
| | C/1: 174932-RZ6053 SET | | | |

# CTNS 264    PCS/CTN 30    TOTAL PIECES 7,920

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uep18.6/08.6v0c0b0T
DG/BOL .4751
Pro Number: PICK UP# SAS319                    Date: 08/14/07    Page:  1 of 1
Carrier: TEGRANT (SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** | US MERCHANTS |
| Paseo Cucapah #5290 | 3324 142 AVE EAST |
| Parque Industrial El Lago | STE C |
| Tijuana, B.C., MX 22550 | SUMNER WA 98390 |
| | USA |
| **Teguant Corporation, Alloyd Brands, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE** | |

| voicee | Special Instructions |
|---|---|
| S MERCHANTS | Alloyd product to be top load only. |
| 737 WILSHIRE BLVD | Do not stack in transit. |
| EVERLY HILLS CA 90211 | |
| SA | 26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
c collect unless marked otherwise)
epaid:  X____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 134 | CTNS | 035429 VTECH 6789 | 156600 | 2,680.00 | | I002832 | 1 | 28272 OP | 13222 |
| 216 | CTNS | 034875A 143255 VTECH 6889 | 156600 | 4,440.96 | | I002824 | 1 | 028228 OP | 13223 |
| 264 | CTNS | 035359 174932-RZ 6053 SET | 156600 | 5,280.00 | | I002825 | 1 | 028229 OP | 13224 |

# Packages: 614
otal Weight:   12,400.96 LBS                    Total Charges:        0.00

rier    Sancho tena  Express
nature:   ✗  D/tamirano

Date:  14/8/07

1

xes Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable classification
t, of Transportation.
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
erly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ut this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
n the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
r hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement. The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico


**Tegrant**

INVOICE NO tiju 15135
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

/32

**B I L L T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002832 | 28272 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 4.000 | 4.020 | 0.000 | 1,585.00000 | 6,371.70 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 08/14/07
** Packing Slip: 13222
** BOL #: 4751

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 6,371.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,371.70** |


MEMBER
PMMI
USA

ISO 9001
Registered

**Tegrant**

INVOICE NO tiju 15195
PAGE 1
DATE 08/17/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*133*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 34.000 | 8.760 | 17.320 | 1,585.00000 | 13,884.60 |

```
            CI: 174932-RZ6053 SET
          Item: 035359
   Description: USMERCHANTS- 174932-RZ6053 SET
          U/M: K
  Date Shipped: 08/17/07
** Packing Slip: 13291
     **  BOL #: 4772
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 13,884.60 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 13,884.60 |



Page:        1
Pack Slip#    13241

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211          STE C
USA                             SUMNER WA 98390
                                USA
```

```
rder Contact:  CHRIS GHIZORI
==========================================================================
ack Date  Order #   Cust PO          Ship Via                 Weight Pkgs #
--------  -------   -------          --------                 -----------
8/17/07   1002825   028229 OP        PREPAIDTL                 5,840.00  292
==========================================================================
ine/Rel   Item                       U/M      Qty Ordered     Qty To Pack
-------   ----                       ---      -----------     -----------
   1      035359                       K          34.000           8.760
          USMERCHANTS- 174932-RZ6053 SET

          C/I: 174932-RZ6053 SET
```

# CTNS 292    PCS/CTN. 30    TOTAL PIECES 8,760

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

000p18.5718.5v0s0b0T
. DO/BOL: 4772
Pro Number: PICK UP # 4GA4486          Date: 08/17/07    Page: 1 of 1
Carrier: TEGRANT (EST)

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

**Tegrant Corporation, Alloyd Brands, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE**

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>13 PALLETS OF PALLETS ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 292 | CTNS | 035359<br>174932-RZ6053SET | 156600 | 5,840.00 | | I002825 | 1 | 028229 OP | 13291 |

# Packages: 292
Total Weight:    5,840.00 LBS          Total Charges:          0.00

Carrier
Signature:

Date:  17 / 8 / 07          HELIO HDEZ

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
Tijuana, B.C., Mexico

1