# United States District Court for the Northern District of Illinois

Case Number: __08 c 50041__    Assigned/Issued By: _____

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

**FILED**
**APR 14 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

Original and __0__ copies on __4-14-08__ as to __deft__
                              (Date)

C:\wpwin80\docket\fecinfo.frm   01/01