**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION**

| | | |
|---|---|---|
| TEGRANT ALLOYD BRANDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 50041 |
| v. | ) ) | Judge Kapala Magistrate Judge Mahoney |
| THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS, | ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR INITIAL EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant  The Merchant of Tennis, Inc. d/b/a U.S. Merchants ("U.S. Merchants"), by its attorneys, respectfully moves this Court to extend by twenty-one (21) days the date by which U.S. Merchants must answer or otherwise plead to plaintiff's Amended Complaint ("Amended Complaint").  In support of this motion, U.S. Merchants states:

1.      On or about March 14, 2008, plaintiff Tegrant Alloyd Brands, Inc. ("Tegrant") filed a Complaint against U.S. Merchants.  That same day, the Court ordered Tegrant to file amended allegations of subject matter jurisdiction.  U.S. Merchants was not served with the Complaint.

2.      On or about April 3, 2008, plaintiff filed the Amended Complaint against U.S. Merchants.  U.S. Merchants was served with the Amended Complaint and summons on April 15, 2008.

3.    The undersigned counsel was recently retained to represent U.S. Merchants and needs additional time to review and investigate the claims and allegations of the Amended Complaint and prepare an adequate responsive pleading.

4.    U.S. Merchants' counsel has conferred with Plaintiff's counsel and Plaintiff has agreed to the proposed twenty-one (21) day extension to May 26, 2008 for U.S. Merchants to answer or otherwise plead.

WHEREFORE, Defendant The Merchant of Tennis, Inc. d/b/a U.S. Merchants respectfully requests that the Court extend by twenty-one (21) days until May 26, 2008 the date by which it must answer or otherwise plead to the Amended Complaint.

Dated:  May 5, 2008                           Respectfully submitted,


                                              s/ Alison C. Conlon
                                              One of the Attorneys for
                                              *The Merchant of Tennis, Inc. d/b/a U.S.*
                                              *Merchants*

Stephen J. Landes (1567411)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:      (312) 201-2555

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on May 5, 2008, a true and correct copy of the foregoing **Agreed Motion For Initial Extension of Time for Defendant to Answer or Otherwise Plead** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

   /s/ Alison C. Conlon                      
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:      (312) 201-2555