IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION

| | | |
|---|---|---|
| TEGRANT ALLOYD BRANDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 50041 |
| v. | ) ) ) | Judge Kapala<br>Magistrate Judge Mahoney |
| THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S LOCAL RULE 3.2 STATEMENT

Pursuant to Local Rule 3.2 and all other applicable Rules, Defendant The Merchant of Tennis, Inc. d/b/a U.S. Merchants states that it has no publicly held affiliates.

Dated: May 5, 2008          Respectfully submitted,


                            __s/ Alison C. Conlon_____

                            One of the Attorneys for
                            *The Merchant of Tennis, Inc. d/b/a U.S.*
                            *Merchants*

Stephen J. Landes (1567411)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:     (312) 201-2555

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2008, a true and correct copy of the foregoing **Defendant's Local Rule 3.2 Statement** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

 /s/ Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:     (312) 201-2555

Attorney for *The Merchant of Tennis, Inc. d/b/a U. S. Merchants*