# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:    3:08 cv 50041 |

TEGRANT ALLOYD BRANDS, INC.

    v.

THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**The Merchant of Tennis, Inc. d/b/a U.S. Merchants**

---

NAME (Type or print)
Stephen J. Landes

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Stephen J. Landes

FIRM   Wildman, Harrold, Allen & Dixon LLP

STREET ADDRESS   225 W. Wacker Drive, 30th Floor

CITY/STATE/ZIP   Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   312-201-2000 |
|---|---|
| 1567411 | |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 5, 2008, a true and correct copy of the foregoing **Appearance of Stephen J. Landes for Defendant The Merchant of Tennis, Inc. d/b/a U.S. Merchants,** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Stephen J. Landes
Stephen J. Landes (1567411)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax:    (312) 201-2555

Attorney for **The Merchant of Tennis, Inc. d/b/a U.S. Merchants**