**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TEGRANT ALLOYD BRANDS, INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 50041 |
| | ) | |
| v. | ) | Judge Kapala |
| | ) | Magistrate Judge Mahoney |
| THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS, | ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS COUNT II OF THE AMENDED COMPLAINT

Defendant The Merchant of Tennis, Inc. d/b/a/ U.S. Merchants, by its attorneys Stephen

J. Landes and Alison C. Conlon of Wildman, Harrold, Allen & Dixon LLP and pursuant to Fed.

R. Civ. P. 12(b)(6) and all other applicable rules, moves to dismiss Count II of the Amended

Complaint.  The unjust enrichment claim set forth in Count II is barred as a matter of law by the

contract allegations contained in the Amended Complaint, as explained more fully in the

companion memorandum of law which Defendant incorporates herein by reference

WHEREFORE, Defendant respectfully requests that the Court dismiss Count II with

prejudice and award any other relief deemed just.

Dated:  May 27, 2008              Respectfully submitted,

                                  s/ Alison C. Conlon
                                  One of the Attorneys for *The Merchant of Tennis, Inc.*
                                  *d/b/a U.S. Merchants*

Stephen J. Landes (1567411)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:    (312) 201-2555

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 27, 2008, a true and correct copy of the foregoing **Defendant's Motion to Dismiss Count II of the Amended Complaint** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ Alison C. Conlon
　　　　　　　　　　　　　　　　　　Alison C. Conlon (6272083)
　　　　　　　　　　　　　　　　　　Wildman, Harrold, Allen & Dixon LLP
　　　　　　　　　　　　　　　　　　225 West Wacker Drive, Suite 2800
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60606-1229
　　　　　　　　　　　　　　　　　　Phone:  (312) 201-2000
　　　　　　　　　　　　　　　　　　Fax:     (312) 201-2555