IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION

| | | |
|---|---|---|
| TEGRANT ALLOYD BRANDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 50041 |
| v. | ) ) | Judge Kapala |
| | ) | Magistrate Judge Mahoney |
| THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:　John J. O'Malley
　　　Brian P. Roche
　　　Jeffrey P. Swatzell
　　　Seyfarth Shaw LLP
　　　131 South Dearborn Street
　　　Suite 2400
　　　Chicago, IL 60603-5577

　　　PLEASE TAKE NOTICE that on May 30, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Mahoney, or in his absence before any other Judge who may be sitting in his stead, in Courtroom 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois, and shall then and there present **Defendant's Motion To Dismiss Count II of the Amended Complaint and Supporting Memorandum of Law** which are hereby served upon you.

Dated: May 27, 2008　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Alison C. Conlon
　　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for *The Merchant of Tennis, Inc. d/b/a U.S. Merchants*

Stephen J. Landes (1567411)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 27, 2008, a true and correct copy of the foregoing **Notice of Motion; Defendant's Motion To Dismiss Count II of the Amended Complaint and Supporting Memorandum of Law** were electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        _s/ Alison C. Conlon_
        Alison C. Conlon (6272083)
        Wildman, Harrold, Allen & Dixon LLP
        225 West Wacker Drive, Suite 2800
        Chicago, Illinois  60606-1229
        Phone:  (312) 201-2000
        Fax:     (312) 201-2555

        One of the Attorneys for *The Merchant of Tennis, Inc. d/b/a U.S. Merchants*