UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

Tegrant Alloyd Brands, Inc.
                                    Plaintiff,

v.                                                         Case No.: 3:08−cv−50041
                                                           Honorable Frederick J. Kapala

The Merchant Of Tennis, Inc., et al.
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, May 30, 2008:


MINUTE entry before the Honorable P. Michael Mahoney: Discovery hearing held on 5/30/2008. Defendant's Motion to dismiss [19] is moot upon filing of the amended complaint. Amended complaint due by 6/6/2008. Response to complaint due by 6/27/2008. Parties to hold Rule 26 Meeting. Case management order due by 6/19/2008. Initial Pretrial Conference set for 6/20/2008 at 01:30 PM. Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.