# EXHIBIT A

# SCA Consumer Packaging, Inc.

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

PAGE 2 of 27
DATE 03/23/07

SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002494 | 26444 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 26.000 | 10.800 | 0.000 | 1,585.00000 | 17,118.00 |

```
           CI: 162991-VTECH 6789
         Item: 035429
  Description: USMERCHANTS-VTECH 6789
         U/M: K
 Date Shipped: 03/24/07
** Packing Slip: 0
    ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| SALES AMOUNT | 17,118.00 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |



ISO 9001
Registered



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Page: 1
Pack Slip# 11068

```
Bill To: C013116                  Ship To: (9)
US MERCHANTS                      US MERCHANTS
8737 WILSHIRE BLVD                3324 142 AVE EAST
BEVERLY HILLS CA 90211            STE C
USA                               SUMNER WA 98390
                                  USA
```

```
rder Contact:  CHRIS GHIZORI
=================================================================
ack Date  Order #    Cust PO              Ship Via              Weight Pkgs #
--------  -------    ------               ----------------      --------  ------
3/24/07   I002494    26444                PREPAIDTL             7,200.00  360

=================================================================
ine/Rel   Item                            U/M    Qty Ordered    Qty To Pack
--------  --------------------            ----   -----------    -----------
  2       035429                          K          26.000         10.800
          USMERCHANTS-VTECH 6789

          C/I: 162991-VTECH 6789
```

CAPTURADO
FECHA

# CTNS __360__   PCS/CTN __30__   TOTAL PIECES __10,800__

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
US MERCHANTS

Invoice:
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Receipt Or Container
Subject To Count & Inspection

| # | Pkgs | Pkg Type | Package Description References | | Weight (LBS) | Rate | Order # Ref | Customer PO # |
|---|------|----------|------------------------------|--|--------------|------|-------------|---------------|
| 1 | 360 | CTN | | | | 7,200.000 | 0032494 | 26444 |
| 2 | 96 | CTN | | | | 0.00 | 0035846 | 26040 UP |

Total Packages: 456
Total Weight: 7,200.000 LBS     Total Charges: 0.00

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

2

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO HU 12601
PAGE 1
DATE 03/26/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

<table>
<tr><td>

**B I L L T O**

</td><td>

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

</td><td>

**S H I P T O**

</td><td>

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

</td></tr>
</table>

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.600 | 6.400 | 16.160 | 1,726.12000 | 11,047.17 |

```
            CI: 176090-PNSNC TG1034 XL
          Item: 035382
   Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
 Date Shipped: 03/26/07
** Packing Slip: 11083
      ** BOL #: 4046
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 11,047.17 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,047.17** |

Pack Slip# 11083



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/26/07 | D035846 | 26040 OP | PREPAIDTL | 4,480.00 | 256 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382 | K | 27.600 | 6.400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS  256    PCS/CTN.  25    TOTAL PIECES  6400

DO/BOL: 4046
Pro Number: SA5357          Date: 03/26/07    Page: 1 of 1
Carrier: SANCHOTENA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

15 PALLETS OF PLASTIC ARTICLES
SA5357 TRUCK NO.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ☒          Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 72 | CTN | 176090 11082 | 156600 | 1,512.00 | | D035846 | 26040 OP |
| 2 | 256 | CTN | 176090 11083 | 156600 | 4,480.00 | | D035846 | 26040 OP |
| 3 | 12 | CTN | VTECH 6789 11084 | 156600 | 240.00 | | I002511 | 26547 |

# Packages: 340
Total Weight:     6,232.00 LBS

Total Charges:          0.00

Carrier
Signature:

Date: 03/26/07    D.G.B.

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.
is shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
y on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
ty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is t
be delivered to the consignee without recourse o
the consignor, the consignor shall sign the followin
statement: The carrier may decline to make deliver
of this shipment without payment of freight and a
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tju 12011
PAGE
DATE 03/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.600 | 9.600 | 6.560 | 1,726.12000 | 16,570.75 |

```
         CI: 176090-PNSNC TG1034 XL
       Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
       U/M: K
Date Shipped: 03/27/07
**  Packing Slip: 11095
    ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 16,570.75 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **16,570.75** |

MEMBER
PMMI
USA

ISO 9001
Registered



Packing Slip



**SCA**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Pack Slip#    11095

Page:    1

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /27/07  | D038846 | 26040 OP | PREPAIDTL | 6,720 | 384 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035382 | K | 27.600 | 9.600 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS  384    PCS/CTN  25    TOTAL PIECES  9,600



**SCA**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Packing Slip

Pack Slip# 11098

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /27/07 | 1002517 | 26626 | PREPAIDTL | 1,973.76 | 96 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034878A USMERCH-143255 VTECH 6889/6896 4PK | K | 3.500 | 2.880 |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS  96   PCS/CTN 30   TOTAL PIECES 2,880

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

```
JOB16:67H8.5VOSober
    DO/BOL: 4051                          Date: 03/27/07    Page: 1 of 1
Pro Number:
    Carrier: SCA
```

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| Consignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Invoicee | Special Instructions |
|---|---|
| S MERCHANTS<br>737 WILSHIRE BLVD<br>EVERLY HILLS CA 90211<br>SA | SCA product to be top load only.<br>Do not stack in transit.<br><br>20 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: ___✗___      Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|
| 384 | CTNS | 176090<br>11095 | 156600 | 6,720.00 | | D035846 | 26040 OP |
| 96 | CTNS | 143255<br>11096 | 156600 | 1,973.76 | | I002517 | 26626 |

```
# Packages: 480                    Total Charges:         0.00
otal Weight:   8,693.76 LBS
```

rier
nature:

Date: 03/27/07          D.G.B.

1

ibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t. of Transportation.

shipment moves between two ports by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
erty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
r, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12622
DATE 03/27/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002517 | 26626 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.500 | 2.880 | 0.620 | 1,585.00000 | 4,564.80 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 03/27/07
** Packing Slip: 11096
** BOL #: 4051

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,564.80 |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12656
PAGE 1
DATE 03/28/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D035846 | 26040 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 27.600 | 6.575 | 0.000 | 1,726.12000 | 11,349.24 |

CI: 176090-PNSNC TG1034 XL
Item: 035382
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 03/28/07
** Packing Slip: 11108
** BOL #: 4056

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 11,349.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **11,349.24** |



MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip
Pack Slip# 11108
1

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-625-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011)-52-631-320-0268
Fax: (011)-52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 11/28/07 | 0035846 | 26040 QP | PREPAIDTL | 4,536.00 | 263 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382 | K | 27,600 | 6,575 |
|  | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

# CTNS  263    PCS/CTN.  25    TOTAL PIECES  6,575



Reprint Packing Slip

Page: 1

Pack Slip #: 11108



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/25/07 | 1002617 | 26626 | PREPAIDTL | 431.00 | 21 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 034876A | K | 3.500 | 0.630 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

---

# CTNS ___21___    PCS/CTN ___30___    TOTAL PIECES ___630___

U0p16.67h8.5vos@cs
DOT/BOL: 4056
Pro Number: JRS03
Carrier: SANCHOTENA

Date: 03/28/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

voicee
JS MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

12 PALLETS OF PLASTIC ARTICLES
JRS03 TRUCK NO.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: X      Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|
| 1 | 263 | CTN | 176090 11108 | 156600 | 4,536.00 | | D035846 | 26040 OP |
| 2 | 21 | CTN | 143255 11109 | 156600 | 431.00 | | I002517 | 26626 |

# Packages: 284
otal Weight:     4,967.00 LBS

Total Charges:        0.00

rier
nature:

Date: 28/ 07 / 0?

1

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
e declared or agreed value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in classification or tariff which governs the transportation of this shipment,
hese terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

INVOICE NO tiju 12669

DATE 03/28/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

6

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002517 | 26626 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 3.500 | 0.630 | 0.000 | 1,585.00000 | 998.55 |

```
         CI: 143255 VTECH 6889/6896 4PK
       Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
        U/M: K
Date Shipped: 03/28/07
 **  Packing Slip: 11109
      **  BOL #: 4056
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered



| | |
|---|---|
| **SALES AMOUNT** | 998.55 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 998.55 |



# SCA Consumer Packaging, Inc.

INVOICE NO tju 12733

PAGE

DATE 03/30/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 15.120 | 24.880 | 1,585.00000 | 23,965.20 |

CI: 174932-RX6053 SET
Item: 035359
Description: USMERCHANTS-RZ6053 SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 11167
** BOL #: 4070

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | | |
|---|---|---|
| SALES AMOUNT | | 23,965.20 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| **TOTAL** | | 23,965.20 |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12734

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

DATE 03/30/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.500 | 3.600 | 18.900 | 1,666.12000 | 5,998.03 |

```
             CI: 174633-PNSNC 6074 PHONE WB
          Item: 035351
   Description: USMERCH-VTECH NEW BOX SET
          U/M: K
  Date Shipped: 03/30/07
** Packing Slip: 11168
    ** BOL #: 4070
```



SCA

MEMBER
PMMI
USA



ISO 9001
Registered

| SALES AMOUNT | 5,998.03 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,998.03 |



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA
```

```
Order Contact:  CHRIS GHIZORI
```

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 8/30/07 | T002513 | 26546 OP | PREPAIDTL | 9,979.20 | 504 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035369 | K | 40.000 | 15.120 |
|   | USMERCHANTS-RZ6053 SET | | | |

```
        C/I: 174932-RX6053 SET
```

# CTNS __504__   PCS/CTN __30__   TOTAL PIECES __15,120__



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3817

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

# SCA

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /30/07 | 1002554 | 26697 OP | PREPAIDTL | 2,608.00 | 120 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| | 03638I | K | 22.500 | 3.600 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/1: 170633-PNSNC 6074 PHONE WB

# CTNS 120   PCS/CTN. 30   TOTAL PIECES 3,600

Ship Date: 03/30/07
DO/BOL: 4070                                          Date: 03/30/07     Page:   1  of  1
Pro Number:
Carrier: SCA

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

Invoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___X___     Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|------|----------|-------------------------------|------|-------------|------|-------------|-------------|
| 1 | 504 | CTNS | RZ6053 11167 | 156600 | 9,979.20 | | I002513 | 26546 OP |
| 2 | 120 | CTNS | VTECH 174633 11168 | 156600 | 2,508.00 | | I002554 | 26697 OP |

# Packages: 624
Total Weight:   12,487.20 LBS

Total Charges:               0.00

Carrier
Signature:

Date:    /    /          _Ernesto F_

1

* fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 12743
PAGE 1
DATE 04/02/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

| | |
|---|---|
| **B I L L T O.** C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | **S H I P T O** 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002513 | 26546 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 9.360 | 15.520 | 1,585.00000 | 14,835.60 |

    CI: 174932-RX6053 SET
    Item: 035359
Description: USMERCHANTS-RZ6053 SET
    U/M: K
Date Shipped: 04/02/07
** Packing Slip: 11180
    ** BOL #: 4078

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210





| SALES AMOUNT | 14,835.60 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **14,835.60** |



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-628-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386



Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/02/07 | 1002613 | 26546 OP | PREPAIDTL | 6,890.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036359 | K | 40.000 | 9.360 |
| | USMERCHANTS-RZ6053 SET | | | |
| | C/I: 174332-RX6053 SET | | | |

# CTNS  312    PCS/CTN  30    TOTAL PIECES  9360

Page: 1
11181



**SCA Consumer Packaging, Inc.**
Paseo Cucapa # 5290
Parque Industrial El Lago
Tijuala, B.C. MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/02/07 | 1002584 | 26697 OP | PREPAIDTL | 7,202.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035351 | K | 22,500 | 9,360 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |

# CTNS 312    PCS/CTN 30    TOTAL PIECES 9360

DO/BOL: 4078

Pro Number:

Carrier: SANCHOTENA

Date: 04/02/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

| onsignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| voicee | Special Instructions |
|---|---|
| S MERCHANTS<br>737 WILSHIRE BLVD<br>EVERLY HILLS CA 90211<br>SA | SCA product to be top load only.<br>Do not stack in transit.<br><br>26  PALLETS OF PLASTICS ARTICLES<br>SAS354      T RUCK NO |

eight Charge/Terms: (Freight charges
e collect unless marked otherwise)
epaid: ___X___    Third Party: _____

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO |
|---|---|---|---|---|---|---|---|
| 1 | 312 | CTN | 174932 11180 | 156600 | 6,890.00 | | I002513 | 26546 OP |
| 2 | 312 | CTN | 174633 11181 | 156600 | 7,202.00 | | I002554 | 26697 OP |

# Packages: 624
otal Weight:    14,092.00 LBS

Total Charges:                    0.00

rier
nature:

Date: _____/_____/_____

1

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
s is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

IVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 12746

DATE 04/02/07

SALESMAN **FILIPCHUK, GARET**

INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

1 0

| | |
|---|---|
| **BILL TO** | C013116<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA |
| **SHIP TO** | 9<br>US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002554 | 26697 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.500 | 9.360 | 9.540 | 1,666.12000 | 15,594.88 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/02/07
** Packing Slip: 11181
** BOL #: 4078

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 15,594.88 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **15,594.88** |


MEMBER
PMMI
USA

ISO 9001
Registered