# EXHIBIT A - 2

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO. DIN 13050
PAGE 1
DATE 04/18/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 15.500 | 1.740 | 13.760 | 1,585.00000 | 2,757.90 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 04/18/07
** Packing Slip: 11377
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 2,757.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,757.90** |



MEMBER
PMMI
USA

ISO 9001
Registered



EXPORT

SCA Consumer Packaging, Inc.
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

Page:       1
Pack Slip#   11377

MAIN PLANT
DEKALB, IL. 60115
Tel: (815) 756-8451
Fax: (815) 756-5187

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:   CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 4/18/07 | I002587 | 26881 OP | PREPAIDTL | 3,360.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035429<br>USMERCHANTS-VTECH 6789<br>R2378<br>C/I: 162991-VTECH 6789 | K | 3.300 | 3.300 |
| 2 | 035429<br>USMERCHANTS-VTECH 6789<br>R2376<br>C/I: 162991-VTECH 6789 | K | 15.500 | 1.740 |

CAPTURADO 4/18
FECHA_____

# CTNS   168   PCS/CTN.   30   TOTAL PIECES   5,040

THIS SHIPPING ORDER (must be copy filed in, in ink, indelible Pencil, or in Carbon, and retained by the Agent.)

Uniform Straight Bill of Lading

B.L/BO# : 4152                              Date: 04/16/97    Page: 1 of 1
Pro Number: SAV35.
Carrier: SANTHOLENA

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY – DO NOT REFRIGERATE

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee:
US MERCHANTS

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26PALLETS OF PLASTIC ARTICLES
SAV357

Freight Charge Terms: (freight charges
are collect unless marked otherwise)
Prepaid:   X       Third Party:

| # | Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|------|----------|------------------------------|------|-------------|------|-------------|---------------|
| 1 | 120 | CTN | 143255 11374 | 156600 | 2,717.00 | | 1002586 | 26880 OP |
| 2 | 110 | CTN | 162993 11377 | 156600 | 2,558.00 | | 1002587 | 26881 OP |
| 3 | 58 | CTN | 162991 11377 | 156600 | 1,160.00 | | 1002587 | 26881 OP |
| 4 | 336 | CTN | 174633 11378 | 156600 | 7,575.00 | | 1002578 | 26835 OP |

# Packages: 624                              Total Charges:    0.00
Total Weight:    14,092.00

Carrier
Signature:

Date:    /    /

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

It is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tju T5106
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*26*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 4.800 | 0.200 | 1,666.12000 | 7,997.38 |

```
            CI: 184487-PNSNC 1035
          Item: 036262
   Description: USMERCH-184487-PNSNC 1035
           U/M: K
  Date Shipped: 04/21/07
** Packing Slip: 11456
     ** BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | |
|---|---|
| SALES AMOUNT | 7,997.38 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **7,997.38** |


ISO 9001 Registered



Reprint Packing Slip

Page:       1
Pack Slip#    11410



## SCA

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
ll To: C013116                  Ship To: (9)
   MERCHANTS                     US MERCHANTS
37 WILSHIRE BLVD                 3324 142 AVE EAST
VERLY HILLS CA 90211             STE C
A                                SUMNER WA 98390
                                 USA
```

er Contact:  CHRIS GHIZORI

```
===========================================================================
 Date  Order #   Cust PO                Ship Via              Weight Pkgs #
------ -------   -------                --------              ------ ------
9/07  I002578   26835 OP               PREPAIDTL          4,910.00  240
21/07
===========================================================================
e/Rel  Item                        U/M       Qty Ordered    Qty To Pack
------  ----                       ---       -----------    -----------
       035351                       K            29.000          7.200
       USMERCH-VTECH NEW BOX SET

       C/I: 174633-PNSNC 6074 PHONE WB
```





# CTNS  240    PCS/CTN  30    TOTAL PIECES  7200

2401 Rv 02/06                    TRAFFIC PACKING LIST

Packing Slip
Page: 1
Pack Slip# 11411

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ll To: C013116
MERCHANTS
37 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact: CHRIS GHIZORI

| k Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|--------|---------|---------|---|----------|---|--------|--------|
| 19/07 21/07 | I002587 | 26881 OP | | PREPAIDTL | | 4,730.00 | 214 24 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 035429 USMERCHANTS-VTECH 6789 | K | 15.500 | ~~6.420~~ 720 |
| | C/I: 162991-VTECH 6789 | | | |

CAPTURADO
FECHA 09/29/07

CAPTURADO
FECHA 4-19    cancelled

| -2378 | # CTNS 214 | PCS/CTN 30 | TOTAL PIECES 6420 |
|-------|------------|------------|-------------------|

A 2401 Rv 02/06        TRAFFIC PACKING LIST

04/23/2007 08:24    #129 P.006/013

Page:      1
Pack Slip#    11421



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ll To: C013116
 MERCHANTS
737 WILSHIRE BLVD
VERLY HILLS CA 90211
A

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

er Contact:  CHRIS GHIZORI

| k Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|--------|---------|---------|---|----------|---|--------|--------|
| 19/07 21/07 | I002586 | 26880 OP | | PREPAIDTL | | 3,392.40 | 165 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 034875A | K | 22.150 | 4.950 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

CAPTURADO
FECHA 09/21/07

R2374

| # CTNS | 165 | PCS/CTN. | 30 | TOTAL PIECES | 4950 |

A 2401 Rv 02/06        TRAFFIC PACKING LIST

Packing Slip

Page #:        1
Pack Slip#     11456



## SCA

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX, 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 4/21/07 | D036804 | 26924 OP | PREPAIDTL | 4,224.00 | 192 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 036262 / | K | 5.000 | 4.800 |
| | USMERCH-184487-PNSNC 1035 | | | |
| | C/I: 184487-PNSNC 1035 | | | |

# CTNS  192    PCS/CTN.  25    TOTAL PIECES  4.800

```
J0p16x67h8.5v0s0b0T
. ♦     DO/BOL: 4172                      Date: 04/19/07   Page: 1 of 1
   Pro Number: TRUCK 5354
     Carrier: SCA (SANCHOTENA)  DELIVERING CARRIER INSTRUCTIONS:
                                  DO NOT BREAK DOWN PALLETS.
                                  DO NOT DOUBLE STACK
                                TOP LOAD ONLY – DO NOT REFRIGERATE
```

| onsignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| nvoicee | Special Instructions |
|---|---|
| JS MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>JSA | SCA product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

```
eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X        Third Party: _____
```

| |Pkg| Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 165 | CTNS | 143255<br>11421 | 156600 | 3,742.40 | | I002586 | 1 | 26880 OP | |
| 2 | 240 | CTNS | 174633 V TECH NEW BO<br>11410 | 156600 | 5,410.00 | | I002578 | 1 | 26835 OP | |
| 3 | 24 | CTNS | V TECH 6789<br>11411 | 156600 | 530.00 | | I002587 | 2 | 26881 OP | |
| 4 | 192 | CTN | 184487<br>11456 | 156600 | 4,624.00 | | D036804 | 1 | 26924 OP | |

```
  # Packages: 621                      Total Charges:              0.00
Total Weight:  14,306.40 LBS
```

```
rrier
gnature:

  Date:  4/21/07          NINO
```

1

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the follow statement. The carrier may decline to make deliv of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL        SPARTANBURG, SC
BRANFORD, CT      JUNCOS, PR
TIJUANA, MX       NOGALES, MX

INVOICE NO. THUB5124
PAGE 1
DATE 04/21/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

2 7

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002578 | 26835 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 29.000 | 7.200 | 0.200 | 1,666.12000 | 11,996.06 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
** BOL #:





MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

SCA

| | |
|---|---|
| SALES AMOUNT | 11,996.06 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,996.06 |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO tiju 13125
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*28*

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 22.150 | 4.950 | 13.600 | 1,585.00000 | 7,845.75 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



| | | |
|---|---|---|
| SALES AMOUNT | | 7,845.75 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| **TOTAL** | | 7,845.75 |



MEMBER
PMMI

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO tiju 13126
PAGE 1
DATE 04/21/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*29*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 1002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 0.720 | 13.040 | 1,585.00000 | 1,141.20 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 04/21/07
** Packing Slip: 0
** BOL #:



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 1,141.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,141.20 |

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANCHFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NUMBER
PAGE 1
DATE 04/24/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*30*

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 10.800 | 2.800 | 1,585.00000 | 17,118.00 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/24/07
** Packing Slip: 11477
** BOL #: 4197

---

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 17,118.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **17,118.00** |



MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO 0191357
PAGE 1
DATE 04/24/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*31*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**B I L L   T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED. | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 7.920 | 36.980 | 1,585.00000 | 12,553.20 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 04/24/07
** Packing Slip: 11478
** BOL #: 4197

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 12,553.20 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **12,553.20** |



MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

SCA

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| 1/24/07 | I002686 | 26880 OP | PREPAIDTL | 7,401.60 | 360 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 034875A | K | 22.150 | 10.800 |
|   | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS  360   PCS/CTN  30   TOTAL PIECES  10,800

SCA 2401 Rev 02/06                ACCOUNTING COPY

Packing Slip

Pack Slip# 11478



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/24/07 | 1002588 | 026883 OP | PREPAIDTL | 5,280.00 | 264 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 085359 | K | 44.900 | 7.920 |
|  | USMERCHANTS- 174932-RZ6053 SET |  |  |  |
|  | C/I: 174932-RZ6053 SET |  |  |  |

# CTNS __264__   PCS/CTN. __30__   TOTAL PIECES __7,920__

SCA 2401 R: 08/02

U0p16.67h8.5vo5ob0x
DO/BOL: 4197                                                     Date: 04/24/07   Page: 1 of 1
Pro Number: SA5329
Carrier: SANCHOTENA              DELIVERING CARRIER INSTRUCTIONS:
                                      DO NOT BREAK DOWN PALLETS.
                                        DO NOT DOUBLE STACK
                                  TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
SA5329

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___X___          Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 360 | CTN | 143255 | 156600 | 8,151.60 | | I002586 | 1 | 26880 OP | 11477 |
| 2 264 | CTN | 174932 | 156600 | 5,830.00 | | I002588 | 1 | 026883 OP | 11478 |

# Packages: 624
Total Weight:    13,981.60

Total Charges:                    0.00

Carrier
Signature:

Date:    /    /

---

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
to be delivered to the consignee without recourse
on the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico

1

# SCA Consumer Packaging, Inc.

INVOICE NO. 8513296
PAGE 1
DATE 04/26/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

*32*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 22.150 | 2.820 | 0.000 | 1,585.00000 | 4,469.70 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 04/26/07
** Packing Slip: 11535
** BOL #: 4209

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 4,469.70 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,469.70 |

# SCA Consumer Packaging, Inc.

INVOICE PAGE 21

PAGE 1

DATE 04/26/07

| DEKALB, IL | SPARTANBURG, SC |
| BRANFORD, CT | JUNCOS, PR |
| TIJUANA, MX | NOGALES, MX |

SALESMAN FILIPCHUK, GARET

INVOICE REGULAR INVOICE

33

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 44.900 | 15.840 | 21.140 | 1,585.00000 | 25,106.40 |

```
             CI: 174932-RZ6053 SET
           Item: 035359
    Description: USMERCHANTS- 174932-RZ6053 SET
          U/M: K
  Date Shipped: 04/26/07
** Packing Slip: 11536
**    BOL #: 4209
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 25,106.40 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **25,106.40** |


MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Pack Slip#    11536



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP. 8405**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 1/26/07 | I002686 | 26880 QP | PREPAIDTL | 1,932.64 | 94 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 034875A | K | 22,150 | 2,820 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS ___94___    PCS/CTN. ___30___    TOTAL PIECES ___2820___

SCA 2401 Rv 02/06                    ACCOUNTING COPY

Reprint Packing Slip                    1

Pack Slip# 11636



**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C. MX 22550
Tel 011-52-664-637-3521
Fax 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 840**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 4/26/07 | I002688 | 026883 OP | PREPAIDTL | 10,860.00 | 528 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 44,900 | 15,840 |
|  | USMERCHANTS- 174932-RZ6053 SET |  |  |  |
|  | C/I: 174932-RZ6053 SET |  |  |  |

# CTNS  528    PCS/CTN  30    TOTAL PIECES  15,840

SCA 2401 Rv 02/06                    ACCOUNTING COPY

U0p16.67h8.5v0s0b0T
DO/BOL: 4209
Pro Number: JRS03
Carrier: SANCHOTENA JRS03

Date: 04/26/07    Page: 1 of 1

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

---

onsignor

**SCA Consumer Packaging, Inc.**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

SCA CONSUMER PACKAGING, INC.,  REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee

US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

---

nvoicee

JS MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
JSA

Special Instructions
SCA product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES
JRS03

---

reight Charge Terms: (Freight charges
e collect unless marked otherwise)
repaid: _____    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 94 | CTN | 143255 | 156600 | 1,932.64 | | I002586 | 1 | 26880 OP | 11535 |
| 2 | 528 | CTN | 174932 | 156600 | 10,560.00 | | I002588 | 1 | 026883 OP | 11536 |

---

# Packages: 622
Total Weight:    12,492.64 LBS

Total Charges:    0.00

---

rrier
gnature:

Date: 26 / 04 / 07

1

---

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
fect on the date hereof, if this is a rail or a-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
Tijuana, B.C., Mexico

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO D036804
PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*34*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036804 | 26924 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 0.200 | 0.000 | 1,666.12000 | 333.22 |

```
          CI: 184487-PNSNC 1035
        Item: 036262
 Description: USMERCH-184487-PNSNC 1035
         U/M: K
Date Shipped: 04/28/07
**  Packing Slip: 0
    **  BOL #:
```

**REMIT TO:**
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 333.22 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **333.22** |

# SCA Consumer Packaging, Inc.

INVOICE NO. 951-13230 *35*

PAGE 1
DATE 04/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

DEKALB, IL          SPARTANBURG, SC
BRANFORD, CT        JUNCOS, PR
TIJUANA, MX         NOGALES, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036879 | 26876 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 60.000 | 8.640 | 51.360 | 1,578.00000 | 13,633.92 |

```
          CI: 184452-VTECH 5884 PHONE WB
        Item: 036094
 Description: USMERCH-184452 VTECH 5884 PHONE WB
         U/M: K
Date Shipped: 04/28/07
**  Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT | 13,633.92 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **13,633.92** |

MEMBER
PMMI
USA

ISO 9001
Registered



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Page:        1
Pack Slip#    11552

# SCA

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /28/07 | D036879 | 26876 OP | PREPAIDTL | 5,904.00 | 288 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 60.000 | 8.640 |
|  | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS  288     PCS/CTN  30     TOTAL PIECES  8,640



Page: 1

Pack Slip# 11553

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC, 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /28/07 | I002588 | 026883 OP | PREPAIDTL | 6,240.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 030350 | K | 44,900 | 9,360 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

# CTNS **312**    PCS/CTN **30**    TOTAL PIECES **9,360**

**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**MAIN PLANT
DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

```
ill To: C013116              Ship To: (9)
S MERCHANTS                  US MERCHANTS
737 WILSHIRE BLVD            3324 142 AVE EAST
EVERLY HILLS CA 90211        STE C
SA                           SUMNER WA 98390
                             USA
```

```
der Contact:
```

| ck Date Order # | Cust PO | Ship Via | Weight Pkgs # |
|---|---|---|---|
| /28/07  D03680A | 26924 OP | PREPAIDTL | 176.00   8 |

| e/Rel  Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|
| 035262 | K | 8.000 | 0.200 |
| USMERCH-184487-PNSNC 1035 | | | |

C/I: 184487-PNSNC 1035

# CTNS   8     PCS/CTN  25     TOTAL PIECES  200



**SCA Consumer Packaging, Inc.**
Paseo Cucapah # 5290
Parque Industrial El Lago
Tijuana, B.C., MX. 22550
Tel: 011-52-664-627-3521
Fax: 011-52-664-625-3317

**SCA**

Packing Slip
Page: 1
Pack Slip# 11555

**MAIN PLANT**
**DEKALB, IL. 60115**
Tel: (815) 756-8451
Fax: (815) 756-5187

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZONI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /28/07 | 1002878 | 26835 DP | PREPAIDTL | 122.76 | 6 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 0353B1 | K | 29.000 | 0.180 |
| | USMERCH-VTECH NEW BOX SET | | | |
| | C/I: 174633-PNSNC 6074 PHONE WB | | | |

# CTNS  6   PCS/CTN.  30   TOTAL PIECES  180

```
0p16.67h8.5v0s0b0T
        DO/BOL: 4218
    Pro Number: SA5341                     Date: 04/28/07   Page: 1 of 1
       Carrier: SANCHOTENA
```

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **SCA Consumer Packaging, Inc.**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**SCA CONSUMER PACKAGING, INC., REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE** | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| S MERCHANTS<br>737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>SA | SCA product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES<br>SA5341 |

Freight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  X        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 288 | CTN | 184452 11552 | 156600 | 6,504.00 | | D036879 | 1 | 26876 OP | 11552 |
| 312 | CTN | 174932 11553 | 156600 | 6,890.00 | | I002588 | 1 | 026883 OP | 11553 |
| 8 | CTN | 184487 11554 | 156600 | 226.00 | | D036804 | 1 | 26924 OP | 11554 |
| 6 | CTN | 174633 11555 | 156600 | 122.76 | | I002578 | 1 | 26835 OP | 11555 |

# Packages: 614                       Total Charges:          0.00
otal Weight:   13,742.76

rier
nature:   [signature: Sergio Silva]

Date:    /   /

1

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
Tijuana, B.C., Mexico