# EXHIBIT A - 4



**Tegrant**

INVOICE NO tiju 13504
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 6.120 | 6.920 | 1,585.00000 | 9,700.20 |

CI: 162991-VTECH 6789
Item: 035429
Description: USMERCHANTS-VTECH 6789
U/M: K
Date Shipped: 05/11/07
** Packing Slip: 11756
** BOL #: 4293

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 9,700.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,700.20 |



MEMBER

ISO 9001



Packing Slip

Page: 1
Pack Slip# 11756

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07  | 1002587 | 26881 OP | PREPAIDIL | 4,080.00 | 204 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 035429 | K | 15.500 | 6.120 |
|   | USMERCHANTS-VTECH 6789 | | | |
|   | C/I: 162991-VTECH 6789 | | | |


**Tegrant**

INVOICE NO tiju 13505
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*56*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 12.810 | 12.690 | 1,585.00000 | 20,303.85 |

```
              CI: 174932-RZ6053 SET
           Item: 035359
    Description: USMERCHANTS- 174932-RZ6053 SET
           U/M: K
  Date Shipped: 05/11/07
** Packing Slip: 0
      ** BOL #:
```

*PAcking Slip 11759*
*11742*

*BOL    4293*
*4286*

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 20,303.85 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 20,303.85 |



ISO 9001
Registered



Packing Slip
Page:          1
Pack Slip#    11742

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | 1002588 | 026883 OP | PREPAIDTL | 1,740.00 | 87 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 036369 | K | 25.500 | 2.610 |
| | USMERCHANTS- 174932-RZ6063 SET | | | |
| | C/I: 174932-RZ6063 SET | | | |

2610



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Packing Slip

Page:        1
Pack Slip#    11759

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /11/07 | I002588 | 026883 OP | PREPAIDTL | 6,800.00 | 340 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 2 | 035359 | K | 25.500 | 10.200 |
|  | USMERCHANTS- 174932-RZ6053 SET |  |  |  |

C/1: 174932-RZ6053 SET


**Tegrant**

INVOICE NO tiju 13511
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 7.920 | 88.710 | 1,726.12000 | 13,670.87 |

```
            CI: 176090-PNSNC TG1034 XL
          Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
           U/M: K
  Date Shipped: 05/14/07
** Packing Slip: 11777
     ** BOL #: 4304
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,670.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,670.87 |


MEMBER
PMMI
USA

ISO 9001
Registered

300p16.67h8.6v0s0b0t



Packing Slip
Page:          1
Pack Slip#    11779

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 6/14/07 | 1002588 | 026883 OP | PREPAIDTL | 3,360.00 | 168 |

| ine/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 2 | 035359 | | K | 25.500 | 6.040 |
| | USMERCHANTS- 174932-RZ6053 SET | | | | |
| | C/I: 174932-RZ6053 SET | | | | |

000p16.6/n8.0v0s0b0:

Reprint Packing Slip
Page:           1
Pack Slip#    11778


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386.

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267.

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/14/07  | 1002627 | 27164 OP | PREPAID FL | 4,224.00 | 192 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 036262 | K | 5.400 | 4.800 |
|   | USMERCH-PNSNC 1035 | | | |

C/I: 184487-PNSNC 1035

Packing Slip
Page:           1
Pack Slip#    11747



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/14/07  | D037078 | 27163 OP | PREPAIDLTL | 5,544.00 | 264 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 96.630 | 7.920 |
|   | USMERCH~176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0p16.67h8,5vosobot
   DO/BOL: 4304                Date: 05/14/07   Page: 1 of 1
Prb Number:
   Carrier: SCA ( SANCHOTENA) DELIVERING CARRIER INSTRUCTIONS:

DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>*Tegrant Corporation, Alloyd Brands*, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| **Invoicee**<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | **Special Instructions**<br>Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____   Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 264 | CTNS | 176090 | 156600 | 5,544.00 | | D037078 | 1 | 27163 OP | 11777 |
| 2 192 | CTN | PNSNC 1035 | 156600 | 4,224.00 | | I002627 | 1 | 27164 OP | 11778 |
| 3 168 | CTNS | 174932-RZ6053 | 156600 | 3,360.00 | | I002588 | 2 | 026883 OP | 11779 |

\# Packages: 624
Total Weight:    13,128.00 LBS        | Total Charges:      0.00

rrier Sanchodenu Ex.
gnature: Robe to Moelas

Date: 05/14/07

he fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

hipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty, described below in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ighout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party, at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ffect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the follow statement: The carrier may decline to make deliv of this shipment without payment of freight and other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

1


*Tegrant*

INVOICE NO tiju 13519
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002627 | 27164 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.400 | 4.800 | 0.000 | 1,666.12000 | 7,997.38 |

        CI: 184487-PNSNC 1035
      Item: 036262
Description: USMERCH-PNSNC 1035
       U/M: K
Date Shipped: 05/14/07
**   Packing Slip: 11778
      **  BOL #: 4304

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 7,997.38 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,997.38 |



**Tegrant**

INVOICE NO tiju 13526
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA



| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 5.040 | 7.650 | 1,585.00000 | 7,988.40 |

```
          CI: 174932-RZ6053 SET
        Item: 035359
 Description: USMERCHANTS- 174932-RZ6053 SET
        U/M: K
Date Shipped: 05/14/07
 **  Packing Slip: 11779
     **  BOL #: 4304
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,988.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,988.40 |


MEMBER
PMMI


ISO 9001
Registered



**Tegrant**

INVOICE NO tiju 13542
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 3.600 | 85.110 | 1,726.12000 | 6,214.03 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/15/07
** Packing Slip: 11790
** BOL #: 4308

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 6,214.03 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,214.03 |

MEMBER  PMMI    ISO 9001

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116                    Ship To: (T9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211         STE C
USA                                      SUMNER WA 98390
                                             USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| 5/15/07 | I002587 | 26881 OP | PREPAIDTL | | 4,620.00 | 231 |

| ine/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 2 | 035429 | | K | 15.500 | 6.930 |
| | USMERCHANTS-VTECH 6789 | | | | |
| | C/I: 162991-VTECH 6789 | | | | |



**Packing Slip**

Page:        1
Pack Slip#    11789

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/16/07 | I002888 | 026883 OP | PREPAID TL | 7,680.00 | 256 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035359 | K | 25.500 | 7,680 |
|  | USMERCHANTS- 174932-RZ6063 SET | | | |
|  | C/I: 174932-RZ6063 SET | | | |



Packing Slip

Page: 1
Pack Slip# 11790

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/15/07 | D037078 | 27163 OP | PREPAIDLTL | 2,520.00 | 120 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 96.630 | 3.600 |
| | USMERCH--176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

2009l6.67n8.5v0s0b0t

BL/BOL: 4308                                          Date: 05/15/07    Page:  1 of 1

Pro Number: SA5329

Carrier: SANCHOTENA          DELIVERING CARRIER INSTRUCTIONS:
                             DO NOT BREAK DOWN PALLETS.
                             DO NOT DOUBLE STACK
                             TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26  PALLETS OF PLASTICS ARTICLES<br>SA532  TRUCK NO. |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ☒         Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 231 | CTN | 162991 | 156600 | 4,620.00 | | I002587 | 2 | 26881 OP | 11788 |
| 2 | 256 | CTN | 174932<br>11789 | 156600 | 7,680.00 | | I002588 | 2 | 026883 OP | 11789 |
| 3 | 120 | CTN | 176090 | 156600 | 2,520.00 | | D037078 | 1 | 27163 OP | 11790 |

# Packages: 607                              Total Charges:           0.00
Total Weight:     14,820.00 LBS

Carrier
Signature: *Cayetano Carriu*

Date: 15/05/07

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation
Alloyd Brands*

1


**Tegrant**

INVOICE NO tiju 13551
PAGE 1
DATE 05/15/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002587 | 26881 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 15.500 | 6.930 | 0.000 | 1,585.00000 | 10,984.05 |

```
          CI: 162991-VTECH 6789
        Item: 035429
 Description: USMERCHANTS-VTECH 6789
         U/M: K
Date Shipped: 05/15/07
**  Packing Slip: 11788
    **  BOL #: 4308
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 10,984.05 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |


MEMBER

ISO 9001



INVOICE NO tiju 13552
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002588 | 026883 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 25.500 | 7.680 | 0.000 | 1,585.00000 | 12,172.80 |

```
          CI: 174932-RZ6053 SET
        Item: 035359
 Description: USMERCHANTS- 174932-RZ6053 SET
        U/M: K
Date Shipped: 05/15/07
**  Packing Slip: 11789
     **  BOL #: 4308
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


MEMBER
ISO 9001

| SALES AMOUNT | 12,172.80 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |



INVOICE NO tiju 13578
PAGE 1
DATE 05/16/07
SALESMAN FLIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 11.520 | 73.590 | 1,726.12000 | 19,884.90 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/16/07
** Packing Slip: 11802
** BOL #: 4313

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,884.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |


ISO 9001

Ø0Øp16.6/h8.5vØsØbØt


**Tegrant**

**Tegrant Corporation
Alloyd Brands**
*Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243*

*MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187*

*Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982*

*Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386*

*Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209*

*Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267*

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/16/07 | D03707B | 27163 OP | PREPAIDLTL | 6,720.00 | 384 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 96,630 | 11,520 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |

    C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

ͻU0p16.67h8.5v0s0b0T0U0p16.67h8.5v0s0b0T

DO/BOL:*4313                          Date: 05/16/07   Page: 1 of 1
Pro Number: TRUCK #SA5325    DELIVERING CARRIER INSTRUCTIONS:
Carrier: SCA (SANCHOTENA)    DO NOT BREAK DOWN PALLETS.
                            DO NOT DOUBLE STACK
                     TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| Tegrant Corporation, Alloyd Brands<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>Tegrant Corporation, Alloyd Brands, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| Invoicee<br>US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Special Instructions<br>Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

|   | Pkg | Pkg<br>Type | Package Description<br>References | NMFC | Weight(LB) | Rate | Order #<br>Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 384 | CTN | 176090-PNSNC | 156600 | 6,720.00 |  | D037078 | 1 | 27163 OP | 11802 |
| 2 | 240 | CTN | 143255 V TECH | 156600 | 4,934.20 |  | I002586 | 2 | 26880 OP | 11803 |

# Packages: 624                    Total Charges:                0.00
Total Weight: 11,654.20 LBS

Carrier
Signature

Date: 16/05/07

...boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

...is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

...the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

...shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

...E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

...EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
...property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
...throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
...on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
...erty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
...ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
...ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof set forth in classification...

For Freight Collect Shipments, if this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands



**Tegrant**

INVOICE NO tiju 13585
PAGE 1
DATE 05/16/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 12.000 | 7.200 | 4.800 | 1,585.00000 | 11,412.00 |

    CI: 143255 VTECH 6889/6896 4PK
    Item: 034875A
    Description: USMERCH-143255 VTECH 6889/6896 4PK
    U/M: K
    Date Shipped: 05/16/07
  ** Packing Slip: 11803
    ** BOL #: 4313

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,412.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,412.00 |

MEMBER
PMMI

ISO 9001


Tegrant

INVOICE NO tiju 13622
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

65

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 13.680 | 59.910 | 1,726.12000 | 23,613.32 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382A
     Description: USMERCH-176090-PNSNC TG1034 XL
             U/M: K
    Date Shipped: 05/18/07
**   Packing Slip: 11852
       **  BOL #: 4325
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 23,613.32 |
| MISC. CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,613.32 |


MEMBER
ISO 9001

**Packing Slip**

Page: 1

Pack Slip# 11852

## Tegrant

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 0/18/07 | D037078 | 27163 0P | PREPAIDLTL | 9,676.00 | 456 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036382A | K | 96.630 | 13,680 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

Packing Slip
Page:      1
Pack Slip#     11853

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/18/07 | I002586 | 26880 OP | PREPAIDIL | 3,289.60 | 160 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 034876A | K | 12.000 | 4.800 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |
| | C/I: 143255 VTECH 6889/6896 4PK | | | |

STRAIGHT BILL OF LADING – SHORT FORM -- ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4325
Pro Number: TRUCK #
Carrier: SCA ( SANCHOTENA)

Date: 05/18/07   Page: 1 of 1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____✗_____   Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|----|-----------|----------|
| 1 | 160 | CTNS | 034875A 143255 VTECH | 156600 | 3,289.60 | | I002586 | 2 | 26880 OP | 11853 |
| 2 | 456 | CTN | 035382A 176090-PNSNC | 156600 | 9,576.00 | | D037078 | 1 | 27163 OP | 11852 |

# Packages: 616
Total Weight:   12,865.60

Total Charges:            0.00

arrier
ignature: *Ganjeño Aeua Express*

Date: 19 / 5 / 07

1

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of e Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood roughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another rrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said perty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications ffect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof

For Freight Collect Shipments. If this shipment
bo delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands



INVOICE NO tiju 13637
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002586 | 26880 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 12.000 | 4.800 | 0.000 | 1,585.00000 | 7,608.00 |

```
        CI: 143255 VTECH 6889/6896 4PK
      Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
      U/M: K
Date Shipped: 05/18/07
** Packing Slip: 11853
   ** BOL #: 4325
```


MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 7,608.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,608.00 |



INVOICE NO tiju 13649
PAGE 1
DATE 05/21/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 18.720 | 41.190 | 1,726.12000 | 32,312.97 |

```
                    CI: 176090-PNSNC TG1034 XL
                 Item: 035382A
         Description: USMERCH-176090-PNSNC TG1034 XL
                 U/M: K
        Date Shipped: 05/21/07
    **  Packing Slip: 11877
          **  BOL #: 4335
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 32,312.97 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 32,312.97 |



MEMBER
PMMI

ISO 9001
Registered

Reprint Packing Slip

Page:        1

Pack Slip#    11877



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/21/07 | D037078 | 27163 OP | PREPAIDLTL | 14,404.00 | 624 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 96.630 | 18.720 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
uOp16.67 np.3v0c0b01
         DO/BOL: 4335                          Date: 05/21/07   Page:  1 of  1
    Pro Number: SA5329
      Carrier: SANCHOTENA
```

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

```
onsignor                               | Consignee
                                       | US MERCHANTS
    Tegrant Corporation, Alloyd Brands | 3324 142 AVE EAST
    Paseo Cucapah #5290                | STE C
    Parque Industrial El Lago          | SUMNER WA 98390
    Tijuana, B.C., MX 22550            | USA
                                       |
    Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
        YOUR FREIGHT BILL AND OR INVOICE
```

```
nvoicee                                | Special Instructions
US MERCHANTS                           | Alloyd product to be top load only.
8737 WILSHIRE BLVD                     | Do not stack in transit.
BEVERLY HILLS CA 90211                 |
USA                                    | 26  PALLETS OF PLASTICS ARTICLES
                                       | SA5329        TRUCK NO.
                                       |
                                       |
                                       |
```

```
reight Charge Terms: (Freight charges  |
re collect unless marked otherwise)    |
repaid: ____✗____     Third Party: _____ |
```

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 624 | CTN | 176090 | 156600 | 14,404.00 | | D037078 | 1 | 27163 OP | 11877 |

```
# Packages: 624                        | Total Charges:              0.00
Total Weight:   14,404.00 LBS          |
```

arrier
ignature:   *Abraham B.*

Date:   21/05/07

1

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

 **Tegrant**

INVOICE NO tiju 13728
PAGE 1
DATE 05/24/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL
Branford, CT
Tijuana, MX

Spartanburg, SC
Juncos, PR
Nogales, MX

 **BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 16.380 | 24.810 | 1,726.12000 | 28,273.85 |

```
              CI: 176090-PNSNC TG1034 XL
            Item: 035382A
     Description: USMERCH-176090-PNSNC TG1034 XL
            U/M: K
   Date Shipped: 05/24/07
** Packing Slip: 11941
     ** BOL #: 4353
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 28,273.85 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |

 MEMBER PMMI    ISO 9001



**Tegrant**

INVOICE NO tiju 13741
PAGE 1
DATE 05/25/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

69

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 96.630 | 15.600 | 9.210 | 1,726.12000 | 26,927.47 |

```
          CI: 176090-PNSNC TG1034 XL
        Item: 035382A
 Description: USMERCH-176090-PNSNC TG1034 XL
         U/M: K
Date Shipped: 05/25/07
**  Packing Slip: 11958
     **  BOL #: 4356
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 26,927.47 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 26,927.47 |

MEMBER
PMMI

ISO 9001
Registered



Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, C.T. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE 1
SUMNER WA 98390
USA

der Contact:

| k Date | Order # | Cust PO | Ship Via | Weight | Pkgs | # |
|--------|---------|---------|----------|--------|------|---|
| /25/07 | U03/078 | 2/163 UP | PREPAIDLTL | 10,920.00 | 624 | |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| | 036382A | K | 96.630 | 16.600 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

J0p16.67h8;5v0s0b0T
· D0/B0L: 4356                              Date: 05/25/07    Page:  1 of  1
Pro Number: TRUCK #
Carrier: SCA (SANCHOTENA) DELIVERING CARRIER INSTRUCTIONS:
                        DO NOT BREAK DOWN PALLETS.
                        DO NOT DOUBLE STACK
                     TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> *Paseo Cucapah #5290* <br> *Parque Industrial El Lago* <br> *Tijuana, B.C., MX 22550* <br><br> **Tegrant Corporation, Alloyd Brands**, REQUESTS A <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| voice | Special Instructions |
|---|---|
| S MERCHANTS <br> 737 WILSHIRE BLVD <br> EVERLY HILLS CA 90211 <br> SA | Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid:  ___✕___      Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 624 | CTNS | 035382A 176090-PNSNC | 156600 | 10,920.00 | | D037078 | 1 | 27163 OP | 11958 |

# Packages: 624
Total Weight:    10,920.00                    Total Charges:              0.00

rier
gnature:

Date:     /     /

Omar Sanchez
23-05-07

1

a fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
dept. of Transportation.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor



INVOICE NO tiju 13773
PAGE 1
DATE 05/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**Tegrant Corporation**
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037078 | 27163 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 96.630 | 9.225 | 0.000 | 1,726.12000 | 15,923.46 |

          CI: 176090-PNSNC TG1034 XL
        Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
  Date Shipped: 05/29/07
  ** Packing Slip: 11980
    ** BOL #: 4366


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,923.46 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,923.46 |

ЭUЗp16.67ħ8.5v0ѕ0b0T

**Packing Slip**

Page:       1
Pack Slip#     11980

## Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 5/29/07 | D037078 | 27163 OP | PREPAIDLTL | 6,457.50 | 369 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 96.630 | 9.225 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

Packing Slip

Page: 1
Pack Slip# 11981

**Tegrant**

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 5/29/07 | I002692 | 27413 OP | PREPAIDIL | 4,462.50 | 266 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 27,696 | 6.375 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

OUOp15.67h8.5v0s0b0T
DO/BOL: 4366                                          Date: 05/29/07    Page:  1 of 1
Pro Number: TRUCK # SA5318         DELIVERING CARRIER INSTRUCTIONS:
      Carrier: SCA (SANCHOTENA)      DO NOT BREAK DOWN PALLETS.
                                     DO NOT DOUBLE STACK
                                 TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____        Third Party: _____

| N | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|------------|------|---------------|----|-----------|----------|
| 1 | 255 | CTNS | 035382A 176090-PNSNC | 156600 | 4,462.50 | | 1002692 | 1 | 27413 OP | 11981 |
| 2 | 369 | CTN | 035382A 176090-PNSNC | 156600 | 6,457.50 | | D037078 | 1 | 27163 OP | 11980 |

# Packages: 624
Total Weight:    10,920.00 LBS

Total Charges:                0.00

Carrier: *Sanchotena*
Signature: *Omar Sanchez*

Date: *29 / 05 / 07*

---

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands


**Tegrant**

INVOICE NO tiju 13778
PAGE 1
DATE 05/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

71

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**B I L L   T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.596 | 6.375 | 21.221 | 1,726.12000 | 11,004.02 |

```
            CI: 176090-PNSNC TG1034 XL
          Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
          U/M: K
 Date Shipped: 05/29/07
  ** Packing Slip: 11981
     ** BOL #: 4366
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 11,004.02 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,004.02 |

MEMBER
PMMI

ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 13844
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands             DeKalb, IL        Spartanburg, SC
1401 Pleasant Street      Branford, CT      Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX       Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 27.596 | 13.900 | 7.321 | 1,726.12000 | 23,993.07 |

CI: 176090-PNSNC TG1034 XL
Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
U/M: K
Date Shipped: 05/31/07
** Packing Slip: 11998
    ** BOL #: 4377

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 23,993.07 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,993.07 |

MEMBER
PMMI

ISO 9001
Registered


**Tegrant**

INVOICE NO tiju 13868
PAGE 1
DATE 06/01/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 27.596 | 7.000 | 0.321 | 1,726.12000 | 12,082.84 |

          CI: 176090-PNSNC TG1034 XL
        Item: 035382A
   Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
  Date Shipped: 06/01/07
**  Packing Slip: 12054
    ** BOL #: 4392

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 12,082.84 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,082.84 |

MEMBER
PMMI

ISO 9001



INVOICE NO tiju 13869
PAGE 1
DATE 06/01/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation                 Facilities
Alloyd Brands          DeKalb, IL       Spartanburg, SC
1401 Pleasant Street   Branford, CT     Juncos, PR
DeKalb, Illinois 60115  Tijuana, MX     Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002693 | 27414 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 18.400 | 7.200 | 11.200 | 1,666.12000 | 11,996.06 |

      CI: 174633-PNSNC 6074 PHONE WB
      Item: 035351
    Description: USMERCH-VTECH NEW BOX SET
      U/M: K
  Date Shipped: 06/01/07
  **  Packing Slip: 12055
    ** BOL #: 4392

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 11,996.06 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,996.06 |

MEMBER
PMMI

ISO 9001
Registered

0U0p16.67/h8.5v0s0b01

Packing Slip

Page:        1
Pack Slip#    12064


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|----------|---------|---------|----------|--------|--------|
| 6/01/07 | I002692 | 27413 OP | PREPAIDTL | 6,020.00 | 280 |

| ine/Rel | Item | U/m | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 1 | 035382A | K | 27.596 | 7.000 |
| | USMERCH-176090-PNSNC TG103A XL | | | |
| | C/I: 176090-PNSNC TG103A XL | | | |



Packing Slip

Page: 1
Pack Slip# 12066

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:   CHRIS GHIZONI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 5/01/07 | 1002693 | 27414 OP | PREPAID TL | 4,934.40 | 240 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036351 | K | 18.400 | 7.200 |
| | USMERCH VTECH NEW BOX SET | | | |
| | C/I: 178633-PNSNC 6074 PHONE WB | | | |

FRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 4392                          Date: 06/01/07    Page: 1 of 1
Pro Number: TRUCK # SA5322
Carrier: SCA (SANCHOTENA)        DELIVERING CARRIER INSTRUCTIONS:
                                      DO NOT BREAK DOWN PALLETS.
                                      DO NOT DOUBLE STACK
                                   TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands, REQUESTS A**<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top-load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __X__        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 280 | CTNS | 035382A<br>176090–PNSNC | 156600 | 6,020.00 | | I002692 | 1 | 27413 OP | 12054 |
| 2 | 241 | CTNS | 035351<br>174633–PNSNC | 156600 | 4,934.40 | | I002693 | 1 | 27414 OP | 12055 |

# Packages: 521                      Total Charges:        0.00
Total Weight:    10,954.40 LBS

Carrier
Signature: _Abraham B._

Date: 1 / 06 / 07

1

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment.



INVOICE NO tiju 13892
PAGE 1
DATE 06/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002692 | 27413 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 4.500 | 4.200 | 0.300 | 1,666.12000 | 6,997.70 |

```
            CI: 184487-PNSNC 1035
         Item: 036262
  Description: USMERCH-PNSNC 1035
         U/M: K
Date Shipped: 06/04/07
**  Packing Slip:
        **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 6,997.70 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 6,997.70 |



MEMBER
PMMI

ISO 9001
Registered

 **Tegrant**

INVOICE NO tiju 13893
PAGE 1
DATE 06/04/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

24

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002693 | 27414 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 18.400 | 11.220 | 0.000 | 1,666.12000 | 18,693.87 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 06/04/07
** Packing Slip: 12064
** BOL #: 4397

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|--|--|
| SALES AMOUNT | 18,693.87 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,693.87 |


MEMBER
PMMI

ISO 9001
Registered

0U0p16.67h8.5v0s0b0T



**Tegrant**

Tegrant Corporation          MAIN PLANT              Spartanburg, SC. 29302    Branford, CT. 06405
Alloyd Brands                1401 Pleasant Street    (t) 864-582-1000          (t) 203-483-8305
Paseo Cucapah #5290          DeKalb, Illinois 60115  (f) 864-582-5982          (f) 203-483-5209
Parque Industrial El Lago    (t) 815-756-8451
Tijuana, B.C., MX 22550      (f) 815-756-5187        Juncos, PR. 00777         Nogales, Sonora CP 84055
(t) 619-946-1240                                     (t) 787-734-8382          (t) 011-52-631-320-0265
(f) 619-946-1243                                     (f) 787-734-8386          (f) 011-52-631-320-0267

Bill To: CO13116                      Ship To: (9)
US MERCHANTS                          US MERCHANTS
8737 WILSHIRE BLVD                    3324 142 AVE EAST
BEVERLY HILLS CA 90211                STE C
USA                                   SUMNER WA 98390
                                      USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 6/04/07 | IO02693 | 27414 OP | PREPAIDTL | 7,652.00 | 374 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035351 | K | 18.400 | 11.220 |
|   | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB



# CTNS  384          30          TOTAL   11,220
                     PCS/CTN



Packing Slip

Page:        1
Pack Slip#   12065

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP. 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

rder Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 6/04/07 | 1002692 | 27413 OP | PREPAIDTL | 3,696.00 | 168 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---------|------|-----|-------------|-------------|
| 2 | 036262 | K | 4.500 | 4.200 |
| | USMERCH-PNSNC 1035 | | | |
| | C/I: 184487-PNSNC 1035 | | | |

4,200

TOTAL

STRAIGHT·BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

OÜOp16.67h8.5vÖsÖbÖT

UÖ/BOL: 4397

. Pro Number: TRUCK #                    Date: 06/04/07    Page: 1 of 1

.   Carrier: SCA ( SANCHOTENA)   DELIVERING CARRIER INSTRUCTIONS:
                                 DO NOT BREAK DOWN PALLETS.
                                 DO NOT DOUBLE STACK
                                 TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands,** REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid:   __X__        Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 374 | CTNS | 035351<br>174633-PNSNC | 156600 | 7,652.00 | | I002693 | 1 | 27414 OP | 12064 |
| 2 | 168 | CTNS | 036262<br>184487-PNSNC | 156600 | 3,696.00 | | I002692 | 2 | 27413 OP | 12065 |

# Packages: 542                          | Total Charges:              0.00
Total Weight:    11,348.00 LBS

rrier
gnature:

Date: 4 /Jun/07 Edward Cortes

1

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

ppers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully rled tariffs in effect on the date of issue of this Bill of Lading,

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliver
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

INVOICE NO tiju 14241
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



77

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002745 | 027786 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.824 | 5.825 | 0.000 | 1,666.12000 | 9,705.15 |

        CI: 180347-PNSNC TG6053
        Item: 035754
    Description: USMERCH-180347-TG6053
        U/M: K
    Date Shipped: 06/26/07
    ** Packing Slip: 12349
        ** BOL #: 4494

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 9,705.15 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,705.15 |



MEMBER
PMMI

ISO 9001
Registered

INVOICE NO tiju 14242
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002746 | 027790 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 5.010 | 0.000 | 1,585.00000 | 7,940.85 |

        CI: 162991-VTECH 6789
      Item: 035429
Description: USMERCHANTS-VTECH 6789
       U/M: K
Date Shipped: 06/26/07
   ** Packing Slip: 12348
     ** BOL #: 4494

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI

ISO 9001
Registered

| SALES AMOUNT | 7,940.85 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 7,940.85 |

U0p16.67h8.5v0e0b0T



Packing Slip
Page:         1
Pack Slip#   12348

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
1737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /26/07 | I002746 | 027790 OP | PREPAIDTL | 3,340.00 | 167 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| | 036429 | K | 5.000 | 5.010 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/I: 162991-VTECH 6789 | | | |

Packing Slip
Page:       1
Pack Slip#   J2349



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8787 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | PKgs # |
|-----------|---------|---------|----------|--------|--------|
| /26/07 | I002745 | 027786 OP | PREPAIDTL | 44,420.01 | 53 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035754 | K | 5,824 | 5,824 |
|  | USMERCH-180347-TG6053 | | | |

C/I: 180347-PNSNC TG6053

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

UUp16.67h8.5v0s0b0T'

.. OO/BOL: 4494          Date: 06/26/07    Page: 1 of 1

Pro Number:

Carrier: TEGRANT (SANCHOTE**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor

**Tegrant Corporation, Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

nvoicee

S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 17 PALLETS OF PLASTIC ARTICLES

---

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: __X____    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 167 | CTNS | 035429 VTECH 6789 | 156600 | 3,340.00 | | I002746 | 1 | 027790 UP | 12348 |
| 233 | CTNS | 035754 180347-TG6053 | 156600 | 44,420.00 | | I002745 | 1 | 027786 UP | 12349 |

# Packages: 400
otal Weight:    47,760.00 LBS

| Total Charges:          0.00
|

rier
nature: Coyl fano Carrillo

Date: 26 / 06 / 07

---

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

- is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
pt. of Transportation.

, shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
"e imports in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
rperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
Tegrant Corporation

1



INVOICE NO tiju 14265
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*79*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 9.360 | 3.805 | 1,666.12000 | 15,594.88 |

```
              CI: 174633-PNSNC 6074 PHONE WB
            Item: 035351
     Description: USMERCH-VTECH NEW BOX SET
             U/M: K
   Date Shipped: 06/27/07
** Packing Slip: 12371
     ** BOL #: 4502
```



REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 15,594.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,594.88 |


**Tegrant**

INVOICE NO tiju 14266
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 9.360 | 21.640 | 1,585.00000 | 14,835.60 |

        CI: 174932-RZ6053 SET
      Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
      U/M: K
Date Shipped: 06/27/07
**  Packing Slip: 12372
      **  BOL #: 4502

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 14,835.60 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 14,835.60 |


MEMBER
PMMI

ISO 9001
Registered



Reprint Packing Slip
Page: 1
Pack Slip# 12371

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-026 5
(f) 011-52-631-320-026 7

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /27/07 | 1002748 | 027786 OP | PREPAIDTL | 6,383.52 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035361 | K | 13.165 | 9.360 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

J0p16.67h8.5v0s0b01000p16.67h8.5v0s0mmi

 **Tegrant**

Packing Slip

Page:          1
Pack Slip#    12372

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To:  C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /27/07 | I002750 | 27789 OP | PREPAIDTL | 6,240.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035359 | K | 31.000 | 9.360 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

TOP16.6/h8_sv0s0b01
BOL/BOL: 4502                              Date: 06/27/07   Page: 1 of 1
Pro Number: TRUCK # SA5320
Carrier: SCA ( SANCHOTENA   DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| Tegrant Corporation, Alloyd Brands<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>*Tegrant Corporation, Alloyd Brands*, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____   Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTN | 035351<br>174633-PNSNC | 156600 | 6,383.52 | | I002748 | 1 | 027785 OP | 12371 |
| 2 | 312 | CTNS | 035359<br>174932-RZ6053 | 156600 | 6,240.00 | | I002750 | 1 | 27789 OP | 12372 |

# Packages: 624
Total Weight:   12,623.52 LBS

Total Charges:                    0.00

Carrier
Signature: GUSTAVO.G

Date: 06 / 27 / 07

Where fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are inproper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
Note Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Note Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
that this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement. The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*

1