# EXHIBIT A - 5

 **Tegrant**

INVOICE NO tiju 14306
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX


**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|-------------|--------------|-------------------|------------|----------------|
| 1 | 13.165 | 3.600 | 0.205 | 1,666.12000 | 5,998.03 |

```
            CI: 174633-PNSNC 6074 PHONE WB
          Item: 035351
   Description: USMERCH-VTECH NEW BOX SET
          U/M: K
  Date Shipped: 06/28/07
** Packing Slip: 12411
   ** BOL #: 4514
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 5,998.03 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,998.03** |



INVOICE NO tiju 14307
PAGE 1
DATE 06/28/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

8 2

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 8.640 | 13.000 | 1,585.00000 | 13,694.40 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 06/28/07
** Packing Slip: 12412
** BOL #: 4514



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,694.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,694.40 |

Packing Slip

Page:        1
Pack Slip#    12410

# Tegrant

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|---|---|---|---|---|---|
| /28/07 | I002747 | 27784 OP | PREPAIDTL | 437.60 | 216 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.001 | 8.400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |

C/I: 176090-PNSNC TG1034 XL

U0p16.67h8.5v0s0b0i

Packing Slip

Page: 1
Pack Slip# 12411

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | | Weight | Pkgs # |
|---|---|---|---|---|---|---|
| /28/0/ | 1002748 | 027786 OP | PREPAID TL | | 613.80 | 120 |

| ne/Rel | Item | | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|---|
| 1 | 035351 | | K | 13.185 | 3.600 |
| | USMERCH-VTECH NEW BOX SET | | | | |
| | C/I: 174633-PNSNC 60/4 PHONE WB | | | | |

U0p16.6/h8.5v0s0b0l



Packing Slip
Page:          1
Pack Slip#   12412

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /28/07 | 1002760 | 27789 OP | PREPAIDTL | 6,000.00 | 288 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 085359 | K | 31.000 | 8.640 |
|   | USMERCHANTS- 174932-RZ6083 SET | | | |

C/1: 174932-RZ6083 SET

TOTAL

BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uᴏp16.   5vᴏsᴏbᴏTᴏUᴏp16,67h8.5vᴏsᴏbᴏTᴏUᴏp16.67h8.5vᴏsᴏbᴏT
          PK: 4514          Date: 06/28/07    Page: 1 of 1
Pro   Br: PICK UP # SA5322
Carrier: TEGRANT(SANCHOTEN DELIVERING CARRIER INSTRUCTIONS:
                          DO NOT BREAK DOWN PALLETS.
                          DO NOT DOUBLE STACK
                    TOP LOAD ONLY - DO NOT REFRIGERATE

---

Consignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

*Tegrant Corporation, Alloyd Brands,* REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

| Consignee
| US MERCHANTS
| 3324 142 AVE EAST
| STE C
| SUMNER WA 98390
| USA

---

Invoicee
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

| Special Instructions
| Alloyd product to be top load only.
| Do not stack in transit.
|
| 26 PALLTES OF PLASTIC ARTICLES

---

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __X__    Third Party: _____

---

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 216 | CTN | 035382A | 156600 | 437.50 | | I002747 | 1 | 27784 OP | 12410 |
| | | | 176090--PNSNC | | | | | | | |
| 2 | 120 | CTNS | 035351 | 156600 | 613.80 | | I002748 | 1 | 027785 OP | 12411 |
| | | | VTECH | | | | | | | |
| 3 | 288 | CTNS | 035359 | 156600 | 6,000.00 | | I002750 | 1 | 27789 OP | 12412 |
| | | | 174932 | | | | | | | |

---

# Packages: 624
Total Weight:   7,051.30 LBS

| Total Charges:          0.00

Carrier
Signature: *Cayetano Carnila*

Date: *06/28/07*

1   The boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

*   Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
*Tegrant Corporation*

1



INVOICE NO tiju 14340
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*83*

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL     Spartanburg, SC
1401 Pleasant Street     Branford, CT     Juncos, PR
DeKalb, Illinois 60115     Tijuana, MX     Nogales, MX



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 10.080 | 2.920 | 1,585.00000 | 15,976.80 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 06/29/07
** Packing Slip: 12445
** BOL #: 4540


MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,976.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,976.80 |

Reprint Packing Slip
Page:        1
Pack Slip#    12445

# Tegrant

**Tegrant Corporation**
**Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*
(t) 619-946-1240
(f) 619-946-1243

*MAIN PLANT*
*1401 Pleasant Street*
*DeKalb, Illinois 60115*
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Contact: CHRIS GHIZORI

| Ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs. # |
|----------|---------|---------|----------|--------|---------|
| 7/29/07 | 1002750 | 27789 OP | PREPAID TL | 600.00 | 336 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035359 | K | 31.000 | 10.080 |
|   | USMERCHANTS- 174932-RZ6053 SET | | | |

C/I: 174932-RZ6053 SET

JOB16.67H8.5V0S9001                                    Reprint PackingSlip      1
                                                       Pack Slip#    12446

# Tegrant

| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116                    Ship To: (9)
US MERCHANTS                         US MERCHANTS
9737 WILSHIRE BLVD                   3324 142 AVE EAST
BEVERLY HILLS CA 90211               STE C
USA                                  SUMNER WA 98390
                                     USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/29/07 | I002747 | 27784 OP | PREPAIDTL | 537.60 | 288 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 005382A | K | 56.601 | 7.200 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DU/BOL: 4540                                    Date: 06/29/07    Page: 1 of 1

Pro Number: PICK UP # SA5353
Carrier: TEGRANT (SANCHOTE) DELIVERING CARRIER INSTRUCTIONS:
                              DO NOT BREAK DOWN PALLETS.
                              DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands** <br> Paseo Cucapah #5290 <br> Parque Industrial El Lago <br> Tijuana, B.C., MX 22550 <br><br> **Tegrant Corporation, Alloyd Brands,** REQUESTS A <br> COPY OF THEIR BILL OF LADING BE SUBMITTED WITH <br> YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS <br> 3324 142 AVE EAST <br> STE C <br> SUMNER WA 98390 <br> USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS <br> 737 WILSHIRE BLVD <br> BEVERLY HILLS CA 90211 <br> USA | Alloyd product to be top load only. <br> Do not stack in transit. <br><br> 26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X    Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 336 | CTNS | 035359 <br> 174932-RZ6053 SET | 156600 | 600.00 | | I002750 | 1 | 27789 OP | 12445 |
| 288 | CTNS | 035382A <br> 176090-PNSNC | 156600 | 537.50 | | I002747 | 1 | 27784 OP | 12446 |

# Packages: 624
Total Weight:    1,137.50 LBS

Total Charges:    0.00

Carrier
Signature:

Date: 29/06/07                    [signature] MEZA

1

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of DOT and Transportation.
- shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
NOTE, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
Property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation


*Tegrant*

INVOICE NO tiju 14368   93
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 7.800 | 35.201 | 1,726.12000 | 13,463.74 |

```
        CI: 176090-PNSNC TG1034 XL
      Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
      U/M: K
Date Shipped: 07/02/07
 ** Packing Slip:
      ** BOL #:
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **13,463.74** |


Tegrant

INVOICE NO tiju 14369
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

85

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002748 | 027785 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 13.165 | 0.210 | 0.000 | 1,666.12000 | 349.89 |

CI: 174633-PNSNC 6074 PHONE WB
Item: 035351
Description: USMERCH-VTECH NEW BOX SET
U/M: K
Date Shipped: 07/02/07
** Packing Slip: 12490
** BOL #: 4546


MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 349.89 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 349.89 |

U0p16.67b8.5v0e0b0T

**Tegrant**

Tegrant Corporation
Alloyd Brands
Pasco Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07 | 1002750 | 27789 OP | PREPAIDTL | 1,920.00 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 035359 | K | 31.000 | 2,880 |
|   | USMERCHANTS- 174932-RZ6053 SET | | | |
|   | C/I: 174932-RZ6053 SET | | | |

U0p16.6/68.5v0s0b01

Reprint Packing Slip
Page:               1
Pack Slip#      12488

 **Tegrant**

**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| R Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|--------|---------|---------|----------|--------|--------|
| /02/07 | 1002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 3 | 035382A | K | 55.601 | 7.800 |
|   | USMERCH-176090-PNSNC LG1034 XL | | | |

C/1: 176090-PNSNC LG1034 XL

U0p16.6/18.5v0s0b0T

Packing Slip

Page:        1
Pack Slip#    12489

## Tegrant

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /02/07  | 1002749 | 27788 OP | PREPAIDTL | 3,243.68 | 209 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 8.225 |
|   | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

U0p16.67/h8.5v0s0b0T

# Tegrant

| Packing Slip | | |
|---|---|---|
| | Page: | 1 |
| | Pack Slip# | 12490 |

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact: CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /02/07 | 1002748 | 027785 OP | PREPAIDTL | 144.00 | 7 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035351 | K | 13.165 | 0.210 |
| | USMERCH-VTECH NEW BOX SET | | | |

C/I: 174633-PNSNC 6074 PHONE WB

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Sop16.67H8.5v0s0b0t
    DO/BOL: 4546                          Date: 07/02/07   Page:  1 of 1
 Pro Number: TRUCK # SA5355
    Carrier: TEGRANT (SANCHOTENA) DELIVERING CARRIER INSTRUCTIONS:
                                    DO NOT BREAK DOWN PALLETS.
                                    DO NOT DOUBLE STACK
                              TOP LOAD ONLY - DO NOT REFRIGERATE

---

onsignor                              | Consignee
                                      | US MERCHANTS
  **Tegrant Corporation, Alloyd Brands** | 3324 142 AVE EAST
    Paseo Cucapah #5290               | STE C
    Parque Industrial El Lago         | SUMNER WA 98390
    Tijuana, B.C., MX 22550           | USA

  **Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
      YOUR FREIGHT BILL AND OR INVOICE

---

voicee                                | Special Instructions
S MERCHANTS                           | Alloyd product to be top load only.
737 WILSHIRE BLVD                     | Do not stack in transit.
EVERLY HILLS CA 90211                 |
SA                                    | 26 PALLETS OF PLASTIC ARTICLES

---

aight Charge Terms: (Freight charges
e collect unless marked otherwise)
epaid: _____        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 96 | CTNS | 035359 174932-RZ6053 SET | 156600 | 1,920.00 | | I002750 | 1 | 27789 OP | 12487 |
| 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12488 |
| 209 | CTNS | 036094 184452-VTECH | 156600 | 3,243.00 | | I002749 | 1 | 27788 OP | 12489 |
| 7 | CTNS | 035351 174633-PNSNC | 156600 | 144.00 | | I002748 | 1 | 027785 OP | 12490 |

---

# Packages: 624                       | Total Charges:              0.00
otal Weight:    10,767.00 LBS

rier
nature:  *[signature]*
 Date: 2 / 7 / 07

---

fore boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
t. to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ot. of transportation
. Shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
– Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
rreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject  to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official,  Southern, Western and Illinois Freight Classifications
t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**

1



*86*

INVOICE NO tiju 14370
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT       Juncos, PR
Tijuana, MX        Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 5.225 | 29.775 | 1,578.00000 | 8,245.05 |

```
              CI: 184452-VTECH 5884 PHONE WB
            Item: 036094
     Description: USMERCH-184452 VTECH 5884 PHONE WB
            U/M: K
   Date Shipped: 07/02/07
 **   Packing Slip: 12489
        **  BOL #: 4546
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 8,245.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,245.05 |

MEMBER
PMMI

ISO 9001
Registered



INVOICE NO tiju 14371
PAGE 1
DATE 07/02/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*P7*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 31.000 | 2.880 | 0.040 | 1,585.00000 | 4,564.80 |

```
        CI: 174932-RZ6053 SET
      Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
       U/M: K
Date Shipped: 07/02/07
**  Packing Slip: 12487
    **  BOL #: 4546
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 4,564.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,564.80 |


**Tegrant**

INVOICE NO tiju 14382
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*84*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX


**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA


**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 27.401 | 1,726.12000 | 13,463.74 |

```
        CI: 176090-PNSNC TG1034 XL
      Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
       U/M: K
Date Shipped: 07/03/07
**  Packing Slip:
    **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


*Tegrant*

INVOICE NO tiju 14383    *8-9*
PAGE 1
DATE 07/03/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 7.800 | 21.975 | 1,578.00000 | 12,308.40 |

```
            CI: 184452-VTECH 5884 PHONE WB
          Item: 036094
   Description: USMERCH-184452 VTECH 5884 PHONE WB
          U/M: K
 Date Shipped: 07/03/07
** Packing Slip: 12500
     ** BOL #: 4554
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,308.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 12,308.40 |


MEMBER
PMMI
ISO 9001
Registered

Packing Slip
Page:            1
Pack Slip#      12499

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013J16                         Ship To: (9)
US MERCHANTS                             US MERCHANTS
8737 WILSHIRE BLVD                       3324 142 AVE EAST
BEVERLY HILLS CA 90211                   STE C
USA                                      SUMNER WA 98390
                                         USA


rder Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/03/07 | I002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7.800 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | | | | |
| | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL

Packing Slip

Page: 1
Pack Slip# 12500



**Tegrant Corporation**
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/03/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| Line/Rel | Item | U/m | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 7.800 |
|   | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Uop16.6/18.5v0s0b0T
DU/BOL: 4554
.Pro Number, PICK UP # SA5343
Carrier: TEGRANT(SANCHOTE

Date: 07/03/07   Page: 1 of 1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

*Tegrant Corporation, Alloyd Brands*
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: X____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12499 |
| 2 | 312 | CTNS | 036094 184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 OP | 12500 |

# Packages: 624
Total Weight: 10,302.24 LBS

Total Charges: 0.00

rrier
gnature:

Date: 03/07/07

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41. of the Consolidated Freight Classification.

For Freight Collect Shipments. If this shipment is be delivered to the consignee without recourse the consignor, the consignor shall sign the follow statement The carrier may decline to make delive of this shipment without payment of freight and other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*

PAGINA 1/1

## FACTURA DE EXPORTACION
## PRODUCTO TERMINADO



6941

| | | | |
|---|---|---|---|
| NO. FACTURA : | 6941 | EXPORTADOR : | SCA North America Packaging Division |
| FECHA : | 03/Jul/2007 | | S.A. de C.V.  Neptuno No. 1917 Col. Satelite |
| TIPO DE CAMBIO : | 10.7926 | | Cd. Juarez Chih., Mx. C.P. 32540 |
| NO. ENTRY : | | | |
| PEDIMENTO: | 3621-7013126 | R.F.C. : | SNA940420GH8 |
| CLAVE REGIMEN : | EXD    INCOTERM :   FCA | REGISTRO IMMEX : | 3401-2006 |
| DESTINO : | Pais Nafta | REG. PED. CONS. : | |
| CLIENTE : | SCA North America Packaging Division Intl Inc | DESTINATARIO : | US MERCHANTS |
| | 800 Fifth Ave. | | 3324 142 Ave. East |
| | New Brighton PA 15066 | | Suite C |
| | | | Summer WA 98390 |
| R.F.C. : | | R.F.C. : | |

| | | | |
|---|---|---|---|
| TRANSP. :  Juan Graciano Sanchotena Medra  TRAILER :  SA5343 | | B/L # : | CHOFER :  Julio Mesa |
| COMENTARIOS | CAAT :  2513 | | |

APLICA PARA TODAS LAS PARTIDA(S) DEL PEDIMENTO LA REGLA 3.3.28
SEXTO PARRAFO INCISO B , RUBRO 3 (MERCANCIA ORIGINARIA NAFTA)
PLACAS CAJA:  4BV9061  / PLACAS TRACTOR: 9D97549

AGENTE :    Agencia Aduanal Jorge Diaz S.C.
BLVD. 3RA. OESTE No. 17505

FRACC. GARITA DE OTAY
R.F.C. :    AAJ-970121-EA2
CURP :

No. LISTAS INCLUIDAS :    6941

| DESCRIPCION DE LA MERCANCIA MERCHANDISE DESCRIPTION | PESO BRUTO GROSS WEIGHT Kgs. | CANTIDAD QUANTITY | U.M. U.M. | MAT. PRIMA RAW MATERIAL USD | VALOR AGREGADO VALUE ADDED USD | VALOR TOTAL TOTAL VALUE USD |
|---|---|---|---|---|---|---|
| 176090-PNSNC TG1034 XL | 2,122.848 | 7,800.000 | PZS | 8,008.02 | 5,455.72 | 13,463.74 |
| EMPAQUE MOLDEADO A BASE DE TERMOFORMADO | | | | | | |
| Pais Origen: MX, Fracción: 3923.90.99 | | | | | | |
| PO: 27784 OP | | | | | | |
| 184452-VTECH 5884 PHONE WB | 2,417.687 | 7,800.000 | PZS | 6,094.94 | 6,213.46 | 12,308.40 |
| EMPAQUE MOLDEADO A BASE DE TERMOFORMADO | | | | | | |
| Pais Origen: MX, Fracción: 3923.90.99 | | | | | | |
| PO: 27788OP | | | | | | |
| | 4,540.535 | 15,600.000 | | 14,102.96 | 11,669.18 | 25,772.14 |

TOTAL DE BULTOS

26 TARIMA

26 Bultos

03/07/02


**Tegrant**

INVOICE NO tiju 14424
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*88*

Tegrant Corporation          Facilities
Alloyd Brands          DeKalb, IL        Spartanburg, SC
1401 Pleasant Street   Branford, CT      Juncos, PR
DeKalb, Illinois 60115 Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 19.601 | 1,726.12000 | 13,463.74 |

```
             CI: 176090-PNSNC TG1034 XL
           Item: 035382A
    Description: USMERCH-176090-PNSNC TG1034 XL
           U/M: K
  Date Shipped: 07/05/07
**    Packing Slip:
       **  BOL #:
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,463.74 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,463.74 |


MEMBER
PMMI
ISO 9001



**Tegrant**

INVOICE NO tiju 14425
PAGE 1    *91*
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 7.750 | 14.225 | 1,578.00000 | 12,229.50 |

    CI: 184452-VTECH 5884 PHONE WB
    Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
    U/M: K
Date Shipped: 07/05/07
** Packing Slip: 12547
    ** BOL #: 4566

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,229.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,229.50 |



MEMBER
PMMI

ISO 9001
Registered



INVOICE NO tiju 14426    92
PAGE 1
DATE 07/05/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands     DeKalb, IL    Spartanburg, SC
1401 Pleasant Street   Branford, CT   Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX   Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002750 | 27789 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 31.000 | 0.060 | 0.000 | 1,585.00000 | 95.10 |

     CI: 174932-RZ6053 SET
     Item: 035359
     Description: USMERCHANTS- 174932-RZ6053 SET
     U/M: K
     Date Shipped: 07/05/07
  ** Packing Slip: 12551
     ** BOL #: 4566

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 95.10 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 95.10 |

Reprint Packing Slip
Page:        1
Pack Slip#   12550

# Tegrant

| | | | |
|---|---|---|---|
| **Tegrant Corporation**<br>**Alloyd Brands**<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550*<br>*(t) 619-946-1240*<br>*(f) 619-946-1243* | *MAIN PLANT*<br>*1401 Pleasant Street*<br>*DeKalb, Illinois 60115*<br>*(t) 815-756-8451*<br>*(f) 815-756-5187* | *Spartanburg, SC. 29302*<br>*(t) 864-582-1000*<br>*(f) 864-582-5982*<br><br>*Juncos, PR. 00777*<br>*(t) 787-734-8382*<br>*(f) 787-734-8386* | *Branford, CT. 06405*<br>*(t) 203-483-8305*<br>*(f) 203-483-5209*<br><br>*Nogales, Sonora CP 84055*<br>*(t) 011-52-631-320-0265*<br>*(f) 011-52-631-320-0267* |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ick Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | 1002747 | 27784 OP | PREPAIDTL | 5,460.00 | 312 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A<br>USMERCH-176090-PNSNC TG1034 XL | K | 55.601 | 7.800 |

C/I: 176090-PNSNC TG1034 XL



**Tegrant**

Reprint Packing Slip
Page: 1
Pack Slip#

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

ill To: C013116
S MERCHANTS
737 WILSHIRE BLVD
EVERLY HILLS CA 90211
SA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

der Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /06/07  | I002749 | 27788 OP | PREPAIDTL | 4,811.20 | 310 |

| e/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|-------|------|-----|-------------|-------------|
| L | 036094 | K | 35.000 | 7.760 |
|   | USMERCH-184452 VTECH 5884 PHONE WB | | | |
|   | C/I: 184452-VTECH 5884 PHONE WB | | | |

U0p16.6A88.5V0s0b01

Packing Slip

Page:          1
Pack Slip#     12551

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Pasco Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116                      Ship To: (9)
US MERCHANTS                          US MERCHANTS
9737 WILSHIRE BLVD                    3324 142 AVE EAST
BEVERLY HILLS CA 90211               STE C
USA                                   SUMNER WA 98390
                                      USA

der Contact:   CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /05/07 | I002750 | 27789 OP | PREPAIDTL | 40,000.00 | 2 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035369 | K | 31.000 | 0.060 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

UCP16.67H8.5V0S0B0T

DD/BOL:.4566

Pro Number: PICK UP # SA5319        Date: 07/05/07    Page: 1 of 1

Carrier: TEGRANT( SANCHOTEN — DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid: X_____      Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 312 | CTNS | 035382A<br>176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12550 |
| 310 | CTNS | 036094<br>184452 VTECH 5884 | 156600 | 4,811.20 | | I002749 | 1 | 27788 OP | 12547 |
| 2 | CTNS | 035359<br>174932-RZ6053 SET | 156600 | 40.00 | | I002750 | 1 | 27789 OP | 12551 |

# Packages: 624            Total Charges:        0.00
Total Weight:   10,311.20 LBS

Carrier
Signature: *Omar Sanchez*
*Sanchotena*

Date: 5 / 7 / 07

Where boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

1

INVOICE NO tiju 14459
PAGE 1
DATE 07/06/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

90

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 55.601 | 7.800 | 11.801 | 1,726.12000 | 13,463.74 |

```
          CI: 176090-PNSNC TG1034 XL
       Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 07/06/07
**  Packing Slip:
    **  BOL #:
```



MEMBER
PMMI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 13,463.74 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | . |
| TOTAL | | 13,463.74 |

INVOICE NO tiju 14460
PAGE 1
DATE 07/06/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL     Spartanburg, SC
Branford, CT   Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 7.800 | 6.425 | 1,578.00000 | 12,308.40 |

CI: 184452-VTECH 5884 PHONE WB
Item: 036094
Description: USMERCH-184452 VTECH 5884 PHONE WB
U/M: K
Date Shipped: 07/06/07
** Packing Slip: 12569
** BOL #: 4576

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,308.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | |


ISO 9001



**Tegrant**

Packing Slip
Page:        1
Pack Slip#    1256B

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/06/07 | I002747 | 27784 UP | PREPAIDTL | 5,460.00 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035382A | K | 55.601 | 7.800 |
|  | USMERCH-176090-PNSNC TG1034 XL |  |  |  |

C/I: 176090-PNSNC TG1034 XL

ON HAND 7,800

122578                                    710              95      TOTAL  7 800



Page:      1
Pack Slip#    12569

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/06/07 | 1002749 | 27788 OP | PREPAIDTL | 4,842.24 | 312 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 35.000 | 7.800 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

800p16.67h8.5v0s0b0T
- QO/BOL: 4576
- Pro Number: PICK UP – SA 5322
  Carrier: TEGRANT (RANCHOTE...
Date: 07/05/07    Page: 1 of 1

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
*Paseo Cucapah #5290*
*Parque Industrial El Lago*
*Tijuana, B.C., MX 22550*

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

26 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|------------|------|-------------|----|-----------|----------|
| 1 | 312 | CTNS | 035382A 176090-PNSNC | 156600 | 5,460.00 | | I002747 | 1 | 27784 OP | 12568 |
| 2 | 312 | CTNS | 036094 184452 VTECH 5884 | 156600 | 4,842.24 | | I002749 | 1 | 27788 OP | 12569 |

# Packages: 624
Total Weight: 10,302.24 LBS

Total Charges:              0.00

rrier
gnature:

Date: 06 10 7 2  *Ernesto B.*

1

he fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

his is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

hippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

E: – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
properly described herein in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
ier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ffect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands


**Tegrant**

INVOICE NO tiju 14491
PAGE 1                    *95*
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation      Facilities
Alloyd Brands            DeKalb, IL      Spartanburg, SC
1401 Pleasant Street     Branford, CT    Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX     Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 55.601 | 9.200 | 2.601 | 1,726.12000 | 15,880.30 |

        CI: 176090-PNSNC TG1034 XL
     Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
     U/M: K
Date Shipped: 07/09/07
**   Packing Slip: 12612
     **  BOL #: 4586

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,880.30 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,880.30 |


MEMBER
PMMI
ISO 9001
Registered



**Tegrant**

INVOICE NO tiju 14492    *96*
PAGE 1
DATE 07/09/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 35.000 | 6.175 | 0.250 | 1,578.00000 | 9,744.15 |

```
              CI: 184452-VTECH 5884 PHONE WB
           Item: 036094
    Description: USMERCH-184452 VTECH 5884 PHONE WB
           U/M: K
  Date Shipped: 07/09/07
  **  Packing Slip: 12611
       **  BOL #: 4586
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 9,744.15 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 9,744.15 |



MEMBER
PMMI

ISO 9001



**Tegrant**

Packing Slip

Page:          1
Pack Slip#    12611

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/09/07 | I002749 | 27788 OP | PREPAID|L | 3,833.49 | 247 |

| ine/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036094 | K | 36.000 | 6.175 |
| | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

TOTAL

Packing Slip

Page:          1
Pack Slip#   12612



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 7/09/07 | I002747 | 27784 OP | PREPAIDTL | 6,440.00 | 368 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035382A | K | 55.601 | 9.200 |
|   | USMERCH-176090-PNSNC TG1034 XL | | | |
|   | C/I: 176090-PNSNC TG1034 XL | | | |

TOTAL

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

```
300p15.67h3.5v0s0b0T
    . 00/BOL: 4586                          Date: 07/09/07    Page:  1 of 1
*Pro Number: PICK UP # TA 7173
    Carrier: TEGRANT (EST)
```

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

```
|onsignor                                   |Consignee
    Tegrant Corporation, Alloyd Brands      | US MERCHANTS
    Paseo Cucapah #5290                     | 3324 142 AVE EAST
    Parque Industrial El Lago               | STE C
    Tijuana, B.C., MX 22550                 | SUMNER WA 98390
                                            | USA
    Tegrant Corporation, Alloyd Brands, REQUESTS A
 COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
      YOUR FREIGHT BILL AND OR INVOICE      |
```

```
|nvoicee                                    | Special Instructions
JS MERCHANTS                                | Alloyd product to be top load only.
3737 WILSHIRE BLVD                          | Do not stack in transit.
BEVERLY HILLS CA 90211                      |
JSA                                         | 26 PALLETS OF PLASTIC ARTICLES
```

```
|eight Charge Terms: (Freight charges
|e collect unless marked otherwise)
|repaid:  [X]      Third Party: _____
```

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 247 | CTNS | 036094 184452 VTECH PHONE | 156600 | 3,833.49 | | I002749 | 1 | 27788 0P | 12611 |
| 2 368 | CTNS | 035382A 176090-PNSNC | 156600 | 6,440.00 | | I002747 | 1 | 27784 0P | 12612 |

```
# Packages: 615                            |Total Charges:          0.00
Total Weight:    10,273.49 LBS
```

```
rrier
gnature:

   Date:  9|7|7

        Fernando Roos
```

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.

ere: Shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ll per/ imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
1 – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
er on the route to said destination, it is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments: If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands

# SCA Consumer Packaging, Inc.

INVOICE NO dekb 5597951
PAGE 1
DATE 03/23/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*97*

DEKALB, IL.          SPARTANBURG, SC
BRANFORD, CT      JUNCOS, PR
TIJUANA, MX        NOGALES, MX

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036280 | 26476 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 36.650 | 14.080 | 16.170 | 1,343.00000 | 18,909.44 |

```
           CI: 176102-PNSNC TG3032 PHONE WB
         Item: 035380
  Description: USMERCH-PNSNC TG3032
          U/M: K
 Date Shipped: 03/23/07
 **  Packing Slip: 90540
    **  BOL #: 68551
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 18,909.44 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,909.44 |



MEMBER
PMMI



ISO 9001
Registered

Packing Slip

Page:           1
Pack Slip#      90540



SCA

SCA Consumer Packaging, Inc.
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 03/23/07 | D036280 | 26476 | Freight Exch-P | 6,301.00 | 352 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 36.650 | 14.080 |

C/I: 176102-PNSNC TG3032 PHONE WB

U69
22@16

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BOL/BOL# 6855                                          Date: 03/23/07    Page: 1 of 1

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor
**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
1524 142 AVE EAST
STE C
SUMNER WA 98390
USA

**SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*SCA PAYS FRT*

Special Instructions
SCA product to be top load only
Do not stack in transit

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid: ✓        Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|---|---|---|---|---|---|---|---|
| 352 | CTNS | 035380 | | 6,301.00 | | 0030790 | 76476 |

# Packages: 352                                    Total Charges:         0.00
Total Weight: 6,301.00

Carrier
Signature:
Date: 3/23/07  HDR

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

This shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is t
be delivered to the consignee without recourse o
the consignor, the consignor shall sign the followi
statement: The carrier may decline to make delive
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois

# SCA Consumer Packaging, Inc.



DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dckb 5598031
PAGE 1
DATE 03/27/07    *98*
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036280 | 26476 |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 36.650 | 16.200 | 0.000 | 1,343.00000 | 21,756.60 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 03/27/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| SALES AMOUNT |  | 21,756.60 |
|--------------|--|-----------|
| MISC CHG |  | 0.00 |
| FREIGHT |  | 0.00 |
| SALES TAX |  | 0.00 |
| PREPAID |  |  |
| TOTAL |  | 21,756.60 |



MEMBER
PMMI

ISO 9001
Registered

Packing Slip

Page: 1
Pack Slip# 90563



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**SCA**

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 84055
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/26/07 | D036280 | 26476 | Freight Exch-P | 7,371.00 | 405 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 | K | 36.650 | 16.200 |
|  | USMERCH-PNSNC TG3032 |  |  |  |

C/I: 176102-PNSNC TG3032 PHONE WB

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee
DS MERCHANTS
XXX WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
SCA product to be top load only.
Do not stack in transit.

Freight Charge Terms (Freight charges
are collect unless marked otherwise)
Prepaid:       Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|-----|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 405 | CTNS | 035986 | | 7,371.00 | | 0036700 | 26426 |

# Packages: 405
Total Weight:          7,371.00                          Total Charges:                          $0.00

Signature:  *Phil Knut*

Date:  3 / 27 / 07

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of pt. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

per's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

wh, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
rty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ut this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said n, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth in (1) in Official, Southern, Western and Illinois Freight Classifications t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
t hereby certifies that he is familiar with all the terms and conditions of the said bill of lading

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.

4

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598074
PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 16.640 | 13.360 | 1,343.00000 | 22,347.52 |

```
        CI: 175134 VTECH RZ6043 PHONE WB
      Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
       U/M: K
Date Shipped: 03/29/07
**  Packing Slip: 90714
    **  BOL #: 68619
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

MEMBER
PMMI
ISO 9001
Registered

THIS MEMORANDUM ...... is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

**SCA Consumer Packaging, Inc.**
1401 Pleasant St , DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

*SCA PAYS FRT.*

Special Instructions
SCA product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
Collect unless marked otherwise)
Prepaid:        Third Party:

| Pkgs | Pkg Type | Package Description Reference | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|----------------|
| 416  | CTNS     |                               |      | 7,664.03    |      | 0e363R6     |                |

Packages: 416
Total Weight: 7,664.03                          Total Charges:          0.00

Name:

Date: 3 /29 /07

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of t. of Transportation.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

here's implied in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

FED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

erly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification ...........

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

**4**

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*100*

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30.000 | 5.120 | 8.240 | 1,343.00000 | 6,876.16 |

```
                CI: 175134 VTECH RZ6043 PHONE WB
             Item: 035365
      Description: USMERCH-175134 VTECH RZ6043 SET
             U/M: K
     Date Shipped: 03/29/07
**   Packing Slip: 0
      **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA



MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 6,876.16 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 6,876.16 |

Pack Slip#    90622



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013118
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 4,550.00 | 250 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035363 | K | 10.000 | 10.000 |
| | USMERCH-175118 VTECH 5865 MED SET | | | |

C/I: 175118 VTECH 5865 PHONE WB

U10 15ea
K 15ea
1e10

# CTNS 250   PCS/CTN 40   TOTAL PIECES 10.000

Page:
Pack Slip#    90692



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211         STE C
USA                             SUMNER WA 98390
                                USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/28/07 | D036380 | 26570 | Freight Exch-P | 2,800.00  2365 | 150  128 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 | K | 30.000 | 5,400  5120 |
|   | USMERCH-175134 VTECH RZ6043 SET | | | |

C/I: 175134 VTECH RZ6043 PHONE WB

U71
K 8216

# CTNS  128    PCS/CTN  40    TOTAL PIECES  5120

THIS MEMORANDUM
a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Order: GRBI                                                Date  03/28/0

Pro Number:

PARTIAL FREIGHT PAYMENT

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Shipper:

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
1324 142 AVE EAST
STE C
SUMNER WA 98390
USA

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Other   *SCA pays freight*

MERCHANTS
9401 WILSHIRE BLVD
BEVERLY HILLS CA 90211
CA
EFF GREEN

Special Instructions:
SCA product to be top load only
Do not stack in transit

Freight Charge Terms: (Freight charges
are collect unless marked otherwise:)
Prepaid:  X         Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|----------------|
| 1 | 250 | CTNS | 035363 | | 4,560.00 | | 0036380 | 26570 |
| 2 | 160 / *128* | CTNS | 035366 | | 2,880.00 / *2355* | | 0036380 | 26570 |

# Packages: 410 / *378*        Total Charges:        0.00
Total Weight: _____ / *6905#*

Carrier
Signature:

Date: 03/28/07

4

fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth: (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Signature of Consignor
**SCA Consumer Packaging, Inc.**
DeKalb, Illinois