# EXHIBIT A - 6

# SCA Consumer Packaging, Inc.

PAGE 1
DATE 03/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

10 |

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 10.000 | 10.000 | 0.000 | 1,343.00000 | 13,430.00 |

```
              CI: 175118 VTECH 5865 PHONE WB
            Item: 035363
     Description: USMERCH-175118 VTECH 5865 MED SET
            U/M: K
   Date Shipped: 03/29/07
**  Packing Slip: 0
       **  BOL #:
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 13,430.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,430.00 |

MEMBER
PMMI
USA

ISO 9001
Registered

# SCA Consumer Packaging, Inc.

INVOICE NO debD 5596196

PAGE 1
DATE 03/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

102

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036380 | 26570 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 30.000 | 8.240 | 0.000 | 1,343.00000 | 11,066.32 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 03/30/07
** Packing Slip: 0
** BOL #:

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

| | |
|---|---|
| SALES AMOUNT | 11,066.32 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 11,066.32 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Page: 1
Pack Slip# 90753


SCA

**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 03/30/07 | D036522 | 26695 OP | Freight Exch-P | 3,494.00 | 192 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 7,650 | 7,680 |

C/I: 176102-PNSNC TG3032 PHONE WB

U72 K 18016

192        40        TOTAL 7686

# CTNS        PCS/CTN        TOTAL PIECES

Reprint Packing Slip

Page: 1
Pack Slip# 90715



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**JUNCOS, PR. 00777**
Tel: (787) 734-8382
Fax: (787) 734-8386

**BRANFORD, CT. 06405**
Tel: (203) 483-8305
Fax: (203) 483-5209

**SPARTANBURG, SC. 29302**
Tel: (864) 582-1000
Fax: (864) 582-5982

**NOGALES, SONORA CP 84055**
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

**TIJUANA, B.C., MX 22550**
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 03/29/07 | D036380 | 26570 | Freight Exch-P | ~~3,242.00~~ 390# | ~~174~~ 206 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035365 USMERCH-175134 VTECH RZ6043 SET | K | 30.000 | ~~6.000~~ 8,240 |

C/I: 175134 VTECH RZ6043 PHONE WB

U7I
K  12@16
   1@14

206    40  TOTAL 8240

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

onsigner

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

SCA CONSUMER PACKAGING, INC., REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

voice
PC MERCHANTS
1730 WILSHIRE BLVD
BEVERLY HILLS CA 90211
SA
EFF GREEN

*Signal Corp*
*Allapara*
*(Anthony S.A)*

*Payss freight*

Consignee
PC MERCHANTS
3374 147 AVE EAST
STE 1
SUMNER WA 98390
USA

Special Instructions
SCA product is to be top load only
Do not stack in transit.

eight Charge Terms: (Freight charges
e collect unless marked otherwise)
spaid:  X          Third Party:

| Pkgs | Pkg Type | Package Description References | NMFC | Weight (LB) | Rate | Order # Ref | Customer PO # |
|------|----------|-------------------------------|------|-------------|------|-------------|---------------|
| 1 | 192 | CTNS | 635380 | | 3,494.00 | | 0038520 | 26695 HP |
| 2 | 206 | CTNS | 635365 | | 3,790.00 | | 0038380 | 26570 |

8 Packages: 398
otal Weight     7,284.00                    Total Charges           0.00

rie:
nature:

Date: 3 /29/07

4

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of ot, or Transportation
shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ts shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
reed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
/ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
nerby described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood our this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications t on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

INVOICE NO dekb 5598201
PAGE 1
DATE 03/30/07   *10 %*
SALESMAN FILIPCHUK, GARET
INVOICE **REGULAR INVOICE**



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036522 | 26695 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 7.650 | 7.680 | 0.000 | 1,343.00000 | 10,314.24 |

```
          CI: 176102-PNSNC TG3032 PHONE WB
        Item: 035380
 Description: USMERCH-PNSNC TG3032
        U/M: K
Date Shipped: 03/30/07
** Packing Slip: 90753
     ** BOL #: 68644
```

MEMBER

PMMI
USA

ISO 9001
Registered

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210


SCA

| | |
|---|---|
| SALES AMOUNT | 10,314.24 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 10,314.24 |



**Tegrant**

INVOICE NO dekb 5598821
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*10ᵍ*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**B I L L   T O**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 23.000 | 6.360 | 0.000 | 1,343.00000 | 8,541.48 |

CI: 176102-PNSNC TG3032 PHONE WB
Item: 035380
Description: USMERCH-PNSNC TG3032
U/M: K
Date Shipped: 04/19/07
** Packing Slip:
** BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 8,541.48 |
|--------------|----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,541.48 |

Packing Slip

Page:
Pack Slip#   9137



**SCA Consumer Packaging, Inc.**
MAIN PLANT
1401 PLEASANT STREET
DEKALB, ILLINOIS 60115
(815) 756-8451
FAX (815) 756-5187

**SCA**

JUNCOS, PR. 00777
Tel: (787) 734-8382
Fax: (787) 734-8386

BRANFORD, CT. 06405
Tel: (203) 483-8305
Fax: (203) 483-5209

SPARTANBURG, SC. 29302
Tel: (864) 582-1000
Fax: (864) 582-5982

NOGALES, SONORA CP 8405
Tel: (011) 52-631-320-0268
Fax: (011) 52-631-313-0267

TIJUANA, B.C., MX 22550
Tel: (011) 52-664-627-3524
Fax: (011) 52-664-625-3317

Bill To: CQ13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | | Ship Via | | Weight | Pkgs # |
|-----------|---------|---------|---|----------|---|--------|--------|
| 04/19/07 | D036688 | 26834 OP | | Freight Exch-P | | 2,321.00 | 159 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380 USMERCH-PNSNC TG3032 | K | 23.000 | 6.360 |

C/I: 176102-PNSNC TG3032 PHONE WB

9@16
1@15

# CTNS  159    PCS/CTN  40    TOTAL PIECES  6360

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor:

**SCA Consumer Packaging, Inc.**
1401 Pleasant St., DeKalb, Illinois 60115

**SCA CONSUMER PACKAGING, INC., REQUESTS A**
**COPY OF THEIR BILL OF LADING BE SUBMITTED WITH**
**YOUR FREIGHT BILL AND OR INVOICE**

Consignee:
UPC MERCHANTS
3424 EAST AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
TEGRANT CORP.
ALLOYD BRANDS (FORMERLY SCA)
1401 PLEASANT ST
DEKALB IL 60115
USA

Special Instructions:
SCA product to be Top load only
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| # | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Cnl Cust PO # | Pck Slip |
|---|-----|----------|--------------------------------|------|-----------|------|-------------|---------------|----------|
| 1 | 169 | CTNS | 005380 | | 2,321.00 | | 0036688 | 120854 OP | 01277 |

# Packages: 169
Total Weight:    2,321.00        Total Charges:        0.00

Prior
Picture:

Date:    /    /

These boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

* - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
SCA Consumer Packaging, Inc.
DeKalb, Illinois

# SCA Consumer Packaging, Inc.

INVOICE NO dekb 5598837
PAGE 1
DATE 04/19/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

DEKALB, IL
BRANFORD, CT
TIJUANA, MX

SPARTANBURG, SC
JUNCOS, PR
NOGALES, MX

105

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036688 | 26834 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 23.000 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

```
            CI: 176102-PNSNC TG3032 PHONE WB
          Item: 035380
   Description: USMERCH-PNSNC TG3032
          U/M: K
  Date Shipped: 04/19/07
** Packing Slip: 91376
       ** BOL #: 68892
```

REMIT TO:
SCA Consumer Packaging, Inc.
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



SCA

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



MEMBER

ISO 9001
Registered



**Tegrant**

PAGE 1
DATE 05/09/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 16.640 | 25.785 | 1,343.00000 | 22,347.52 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/09/07
** Packing Slip: 92005
** BOL #: 69172

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 22,347.52 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 22,347.52 |

Packing Slip

Page:
Pack Slip#     9200

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC 29302 | Juncos, PR, 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT, 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/09/07 | D037102 | 27162 OP | Freight Exch-P | 7,280.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 42.425 | 16.640 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

U78
26e16

# CTNS   416   PCS/CTN.   40   TOTAL PIECES   16,610

EG 9315 Rv 04/07

ACCOUNTING COPY

a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL: 60177                          Date: 06/09/07    Page: 1 of 1
PRO Number:

Carrier: FREIGHT EXCHANGE   DELIVERING CARRIER INSTRUCTIONS:
                            DO NOT BREAK DOWN PALLETS.
                            DO NOT DOUBLE STACK
                            TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:                              Consignee:
**Tegrant Corporation, Alloyd Brands**   US MERCHANTS
1401 Pleasant St., DeKalb, Illinois 60115   7324 142 AVE EAST
                                        STE C
                                        SUMNER WA 98390
**Tegrant Corporation, Alloyd Brands**, REQUESTS A   USA
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice                                 Special Instruction:
US MERCHANTS                            Alloyd product to be top load only.
8737 WILSHIRE BLVD                      Do not stack in transit.
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*Tegrant/Alloyd pays freight.*

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
repaid:_____    Third Party:_____

| # | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rated Ref | Order # | in | Cust PO # | Pck |
|---|-----|----------|-------------------------------|------|-----------|-----------|---------|----|----------|-----|
| 1 | 416 | CTNS | VAS5380A | | 7,280.00 | | 8037102 | 1 | 77167 QF | 50806 |

8 Packages 416
Total Weight:    7,280.00               Total Charges:    0.000

Ship
Signature: KLC   K. RAWLINSKI
Date: 09/08/07

*Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.*

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

*The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

ii - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois


*Tegrant*

INVOICE NO dekb 5599564
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*107*

Tegrant Corporation    Facilities
Alloyd Brands    DeKalb, IL    Spartanburg, SC
1401 Pleasant Street    Branford, CT    Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 40.000 | 12.800 | 27.200 | 1,343.00000 | 17,190.40 |

        CI: 185244-VTECH 6768 PHONE
     Item: 036330
  Description: USMERCH-185244-VTECH 6768 PHONE
      U/M: K
Date Shipped: 05/11/07
** Packing Slip: 92090
    ** BOL #: 69215

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 17,190.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 17,190.40 |

MCMata
PMMI
USA

ISO 9001
Registered



INVOICE NO dekb 5599565
PAGE 1
DATE 05/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*108*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 3.360 | 22.425 | 1,343.00000 | 4,512.48 |

```
                CI: 176102-PNSNC 3032
              Item: 035380A
       Description: USMERCH-176102-PNSNC TG3032
               U/M: K
       Date Shipped: 05/11/07
** Packing Slip: 0
       ** BOL #:
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,512.48 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,512.48 |

Packing Slip

Page:
Pack Slip#    9201



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC  29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT  06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/10/07 | D037102 | 27162 OP | PREPAIDTL | 1,470.00 | 84 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 42.425 | 3.360 |
| | USMERCH-176102-PNSNC T63032 | | | |

C/I: 176102-PNSNC 3032

5e16
1e4

# CTNS  84      PCS/CTN. 40      TOTAL PIECES 3360

TEG 9315 Rv 04/07

ACCOUNTING COPY

Packing Slip

Page:
Pack Slip#    9209



Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/11/07 | D037052 | 27036 OP | Freight Exch-P | 0.00 | 320 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 USMERCH-185244-VTECH 6768 PHONE | K | 40.000 | 12.800 |
|  | C/I: 185244-VTECH 6768 PHONE |  |  |  |

U75
20814

| # CTNS | PCS/CTN. | TOTAL PIECES |
|--------|----------|--------------|
| 320 | 40 | 12.800 |

TEG 9315 Rv 04/07

ACCOUNTING COPY

RO/BOL: 54316

Pro Number:                                    Date: '05/11/07   Page:   1 of 1

Carrier: FREIGHT EXCHANGE   **DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
UT MERCHANTS
3524 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE**

Invoicee                                   Special Instructions
US MERCHANTS                               Alloyd product to be top load only.
8733 WILSHIRE BLVD                         Do not stack in transit.
BEVERLY HILLS CA 90211
USA
A/P GREEN

TEGRANT ALLOYD BRANDS
PAYS FRT

*MUST*
*DELIVER MON, 5/14/07*

Freight Charge Terms (Freight charges
are collect unless marked otherwise)
Prepaid:      X     Third Party:

| M | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Cnf | To Cust PO # | Pck Slp |
|---|-----|----------|-------------------------------|------|-----------|------|---------------|--------------|---------|
| 1 | 320 | CTNS | 036330 | | 3,850.00 | | 003700/ | 1270 | 9,000 |
| 2 | 84 | CTNS | 035380A | | 1,470.00 | | 003710/ | 2/362 07 | 3,000 |

B Packages: 404
Total Weight:                          Total Charges:

Signature

Kazimierz Oska

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
pers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
GIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
operly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment,
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deli-
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
DeKalb, Illinois

4


**Tegrant**

INVOICE NO dekb 5599618
PAGE 1
DATE 05/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

109

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 16.160 | 11.040 | 1,343.00000 | 21,702.88 |

          CI: 185244-VTECH 6768 PHONE
       Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
        U/M: K
Date Shipped: 05/14/07
**   Packing Slip: 0
     **  BOL #:

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,702.88 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | 21,702.88 |

MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip

Page:          1
Pack Slip# 92134



**Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:   CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/14/07 | D037052 | 27036 OP | Freight Exch-P | 7,363.00 | ~~416~~ 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 40.000 | ~~16,640~~ |
|  | USMERCH-185244-VTECH 6768 PHONE | | | 16,160 PCS |
|  | C/I: 185244-VTECH 6768 PHONE | | | |

U75
K 11616
1 C4

U76
14 C4

# CTNS 404      PCS/CTN. 40      TOTAL PIECES 16160

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Date

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

**Tegrant Corporation, Alloyd Brands, REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE**

Consignee

Invoice
TEGRANT-ALLOYD BRANDS
1401 PLEASANT ST
DEKALB IL 60115

Special Instructions
Alloyd product to be top load only
Do not stack in transit.

Freight Charge Terms (Freight charges are collect unless marked otherwise)
Prepaid:          Third Party:

| Pkg | Pkg Type | Package Description Reference | NMFC | Weight(lb) | Rate | Order # Ref | Lnl | Cust Po # | Pck Slip |
|-----|----------|------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 | 404 | CTNS | 036330 | 7,363.00 | | 0037062 | 1 | 27036 OT | 60134 |

# Packages: 404
Total Weight:     7,363.00

Total Charges

Date: 08.14.07

the fore boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."

shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

L - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ighout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another er on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said erty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

4

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
DeKalb, Illinois



*Tegrant*

INVOICE NO dekb 5599671
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation          Facilities
Alloyd Brands            DeKalb, IL        Spartanburg, SC
1401 Pleasant Street     Branford, CT      Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX       Nogales, MX

//o

**B I L L   T O**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**S H I P   T O**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037052 | 27036 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 40.000 | 11.040 | 0.000 | 1,343.00000 | 14,826.72 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 05/15/07
** Packing Slip: 92158
** BOL #: 69267

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| SALES AMOUNT | 14,826.72 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **14,826.72** |

Packing Slip          69267          Page:        1
                                          Pack Slip#    92158



**Tegrant**

Tegrant Corporation        Spartanburg, SC. 29302    Juncos, PR. 00777    Tijuana, B.C., MX 22550
Alloyd Brands              (t) 864-582-1000          (t) 787-734-8382      (t) 619-946-1240
MAIN PLANT                 (f) 864-582-5982          (f) 787-734-8386      (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115     Branford, CT. 06405                             Nogales, Sonora CP 84055
(t) 815-756-8451           (t) 203-483-8305                                (t) 011-52-631-320-0265
(f) 815-756-5187           (f) 203-483-5209                                (f) 011-52-631-320-0267


Bill To: C013116                    Ship To: (9)
US MERCHANTS                         US MERCHANTS
8737 WILSHIRE BLVD                   3324 142 AVE EAST
BEVERLY HILLS CA 90211               STE C
USA                                  SUMNER WA 98390
                                     USA


Order Contact:  CHRIS GHIZORI
==================================================================================
Pack Date  Order #   Cust PO              Ship Via                    Weight  Pkgs #
----------------------------------------------------------------------------------
05/15/07   D037052   27036 OP             Freight Exch-P            4,830.00  276

==================================================================================
Line/Rel   Item                          U/M        Qty Ordered   Qty To Pack
----------------------------------------------------------------------------------
   1       036330                          K           40.000        11.040
           USMERCH-185244-VTECH 6768 PHONE

           C/I: 185244-VTECH 6768 PHONE

# CTNS  276      PCS/CTN.  40     TOTAL PIECES  11,040

Packing Slip



Page:        3
Pack Slip#    9217⊘

| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
|---|---|---|---|
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: C013116              Ship To: (9)
US MERCHANTS                  US MERCHANTS
8737 WILSHIRE BLVD            3324 142 AVE EAST
BEVERLY HILLS CA 90211        STE C
USA                           SUMNER WA 98390
                              USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs. # |
|---|---|---|---|---|---|
| 05/15/07 | D037102 | 27162 OP | PREPAIDTL | ~~5~~ 12 | ~~0.00~~ 2240 ~~0~~ 128 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 42.425 | ~~0.000~~ 5120 |
| | USMERCH-176102-PNSNC TG3032 | | | |
| | C/I: 176102-PNSNC 3032 | | | |

*U77*

*8@16 = 128*

# CTNS  *128*     PCS/CTN  *40*     TOTAL PIECES  *5120*

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignee:

*Tegrant Corporation, Alloyd Brands*
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
...
...
...
USA

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice:
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
ATT GREEN

*TEGRANT ALLOYD BRANDS*
*PAYS FRT.*

Special Instruction:
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___X___    Third Party: ___

| # Pkg | Pkg Type | Package Description / Reference | NMFC | Weight(LB) | Rate | Order # / Ref | In | Cont PO # | Pck Size |
|---|---|---|---|---|---|---|---|---|---|
| 1 276 | CTNS | 035330 | | 4,830.00 | | D037052 | 1 | 27056 OP | 90158 |
| 2 128 | CTNS | 035300A | | 2240 | | D037107 | 1 | 27102 OP | |

# Packages: 404
Total Weight: 7070                     Total Charges:

Marks:                77
Signature:

Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor
*Tegrant Corporation
Alloyd Brands*
DeKalb, Illinois



INVOICE NO dekb 5599673
PAGE 1
DATE 05/15/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

/7/



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037102 | 27162 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 42.425 | 5.120 | 17.305 | 1,343.00000 | 6,876.16 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/15/07

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 6,876.16 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 6,876.16 |



MEMBER
PMMI
USA

ISO 9001
Registered



INVOICE NO dekb 5599733
PAGE 1
DATE 05/18/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

112

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037102 | 27162 OP |  |  | 0.00 |  | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 42.425 | 17.280 | 0.000 | 1,343.00000 | 23,207.04 |

```
              CI: 176102-PNSNC 3032
            Item: 035380A
     Description: USMERCH-176102-PNSNC TG3032
             U/M: K
   Date Shipped: 05/17/07
**  Packing Slip:
       **  BOL #:
```

MEMBER
PMMI
ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 23,207.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 23,207.04 |

Packing Slip

**Tegrant**

Page:    1
Pack Slip#    92254

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/17/07 | D037102 | 27162 OP | Freight Exch-P | 7,603.00 | 432 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 42.425 | 22.400 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

OT
K  16×16
   11×16

17,280

432    46    TOTAL 22.400

# CTNS_____  PCS/CTN._____  PIECES_____

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BOL/BOL: 60290                                    Date: 05/17/07    Page

Pro Number:

Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

*Tegrant Corporation, Alloyd Brands,* REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Consignee
US MERCHANTS
3874 142 AVE EAST
STE C
SUMNER WA 98390
USA

Invoice
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*[handwritten: Alloyd Brand pays freight]*

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
re collect unless marked otherwise)
repaid: _____    Third Party:

| # Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 432 | CTNS | 035300A | | 7,603.00 | | 0037107 | 1 | 17718? OP | 9225A |

# Packages: 432
Total Weight:    7,603.00                Total Charges                .00

rrier

gnature:

Date:    /    /

4

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
ippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
Agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
operty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
ighout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
arty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
he said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the followi
statement. The carrier may decline to make deliv
of this shipment without payment of freight and
other/awful charges.

_____
Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*

## Guida Bryon

| | |
|---|---|
| **From:** | Anderson Angela |
| **Sent:** | Thursday, May 17, 2007 10:24 PM |
| **To:** | Sellers John; Renehan Theresa |
| **Cc:** | Combs Paula; Erickson Brad; Guida Bryon; Butzke Joy |
| **Subject:** | Incorrect Packing Slip |

US Merchants
Sales Order # D037102 Line 1 – Die # 35380A

Packing Slip Shows 432 ctns @ 40 ppc. = 22,400 Packing Slip # 92254

Should be 432 @ 40 = 17,280



**Tegrant**

INVOICE NO dekb 5599902
PAGE 1
DATE 05/23/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

*113*



**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D036737 | 26882 OP | | | 0.00 | | NET 75 |

| LINE/REL | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 3.000 | 3.000 | 0.000 | 1,343.00000 | 4,029.00 |

CI: 175134 VTECH RZ6043 PHONE WB
Item: 035365
Description: USMERCH-175134 VTECH RZ6043 SET
U/M: K
Date Shipped: 05/23/07
** Packing Slip:
** BOL #:

MEMBER
PMMI
DTI

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,029.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,029.00 |

Packing Slip



Page: 1
Pack Slip# 92406

**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

```
Bill To: C013116                Ship To: (9)
US MERCHANTS                    US MERCHANTS
8737 WILSHIRE BLVD              3324 142 AVE EAST
BEVERLY HILLS CA 90211          STE C
USA                             SUMNER WA 98390
                                USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 05/23/07 | DO36737 | 26882 OP | SERVICE BY AI-P | 1,298.00 | 75 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035365 | K | 3.000 | 3.000 |
| | USMERCH-175134 VTECH RZ6043 SET | | | |

    C/I: 175134 VTECH RZ6043 PHONE WB

074 D 4ec
1e11

| # CTNS | PCS/CTN. | TOTAL PIECES |
|---|---|---|
| 75 | 40 | 3000 |

Service By Air

Page 1 of 2

# SERVICE BY AIR
## WORLDWIDE AIR/GROUND NETWORK
www.servicebyair.com
since 1981

| Corporate Headquarters | SERVICE BY AIR TRACKING NUMBER |
|---|---|
| Directory Information | **W194183** |
| Domestic / International | |
| 800-243-5545 | ORIGIN  TRANSFER  DEST. |
| P/U Date:23-May-07 | **ORD** |

| CUSTOMER NUMBER | SHIPPER | CUSTOMER NUMBER | RECEIVER |
|---|---|---|---|
| 93649 | SCA CONSUMER PACKAGING | | US MERCHANTS |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| 1401 PLEASANT ST | 3324 142 AVE. EAST,  SUITE C |

| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE |
|---|---|
| DEKALB, IL 60115 | SUMNER, WA 98390 |

| PRINT NAME / DEPT | PRINT NAME / DEPT |
|---|---|
| THERESA RENEHAN | CHRIS GHIZORI |

| TEL | REFERENCE # | TEL | Reference # |
|---|---|---|---|
| 8157568451 | D36737 | 253-863-7711 | 26882 OP |

| BILL TO: | | DECLARED VALUE: | AUTHORIZATION # | DECLARED VALUE CHARGE |
|---|---|---|---|---|
| ☑ SHIPPER ☐ RECEIVER ☐ 3RD PARTY | | ☐ YES ☑ NO  VALUE: $0.00 | | |

| BILLING TO | COMPANY SCA CONSUMER PACKAGING | VIP / SPECIAL | |
|---|---|---|---|
| CUSTOMER NUMBER 93649 | STREET ADDRESS 1401 PLEASANT ST | NEXT DAY | |
| CITY, STATE AND ZIP CODE | | 2ND DAY | X |
| DEKALB, IL 60115 | | ECONOMY | |
| NAME / DEPARTMENT  TELEPHONE NUMBER  REFERENCE NUMBER | | NEXT DAY AM | |

| PIECES | DESCRIPTION | WEIGHT | DIMENSIONS LENGTH WIDTH HEIGHT | |
|---|---|---|---|---|
| 75 | PLASTIC ARTICLES | 1298 | Dims -.  See Page 2 | INTERNATIONAL ☐ PRIORITY ☐ STANDARD |
| | | | | Shippers C.O.D. Indicate Amount  $0.00 |
| | | | | C.O.D. FEE / FCCOD |
| | | | | TOTAL CHARGES |

## SPECIAL INSTRUCTIONS
PLEASE DELIVER BY NOON ON 5/25 UNLESS OTHER ARRANGEMENTS MADE  READY: NOW CLOSE: 6PM
REQ. DELIVERY DATE: 05/25/07
CONTROLLED BY: 93649 - SCA CONSUMER PACKAGING  1401 PLEASANT ST, DEKALB, IL  60115

The USPPI hereby authorizes the above named forwarder to act as forwarding agent for export control and customs purposes and forward this shipment in accordance with the conditions of carriage and the tariffs of the carriers employed. Shipper agrees and acknowledges that SBA will determine the method of transportation, routing, and choice of agent(s) to provide service requested. When shipment is transported by air, shipper must be in full compliance with all SBA and Transportation Security Administration (TSA) requirements. Our Limited Liability is $0.50 per pound unless excess value is declared and applicable charges paid. Service By Air, Inc. / SBA Consolidators, Inc. Corporate Headquarters 1-800-243-5545.

CONDITIONS OF CONTRACT AVAILABLE AT http://www.servicebyair.com

Shipper Signature: x _T Renehan_

RECEIVED BY SBA DRIVER/AGENT    ☐ KNOWN SHIPPER  ☐ UNKNOWN SHIPPER    1st personal ID reviewed:

☐ Known Shipper ☐ UnKnown Shipper

DRIVER SIGNATURE

As employee or authorized representative (driver/agent) must request valid form(s) of ID from each individual tendering freight for transport.

* appearing on ID:  2 4 5 2 8 1 0 6 3 7 8 8

Matched photo on ID?  X YES  ☐ NO

PRINT NAME x _Kono Zz_

Valid ID:
1) A photo ID issued by a government authority.
2) 2 other forms of ID, at least one of which must be issued by a government authority.

2nd personal ID reviewed:

DATE 5/23/07  TIME: 14:40

* appearing on ID:

Non Negotiable Airbill  1 - Shipper Copy

Matched photo on ID?  ☐ YES  ☐ NO

 Tegrant

INVOICE NO dekb 5600167
PAGE 1
DATE 05/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*114*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

 **BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 37.720 | 1,343.00000 | 22,347.52 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 05/30/07
** Packing Slip: 92632
** BOL #: 69425

 MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |



INVOICE NO dckb 5600197
PAGE 1
DATE 05/31/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

/15

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 16.280 | 21.440 | 1,343.00000 | 21,864.04 |

```
                CI: 176102-PNSNC 3032
             Item: 035380A
      Description: USMERCH-176102-PNSNC TG3032
             U/M: K
    Date Shipped: 05/31/07
 ** Packing Slip: 92654
       ** BOL #: 69450
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 21,864.04 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 21,864.04 |

MEMBER
PMMI
USA

ISO 9001
Registered

# Tegrant

Packing Slip

Page:          1
Pack Slip#     92654

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 05/31/07 | D037409 | 27412 OP | Freight Exch-P | 7,163.00 | 407 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A<br>USMERCH-176102-PNSNC TG3032 | K | 54.360 | 16.280 |

C/I: 176102-PNSNC 3032

U79
9...

U80
...
...

# CTNS     407      PCS/CTN     40      TOTAL PIECES     16280

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee:
US MERCHANTS
3409 147 AVE EAST
STE 1
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands,** REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE

Notice:
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only
Do not stack in transit.

Freight Charge Terms (Freight charges
are collect unless marked otherwise)
Prepaid:        Third Party:

| Fkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Req | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|-----------|------|------------|-----|-----------|----------|
| 407 | CTNS | 0353800A | | 7,163.00 | | 0037409 | 1 | 27412 OR | 92654 |

# Packages: 407
Total Weight:    7,163.00

Total Charges:    0.00

Signature:  _Ann Taylor_  Gordon  6515

Date:  5/31/07

---

re boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

rty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
t of Transportation

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
r's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
ted or declared value of the property is hereby specifically stated by the shipper to be not exceeding

D, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
ct is contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
r route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and so to each party at any time interested in all or any of said
erty serviced to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
n the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment.
d terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois

4



INVOICE NO dekb 5601003
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 54.360 | 16.640 | 0.000 | 1,343.00000 | 22,347.52 |

```
            CI: 176102-PNSNC 3032
         Item: 035380A
  Description: USMERCH-176102-PNSNC TG3032
          U/M: K
 Date Shipped: 06/29/07
**   Packing Slip:
        **   BOL #:
```

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

MEMBER
PMMI

ISO 9001
Registered



Reprint Packing Slip

Page:        1
Pack Slip# 92841

| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
|---|---|---|---|
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-9382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/07/07 | DO37409 | 27412 OP | Freight Exch-P | 7,488.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 54.360 | 4.000 |
| | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

# CTNS        PCS/CTN        TOTAL PIECES    4000

STRAIGHT B| LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

DO/BOL: 69515                                   Date: 06/06/07     Page: 1 of 1
Pro Number:
  Carrier: FREIGHT EXCHANGE DELIVERING CARRIER INSTRUCTIONS:
                               DO NOT BREAK DOWN PALLETS.
                               DO NOT DOUBLE STACK
                          TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>1401 Pleasant St., DeKalb, Illinois 60115 | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| **Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | |
| Invoice<br>TEGRANT CORP<br>ALLOYD BRANDS<br>1401 PLEASANT ST<br>DEKALB IL 60115<br>USA | Special Instructions<br>Alloyd product to be top load only.<br>Do not stack in transit. |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____        Third Party: _____

| LN | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 416 | CTNS | 035380A | | 7,488.00 | | D037409 | 1 | 27412 OP | 92841 |

# Packages: 416
  Total Weight:    7,488.00

Total Charges:                    0.00

Carrier
Signature: _____

Date:    /    /

† The Item above used for this shipment conform to the specifications set forth in the box maker's certificate thereof, and all other requirements of Rule 41, of the Consolidated Freight Classification.
† This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier or shipper's weight."
‡ Shipper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each center of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on this date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois



**Tegrant**

INVOICE NO dekb 5601023
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 16.640 | 44.360 | 1,343.00000 | 22,347.52 |

    CI: 185244-VTECH 6768 PHONE
    Item: 036330
    Description: USMERCH-185244-VTECH 6768 PHONE
    U/M: K
    Date Shipped: 06/26/07
**  Packing Slip:
    ** BOL #:



MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| SALES AMOUNT | 22,347.52 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

# Purchase Order

## THE MERCHANT OF TENNIS

8737 Wilshire Blvd. • Beverly Hills CA 90211
(310) 228-4000     Fax (310) 652-9905

| Page No.: | 1 of 1 |
|---|---|
| Purchase Order: | 27791 OP |
| Date: | 6/21/2007 |
| Branch/Plant: | 200 |
| Ordered Date: | 6/19/2007 |
| Requested Date: | 6/27/2007 |
| Freight: | . |

**Sold To:**
Tegrant Corporation
Alloyd Brands
21035 Network Place
Chicago IL 60673-1210

**Ship To:**
Washington Warehouse
3324 142nd Avenue East, Ste C
Sumner WA 98390

| Line No./Rev | | Item Number | Description | Ordered | U/OM | Unit Price | UOM | Extended Price | Request Date | Order No. | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 | 0 | 185244 | Pla: VTech 6768 Phone WB | 61,000 | EA | 1.3430 | EA | 81,923.00 | 6/27/2007 | 00002565 | OR |
| | | | *Authorized By: Justin Butler* | | | | | | | | |
| | | | JUN 2 1 2007 | | | | | | | | |
| | | | Purchasing Manager | | | | | | | | |
| | | | (310) 228-4000 Ext. 1041 | | | | | | | | |
| | | | | | | Sub Total: | | 81,923.00 | | | |
| | | | REFUN | | | | | | | | |
| | | | Project Coordinator: Emily Wong | | | | | | | | |
| | | | Size: Custom medium | | | | | | | | |
| | | | Gauge: 24 RPET | | | | | | | | |

| Terms: | Net 75 Days |
|---|---|
| Tax Rate: | *NA* |

| Sales Tax: | .00 |
|---|---|
| Order Total: | 81,923.00 |

☞ **IMPORTANT!**
Purchase Order number must appear on all packing slips, packages and invoices.
Shipments and prices must conform to Qty ordered.



INVOICE NO dekb 5601085
PAGE 1
DATE 06/27/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

115



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 16.640 | 27.720 | 1,343.00000 | 22,347.52 |

CI: 185244-VTECH 6768 PHONE
Item: 036330
Description: USMERCH-185244-VTECH 6768 PHONE
U/M: K
Date Shipped: 06/27/07
** Packing Slip:
** BOL #:

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 22,347.52 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 22,347.52 |

Page:
Pack Slip#    9348

 **Tegrant**

Tegrant Corporation
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
9737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/27/07  | D037764 | 27791 OP |  Freight Exch-P | 7,322.00 | 416 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 61.000 | 16.640 |
|  | USMERCH-185244-VTECH 6768 PHONE | | | |
|  | C/I: 185244-VTECH 6768 PHONE | | | |

26@16

# CTNS  416    PCS/CTN  40    TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

SO/BOL: 69772                                    Date: 06/27/07   Page: 1 of 1
Pro Number:
Carrier: FREIGHT EXCHANGE DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor:                                        Consignee
                                                  US MERCHANTS
**Tegrant Corporation, Alloyd Brands**            3324 142 AVE EAST
1401 Pleasant St., DeKalb, Illinois 60115         STE C
                                                  SUMNER WA 98390
                                                  USA
**Tegrant Corporation, Alloyd Brands**, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice                                           Special Instructions
US MERCHANTS                                      Alloyd product to be top load only.
8737 WILSHIRE BLVD                                Do not stack in transit.
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: X          Third Party:

| N | Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # / Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|---------------------------------|------|-----------|------|---------------|----|-----------|----------|
| 1 | 416 | CTNS | 036330 | | 7,322.00 | | 0037764 | 1 | 27791 OP | 9348 |

# Packages: 416                                   Total Charges:        0.00
Total Weight:    7,322.00

Carrier
Signature:

Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

TE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood, upout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, (if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor
**Tegrant Corporation**
Alloyd Brands
DeKalb, Illinois