# EXHIBIT A - 7



**Tegrant**

INVOICE NO dekb 5601174
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*i· 9*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 11.560 | 16.160 | 1,343.00000 | 15,525.08 |

```
            CI: 185244-VTECH 6768 PHONE
          Item: 036330
   Description: USMERCH-185244-VTECH 6768 PHONE
          U/M: K
  Date Shipped: 06/29/07
**  Packing Slip:
      **  BOL #:
```

MEMBER
PMMI
USA

ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 15,525.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 15,525.08 |



Page:
Pack Slip#    9354

**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/28/07 | D037409 | 27412 OP | Freight Exch-P | 2,100.00 | 120 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A<br>USMERCH-176102-PNSNC TG3032 | K | 54.360 | 4.800 |

C/I: 176102-PNSNC 3032

invoice #5600365 shipped 6/6/07 with
wrong quantity.  Should have billed
16,640 parts and only billed 4,000.

Customer requested new billing with
corrected quantity

# CTNS ___120___    PCS/CTN. ___40___    TOTAL PIECES ___480___

Page:
Pack Slip#    9357

 **Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

```
Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211             STE C
USA                                 SUMNER WA 98390
                                    USA
```

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 5,173.00 | 289 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036330 | K | 61.000 | ~~7,720~~ 11,560 |
| | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

U82  5@16
      1@4

U84  6@16
      1@12

U83  6@16

# CTNS ___289___   PCS/CTN. ___40___   TOTAL PIECES ___11,560___

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 69806
Pro Number:
Carrier: FREIGHT EXCHANGE

Date: 06/29/07    Page: 1 of 1

### DELIVERING CARRIER INSTRUCTIONS:
### DO NOT BREAK DOWN PALLETS.
### DO NOT DOUBLE STACK
### TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands,** REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee    Sequest paper (ight
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:    Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 120 CTNS | 035380A | | 2,100.00 | | D037409 | 1 | 27412 OP | 93541 |
| 2 | 289 CTNS | 036330 | | 5,173.00 | | D037764 | 1 | 27791 OP | 93573 |

# Packages: 409
Total Weight: 7,273.00

Total Charges:    0.00

Carrier
Signature:

Date: 6/29/07

**4**

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

* - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
DeKalb, Illinois


**Tegrant**

INVOICE NO dekb 5601193
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation      Facilities
Alloyd Brands            DeKalb, IL        Spartanburg, SC
1401 Pleasant Street     Branford, CT      Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037409 | 27412 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 54.360 | 4.800 | 0.000 | 1,343.00000 | 6,446.40 |

```
              CI: 176102-PNSNC 3032
            Item: 035380A
     Description: USMERCH-176102-PNSNC TG3032
            U/M: K
    Date Shipped: 06/29/07
**   Packing Slip: 93541
      **  BOL #: 69806


            invoice #5600365 shipped 6/6/07 with
            wrong quantity.  Should have billed
            16,640 parts and only billed 4,000.

            Customer requested new billing with
            corrected quantity
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,446.40 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,446.40 |



INVOICE NO dekb 5601204
PAGE 1
DATE 06/29/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL      Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX     Nogales, MX

*12/*



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037764 | 27791 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 61.000 | 16.160 | 0.000 | 1,343.00000 | 21,702.88 |

```
            CI: 185244-VTECH 6768 PHONE
          Item: 036330
   Description: USMERCH-185244-VTECH 6768 PHONE
          U/M: K
  Date Shipped: 06/29/07
**  Packing Slip: 93571
      ** BOL #: 69807
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

ISO 9001
Registered

| SALES AMOUNT | 21,702.88 |
|--------------|-----------|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **21,702.88** |

Packing Slip

(980)

Page: 1
Pack Slip# 93571

**Tegrant**

Tegrant Corporation          Spartanburg, SC. 29302     Juncos, PR. 00777      Tijuana, B.C., MX 22550
Alloyd Brands               (t) 864-582-1000           (t) 787-734-8382       (t) 619-946-1240
MAIN PLANT                  (f) 864-582-5982           (f) 787-734-8386       (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115      Branford, CT. 06405                               Nogales, Sonora CP 84055
(t) 815-756-8451            (t) 203-483-8305                                  (t) 011-52-631-320-0265
(f) 815-756-5187            (f) 203-483-5209                                  (f) 011-52-631-320-0267

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 06/29/07 | D037764 | 27791 OP | Freight Exch-P | 7,030.00 | 404 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 036330 | K | 61.000 | 16.160 |
|  | USMERCH-185244-VTECH 6768 PHONE | | | |

C/I: 185244-VTECH 6768 PHONE

U83
25e16
K    1e4

# CTNS  404    PCS/CTN. 40    TOTAL PIECES  16,160

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

BO/BOL: 69807

Pkg Number:                                                    Date: 06/29/07    Page: 1 of 1

Carrier  FREIGHT EXCHANGE    DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                                        | Consignee
**Tegrant Corporation, Alloyd Brands**           | US MERCHANTS
1401 Pleasant St., DeKalb, Illinois 60115        | 3324 142 AVE EAST
                                                 | STE C
                                                 | SUMNER WA 98390
**Tegrant Corporation, Alloyd Brands**, REQUESTS A | USA
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee          *Tegrant pay freight*        | Special Instructions
S MERCHANTS                                     | Alloyd product to be top load only.
78V WILSHIRE BLVD                               | Do not stack in transit.
EVERLY HILLS CA 90211
SA
FF GREEN

ight Charge Terms: (Freight charges
e collect unless marked otherwise)
paid: ___X___        Third Party: _____

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 404 | CTNS | 036330 | | 7,030.00 | | 0037764 | 1 | 27791 OP | 93571 |

# Packages: 404                                 | Total Charges:          0.00
otal Weight:    7,030.00

ier
ature:

Date: 6 29 07

thin boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
t of transportation.
shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
er's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
r hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

RED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
out this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
y. That every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
on the date hereof, if this is a rail or a rail-water shipment; or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

For Freight Collect Shipments. If this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

eed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**4**

Signature of Consignor
*Tegrant Corporation*
*Alloyd Brands*
*DeKalb, Illinois*



**Tegrant**

INVOICE NO dekb 5601477
PAGE 1
DATE 07/11/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 46.287 | 16.640 | 29.647 | 1,343.00000 | 22,347.52 |

```
            CI: 176102-PNSNC 3032
          Item: 035380A
   Description: USMERCH-176102-PNSNC TG3032
          U/M: K
  Date Shipped: 07/11/07
**  Packing Slip: 93864
   **  BOL #: 69928
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
USA

ISO 9001
Registered

| | | |
|---|---|---|
| SALES AMOUNT | | 22,347.52 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 22,347.52 |



Packing Slip                                      Page:        1
                                        Pack Slip#    93864

Tegrant Corporation      Spartanburg, SC 29302    Juncos, PR. 00777      Tijuana, B.C.; MX 22550
Alloyd Brands            (t) 864-582-1000         (t) 787-734-8382       (t) 619-946-1240
MAIN PLANT               (f) 864-582-5982         (f) 787-734-8386       (f) 619-946-1243
1401 Pleasant Street
DeKalb, Illinois 60115   Branford, CT. 06405                             Nogales, Sonora CP 84055
(t) 815-756-8451         (t) 203-483-8305                                (t) 011-52-631-320-0265
(f) 815-756-5187         (f) 203-483-5209                                (f) 011-52-631-320-0267

Bill To: CO13118                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
8737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact:  CHRIS GHIZORI
=================================================================
Pack Date  Order #   Cust PO        Ship Via               Weight  Pkgs #
---------------------------------------------------------------------------
07/10/07   D037765   27787 OP       Freight Exch-P       7,238.00    416

=================================================================
Line/Rel   Item                     U/M       Qty Ordered    Qty To Pack
---------------------------------------------------------------------------
1          035380A                  K             46.287         16.640
           USMERCH-176102-PNSNC TG3032

           C/I: 176102-PNSNC 3032

U85

D & G12F  26@16

# CTNS  416    PCS/CTN  40    TOTAL PIECES  16,640

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DOT/BOL: 63928                                                   Date: 07/11/07    Page:  1 of 1

Pro Number:

Carrier: FREIGHT EXCHANGE

DELIVERING CARRIER INSTRUCTIONS:
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor

Tegrant Corporation, Alloyd Brands
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Tegrant Corporation, Alloyd Brands, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:               Third Party:

| Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|-----|----------|-------------------------------|------|------------|------|-------------|-----|-----------|----------|
| 1 416 | CTNS | 035360A | | 7,238.00 | | D037765 | 1 | 27787 0P | 93864 |

# Packages: 416
Total Weight:      7,238.00

Total Charges:                    0.00

Carrier
Signature:

Date:  7/11/07

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

Where the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

[] - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
DeKalb, Illinois

4



INVOICE NO dekb 5601515
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*123*

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL       Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX      Nogales, MX

**BILL TO**

C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**

9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 46.287 | 16.120 | 13.527 | 1,343.00000 | 21,649.16 |

      CI: 176102-PNSNC 3032
     Item: 035380A
 Description: USMERCH-176102-PNSNC TG3032
      U/M: K
Date Shipped: 07/12/07
  **  Packing Slip: 93871
    **  BOL #: 69929



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | | |
|---|---|---|
| SALES AMOUNT | | 21,649.16 |
| MISC CHG | | 0.00 |
| FREIGHT | | 0.00 |
| SALES TAX | | 0.00 |
| PREPAID | | |
| TOTAL | | 21,649.16 |

Packing Slip



Page:
Pack Slip#    9387

**Tegrant Corporation**
Alloyd Brands
MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 07/11/07 | D037765 | 27787 OP | Freight Exch-P | 7,012.00 | 403 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035380A | K | 46.287 | 16.120 |
|   | USMERCH-176102-PNSNC TG3032 | | | |

C/I: 176102-PNSNC 3032

U86
15e16

U85
10e16
1e3

# CTNS  463   PCS/CTN.  40   TOTAL PIECES  16,120

THIS MEMORANDUM       is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor
                      a copy or duplicate, covering the property named herein, and is intended solely for filing or record.
PRO/BOL: 69929
                                                        Date: 07/11/97    Page:  1 of  1
BOL Number:
Carrier: FREIGHT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoicee                          *Tegrant plus freight*
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: _____    Third Party: _____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|----|-----------|----------|
| 1 | 403 | CTNS | 035380A | | 7,012.00 | | 0037765 | 1 | 27787 OP | 93871 |

# Packages: 403
Total Weight: 7,012.00

Total Charges:                    0.00

Shipper
Signature:

Date:    /    /        *David Basty*

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
the Dept. of Transportation.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood
throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
party, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
ineffect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
**DeKalb, Illinois**

4


Tegrant

INVOICE NO dekb 5601528
PAGE 1
DATE 07/12/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT     Juncos, PR
Tijuana, MX      Nogales, MX

12 ⊄

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| D037765 | 27787 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 46.287 | 13.560 | 0.000 | 1,343.00000 | 18,211.08 |

CI: 176102-PNSNC 3032
Item: 035380A
Description: USMERCH-176102-PNSNC TG3032
U/M: K
Date Shipped: 07/12/07
** Packing Slip: 93923
** BOL #: 69954

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 18,211.08 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 18,211.08 |


MEMBER
PMMI
USA

ISO 9001
Registered

Packing Slip      69954

Page:
Pack Slip#      9392

**Tegrant**

| | | | |
|---|---|---|---|
| Tegrant Corporation | Spartanburg, SC. 29302 | Juncos, PR. 00777 | Tijuana, B.C., MX 22550 |
| Alloyd Brands | (t) 864-582-1000 | (t) 787-734-8382 | (t) 619-946-1240 |
| MAIN PLANT | (f) 864-582-5982 | (f) 787-734-8386 | (f) 619-946-1243 |
| 1401 Pleasant Street | | | |
| DeKalb, Illinois 60115 | Branford, CT. 06405 | | Nogales, Sonora CP 84055 |
| (t) 815-756-8451 | (t) 203-483-8305 | | (t) 011-52-631-320-0265 |
| (f) 815-756-5187 | (f) 203-483-5209 | | (f) 011-52-631-320-0267 |

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 07/12/07 | D037765 | 27787 QP | PREPAIDTL | 5,865.00 | 339 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035380A | K | 46.287 | 13.560 |
| | USMERCH-176102-PNSNC TG3032 | | | |
| | C/I: 176102-PNSNC 3032 | | | |

K - 21e16
1 e 3

# CTNS   339   PCS/CTN   40   TOTAL PIECES   13560

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DO/BOL: 65954                                    Date: 07/12/07    Page: 1 of 1
Pro Number:
Carrier: FRT EXCHANGE

**DELIVERING CARRIER INSTRUCTIONS:**
**DO NOT BREAK DOWN PALLETS.**
**DO NOT DOUBLE STACK**
**TOP LOAD ONLY - DO NOT REFRIGERATE**

Consignor

**Tegrant Corporation, Alloyd Brands**
1401 Pleasant St., DeKalb, Illinois 60115

Consignee
US MERCHANTS
3824 142 AVE EAST
STE C
SUMNER WA 98390
USA

**Tegrant Corporation, Alloyd Brands, REQUESTS A**
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
YOUR FREIGHT BILL AND OR INVOICE

Invoice
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA
JEFF GREEN

*TEGRANT ALLOYD BRANDS*
*PAY FRT*

Special Instructions
Alloyd product to be top load only.
Do not stack in transit.

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid:        Third Party:

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | In | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 339 | CTNS | 035380A | | 5,865.00 | | 0037765 | 1 | 27787 OP | 93923 |

# Packages: 339
Total Weight:      5,865.00

Total Charges:                0.00

Carrier
Signature:

Date:

4

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
Dept. of Transportation.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments. If this shipment is
be delivered to the consignee without recourse
the consignor, the consignor shall sign the follow
statement: The carrier may decline to make deliv
of this shipment without payment of freight and
other lawful charges.

Signature of Consignor
**Tegrant Corporation
Alloyd Brands**
DeKalb, Illinois



INVOICE NO Iiju 14882
PAGE 1
DATE 07/30/07
SALESMAN **FILIPCHUK, GARET**
INVOICE **REGULAR INVOICE**

*125*

**Tegrant Corporation**
*Alloyd Brands*
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002749 | 27788 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 35.000 | 0.225 | 0.025 | 1,578.00000 | 355.05 |

```
            CI: 184452-VTECH 5884 PHONE WB
          Item: 036094
   Description: USMERCH-184452 VTECH 5884 PHONE WB
          U/M: K
  Date Shipped: 07/30/07
** Packing Slip: 12993
        ** BOL #: 4694
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 355.05 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 355.05 |



Packing Slip

Page: 1

Pack Slip# 12993

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

**MAIN PLANT**
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116                    Ship To: (9)
US MERCHANTS                        US MERCHANTS
3737 WILSHIRE BLVD                  3324 142 AVE EAST
BEVERLY HILLS CA 90211              STE C
USA                                 SUMNER WA 98390
                                    USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /30/07 | I002749 | 27788 OP | PREPAIDTL | 139.68 | 9 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 036094 | K | 35.000 | 0.226 |
|   | USMERCH-184452 VTECH 5884 PHONE WB | | | |

C/I: 184452-VTECH 5884 PHONE WB

# CTNS  9     PCS/CTN. 25     TOTAL PIECES  225



Packing Slip

Page:        1

Pack Slip #    12904

**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  DOUG FARRELL

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| /30/07 | 1002817 | 28171 OP | | 264.00 | 12 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| L | 036262 USMERCH-PNSNC 1035 | K | 0.300 | 0.300 |

C/I: 184487-PNSNC 1035

# CTNS  12     PCS/CTN  35     TOTAL PIECES  300



**Tegrant**

Shipment Packing Slip
Page:        1
Pack Slip#    12995

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| 7/30/07 | I002747 | 27784 OP | PREPAIDTL | 1,640.00 | 96 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 2 | 035382A | K | 2.601 | 2.400 |
| | USMERCH-176090-PNSNC TG1034 XL | | | |
| | C/1: 176090-PNSNC TG1034 XL | | | |

# CTNS    96        PCS/CTN    25        TOTAL PIECES    2.400

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

U0018.47h8.5v0s060T
DC/BOL: 4694                                  Date: 07/30/07    Page:  1 of  1
Pro Number: PICK UP # 234632
Carrier: TEGRANT ( EST )          DELIVERING CARRIER INSTRUCTIONS:
                                   DO NOT BREAK DOWN PALLETS.
                                         DO NOT DOUBLE STACK
                               TOP LOAD ONLY - DO NOT REFRIGERATE

Consignor                                    | Consignee
                                             | US MERCHANTS
*Tegrant Corporation, Alloyd Brands*         | 3324 142 AVE EAST
*Paseo Cucapah #5290*                        | STE C
*Parque Industrial El Lago*                  | SUMNER WA 98390
*Tijuana, B.C., MX 22550*                    | USA

*Tegrant Corporation, Alloyd Brands*, REQUESTS A
COPY OF THEIR BILL OF LADING BE SUBMITTED WITH
          YOUR FREIGHT BILL AND OR INVOICE

Invoicee                                     | Special Instructions
US MERCHANTS                                 | Alloyd product to be top load only.
9737 WILSHIRE BLVD                           | Do not stack in transit.
BEVERLY HILLS CA 90211                       |
USA                                          | 6 PALLETS OF PLASTIC ARTICLES

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: ___V___    Third Party: _____

| # | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|-----|----------|-------------------------------|------|-----------|------|-------------|-----|-----------|----------|
| 1 | 9 | CTNS | 036094 184452 VTECH 5848 | 156600 | 139.68 | | I002749 | 1 | 27788 OP | 12993 |
| 2 | 12 | CTNS | 036262 PNSC 1035 | 156600 | 264.00 | | I002817 | 1 | 28171 OP | 12994 |
| 3 | 96 | CTNS | 036382A 176090-PNSC TG1034 X | 156600 | 1,640.00 | | I002747 | 2 | 27784 OP | 12995 |

# Packages: 117                              | Total Charges:         0.00
Total Weight:  2,043.68 LBS

Carrier
Signature:

Date: 7-30-07   RAFAEL  ARKA

The boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

I hereby certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Dept. of Transportation.

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."

Shippers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

* Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
Tegrant Corporation
Alloyd Brands
Tijuana, B.C., Mexico

1



INVOICE NO tiju 14887
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*126*

Tegrant Corporation       Facilities
Alloyd Brands         DeKalb, IL        Spartanburg, SC
1401 Pleasant Street      Branford, CT      Juncos, PR
DeKalb, Illinois 60115    Tijuana, MX       Nogales, MX



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002817 | 28171 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 0.300 | 0.300 | 0.000 | 1,666.12000 | 499.84 |

CI: 184487-PNSNC 1035
Item: 036262
Description: USMERCH-PNSNC 1035
U/M: K
Date Shipped: 07/30/07
** Packing Slip: 12994
** BOL #: 4694

REVISED QUANTITY DUE TO CUSTOMER REQUEST
FOR US TO SHIP OUT THE PARTS WE HAVE IN
INVENTORY vs SETTING UP THE TOOL AGAIN
AND RUNNING ANY MORE PARTS.
NS 7/30/07

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 499.84 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 499.84 |



INVOICE NO tiju 14889
PAGE 1
DATE 07/30/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

127



**BILL TO**
CO13116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002747 | 27784 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 2 | 2.601 | 2.400 | 0.201 | 1,726.12000 | 4,142.69 |

```
         CI: 176090-PNSNC TG1034 XL
       Item: 035382A
Description: USMERCH-176090-PNSNC TG1034 XL
        U/M: K
Date Shipped: 07/30/07
** Packing Slip: 12995
    **. BOL #: 4694
```



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 4,142.69 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 4,142.69 |


**Tegrant**

INVOICE NO tiju 15082
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

*Tegrant Corporation*
**Alloyd Brands**
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

*128*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 14.000 | 12.540 | 1.460 | 1,585.00000 | 19,875.90 |

CI: 143255 VTECH 6889/6896 4PK
Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
U/M: K
Date Shipped: 08/10/07
** Packing Slip: 13191
** BOL #: 4742

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 19,875.90 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **19,875.90** |

MEMBER

ISO 9001
Registered



**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

| # CTNS | 418 | PCS/CTN | 30 | TOTAL PIECES | 12,540 |



**Tegrant Corporation**
**Alloyd Brands**
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

# CTNS _____ PCS/CTN. _____ TOTAL PIECES _____

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

Dept. to/FRST/B\xxxxxxx
    00/00/    0/00
Pro Number: PICK UP # SALES                     Date: 00/00/00    Page:    1 : 1
    Carrier: TRUCK(CARRIER)                 **DELIVERING CARRIER INSTRUCTIONS:**
                                            **DO NOT BREAK DOWN PALLETS.**
                                            **DO NOT DOUBLE STACK**
                                            **TOP LOAD ONLY - DO NOT REFRIGERATE**

| consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands**, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE 1<br>SUMNER WA 98390<br>USA |
| Invoice<br>US MERCHANTS<br>9737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Special Instructions<br>Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

Freight Charge Terms: (Freight charges
are collect unless marked otherwise)
Prepaid: __X__        Third Party: _____

| Pkg | Pkg Type | Package Description / References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 418 | CTNS | 034875A<br>143255 VTECH 6889 | 156600 | 8,594.08 | | 1002824 | 1 | 928228 UP | 13191 |
| 2 | 200 | CTNS | 035752<br>T63034 | 156600 | 3,732.00 | | 1002854 | 1 | 28295 | 13192 |

# Packages: 618                                    Total Charges:            0.00
Total Weight:   12,326.08 LBS

Carrier    Zaykotena Express
Signature:    ___ Altamirano

    Date:  10 / 8 / 07

fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of
ept. of Transportation.
e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight."
pper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
~greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

VED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
~perty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood
~hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another
~on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said
~y, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications
~ct on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
~per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment,
~ said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments  if this shipment is to
be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following
statement: The carrier may decline to make delivery
of this shipment without payment of freight and all
other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

1


**Tegrant**

INVOICE NO tiju 15087
PAGE 1
DATE 08/10/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL
Branford, CT
Tijuana, MX

Spartanburg, SC
Juncos, PR
Nogales, MX

*129*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002854 | 28295 | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 5.000 | 5.000 | 0.000 | 1,666.12000 | 8,330.60 |

CI: 184971-PNSNC 3034
Item: 035752
Description: USMERCH-TG3034
U/M: K
Date Shipped: 08/10/07
** Packing Slip: 13192
** BOL #: 4742

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 8,330.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 8,330.60 |

MEMBER
PMMI
USA

ISO 9001
Registered



INVOICE NO tiju 15132
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL          Spartanburg, SC
Branford, CT        Juncos, PR
Tijuana, MX         Nogales, MX

130



**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA



**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| I002824 | 028228 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| 1 | 19.020 | 6.480 | 0.000 | 1,585.00000 | 10,270.80 |

```
         CI: 143255 VTECH 6889/6896 4PK
       Item: 034875A
Description: USMERCH-143255 VTECH 6889/6896 4PK
        U/M: K
Date Shipped: 08/14/07
 ** Packing Slip: 13223
     ** BOL #: 4751
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210



MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 10,270.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **10,270.80** |



**Tegrant**

INVOICE NO tiju 15133
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation    Facilities
Alloyd Brands      DeKalb, IL    Spartanburg, SC
1401 Pleasant Street   Branford, CT   Juncos, PR
DeKalb, Illinois 60115   Tijuana, MX   Nogales, MX

*131*

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 34.000 | 7.920 | 26.080 | 1,585.00000 | 12,553.20 |

CI: 174932-RZ6053 SET
Item: 035359
Description: USMERCHANTS- 174932-RZ6053 SET
U/M: K
Date Shipped: 08/14/07
** Packing Slip: 13224
** BOL #: 4751



ISO 9001
Registered

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 12,553.20 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 12,553.20 |

Packing Slip
Page:        1
Pack Slip#    13222

# Tegrant

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact: CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 1/14/07 | I002832 | 28272 OP | PREPAIDTL | 2,680.00 | 134 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035429 | K | 4.000 | 4.020 |
| | USMERCHANTS-VTECH 6789 | | | |
| | C/I: 162991-VTECH 6789 | | | |

# CTNS  134    PCS/CTN  30    TOTAL PIECES  4,020

Packing Slip

**Tegrant**

Page:        1
Pack Slip#      13223

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t) 815-756-8451
(f) 815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t) 203-483-8305
(f) 203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

BILL To: C013116
US MERCHANTS
9320 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---------|---------|---------|----------|--------|--------|
| /14/07 | I002824 | 028228 OP | PREPAIDTL | 4,440.96 | 216 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|--------|------|-----|-------------|-------------|
| 1 | 034875A | K | 14.000 | 6.480 |
| | USMERCH-143255 VTECH 6889/6896 4PK | | | |

C/I: 143255 VTECH 6889/6896 4PK

# CTNS 216    PCS/CTN. 30    TOTAL PIECES 6,480

Packing Slip

Page:        1
Pack Slip#    13224

# Tegrant

| | | | |
|---|---|---|---|
| Tegrant Corporation | MAIN PLANT | Spartanburg, SC. 29302 | Branford, CT. 06405 |
| Alloyd Brands | 1401 Pleasant Street | (t) 864-582-1000 | (t) 203-483-8305 |
| Paseo Cucapah #5290 | DeKalb, Illinois 60115 | (f) 864-582-5982 | (f) 203-483-5209 |
| Parque Industrial El Lago | (t) 815-756-8451 | | |
| Tijuana, B.C., MX 22550 | (f) 815-756-5187 | Juncos, PR. 00777 | Nogales, Sonora CP 84055 |
| (t) 619-946-1240 | | (t) 787-734-8382 | (t) 011-52-631-320-0265 |
| (f) 619-946-1243 | | (f) 787-734-8386 | (f) 011-52-631-320-0267 |

Bill To: C013115          Ship To: (9)
US MERCHANTS             US MERCHANTS
9737 WILSHIRE BLVD       3324 142 AVE EAST
BEVERLY HILLS CA 90211   STE C
USA                      SUMNER WA 98390
                         USA

Order Contact:  CHRIS GHIZORI

| ck Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|---|---|---|---|---|---|
| /14/07 | 1002826 | 026229 OP | PREPAIDTL | 5,280.00 | 264 |

| ne/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 036369 | K | 34.000 | 7.920 |
| | USMERCHANTS- 174932-RZ6063 SET | | | |

C/1: 174932-RZ6063 SET

# CTNS  264    PCS/CTN  30    TOTAL PIECES  7,920

Packing Slip

Page: 1
Pack Slip# 13224

**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t)619-946-1240
(f)619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t)864-582-1000
(f)864-582-5982

Juncos, PR. 00777
(t)787-734-8382
(f)787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t)011-52-631-320-0265
(f)011-52-631-320-0267

Bill To: C013116
US MERCHANTS
3737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| CK Date | Order # | Cust PO | Ship Via | Weight | Pkge # |
|---|---|---|---|---|---|
| /14/07 | I002825 | 028229 OP | PREPAIDTL | 5,280.00 | 264 |

| No/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|---|---|---|---|---|
| 1 | 035359 | K | 34.000 | 7.920 |
| | USMERCHANTS-- 174932-RZ6053 SET | | | |
| | C/1: 174932-RZ6053 SET | | | |

# CTNS  264    PCS/CTN  30    TOTAL PIECES  7,920

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

UUp18.6/08.6U6U00T
. DO/BOL .4751
Pro Number: PICK UP# SAS319                                    Date: 08/14/07    Page: 1 of 1
Carrier: TEGRANT (SANCHOTENA                DELIVERING CARRIER INSTRUCTIONS:
                                            DO NOT BREAK DOWN PALLETS.
                                            DO NOT DOUBLE STACK
                                TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>*Paseo Cucapah #5290*<br>*Parque Industrial El Lago*<br>*Tijuana, B.C., MX 22550*<br><br>**Tegrant Corporation, Alloyd Brands, REQUESTS A<br>COPY OF THEIR BILL OF LADING BE SUBMITTED WITH<br>YOUR FREIGHT BILL AND OR INVOICE** | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |
| voicee<br>S MERCHANTS<br>737 WILSHIRE BLVD<br>EVERLY HILLS CA 90211<br>SA | Special Instructions<br>Alloyd product to be top load only.<br>Do not stack in transit.<br><br>26 PALLETS OF PLASTIC ARTICLES |

eight Charge Terms: (Freight charges
 collect unless marked otherwise)
epaid:  X          Third Party: _____

| Pkg | Pkg<br>Type | Package Description<br>References | NMFC | Weight(LB) | Rate | Order #<br>Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|
| 134 | CTNS | 035429<br>VTECH 6789 | 156600 | 2,680.00 | | I002832 | 1 | 28272 OP | 13222 |
| 216 | CTNS | 034875A<br>143255 VTECH 6889 | 156600 | 4,440.96 | | I002824 | 1 | 028228 OP | 13223 |
| 264 | CTNS | 035359<br>174932-RZ 6053 SET | 156600 | 5,280.00 | | I002825 | 1 | 028229 OP | 13224 |

# Packages: 614
otal Weight:    12,400.96 LBS                            | Total Charges:           0.00

rier   *Sancho Tena Express*
nature:   *S/Taminano*

Date:  14/8/07

1

xes boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.     For Freight Collect Shipments. If this shipment is to
is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable classification of     be delivered to the consignee without-recourse on
it, of Transportation.                                                                                                                                                                                   the consignor, the consignor shall sign the following
 shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."                                               statement. The carrier may decline to make delivery
ers imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.                                                                                             of this shipment without payment of freight and all
 Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.                                                              other lawful charges.
eed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

ED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
erly described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood     Signature of Consignor
out this contract as meaning any person or corporation in possession or the property under the contract) agrees to carry to its usual place of delivery at said destination, it on its route, otherwise to deliver to another     **Tegrant Corporation**
n the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interest in all or any of said     **Alloyd Brands**
 that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications     Tijuana, B.C., Mexico
on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
 hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, and
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.



Tegrant

INVOICE NO tiju 15135
PAGE 1
DATE 08/14/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL        Spartanburg, SC
Branford, CT      Juncos, PR
Tijuana, MX       Nogales, MX

/32

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002832 | 28272 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 4.000 | 4.020 | 0.000 | 1,585.00000 | 6,371.70 |

```
              CI: 162991-VTECH 6789
            Item: 035429
     Description: USMERCHANTS-VTECH 6789
             U/M: K
   Date Shipped: 08/14/07
**   Packing Slip: 13222
        **  BOL #: 4751
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

MEMBER
PMMI
USA

ISO 9001
Registered

| | |
|---|---|
| SALES AMOUNT | 6,371.70 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,371.70** |

# Tegrant

INVOICE NO tiju 15195
PAGE 1
DATE 08/17/07
SALESMAN FILIPCHUK, GARET
INVOICE REGULAR INVOICE

/3 3

Tegrant Corporation
Alloyd Brands
1401 Pleasant Street
DeKalb, Illinois 60115

Facilities
DeKalb, IL.    Spartanburg, SC
Branford, CT    Juncos, PR
Tijuana, MX    Nogales, MX

**BILL TO**
C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

**SHIP TO**
9
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| I002825 | 028229 OP | | | 0.00 | | NET 75 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 34.000 | 8.760 | 17.320 | 1,585.00000 | 13,884.60 |

```
             CI: 174932-RZ6053 SET
           Item: 035359
    Description: USMERCHANTS- 174932-RZ6053 SET
            U/M: K
   Date Shipped: 08/17/07
 ** Packing Slip: 13291
      ** BOL #: 4772
```

REMIT TO:
TEGRANT CORPORATION
ALLOYD BRANDS
21035 NETWORK PLACE
CHICAGO, IL. 60673-1210

| | |
|---|---|
| SALES AMOUNT | 13,884.60 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 13,884.60 |

MEMBER
PMMI
USA

ISO 9001
Registered

Page: 1
Pack Slip# 13241


**Tegrant**

Tegrant Corporation
Alloyd Brands
Paseo Cucapah #5290
Parque Industrial El Lago
Tijuana, B.C., MX 22550
(t) 619-946-1240
(f) 619-946-1243

MAIN PLANT
1401 Pleasant Street
DeKalb, Illinois 60115
(t)815-756-8451
(f)815-756-5187

Spartanburg, SC. 29302
(t) 864-582-1000
(f) 864-582-5982

Juncos, PR. 00777
(t) 787-734-8382
(f) 787-734-8386

Branford, CT. 06405
(t)203-483-8305
(f)203-483-5209

Nogales, Sonora CP 84055
(t) 011-52-631-320-0265
(f) 011-52-631-320-0267

Bill To: C013116
US MERCHANTS
8737 WILSHIRE BLVD
BEVERLY HILLS CA 90211
USA

Ship To: (9)
US MERCHANTS
3324 142 AVE EAST
STE C
SUMNER WA 98390
USA

Order Contact:  CHRIS GHIZORI

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # |
|-----------|---------|---------|----------|--------|--------|
| 8/17/07 | 1002825 | 028229 OP | PREPAIDTL | 5,840.00 | 292 |

| Line/Rel | Item | U/M | Qty Ordered | Qty To Pack |
|----------|------|-----|-------------|-------------|
| 1 | 035359 | K | 34.000 | 8.760 |
| | USMERCHANTS- 174932-RZ6053 SET | | | |
| | C/I: 174932-RZ6053 SET | | | |

# CTNS 292   PCS/CTN. 30   TOTAL PIECES 8,760

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

000p18.578.5vos0b0f
DO/BOL: 4772
Pro Number: PICK UP # 4GA4486                    Date: 08/17/07    Page: 1 of 1
Carrier: TEGRANT (EST)

**DELIVERING CARRIER INSTRUCTIONS:**
DO NOT BREAK DOWN PALLETS.
DO NOT DOUBLE STACK
TOP LOAD ONLY - DO NOT REFRIGERATE

| Consignor | Consignee |
|---|---|
| **Tegrant Corporation, Alloyd Brands**<br>Paseo Cucapah #5290<br>Parque Industrial El Lago<br>Tijuana, B.C., MX 22550<br><br>**Tegrant Corporation, Alloyd Brands,** REQUESTS A COPY OF THEIR BILL OF LADING BE SUBMITTED WITH YOUR FREIGHT BILL AND OR INVOICE | US MERCHANTS<br>3324 142 AVE EAST<br>STE C<br>SUMNER WA 98390<br>USA |

| Invoicee | Special Instructions |
|---|---|
| US MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS CA 90211<br>USA | Alloyd product to be top load only.<br>Do not stack in transit.<br><br>13 PALLETS OF PALLETS ARTICLES |

Freight Charge Terms: (Freight charges are collect unless marked otherwise)
Prepaid: ____    Third Party: ____

| N | Pkg | Pkg Type | Package Description References | NMFC | Weight(LB) | Rate | Order # Ref | Ln | Cust PO # | Pck Slip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 292 | CTNS | 035359<br>174932-RZ6053SET | 156600 | 5,840.00 | | I002825 | 1 | 028229 OP | 13291 |

# Packages: 292
Total Weight:    5,840.00 LBS

Total Charges:    0.00

Carrier
Signature:

Date:  17 / 8 / 07          HELIO HDEL

the fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.
is is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of Dept. of Transportation.
he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shippers weight."
ipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
E – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

EIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
roperty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carried being understood ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another r on the route to said destination. It is mutually agreed, as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said rty, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications ect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in classification or tariff which governs the transportation of this shipment, e said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor
**Tegrant Corporation**
**Alloyd Brands**
Tijuana, B.C., Mexico

1