# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Tegrant Alloyd Brands, Inc.<br>v.<br>The Merchant of Tennis, Inc.<br>d/b/a U.S. Merchants | Case Number: 08 C 50041<br><br>Judge Kapala<br>Magistrate Judge Mahoney |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY

for defendant THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS

| |
|---|
| NAME (Type or print)<br>Jeremy S. Goldkind |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeremy S. Goldkind |
| FIRM<br>Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS<br>225 West Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282972 | TELEPHONE NUMBER<br>312-201-2831 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ☐           NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐           NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐ NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?         YES ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John J. O'Malley
jomalley@seyfarth.com
Brian P. Roche
broche@seyfarth.com
Jeffrey P. Swatzel
jswatzell@seyfarth.com
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577


and hereby certify that on June 16, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

                                    /s/ Jeremy S. Goldkind