**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Tegrant Alloyd Brands, Inc.
                                    Plaintiff,

v.                                                              Case No.: 3:08−cv−50041
                                                                Honorable Frederick J. Kapala

The Merchant Of Tennis, Inc., et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 6/20/2008. Case management order approved. FRCP 26(a)(1) disclosure due 7/1/08. Case stayed until 8/14/08. Settlement Conference set for 8/14/2008 at 01:30 PM. 2 page settlement document due 8/13/08.(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.