### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS,
### WESTERN DIVISION

| | | |
|---|---|---|
| TEGRANT ALLOYD BRANDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 50041 |
| v. | ) ) ) | Judge Kapala Magistrate Judge Mahoney |
| THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: *Attorneys for Plaintiff*:  John J. O'Malley
Brian P. Roche
Jeffrey P. Swatzell
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: jomalley@seyfarth.com
Email: broche@seyfarth.com
Email: jswatzell@seyfarth.com

**PLEASE TAKE NOTICE** that on the 16th day of July, 2008, at the hour of 1:30 p.m., the undersigned shall appear before The Honorable Magistrate Judge P. Michael Mahoney, in Room 206 of the Western District Courthouse, 211 South Court Street, Rockford, Illinois, and then and there present Defendant's Motion to Dismiss Count II of the Second Amended Complaint and Memorandum in Support, copies of which are filed herewith and served upon you.

Dated: June 27, 2008  Respectfully submitted,

s/ Alison C. Conlon
One of the Attorneys for ***The Merchant of Tennis, Inc. d/b/a U.S. Merchants***

Stephen J. Landes (1567411)
Alison C. Conlon (6272083)
Jeremy S. Goldkind ((6282972)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:      (312) 201-2555

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 27, 2008, a true and correct copy of the foregoing **Notice of Motion, Motion to Dismiss, and Memorandum in Support** were electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                            /s/ Alison C. Conlon
                                                          Alison C. Conlon (6272083)
                                                          Wildman, Harrold, Allen & Dixon LLP
                                                          225 West Wacker Drive, Suite 2800
                                                          Chicago, Illinois 60606-1229
                                                          Phone:  (312) 201-2000
                                                          Fax:      (312) 201-2555