**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION**

| | | |
|---|---|---|
| TEGRANT ALLOYD BRANDS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 50041 |
| v. | ) ) | Judge Kapala |
| | ) | Magistrate Judge Mahoney |
| THE MERCHANT OF TENNIS, INC. d/b/a U.S. MERCHANTS, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

**PLEASE TAKE NOTICE** that the attached Agreed Motion is hereby presented to the Court and has been electronically filed with the United States District Court, Northern District of Illinois, Western Division, with the proper notice having been given.

Dated: July 9, 2008        Respectfully submitted,

                            s/ Jeremy S. Goldkind
                            One of the Attorneys for ***The Merchant of Tennis,
                            Inc. d/b/a U.S. Merchants***

Stephen J. Landes (1567411)
Alison C. Conlon (6272083)
Jeremy S. Goldkind ((6282972)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:     (312) 201-2555
landes@wildman.com
conlon@wildman.com
goldkind@wildman.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on July 9, 2008, a true and correct copy of the foregoing **Notice of Agreed Motion** and aforementioned **Agreed Motion** were electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                    /s/ Jeremy S. Goldkind
                                    Jeremy S. Goldkind ((6282972)
                                    Wildman, Harrold, Allen & Dixon LLP
                                    225 West Wacker Drive, Suite 2800
                                    Chicago, Illinois  60606-1229
                                    Phone:  (312) 201-2000
                                    Fax:     (312) 201-2555