UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Tegrant Alloyd Brands, Inc.
                               Plaintiff,

v.                                                   Case No.: 3:08−cv−50041
                                                   Honorable Frederick J. Kapala

The Merchant Of Tennis, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: By agreement, Defendant's Motion to set briefing schedule and strike motion presentment date [31] is granted. Defendant's Motion to dismiss [27] is taken under advisement. Set deadlines as to motion to dismiss[27] : Responses due by 9/4/2008, Replies due by 9/15/2008. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.